| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| District of Delaware |
| (State) |
| Case number *(if known)*: _____  Chapter  11 |

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's Name**

Emerald Oil, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

None

**3. Debtor's federal Employer Identification Number (EIN)**

77-0639000

**4. Debtor's address**

Principal place of business

200 Columbine Street
Number       Street

Suite 500

Denver, Colorado 80206
City                              State      Zip Code

Denver County, Colorado
County

Mailing address, if different from principal place of business

Number       Street

P.O. Box

City                              State      Zip Code

Location of principal assets, if different from principal place of business

Number       Street

City                              State      Zip Code

**5. Debtor's website (URL)**

www.emeraldoil.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Emerald Oil, Inc.**_____    Case number *(if known)* _____
          <sub>Name</sub>

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check One:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2111 - Oil and Gas Extraction** |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list. | ☒ No
☐ Yes.    District _____  When _____  Case number _____
                                            MM/DD/YYYY

District _____  When _____  Case number _____
                                            MM/DD/YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list. | ☐ No
☒ Yes.    Debtor  **See Rider 1**_____  Relationship  **Affiliate**_____

District  **Delaware**_____  When  **03/22/2016**_____
                                          MM / DD / YYYY
Case number, if known _____ |

| Debtor | **Emerald Oil, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or _ safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | | |
|---|---|---|
| Number | Street | |
| | | |
| City | State | Zip Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Emerald Oil, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**16. Estimated liabilities**

| | |
|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million |

| |
|---|
| ☐ $500,000,001-$1 billion |
| ☐ $1,000,000,001-$10 billion |
| ☐ $10,000,000,001-$50 billion |
| ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____03/22/2016____
MM/ DD / YYYY

X _~signature~_____     Ryan Smith
Signature of authorized representative of debtor     Printed name

Title    **Authorized Signatory**

---

**18. Signature of attorney**    X _~signature~_____    Date ____03/22/2016____
Signature of attorney for debtor     MM/ DD/YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street, 17th Floor**
Number          Street

| | | |
|---|---|---|
| **Wilmington** | **Delaware** | **19899-8705 (Courier 19801)** |
| City | State | ZIP Code |

| | |
|---|---|
| **(302) 652-4100** | **ljones@pszjlaw.com** |
| Contact phone | Email address |

| | |
|---|---|
| **2436** | **Delaware** |
| Bar number | State |

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**Fill in this information to identify the case:**

United States Bankruptcy Court for the :

District of Delaware
(State)

Case number *(if known)*: _____    Chapter ___11___

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Emerald Oil, Inc.

- Emerald Oil, Inc.
- Emerald DB, LLC
- Emerald NWB, LLC
- Emerald WB LLC
- EOX Marketing, LLC

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EMERALD OIL, INC., | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __001-35097__

2.  The following financial data is the latest available information and refers to the debtor's condition on __9/30/2015__

(a)  Total assets                                                $ __405,440,939__

(b)  Total debts (including debts listed in 2.c., below)         $ __361,087,926__

(c)  Debt securities held by more than 500 holders              **Undetermined**

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

(d)  Number of shares of preferred stock                        __255,732__

(e)  Number of shares common stock                              __9,582,970__[1]

Comments, if any: _____

3.  Brief description of debtor's business:  **The Debtors are an onshore oil and gas exploration and production company with headquarters in Denver, Colorado and operations primarily located in North Dakota. The Debtors operate, or have royalty or working interests in, approximately 100 oil and gas production sites.**

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**White Deer Energy**

---

[1]  As of February 16, 2016.

## EMERALD OIL, INC.

March 17, 2016

I, James Muchmore, Secretary of Emerald Oil, Inc., a Delaware corporation (the "Corporation"), do hereby certify the following:

1.    I am the duly qualified and appointed Secretary of the Corporation.

2.    Attached hereto as **Exhibit A** is a true, correct, and complete copy of the resolutions (the "Resolutions") duly adopted by the board of directors of the Corporation acting pursuant to the Corporation's bylaws (as amended, amended and restated, modified, supplemented or replaced from time to time, the "Bylaws").

3.    The Resolutions are not inconsistent with the Bylaws.

4.    The Resolutions have not been amended, modified, repealed, or rescinded since adopted, and are in full force and effect on and as of the date hereof.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first written above.

By: _____

Name:    James Muchmore

Title:    Secretary

**EXHIBIT A**

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## EMERALD OIL, INC.

March 17, 2016

The undersigned members of the board of directors (the "Board") for Emerald Oil, Inc., a Delaware corporation (the "Corporation"), hereby take the following actions and adopt the following resolutions pursuant to the organizational documents of the Corporation and the laws of the State of Delaware:

**CHAPTER 11 FILING**

WHEREAS, the Board considered presentations by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the effect of the foregoing on the Corporation's business; and

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Corporation's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and

RESOLVED, that the Chief Executive Officer, the President, the General Counsel, the Chief Restructuring Officer, the Chief Operating Officer, the Chief Financial Officer, any Senior Vice President, any Vice President, any Assistant Vice President, or any other duly appointed officer of each of the Companies (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without

limitation, any action necessary to maintain the ordinary course operation of the Corporation's business.

## RETENTION OF PROFESSIONALS

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Kirkland & Ellis LLP, as general bankruptcy counsel, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP, as local bankruptcy counsel, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Intrepid Financial Partners, LLC, as investment banker, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Intrepid Financial Partners, LLC.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Opportune LLP, as restructuring advisor, and to appoint Wade Stubblefield as Chief Restructuring Officer of the Corporation, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the

Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Opportune LLP and to appoint Wade Stubblefield as Chief Restructuring Officer of the Corporation.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Donlin Recano & Company, Inc. as notice, claims, and balloting agent and as administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Donlin Recano & Company, Inc.

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case.

## DEBTOR-IN-POSSESSION FINANCING, CASH COLLATERAL, AND ADEQUATE PROTECTION

RESOLVED, that the Corporation will obtain benefits from (a) the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the

3

"Cash Collateral"), which is security for certain prepetition secured lenders (collectively, the "Secured Lenders") party to that certain Amended and Restated Credit Agreement, dated as of May 1, 2014, as amended, modified, or supplemented, and in effect immediately prior to September 2, 2014, among Emerald Oil, Inc., as borrower (the "Borrower"), certain of the Borrower's subsidiaries, including Emerald WB LLC, Emerald DB, LLC, Emerald NWB, LLC, and EOX Marketing, LLC, as subsidiary guarantors, Wells Fargo Bank, National Association, as administrative agent, and the lenders that are parties thereto from time to time and (b) the incurrence of debtor-in-possession financing obligations (the "DIP Financing").

RESOLVED, that in order to use and obtain the benefits of (a) the DIP Financing and (b) the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Corporation will provide certain adequate protection to the Secured Lenders (the "Adequate Protection Obligations"), as documented in a proposed interim order (the "Interim DIP Order") and submitted for approval to the Bankruptcy Court.

RESOLVED, that the form, terms, and provisions of the Interim DIP Order to which the Corporation is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each of the Authorized Officers of the Corporation be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Interim DIP Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Corporation is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively with the Interim DIP Order, the "DIP Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the officers of the Corporation executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof.

RESOLVED, that the Corporation, as debtor and debtor in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and certain obligations related to the DIP Financing and to undertake any and all related transactions on substantially the same terms as contemplated under

4

the DIP Documents (collectively, the "DIP Transactions"), including granting liens on its assets to secure such obligations.

RESOLVED, that the Authorized Officers of the Corporation be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation, as debtors and debtors in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the DIP Transactions, including delivery of: (a) the DIP Documents and such agreements, certificates, instruments, guaranties, notices, and any and all other documents, including, without limitation, any amendments to any DIP Documents (collectively, the "DIP Financing Documents"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the Agents; and (c) such forms of deposit, account control agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents or any other DIP Financing Document.

RESOLVED, that each of the Authorized Officers of the Corporation be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation to file or to authorize the Agents to file any Uniform Commercial Code (the "UCC") financing statements, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name the Corporation that the Agents deem necessary or appropriate to perfect any lien or security interest granted under the Interim DIP Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Corporation and such other filings in respect of intellectual and other property of the Corporation, in each case as the Agents may reasonably request to perfect the security interests of the Agents under the Interim DIP Order or any of the other DIP Financing Documents.

RESOLVED, that each of the Authorized Officers of the Corporation be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the DIP Transactions and all fees and expenses incurred by or on behalf of the Corporation in connection with the foregoing resolutions, in

accordance with the terms of the DIP Financing Documents, which shall in their sole judgment be necessary, desirable, proper, or advisable to perform any of the Corporation's obligations under or in connection with the Interim DIP Order or any of the other DIP Financing Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions.

**GENERAL**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waives any right to have received such notice.

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board.

RESOLVED, that each of the Authorized Officers (and their designees and delegates) be and hereby is authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, managing member, or manager of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's

6

reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

********

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Emerald Oil, Inc., *et al.* |
| United States Bankruptcy Court for the: _____  District of ___Delaware___ | |
| Case number *(if known)*: _____ | (State) |

❑ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest
### Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Bank National Association<br>5555 San Felipe Street, Suite 1150<br>Houston, TX 77056 | Attn:  Mauri J. Cowen, Vice President<br>Tel: 713-235-9206<br>Fax: 713-235-9213<br>Email: mauri.cowen@usbank.com | Bond | | | | $148,500,000.00 |
| 2 | LIBERTY OILFIELD SERVICES LLC<br>950 17TH STREET, SUITE  #2000<br>DENVER, CO 80202 | Attn: Chris Wright<br>Tel: 303-515-2800<br>Fax: 303-515-2880<br>Email: chris.wright@libertyfrac.com | Trade Debt | | | | $5,061,890.40 |
| 3 | WEST DAKOTA WATER SOUTH LLC<br>1505 N MILLER,  SUITE 260<br>WENATCHEE, WA 98801 | Attn: Joey Dale<br>Tel: 509-423-7494<br>Fax: N/A<br>Email: joeyd@jmacresources.com | Trade Debt | | | | $3,526,059.00 |

Debtor    Emerald Oil, Inc., *et al.*                    Case Number (if known) _____
                    Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|---|---|
| 4 | DAKOTA FLUID SOLUTIONS 1400 WEWATTA STREET DENVER, CO 80202 | Attn: Tim Reynolds Tel: 720-773-5100 Fax: N/A Email: tim@dakota-midstream.com | Trade Debt | | | | $2,897,585.45 |
| 5 | SELECT ENERGY SERVICES LLC 1400 POST OAK BLVD., SUITE. 400 HOUSTON, TX 77056" | Attn: John D. Schmitz Tel: 713-296-1000 Fax: 713-296-1099 Email: info@selectenergyservices.com | Trade Debt | | | | $2,617,826.95 |
| 6 | STONEHAM DRILLING CORPORATION 707 17TH STREET, SUITE 32 DENVER, CO 80202 | Attn: Darcy Reinboldt Tel: 720-354-3650 Fax: N/A Email: sales@stonehamdrilling.com | Trade Debt | | | | $2,219,279.00 |
| 7 | CACHE TRUCKING LLC 430 6TH AVE WEST WILLISTON, ND 58801 | Attn: John Isom Tel: 701-572-7765 Fax: 435-258-2624 Email: N/A | Trade Debt | | | | $1,472,453.82 |
| 8 | FTS INTERNATIONAL INC. LOCKBOX 970490 DALLAS, TX 75397 | Attn: Lance Turner Tel: 817-850-1008 Fax: 817-850-1019 Email: sales@ftsi.com | Trade Debt | | | | $1,204,291.08 |
| 9 | DAKOTA MIDSTREAM LLC 1400 WEWATTA STREET DENVER, CO 80202 | Attn: Tim Reynolds Tel: 720-773-5100 Fax: N/A Email: tim@dakota-midstream.com | Trade Debt | | | | $1,131,966.41 |
| 10 | POWER SERVICE INC. 5625 CHAPMAN PLACE CASPER, WY 82604" | Attn: Tony Cercy Tel: 307-472-7722 Fax: 307-472-7726 Email: sales@powerserviceinc.com | Trade Debt | | | | $1,088,966.20 |

Debtor    Emerald Oil, Inc., *et al.*                          Case Number (if known) _____
                    Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | DAKOTA ENERGY CONNECTIONS LLC 1400 WEWATTA STREET DENVER, CO 80202 | Attn: Tim Reynolds Tel: 720-773-5100 Fax: N/A Email: tim@dakota-midstream.com | Trade Debt | | | | | $1,077,439.99 |
| 12 | QUINN PUMPS NORTH DAKOTA, INC. 175 48TH AVE. SW DICKINSON, ND 58601 | Attn: Jon Anderson Tel: 701-628-4003 Fax: N/A Email: maneet.sidhu@ge.com | Trade Debt | | | | | $931,463.47 |
| 13 | PLUM COULEE ENTERPRISES LLC 14274 19TH STREET NW ALEXANDER, ND 58831 | Attn: Bruce Conway Tel: 701-770-2221 Fax: N/A Email: chadpsutton@msn.com | Trade Debt | | | | | $928,565.46 |
| 14 | WHITING OIL & GAS CORP 1700 BROADWAY, SUITE 2300 DENVER, CO 80290-2300 | Attn: James J. Volker Tel: 303-837-1661 Fax: 303-861-4023 Email: jim@whiting.com | Trade Debt | | | | | $885,334.15 |
| 15 | FMC TECHNOLOGIES COMPLETION SERVICES INC. 5875 N. SAM HOUSTON PKWY. W. HOUSTON, TX 77086 | Attn: John Gremp Tel: 281-591-4000 Fax: 281-591-4192 Email: john.gremp@fmcti.com | Trade Debt | | | | | $804,027.52 |
| 16 | IRONGATE RENTAL SERVICES LLC 19500 STATE HIGHWAY 249, Suite 600 HOUSTON, TX 77070 USA | Attn: Terry Keane Tel: 832-678-8585 Fax: 832-678-8586 Email: terry.keane@irongatees.com | Trade Debt | | | | | $736,310.62 |
| 17 | THREE BROS TRUCKING LLC 18000 E 752 RD HUMANSVILLE, MO 65674 | Attn: Thomas Bateman Tel: 417-809-8538 Fax: 417-276-0264 Email: Unknown | Trade Debt | | | | | $541,964.45 |

Debtor     Emerald Oil, Inc., *et al.*           Case Number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 18 | BAKER HUGHES BUSINESS SUPPORT SERVICES 2929 ALLEN PARKWAY, SUITE 2100 HOUSTON, TX 77019-2118 | Attn: Martin Craighead Tel: 713-439-8600 Fax: 713-439-8699 Email: martin.craighead@bakerhughes.com | Trade Debt | | | | $501,277.03 |
| 19 | LUFKIN INDUSTRIES, LLC 601 SOUTH RAGUET LUFKIN, TX 75902-0849 | Attn: John F. Glick Tel: 936-634-2211 Fax: 936-637-5272 Email: maneet.sidhu@ge.com | Trade Debt | | | | $495,883.02 |
| 20 | STANDARD SOLUTIONS LLC 1588 HWY 126 JONESVILLE, LA 71343 | Attn: Braun Brown Tel: 318-339-7130 Fax: 318-339-4186 Email: Unknown | Trade Debt | | | | $477,428.89 |
| 21 | COIL TUBING PARTNERS LLC 2014 W PINHOOK ROAD, SUITE #200 LAFAYETTE, LA 70508 | Attn: Glen J. Ritter Tel: 337-269-6000 Fax: 337-269-2008 Email: Unknown | Trade Debt | | | | $458,929.50 |
| 22 | CORE SERVICES INC. 14439 COMMERCE PARK BL WILLISTON, ND 58801 | Attn: Cory Jones Tel: 701-572-8280 Fax: 505-433-6401 Email: Unknown | Trade Debt | | | | $448,193.64 |
| 23 | WESTERN EXPLORATION & ROAD CONSTRUCTION 3401 QUEBEC ST, SUITE 9105 DENVER, CO 80207 | Attn: James Pate Tel: 720-377-3336 Fax: 720-377-9464 Email: Unknown | Trade Debt | | | | $434,269.92 |
| 24 | MCJUNKIN RED MAN CORPORATION 909 FANNIN STREET SUITE 3100 HOUSTON, TX 77010 | Attn: Andrew R. Lane Tel: 713-655-1005 Fax: 713-655-1477 Email: Unknown | Trade Debt | | | | $432,759.31 |

| Debtor | Emerald Oil, Inc., *et al.* | Case Number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 25 | STELLAR FIELD SERVICE INC. 5307 151ST AVE NW WILLISTON, ND 58801 | Attn: Beau Barker, Abby Baker Tel: 701-770-7211 Fax: 435-789-0958 Email: Abby.stellar@yahoo.com | Trade Debt | | | | $375,346.50 |
| 26 | USG WHEATLAND PIPELINE, LLC 700 UNIVERSE BOULEVARD JUNO BEACH, FL 33408 | Attn: John Ketchum Tel: 561-691--7171 Fax: 416-364-2533 Email: Unknown | Trade Debt | | | | $372,630.74 |
| 27 | MCKENZIE ELECTRIC COOPERATIVE, INC. 908 4TH AVE NEPO BOX 649 WATFORD CITY, ND 58854-0649 | Attn: John Skurupey Tel: 701-764-5902 Fax: 701-764-5054 Email: mec@mckenzieelectric.com | Trade Debt | | | | $331,458.10 |
| 28 | AMERITEST INC. 905 30TH STREET NW MINOT, ND 58703 | Attn: Joe Holash Tel: 701-858-1718 Fax: 888-864-9055 Email: jholash@ameritest.us.com | Trade Debt | | | | $273,175.52 |
| 29 | KLX ENERGY HOLDINGS LLC 28099 EXPEDITE WAY CHICAGO, IL 60695-0001 | Attn: Gary J. Roberts Tel: 832-230-5205 Fax: 832-230-4898 Email: michael.perlman@klx.com | Trade Debt | | | | $273,154.54 |
| 30 | JACAM CHEMICALS LLC 205 S BROADWAY STERLING, KS 67579 | Attn: Pete Opsal Tel: 620-278-3355 Fax: 620-278-2112 Email: solutions@jacam.com | Trade Debt | | | | $272,622.54 |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Emerald Oil, Inc., *et al.* |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| 03/22/2016 | ☒ *signature* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | Ryan Smith |
| | Printed name |
| | Authorized Signatory |
| | Position or relationship to debtor |

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EMERALD OIL, INC., | Case No. 16-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Registered Holder | Address of Equity Holder | Type of Equity Security | Percentage Held |
|---|---|---|---|---|
| Emerald Oil, Inc. | White Deer Energy | 700 Louisiana Suite 4770 Houston, TX 77002 | Preferred | 100% |
| | CEDE & Co | 570 Washington Blvd. Fl 1 Jersey City, NJ 08857 | Common | 95.49% |
| | White Deer Energy | 700 Louisiana Suite 4770 Houston, TX 77002 | Common | 3.97% |
| | Ottley Properties LLC | P.O. Box 935 Cokato, MN 55321-0935 | Common | 0.16% |
| | White Deer Energy Fl LP | 700 Louisiana Suite 4770 Houston, TX 77002 | Common | 0.14% |
| | Wells Fargo Bank | 1110 Centre Point Curve Suite 101 Mendota Heights, MI 55120-4100 | Common | <0.10% |
| | South Fork Exploration LLC | P.O. Box 1782 Billings, MT 59103-1782 | Common | <0.10% |
| | Mike Krzus | [REDACTED] | Common | <0.10% |
| | Mary Beemer | [REDACTED] | Common | <0.10% |
| | Farley Fisher | [REDACTED] | Common | <0.10% |
| | Jonathan Lowell | [REDACTED] | Common | <0.10% |
| | Dempsey Ladner | [REDACTED] | Common | <0.10% |
| | Edwin F. Lahr | [REDACTED] | Common | <0.10% |
| | Joseph B. Moore | [REDACTED] | Common | <0.10% |
| | James Russell Reger | [REDACTED] | Common | <0.10% |
| | George A. Schloegel | [REDACTED] | Common | <0.10% |
| | Merton W. Shapiro | [REDACTED] | Common | <0.10% |
| | Penny Stillman | [REDACTED] | Common | <0.10% |
| | Patricia Tuccitto | [REDACTED] | Common | <0.10% |

---

[1]  This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case. Address information for individual holders has been redacted to maintain confidentiality.

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Emerald Oil, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration_____ List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 03/22 /2016 | ☒ _____ |
|---|---|
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Ryan Smith** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EMERALD OIL, INC., | ) | Case No. 16-_____ (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| White Deer Energy | 100% of preferred |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Emerald Oil, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____     Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| 03/22 /2016 | ☒  *Ryan Smith* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Ryan Smith** |
| | Printed name |
| | **Authorized Signatory** |
| | Position or relationship to debtor |

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EMERALD OIL, INC., | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION OF CREDITOR MATRIX

  Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtors' books and records.

  The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887). The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

Fill in this information to identify the case and this filing:

Debtor Name        Emerald Oil, Inc.

United States Bankruptcy Court for the:                    District of Delaware
                                                                          (State)
Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____    Certification of Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

        03/22/2016                          ☒ _Ryan Smith_
        MM/ DD/YYYY                         Signature of individual signing on behalf of debtor
                                            **Ryan Smith**
                                            Printed name
                                            **Authorized Signatory**
                                            Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**