**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Emerald Oil, Inc. *et al*. | : | Case No. 16-10704 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.     **UBS O'Connor,** Attn: Brian C. Pacheco, 299 Park Ave., New York, NY 10171, Phone: 212-713-8981, Fax: 212-821-6534

2.     **U.S. Bank National Assoc., as Indenture Trustee,** Attn: Patricia Kapsch, 60 Livingston Ave., St, Paul, MN 55107, Phone: 651-466-5861, Fax: 651-466-7401

3.     **Stoneham Drilling Corp.**, Attn: Heather Stickel, 707 17th St. Ste. 3250, Denver, CO 80202, Phone: 403-984-5931, Fax: 403-984-5917

4.     **FTS International Services, LLC,** Attn: Jennifer Keefe, 777 Main St., Ste. 2900, Fort Worth, TX 76102, Phone: 817-862-2000

5.     **Koch Exploration Company, LLC**, Attn: David J. Rains, 4111 E. 37th St. N., Witchita, KS 67220, Phone: 316-828-4840, Fax: 316-828-8494

6.     **MSD Partners, L.P.**, Attn: Marcello Liguori, 645 Fifth Ave., 21st Fl., New York, NY 10022, Phone: 212-303-1644, Fax: 212-303-1642

7.     **Wolverine Flagship Fund Trading Limited**, Attn: Andrew Sudjak, 175 W. Jackson Blvd., Ste. 340, Chicago, IL 60604, Phone: 312-884-3880

                                         ANDREW R. VARA
                                         Acting United States Trustee, Region 3


                                         /s/ Hannah M. McCollum  for
                                         T. PATRICK TINKER
                                         ASSISTANT UNITED STATES TRUSTEE

DATED: April 6, 2016

Attorney assigned to this Case: Hannah M. McCollum Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400