## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| EMERALD OIL, INC., *et al.*,[1] | ) Case No. 16-10704 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. ____** |

**ORDER GRANTING DAKOTA MIDSTREAM PARTIES' SUPPLEMENTAL
REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the supplemental request (the "Supplemental Request")[2] of Dakota

Midstream, LLC, Dakota Energy Connection, LLC, and Dakota Fluid Solutions LLC f/k/a Mesa

Oil Services, LLC (collectively, "Dakota") for allowance of administrative expense claim; and it

appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334

and 157, and the *Amended Standing Order of Reference* from the United States District Court for

the District of Delaware, dated February 29, 2012; and it appearing that the Motion is a core

matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent

with Article III of the United States Constitution; and it appearing that venue of these cases and

of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and

adequate notice of the Motion has been given under the circumstances, and that no other or

further notice need be given; and after due deliberation, and good and sufficient cause appearing

therefor, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Supplemental Request.

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED in its entirety.

2.      Dakota is granted an allowed administrative expense claim in the amount of

$_____ pursuant to 11 U.S.C. §503(b)(1)(A) on account of _____.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from

the implementation and interpretation of this Order.


Dated: _____, 2016
        Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE