IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EMERALD OIL, INC., *et al.*,[1] | ) | Case No. 16-10704 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER (A) APPROVING THE ASSET PURCHASE AGREEMENT BETWEEN THE DEBTORS AND THE PURCHASER, (B) FURTHER IMPLEMENTING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS, (D) MODIFYING CERTAIN PROVISIONS OF THE FINAL DIP ORDER, (E) APPROVING THE DMS SETTLEMENT, AND (F) GRANTING RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

1.     On May 25, 2016, the Debtors filed the *Debtors' Motion for Entry of (I) An Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for Assumption and Assignment of Contracts, and (E) Granted Related Relief and (II) An Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, And (B) Authorizing the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief* (the "Motion") [Docket No. 336].

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887). The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

2.     On August 31, 2016, the Court entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief* [Docket No. 664].

3.     On September 28, 2016, the Debtors filed the *Joint Notice of Filing Global Settlement Term Sheet* [Docket No. 754] (the "Settlement Term Sheet").

4.     On October 28, 2016, the Court held a hearing (the "Hearing") to consider the Sale.[2]

5.     At the Hearing, the Court approved the Sale and the Debtors agreed to submit a proposed order under certification of counsel.

6.     Attached hereto as **Exhibit A** is a proposed *Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, (B) Further Implementing the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, (D) Modifying Certain Provisions of the Final DIP Order, (E) Approving the DMS Settlement, and (F) Granting Related Relief* (the "Proposed Order").

7.     Attached hereto as **Exhibit B** is a blackline of the Proposed Order, showing changes made from the order submitted with the Motion.

8.     Attached hereto as **Exhibit C** is an incremental blackline of the Proposed Order, showing changes made from the version of the Proposed Order circulated at the Hearing.

9.     The Proposed Order has been reviewed by DMS, the Committee, and the Lenders and they have not objected to entry of the Proposed Order.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Proposed Order (as defined herein).

DOCS_DE:210491.1 23619/001

10.     The Proposed Order has been provided to the United States Trustee.

11.     Wherefore, the Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience.


Wilmington, Delaware
Dated:  November 1, 2016

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Colin R. Robinson (DE Bar No. 5524)
Joseph M. Mulvihill (DE Bar No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               crobinson@pszjlaw.com
               jmulvihill@pszjlaw.com


- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               ryan.bennett@kirkland.com
               travis.bayer@kirkland.com

*Counsel to the Debtors*

3