## Exhibit 1

**Form of Asset Purchase Agreement**

KE 41357638

ASSET PURCHASE AGREEMENT

DATED AS OF NOVEMBER 1, 2016,

BY AND AMONG

EMERALD OIL, INC., EMERALD WB LLC, EMERALD NWB, LLC,

EMERALD DB, LLC AND

EOX MARKETING, LLC,

AS SELLERS,

NEW EMERALD ENERGY, LLC,

AS PURCHASER,

AND

CORTLAND CAPITAL MARKET SERVICES LLC,

AS ADMINISTRATIVE AGENT
ON BEHALF OF THE LENDERS AND NOT IN ITS INDIVIDUAL CAPACITY

_____

*This document is not intended to create, nor will it create or be deemed to create, a legally binding or enforceable offer or agreement of any type or nature, or any obligation to negotiate, unless and until agreed and executed by all parties.*

KE 43386645
WEIL:\95835302\31\39110.0004

# TABLE OF CONTENTS

**Page**

**ARTICLE 1 PURCHASE AND SALE** ...........................................................................**2**

    1.1      Purchase and Sale ................................................................... 2

    1.2      Excluded Assets ...................................................................... 5

    1.3      Assumed Liabilities ................................................................ 7

    1.4      Excluded Liabilities ............................................................... 8

    1.5      Cure Costs .............................................................................. 10

    1.6      Assignment of Assets Subject to Consent Requirements .............................. 10

    1.7      Consents for Assigned Contracts ........................................... 11

    1.8      Further Assurances ................................................................. 11

    1.9      BLM Holdback Assets ........................................................... 11

**ARTICLE 2 PURCHASE PRICE** ..................................................................................**12**

    2.1      Purchase Price ........................................................................ 12

**ARTICLE 3 CLOSING** ...................................................................................................**13**

    3.1      Closing Date ........................................................................... 13

    3.2      Payment of the Cash Portion ................................................. 13

    3.3      Purchaser's Deliveries ........................................................... 13

    3.4      Sellers' Deliveries ................................................................. 14

    3.5      Waiver of Conditions ............................................................. 15

**ARTICLE 4 REPRESENTATIONS AND WARRANTIES OF SELLERS** .........................**15**

    4.1      Organization and Good Standing ........................................... 15

    4.2      Authority; Validity; Governmental Authority Consents ............................... 15

    4.3      No Conflict ............................................................................. 16

    4.4      Material Contracts .................................................................. 16

    4.5      Permits ................................................................................... 17

    4.6      Wells; Plug and Abandon Notice .......................................... 17

    4.7      Imbalances ............................................................................. 17

    4.8      AFEs ...................................................................................... 17

    4.9      Non-Consent Operations ........................................................ 17

    4.10    Hedging ................................................................................. 17

    4.11    Preferential Purchase Rights .................................................. 17

    4.12    Suspense Funds ...................................................................... 18

    4.13    Intellectual Property .............................................................. 18

i

| | | |
|---|---|---|
| 4.14 | Taxes | 18 |
| 4.15 | Legal Proceedings | 18 |
| 4.16 | Labor Matters | 18 |
| 4.17 | No Take-or-Pay Obligations | 18 |
| 4.18 | Payments | 18 |
| 4.19 | Environmental Matters | 18 |
| 4.20 | Title Matters | 19 |
| 4.21 | Cure Amounts | 19 |
| 4.22 | Assets Necessary for the Business and the Assets | 19 |
| 4.23 | Brokers or Finders | 19 |
| 4.24 | Severance Agreements | 19 |
| 4.25 | Accounts Payable and Accounts Receivable | 19 |

**ARTICLE 5 REPRESENTATIONS AND WARRANTIES OF PURCHASER ... 20**

| | | |
|---|---|---|
| 5.1 | Organization and Good Standing | 20 |
| 5.2 | Authority; Validity; Consents | 20 |
| 5.3 | No Conflict | 20 |
| 5.4 | Availability of Funds | 21 |
| 5.5 | Litigation | 21 |
| 5.6 | Bankruptcy | 21 |
| 5.7 | Brokers or Finders | 21 |
| 5.8 | Knowledge and Experience | 21 |
| 5.9 | Qualification to Assume Operatorship | 21 |

**ARTICLE 6 ACTIONS PRIOR TO THE CLOSING DATE ... 22**

| | | |
|---|---|---|
| 6.1 | Access and Reports | 22 |
| 6.2 | Operations Prior to the Closing Date | 23 |
| 6.3 | Reasonable Best Efforts | 24 |
| 6.4 | Bankruptcy Court Approval | 25 |
| 6.5 | Bankruptcy Filings | 26 |
| 6.6 | Updates and Amendments of Exhibits, Schedules and Disclosure Schedules | 27 |
| 6.7 | Bidding Procedures | 27 |

**ARTICLE 7 ADDITIONAL AGREEMENTS ... 27**

| | | |
|---|---|---|
| 7.1 | Taxes | 27 |

ii

| | | |
|---|---|---|
| 7.2 | Allocation of Purchase Price | 29 |
| 7.3 | Bulk Sales | 29 |
| 7.4 | Payments Received | 29 |
| 7.5 | Adequate Assurance and Performance | 30 |
| 7.6 | Employee Matters | 30 |
| 7.7 | Post-Closing Books and Records and Personnel | 31 |
| 7.8 | No Other Representations or Warranties or Reliance; Disclaimers; NORM | 32 |
| 7.9 | Casualty | 34 |
| 7.10 | Successor Operator | 34 |
| 7.11 | Preferential Purchase Rights | 37 |
| 7.12 | Delivery of Division Order Title Opinions | 37 |
| 7.13 | Governmental Transfer Documents | 37 |
| 7.14 | Cooperation with Sellers | 37 |
| 7.15 | Credit Bid Direction | 37 |
| **ARTICLE 8** | **CONDITIONS PRECEDENT TO OBLIGATIONS OF AGENT AND PURCHASER TO CLOSE** | **38** |
| 8.1 | Accuracy of Representations | 38 |
| 8.2 | Sellers' Performance | 38 |
| 8.3 | No Order | 39 |
| 8.4 | Sellers' Deliveries | 39 |
| 8.5 | Sale Order in Effect | 39 |
| 8.6 | Contracts with DMS | 39 |
| 8.7 | Cure of Defaults | 39 |
| 8.8 | No Casualty Loss | 39 |
| **ARTICLE 9** | **CONDITIONS PRECEDENT TO THE OBLIGATION OF SELLERS TO CLOSE** | **39** |
| 9.1 | Accuracy of Representations | 39 |
| 9.2 | Sale Order in Effect | 40 |
| 9.3 | Performance | 40 |
| 9.4 | No Order | 40 |
| 9.5 | Closing Deliveries | 40 |

WEIL:\95835302\31\39110.0004

**ARTICLE 10 TERMINATION**................................................................................................**40**

    10.1      Termination Events ................................................................................40

    10.2      Effect of Termination ............................................................................42

**ARTICLE 11 SURVIVAL AND EXPIRATION OF REPRESENTATIONS AND WARRANTIES** ................................................................................................**42**

    11.1      No Survival of Sellers' Representations and Warranties.............................42

    11.2      No Survival of Agent's and Purchaser's Representations and Warranties ............................................................................................42

    11.3      Indemnification by Purchaser ................................................................42

**ARTICLE 12 GENERAL PROVISIONS**................................................................................**43**

    12.1      Fiduciary Duties ..................................................................................43

    12.2      Public Announcements .........................................................................43

    12.3      Notices ..............................................................................................43

    12.4      Waiver...............................................................................................44

    12.5      Entire Agreement; Amendment .............................................................45

    12.6      Assignment ........................................................................................45

    12.7      Severability ........................................................................................45

    12.8      Expenses ...........................................................................................45

    12.9      Time of the Essence ............................................................................45

    12.10    Specific Performance ...........................................................................45

    12.11    Governing Law; Consent to Jurisdiction and Venue; Jury Trial Waiver.........46

    12.12    Counterparts ......................................................................................47

    12.13    Parties in Interest; No Third Party Beneficiaries .....................................47

    12.14    No Recourse.......................................................................................47

    12.15    Disclosure Schedules; Materiality .........................................................48

    12.16    Certain Matters Regarding Lenders .......................................................48

    12.17    Liquidating Trustee .............................................................................48

**ARTICLE 13 DEFINITIONS**..............................................................................................**48**

    13.1      Definitions..........................................................................................48

    13.2      Other Definitions and Interpretive Matters..............................................59

WEIL:\95835302\31\39110.0004

## DISCLOSURE SCHEDULES

### SCHEDULES:

Schedule 1.2(f)        Excluded Contracts
Schedule 6.2           Operations Prior to the Closing Date
Schedule 6.6           Specified Contracts
Schedule 7.2           Allocated Values
Schedule 13.1(a)       The Company's Knowledge Persons

### EXHIBITS:

Exhibit A              Assigned Leases and Interests
Exhibit B              Wells
Exhibit C              Assigned Contracts
Exhibit D              Form of Assumption Agreement
Exhibit E              Form of Quitclaim Deed and Bill of Sale
Exhibit F              Form of Contract Operating Agreement
Exhibit G              [Reserved]
Exhibit H              Form of Sale Order

WEIL:\95835302\31\39110.0004

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (this "Agreement"), dated as of November 1, 2016 (the "Execution Date"), is by and among Emerald Oil, Inc., a Delaware corporation (the "Company"), Emerald WB LLC, a Colorado limited liability company ("Emerald WB"), Emerald NWB, LLC, a Delaware limited liability company ("Emerald NWB"), Emerald DB, LLC, a Delaware limited liability company ("Emerald DB"), EOX Marketing, LLC, a Delaware limited liability company ("EOX" and together with the Company, Emerald WB, Emerald NWB, and Emerald DB, each a "Seller" and collectively, "Sellers"), New Emerald Energy, LLC, a Texas limited liability company ("Purchaser"), and Cortland Capital Market Services LLC, a Delaware limited liability company ("Cortland"), in its capacity as Administrative Agent under and as defined in the Credit Documents and not in its individual capacity (Cortland, in such capacity, the "Agent").   Capitalized terms used but not otherwise defined herein have the meaning set forth in ARTICLE 13.   Sellers, Purchaser and Agent are sometimes referred to collectively herein as the "Parties" and individually as a "Party".

## RECITALS

WHEREAS, on March 22, 2016 (the "Petition Date"), Sellers commenced jointly administered proceedings, styled *In re: Emerald Oil, Inc., et al.*, Case No. 16-10704 (the "Bankruptcy Case") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., as amended, and collectively with the Federal Rules of Bankruptcy Procedure, the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, from and after the Petition Date, Sellers have been operating their respective businesses and managing their respective properties as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code;

WHEREAS, the Lenders delivered the Direction Letter (as defined below) to the Agent on or prior to the date hereof;

WHEREAS, Sellers desire to sell, transfer and assign to Purchaser the Assets and assume and assign to Purchaser the Assigned Leases and Interests, and Purchaser desires to acquire the Assets from Sellers and assume the Assigned Contracts, Assigned Leases and Interests and Assumed Liabilities, as more specifically provided herein;

WHEREAS, subject to the Prior Liens (as defined in the Financing Order), as the case may be, under the Credit Documents (including the Financing Order), the Agent holds a perfected first priority priming Lien securing the DIP Obligations and a perfected Lien securing the Lenders' Pre-Petition Claim on all assets of the Sellers (collectively, the "Encumbered Assets");

WHEREAS, the Agent, as agent on behalf of the Lenders, in consideration of the Assets that are Encumbered Assets and in satisfaction of the Lien thereon, in favor of the Agent, on behalf of the Lenders, may credit bid, for the benefit of and on behalf of Purchaser, up to 100% of the outstanding Credit Agreement Indebtedness pursuant to section 363(k) of the Bankruptcy Code and the Financing Order (the "Credit Bid") with respect to the Assets that are Encumbered Assets;

**WHEREAS**, the Parties intend to effectuate the transactions contemplated by this Agreement through a sale of the Assets and assumption and assignment of the Assigned Contracts and the Assigned Leases and Interests pursuant to sections 105, 363 and 365 of the Bankruptcy Code; and

**WHEREAS**, the transactions contemplated by this Agreement are subject to the approval of the Bankruptcy Court and will be consummated only pursuant to the Sale Order to be entered in the Bankruptcy Case.

**NOW, THEREFORE**, in consideration of the mutual promises contained herein, the Parties agree as follows.

## ARTICLE 1
## PURCHASE AND SALE

1.1     Purchase and Sale.

(a)     Upon the terms and subject to the conditions of this Agreement and the Sale Order, at the Closing, Sellers (as applicable) shall sell, transfer, assign, convey and deliver, or cause to be sold, transferred, assigned, conveyed and delivered, to Purchaser or Purchaser's designee, and Purchaser shall (or cause its designees to) purchase, acquire and accept from Sellers, the Assets, free and clear of all Claims, Liabilities, Encumbrances, Excluded Liabilities, and interests.

(b)     The "Assets" shall include all right, title and interest of Sellers in, to or under all assets and properties, of any kind and description, owned, licensed, leased or otherwise held by Sellers, including (but, in all cases, excluding the Excluded Assets):

(i)     all Leases and Mineral Interests, including those described on Exhibit A attached hereto and, to the extent permitted by applicable Legal Requirements, the Applicable BLM Leases (in each case whether completely or correctly described on Exhibit A attached hereto), and those Lease interests and Mineral Interests located in, under or that may be produced from or attributable to (A) the lands covered by either or both the Leases and Mineral Interests described on Exhibit A attached hereto, and (B) the Leases and lands included in any units with which the Leases, the Mineral Interests or the lands covered thereby may have been pooled, unitized or communitized (collectively, the "Assigned Leases and Interests"). Agent or Purchaser shall be entitled to amend Exhibit A in any manner prior to the Closing Date; provided that there shall be no reduction to the Purchase Price as a result of such amendment;

(ii)     all of the oil, gas, water, disposal, observation, injection or other wells (including, to the extent permitted by applicable Legal Requirements, the Applicable BLM Wells), associated equipment and related property necessary to operate the wells on the same basis they are currently operated, including all LACTS, tankage and associated infrastructure, equipment and vehicles necessary to ensure the continued operation of each producing unit located on the Assigned Leases and Interests, on lands pooled, unitized or communitized with any portion

2

thereof, on lands located within any governmental drilling or spacing unit (if applicable), which includes any portion thereof, or on portions thereof associated with proved undeveloped reserves, whether producing, non-producing, plugged, unplugged, shut-in or temporarily abandoned, including those described on Exhibit B (collectively, the "Wells", and together with the Assigned Leases and Interests, the "Properties");

(iii)   all Hydrocarbons produced from or attributable to the Properties, whether produced before, on or after the Closing Date, and all proceeds attributable thereto;

(iv)   all equipment, machinery, fixtures and other tangible personal property and improvements located on, primarily used or held for use, or otherwise obtained in connection with the ownership or operation of the Properties, including tanks, boilers, plants, buildings, field offices and other structures, fixtures, injection facilities, saltwater disposal facilities, compressors and other compression facilities (whether installed or not), pumping units, flow lines, pipelines, gathering systems, Hydrocarbon treating or processing systems or facilities, meters, machinery, pumps, motors, gauges, valves, power and other utility lines, roads, computer and automation equipment, telecommunications equipment, field radio telemetry and associated frequencies and licenses, pressure transmitters, central processing equipment and other appurtenances, improvements and facilities (collectively, the "Equipment");

(v)   all pipes, casing, tubing, tubulars, fittings, and other spare parts, supplies, tools, and materials located on, used or held for use on or held as inventory in connection with the ownership or operation of the Properties and Equipment;

(vi)   to the extent transferable pursuant to applicable Legal Requirements, all governmental (whether federal, state or local) permits, licenses, authorizations, franchises, grants, easements, variances, exceptions, consents, certificates, approvals and related instruments or rights of any Governmental Authority or other third party, and any writ, judgment, decree, award, order, injunction or similar order, ruling, directive or other requirement of any Governmental Authority (in each such case whether preliminary or final) required of any Seller for the ownership, operation or use of the Properties or Equipment (collectively, the "Permits");

(vii)   all Contracts (other than the Excluded Contracts), including sales and purchase contracts, operating agreements, exploration agreements, development agreements, balancing agreements, farmout agreements, service agreements, transportation, processing, treatment and gathering agreements, equipment leases and other contracts, agreements and instruments, including the Contracts described on Exhibit C attached hereto, insofar as they relate to any other Asset (collectively, the "Assigned Contracts"; provided Excluded Contracts shall not constitute Assigned Contracts unless and until assigned to Purchaser

3

pursuant to Section 6.6(c)).  Agent or Purchaser shall be entitled to amend Exhibit C in any manner prior to the Closing; provided that there shall be no reduction to the Purchase Price as a result of such amendment;

(viii)   all Surface Rights;

(ix)   except with respect to the Excluded Assets and the Excluded Liabilities, all claims, refunds, abatements, variances, allocations, causes of action, claims for relief, choses in action, rights of recovery, rights of set-off, rights of indemnity, contribution or recoupment, counter-claims, cross-claims and defenses of any Seller to the extent related to the Assets and arising or relating to events occurring from and after the Closing Date or related to the Assumed Liabilities;

(x)   all information, books, databases, files, records and data (other than the Excluded Records), whether in written or electronic format, relating to any Asset or to any Assumed Liabilities (collectively, the "Records"), which Records shall include all reservoir, land, operation and production files and records, inclusive of lease records, well records, division order records, property ownership reports and files, contract files and records, well files, title records (including abstracts of title, title opinions and memoranda, and title curative documents), correspondence, production records, prospect files and other prospect information, supplier lists and files, customer lists and files; and all other data including proprietary and non-proprietary engineering, geological, geophysical and seismic data, files and records (but only to the extent transferable without material restriction (including a material restriction against assignment without prior consent)), inclusive of maps, logs, core analysis, formation tests, cost estimates, studies, plans, prognoses, surveys and reports, and including raw data and any interpretive data or information relating to the foregoing, and any other proprietary data in the actual possession or control of any Seller or which any Seller has the right to obtain (either without the payment of money or delivery of other consideration or unduly burdensome effort or, upon Agent's or Purchaser's written election, at Purchaser's expense) and relating to the ownership, operation, development, maintenance or repair of, or the production, gathering, treatment, processing, storing, sale or disposal of Hydrocarbons or produced water from, the other Assets; provided that if any Records can only be assigned to Purchaser with a fee or penalty, Purchaser shall bear responsibility for such fee or penalty;

(xi)   all access agreements, rights of way, roads, power purchase agreements, and pipeline rights of way;

(xii)   all undeveloped leaseholds and right and title to agreements associated with Assigned Leases and Interests, as well as any federal extensions received;

(xiii)   all system software and reserve valuation software used to manage assets, including Daily Production Reports, Daily LOEs, Daily BATMANs,

4

EPLogic, Schlumberger OIP maps, all subsurface 3D, 3D Seismic data and licenses, Petrel data, eoxmaps.com, all mapping data, Daily Ops Report, WINR, entire sequel database holding all daily well data since inception, a fully replicated PURE storage array where data is housed, and all hardware on which such software and data is maintained (in each case, only to the extent not subject to a material restriction against assignment without prior counterparty written consent); provided that to the extent transfer of the any of the foregoing requires counterparty consent, Sellers shall cooperate with Purchaser to obtain counterparty consent, and if the counterparty does not consent, Sellers shall, so long as not prohibited by applicable Legal Requirements, seek to assume and assign the foregoing under Bankruptcy Code Section 365;

(xiv)   the assets and contracts (to be assumed and assigned) of EOX Marketing, LLC including all software, refinery and pipeline agreements (including extension options), including EMK3 custom management system and existing data Contracts;

(xv)   Central tank facility at Wheatland pipe inlet;

(xvi)   Frac pond at Talon;

(xvii)   the Koch JV and all interests part of and subject thereto;

(xviii)   all cash, deposits, letters of credit, or other security or collateral securing the Seller Credit Obligations, to the extent Purchaser has assumed such Seller Credit Obligations or has obtained the release thereof pursuant to Section 7.5(c) or such collateral is otherwise released from such Seller Credit Obligations (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Court);

(xix)   all trade credits, accounts receivable (including accounts receivable with respect to Hydrocarbons produced and sold before the Closing Date), unearned accounts receivable from Hydrocarbons, notes receivable, take or pay amounts receivable, and other receivables, with respect to any period of time;

(xx)   all claims and rights of Sellers in and any recovery arising out of Adversary Proceeding No. 16-51031 ("AP 16 51031"), styled *Emerald Oil, Inc. v. Dickinson (In re Emerald Oil, Inc.)*, Ch. 11 Case No. 16-10704, Adv. No. 16-51041 (KG) (Bankr. D. Del.) and pending in the Bankruptcy Court; and

(xxi)   funds received by the Sellers (in their capacity as operator with respect to the Properties operated by a Seller) as prepayments for items under operating agreements that constitute Assigned Contracts.

1.2   Excluded Assets.   Notwithstanding the foregoing, the Assets shall not include, and there is excepted, reserved and excluded from the transaction contemplated hereby, all of Sellers' right, title and interest in, to and under (collectively, the "Excluded Assets"):

5

(a)    the Purchase Price delivered to Sellers pursuant to this Agreement;

(b)    all cash and cash equivalents, including checks, commercial paper, treasury bills, certificates of deposit, bank accounts and other bank deposits as of the Closing Date (for clarification, all cash and cash equivalents that are or secure Seller Credit Obligations are not Excluded Assets, to the extent Purchaser (or its designee) has assumed such Seller Credit Obligations or has obtained the release thereof pursuant to Section 7.5(c) or such collateral is otherwise released from such Seller Credit Obligations, in each case, prior to or at the Closing (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Court));

(c)    any shares of capital stock or other equity interest of any Seller or any of Sellers' Subsidiaries or any securities convertible into, exchangeable or exercisable for shares of capital stock or other equity interest of any Seller or any of Sellers' Subsidiaries;

(d)    all minute books, stock ledgers, corporate seals and stock certificates of Sellers;

(e)    all Excluded Records;

(f)    all Excluded Contracts;

(g)    all rights to any refunds of Taxes (or other related costs or expenses) that are borne by or the responsibility of any Seller, attributable to any Tax asset or income Taxes of any Seller, or to which any Seller is otherwise entitled hereunder;

(h)    any refunds due to any Seller by a third party for any overpayment of rentals, royalties, excess royalty interests or production payments attributable to the Assets, except to the extent necessary to offset any underpayment to a third party of rentals, royalties, excess royalty interests or production payments attributable to the Assets, with respect to any period of time prior to the Closing Date;

(i)    subject to Section 7.9(b), all insurance policies and rights to proceeds thereof and refunds of premiums therefor (for clarification, all insurance policies and proceeds thereof and refunds of premiums therefor that are or secure Seller Credit Obligations are not Excluded Assets to the extent Purchaser (or its designee) has assumed such Seller Credit Obligations or has obtained the release thereof pursuant to Section 7.5(c) or such collateral is otherwise released from such Seller Credit Obligations, in each case, at or prior to the Closing (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Court));

(j)    all Permits and pending applications therefor to the extent related to any Excluded Asset or the Excluded Liabilities;

(k)    all prepayments, good faith and other bid deposits submitted by any third party under the terms of the Bidding Procedures Order;

(l)    other than as to AP 16-51031, all claims against former employees of any Seller (not employed by any Seller as of the date hereof) and all claims against Continental Resources, Inc. (and any Affiliates) for unpaid joint interest billings and other receivables;

6

(m)     other than as to AP 16-51031, all rights, claims or causes of action by or in the right of a Seller against any current or former director or officer of a Seller;

(n)     all rights to the use of deposits and retainers to the extent held and applied by Sellers' professionals on or before sixty (60) days after the earlier to occur of (i) the effective date of a plan of reorganization or liquidation, (ii) the conversion of the Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code or (iii) the dismissal of the Bankruptcy Case by the Bankruptcy Court;

(o)     the Avoidance Actions, including any proceeds thereof;

(p)     all Benefit Plans;

(q)     any rights, claims or causes of action of a Seller (i) arising from acts, omissions, or events, or damage to or destruction of property occurring prior to the Closing Date, or (ii) relating to any of the Excluded Assets; and

(r)     any rights, claims or causes of action of a Seller under this Agreement or any other Transaction Document, including, for the avoidance of doubt, Sellers' rights to return of the August MVC payment (in the amount of approximately $620,000) and the return of one half of the escrowed DMS withheld crude proceeds (of approximately $422,357).

1.3     Assumed Liabilities.  Upon the terms and subject to the conditions of this Agreement and the Sale Order, at the Closing, the Agent shall cause Purchaser (or its designees) to execute and deliver to Sellers the Assumption Agreement in the form attached hereto as Exhibit D (the "Assumption Agreement") pursuant to which Purchaser shall assume and agree to pay, perform, discharge or otherwise satisfy, when due (in accordance with their respective terms and subject to the respective conditions thereof) (collectively, the "Assumed Liabilities"):

(a)     all of Sellers' Liabilities under the Assigned Contracts that arise after the Closing Date; provided, however, that (i) amounts payable under the DMS Contracts shall be payable in accordance with the DMS Settlement, (ii) Liabilities under the severance contracts disclosed on Disclosure Schedule 4.24 that constitute Assumed Liabilities shall not exceed $2,000,000.00 and (iii) fees and services rendered under the DMS Contracts (including, for the avoidance of doubt, any minimum volume commitment shortfall amounts) prior to the Closing Date shall be billed at the rates under the applicable DMS Contracts at the rates for such services in effect immediately prior to amendment of the DMS Contracts in accordance with Section 8.6;

(b)     all Liabilities of Sellers relating to conditions at or under the Properties and the condition of the Equipment at the Properties (including plugging and abandonment obligations and all Liabilities applicable to an operator of the Properties under Environmental Laws) that arise or relate to conditions existing at or arising after the Closing Date;

(c)     plugging and abandonment obligations, if any, with respect to the Applicable BLM Wells and Applicable BLM Leases and the following Leases;

7

| Lease Master ID | LESSOR | LESSEE |
|---|---|---|
| 515*MCK1569 | BURLINGTON NORTHERN INC | KERR-MCGEE CORPORATION AND INEXCO OIL COMPANY |
| 515*MCK2066 | USA NDM 5880 | ELAINE WOLF |

(d)      all Cure Costs;

(e)      all obligations of Sellers with respect to the Suspense Funds, but only up to the amount of the Suspense Funds (for clarification, Purchaser (or its designee) is not assuming any obligations with respect to Suspense Funds where such obligations are associated with an Excluded Asset);

(f)      all obligations of Sellers owed to other Persons with respect to Imbalances (if any) in existence at or arising after the Closing Date;

(g)      Asset Taxes that are the responsibility of Purchaser (or its designee) pursuant to Section 7.1(b);

(h)      50% of all Transfer Taxes;

(i)      all Liabilities, if any, of Sellers relating to Transferred Employees, if any, arising from and after the Closing Date;

(j)      all duties, obligations, and liabilities of Sellers arising out of the ownership or operation of the Assets (excluding the Assigned Contracts, which are covered in Section 1.3(a) above), to the extent such duties, obligations, and liabilities arise after the Closing Date;

(k)      to the extent relating to periods after the Petition Date, all accounts payable, working and royalty interest payables, suspended revenue, production/severance tax payable and accrued expenses of Sellers, but not including professional fees; and

(l)      to the extent not already described in Sections 1.3(a) through 1.3(j) above, all Liabilities of Sellers arising from, related to or associated with the Assets, that arise at or after the Closing Date.

The assumption by Purchaser of the Assumed Liabilities shall not, in any way, enlarge the rights of any third parties relating thereto.

1.4      Excluded Liabilities.  Notwithstanding any provision in this Agreement to the contrary, Purchaser shall not assume and shall not be obligated to assume or be obliged to pay, perform, discharge or otherwise satisfy any Liability, Claim or Encumbrance of Sellers, and Sellers shall be solely and exclusively liable with respect to all Liabilities, Claims and Encumbrances of Sellers, other than the Assumed Liabilities (such Liabilities other than Assumed Liabilities, collectively, the "Excluded Liabilities").  Without limiting the foregoing,

8

but subject to the last sentence of this <u>Section 1.4</u>, Excluded Liabilities shall include the following Liabilities of Sellers:

(a)　　Liabilities that are not Assumed Liabilities, including Taxes (except those that are the responsibility of Purchaser (or its designee) under <u>Section 7.1(b)</u>), Claims asserted in litigation against any Seller, obligations to Sellers' lenders, and other Liabilities not specifically set forth in <u>Section 1.3</u> and any claims under sections 503 and 507 of the Bankruptcy Code;

(b)　　Liabilities associated with any Excluded Assets;

(c)　　Liabilities associated with any and all indebtedness of any Seller;

(d)　　Liabilities arising out of or in connection with claims, litigation and proceedings (whether instituted prior to or after Closing) for acts or omissions that occurred, or arise from events that occurred, prior to the Closing Date;

(e)　　penalties, fines, settlements, interest, costs and expenses arising out of or incurred as a result of any actual or alleged violation by any Seller of any Legal Requirement or breach by any Seller of any Contract;

(f)　　except as otherwise set forth in this Agreement, all Liabilities for Taxes of any nature;

(g)　　subject to <u>Section 6.6(c)</u>, Liabilities arising out of or resulting from layoffs or termination of Employees by any Seller at or prior to Closing (including without limitation all accrued and unpaid vacation, payroll taxes and related expenses) and/or the consummation of the Transactions sufficient in the aggregate to require notice under the WARN Act, as well as any other Liabilities to any of Sellers' Employees under any Seller's employee stock option plan;

(h)　　all Liabilities for expenses (i) relating to the negotiation and preparation of this Agreement and (ii) relating to the Transactions, in each case to the extent incurred by any Seller and including those related to legal counsel, accounting, brokerage and investment advisors fees and disbursements;

(i)　　any Liability to DMS under the DMS Contracts for any period prior to Closing except to the extent set forth in <u>Section 1.3(a)</u> or the DMS Settlement;

(j)　　any Liability under any Assigned Lease and Interest or Contract that arises after the Closing but that arises out of or relates to any breach, occurrence or circumstance that occurred prior to the Closing; and

(k)　　subject to <u>Section 6.6(c)</u>, all Liabilities with respect to any Employee or other Benefit Plans.

The parties hereto acknowledge that Purchaser is not obligated (and the Agent is not agreeing to cause Purchaser (or its designees)) to assume any Liability of any Seller whether related to the Assets or otherwise, other than the Assumed Liabilities, and that nothing in this Agreement shall

9

be construed as an agreement otherwise. For the avoidance of doubt, in the event of any conflict between the terms of Section 1.3 and this Section 1.4, the terms of Section 1.3 shall govern.

1.5     Cure Costs.  From and after the Closing, Purchaser shall pay or cause to be paid, pursuant to and in accordance with section 365 of the Bankruptcy Code and the Sale Order, any and all cure and reinstatement costs or expenses relating to the assignment and assumption of the Assigned Contracts and Assigned Leases and Interests (the "Cure Costs") to which any Seller is a party and which are included in the Assets.

1.6     Assignment of Assets Subject to Consent Requirements.  If prior to the Closing Date any consent to assignment applicable to the transactions contemplated hereby (other than governmental consents or approvals customarily obtained post-Closing) has not been obtained or otherwise satisfied, and further, failure to obtain or otherwise satisfy such third party consent would result in termination of a Lease, or would cause a Lease to be void or voidable, in each case after giving effect to the Sale Order and the Bankruptcy Code (each such third party consent, a "Hard Consent"), the Properties affected by such Hard Consent shall be held back from the Assets conveyed at Closing without reduction to the Base Purchase Price. Any Property so held back at the Closing will be conveyed to Purchaser within ten (10) Business Days after such Hard Consent has been obtained or otherwise satisfied (and a Hard Consent shall be deemed to have been satisfied for purposes of this Agreement if the counterparty to such affected Lease shall have received a notice of assumption and assignment of such Lease in accordance with the Bankruptcy Code and (i) shall have failed to have filed with the Bankruptcy Court an objection of the assignment of such Lease on or before the deadline for objection set forth in such Sale Notice or as otherwise imposed by applicable law, or (ii) such an objection having been filed, such objection is resolved, by the Bankruptcy Court or otherwise, in a manner that causes such Hard Consent not to be a Hard Consent or otherwise satisfies such Hard Consent). At such subsequent closing, Sellers shall contribute, assign, transfer and convey to Purchaser, and Purchaser shall acquire and accept from Sellers, such Property pursuant to the terms of this Agreement.  Except for Hard Consents, if any consents to the assignment of any Asset are not obtained prior to Closing, then with respect to each affected Asset, the affected Assets shall nevertheless be sold and conveyed to Purchaser at the Closing and Purchaser (or its designees) shall pay for the affected Asset(s) at Closing in accordance with this Agreement as though the Consent had been obtained.  In the case of licenses, certificates, approvals, authorizations, Leases, Contracts and other commitments included in the Assets (a) that cannot be transferred or assigned without the Hard Consent of third parties, which Hard Consent has not been obtained prior to the Closing (after giving effect to the Sale Order and the Bankruptcy Code), Sellers shall, at Purchaser's sole expense and subject to any approval of the Bankruptcy Court that may be required, reasonably cooperate with Purchaser in attempting to obtain such Hard Consent and, if any such Hard Consent is not obtained, Sellers shall, following the Closing, at Purchaser's sole expense and subject to any approval of the Bankruptcy Court that may be required, cooperate with Purchaser in all reasonable respects to provide to Purchaser the benefits thereof in some other manner or (b) that are otherwise not transferable or assignable (after giving effect to the Sale Order and the Bankruptcy Code), Sellers shall, following the Closing, at Purchaser's sole expense and subject to any approval of the Bankruptcy Court that may be required, reasonably cooperate with Purchaser to provide to Purchaser the benefits thereof in some other manner (including the exercise of the rights of Sellers thereunder); provided that Purchaser bears the burdens in each case of (a) or (b); provided further that nothing in this Section 1.6 shall

10

(i) require Sellers to make any expenditure or incur any obligation on its own or on behalf of Purchaser for which funds in the full amount of such expenditure or obligation are not provided to Sellers by Purchaser in advance in cash or (ii) prohibit Sellers from ceasing operations or winding up its affairs following the Closing.

1.7    Consents for Assigned Contracts.  For all purposes of this Agreement (including all representations and warranties of Sellers contained herein), Sellers shall be deemed to have obtained all required consents in respect of the assumption and assignment of any Assigned Contract if, and to the extent that, (i) Sellers have properly served under the Bankruptcy Code notice of assumption and assignment on the counterparty to such Assigned Contract, (ii) any objections to assumption and assignment filed by such counterparty have been withdrawn or overruled (including pursuant to the Sale Order or other Order of the Bankruptcy Court), and (iii) pursuant to the Sale Order, Sellers are authorized to assume and assign such Assigned Contracts to Purchaser pursuant to section 365 of the Bankruptcy Code and any applicable Cure Costs have been satisfied by Purchaser or Sellers, on behalf of Sellers, as provided in this Agreement.  Sellers shall, as part of the Sale Motion, seek the assumption and assignment to Purchaser of the Assigned Leases and Interests and the Assigned Contracts.

1.8    Further Assurances.  The Parties agree to (a) furnish upon request to each other such further information, (b) execute, acknowledge and deliver to each other such other documents and (c) do such other acts and things, all as the other Party may reasonably request for the purpose of effectuating the transactions contemplated by this Agreement and the Transaction Documents; provided that Sellers' ability to perform covenants and obligations after Closing shall be limited to the extent Sellers have employees and resources available for such purpose; provided further that nothing in this Section 1.8 shall prohibit Sellers from ceasing operations or winding up its affairs following the Closing.

1.9    BLM Holdback Assets.  At Closing, if the Applicable BLM Leases have not been reinstated by the BLM as of the Closing and Sellers are prohibited by applicable Legal Requirements, after giving effect to the Sale Order, to assign to Purchaser Sellers' rights, title and interests in, to or under the Applicable BLM Leases and the Applicable BLM Wells, Sellers shall retain their rights, title and interest in, to and under (i) the Applicable BLM Leases and the Applicable BLM Wells and (ii) all other Assets to the extent associated with the Applicable BLM Wells ((i) and (ii), collectively, the "BLM Holdback Assets").  The BLM Holdback Assets shall not be subject to any Lien, attachment, trustee process or any other judicial process of any creditor of Sellers or Purchaser other than any validly perfected Lien or attachment that existed as of the Petition Date and not extinguished pursuant to the Sale Order or other Order of the Bankruptcy Court; provided that any such Lien or attachment shall be solely to the extent of the Sellers' (and not Purchaser's) interest in the BLM Holdback Assets, and Purchaser's interest in the BLM Holdback Assets shall be free and clear of any such Lien, attachment, trustee process or any other judicial process of any creditor of Sellers or Purchaser.  At Closing, in the event the Applicable BLM Leases have not been reinstated, Sellers shall engage Purchaser (or its designee) as a subcontractor (pursuant to a mutually agreeable contract operating agreement in customary form but subject to Section 7.10) to undertake operating responsibilities therefor and Purchaser (or its designee) will (i) perform as a subcontractor the obligations of Sellers as operator of the Applicable BLM Wells, associated drilling spacing unit(s), and any other Assigned Leases and Interests included therein through reinstatement and be responsible for any

11

WEIL:\95835302\31\39110.0004

costs and expenses related thereto, and (ii) receive any proceeds of production from such Applicable BLM Well(s) and any other rights under the Applicable BLM Leases as consideration for Purchaser's (or its designee's) subcontractor services, in each case, to the extent permitted by the BLM and applicable Legal Requirements.  Within three (3) Business Days after reinstatement of the Applicable BLM Leases, Sellers shall transfer the BLM Holdback Assets to Purchaser (or its designee) and reasonably cooperate with Purchaser as required by the BLM in order to complete the reinstatement and transfer of the Applicable BLM Leases to Purchaser (or its designee).  From and after Closing, Purchaser shall, and shall cause its employees to, take, or cause to be taken, all actions, and to do, or cause to be done, and to assist and cooperate with Sellers to seek reinstatement of the Applicable BLM Leases.

### ARTICLE 2
### PURCHASE PRICE

2.1     Purchase Price.  The consideration for the purchase, sale, assignment and conveyance of Sellers' right, title and interest in, to and under the Assets shall be:

(a)     One   Hundred   Ten   Million   Five   Hundred   Thousand   Dollars $110,500,000.00 (the "Base Purchase Price") which shall consist of the following:

(i)     the Credit Bid of a portion of the Credit Agreement Indebtedness in an amount equal to the Base Purchase Price less the amount of the Cash Portion (the "Credit Bid Amount"), which Credit Bid Amount shall be comprised of (i) the full amount of the Lenders' Pre-Petition Claim that does not constitute the DIP Obligations and (ii) a portion of the DIP Obligations that together with the amount referred to in clause (i) above equals the Credit Bid Amount (such portion of the Base Purchase Price, the "Credit Bid Portion"); *plus*

(ii)     an amount in cash equal to $16,000,000.00 (the "Cash Portion" and together with the Credit Bid Portion, collectively, the "Purchase Price"); and

(b)     the assumption of the Assumed Liabilities; and

(c)     the indemnity (pursuant to Section 11.3) by Purchaser to Sellers for any amount of the Break-Up Fee or Expense Reimbursement (each as defined in the Stalking Horse PSA) paid by Sellers pursuant to the Stalking Horse PSA.

(d)     In accordance with Section 2.1(a), the Agent shall satisfy (on behalf of Purchaser) the Purchase Price at the Closing as to the amount of the Credit Bid by discharging the Sellers and the Sellers shall be deemed to be discharged from the Credit Agreement Indebtedness in an aggregate amount equal to the Credit Bid Portion (for the avoidance of doubt, any Lien and security interest of the Agent on any Encumbered Asset that is not an Asset being purchased by Purchaser pursuant to this Agreement shall not be released and will continue to secure the remaining outstanding amount of the Credit Agreement Indebtedness).

(e)     On the Closing Date, the Purchaser shall pay to Sellers or Sellers' designee cash, in immediately available funds to an account designated by Sellers at least two (2)

WEIL:\95835302\31\39110.0004

Business Days prior to the Closing Date, in an amount equal to the Cash Portion <u>minus</u> the amount of the Deposit in accordance with <u>Section 3.2</u>.

## ARTICLE 3
## CLOSING

3.1     <u>Closing Date</u>.  Upon the terms and subject to the conditions hereof, the closing of the sale of the Assets, the assumption and assignment of the Assigned Contracts and the Assigned Leases and Interests, and the assumption of the Assumed Liabilities contemplated hereby (the "<u>Closing</u>") shall take place at 10:00 am, Chicago Time, by electronic exchange of documents (<u>provided</u> that if the Parties agree to an in-person Closing, such Closing shall take place at the office of Kirkland & Ellis LLP at 300 North LaSalle, Chicago, Illinois 60654 (or at such other location as the Parties may mutually agree)), no later than three (3) Business Days following the date on which the conditions set forth in <u>ARTICLE 8</u> and <u>ARTICLE 9</u> have been satisfied or (if permissible) waived (other than the conditions which by their nature are to be satisfied at the Closing, but subject to the satisfaction or (if permissible) waiver of such conditions). The date and time at which the Closing actually occurs is hereinafter referred to as the "<u>Closing Date</u>."

3.2     <u>Payment of the Cash Portion</u>.

(a)     At the Closing, Purchaser (or its designees) shall pay (or cause to be paid) an amount in cash equal to the Cash Portion of the Base Purchase Price <u>minus</u> the amount of the Deposit by wire transfer of immediately available funds to an account specified in writing by Sellers prior to the Closing Date.

(b)     At the Closing, in satisfaction of the remaining portion of the Cash Portion of the Base Purchase Price, the Company and Buyer (as defined in the Stalking Horse PSA) will jointly instruct the Escrow Agent (as defined in the Stalking Horse PSA) to deliver the Deposit to Sellers by wire transfer of immediately available funds to an account specified in writing by Sellers prior to the Closing Date.

(c)     In addition, on or prior to the Closing Date, Purchaser, Sellers and/or DMS, as applicable, will instruct Pachulski Stang Ziehl & Jones LLP to release escrowed amounts in accordance with the DMS Settlement and the Sale Order.

3.3     <u>Purchaser's Deliveries</u>.  At the Closing, Purchaser (or its designees) shall deliver or cause to be delivered to Sellers (or such other Persons where so designated):

(a)     the Cash Portion of the Base Purchase Price in accordance with <u>Section 3.2</u>;

(b)     the Assumption Agreement, duly executed by Purchaser (or its designee);

(c)     a counterpart to the Contract Operating Agreement, duly executed by Purchaser;

13

(d)     a copy of Purchaser's certificate of formation and any corrections thereto, certified as of a recent date by the Secretary of State of the State of Texas;

(e)     a certificate of good standing (or equivalent certificate) of Purchaser issued as of a recent date by the Secretary of State of the State of Texas;

(f)     a certificate of Purchaser, signed by a duly authorized officer of Purchaser or a duly authorized officer of Purchaser's manager on behalf of Purchaser, dated the Closing Date, in form and substance reasonably satisfactory to Sellers, as to: (i) there having been no amendments to the certificate of formation of Purchaser since the date of the certified certificate of formation and any corrections thereto delivered pursuant to Section 3.3(d); (ii) Purchaser's authorization to execute and perform its obligations under the Transaction Documents to which Purchaser is a party; and (iii) incumbency and signatures of the officer(s) of Purchaser (or officer(s) of the manager of Purchaser) executing the Transaction Documents;

(g)     each other Transaction Document to which Purchaser is a party, duly executed (and acknowledged, where applicable) by Purchaser;

(h)     the certificates of Purchaser and Agent to be received by Sellers pursuant to Sections 9.1 and 9.3;

(i)     in accordance with the terms of the Direction Letter, a release letter duly executed by the Agent authorizing the release of the Agent's Lien and security interest on Encumbered Assets that are being purchased by the Purchaser and that are subject to such Lien and security interest, which release letter shall be in form and substance reasonably acceptable to the Agent and Sellers; and

(j)     such other assignments and other good and sufficient instruments of assumption and transfer, in form reasonably satisfactory to Sellers and Purchaser, as Sellers may reasonably request to effect the Credit Bid and transfer and assign the Assumed Liabilities to Purchaser (or its designee).

3.4     Sellers' Deliveries.  At the Closing, Sellers shall deliver to Purchaser (or to Agent in the case of Section 3.4(g) and, if applicable Section 3.4(h)):

(a)     The Assumption Agreement, duly executed by Sellers;

(b)     a certified copy of the Sale Order and case docket reflecting that the Sale order is in effect and not stayed;

(c)     the certificates of Sellers to be received by Purchaser pursuant to Sections 8.1 and 8.2;

(d)     a non-foreign affidavit by each Seller dated as of the Closing Date, sworn under penalty of perjury and in form and substance required under the Treasury Regulations issued pursuant to Code §1445, stating that such Seller is not a "foreign person" as defined therein;

WEIL:\95835302\31\39110.0004

(e)     a Quitclaim Deed and Bill of Sale in the form attached hereto as Exhibit E, together with such changes as the Parties may mutually agree or that may be required in order to effect the transfer of Assets in accordance with applicable Legal Requirements in North Dakota;

(f)     a counterpart of the Contract Operating Agreement, duly executed by the Company;

(g)     the Governmental Transfer Documents reasonably requested by Purchaser, executed by the appropriate Sellers;

(h)     a cash payment of the Agent's fees and expenses in its capacity as agent for the Lenders under the Credit Documents;

(i)     such other assignments and other good and sufficient instruments of assumption and transfer, in form reasonably satisfactory to Sellers and Agent, as Agent or Purchaser may reasonably request to effect the Credit Bid and carry out the transactions in this Agreement;

(j)     letters-in-lieu of transfer orders with respect to all Wells, prepared by Sellers and in forms reasonably acceptable to Purchaser; and

(k)     each Transaction Document to which Sellers are a party, duly executed (and acknowledged, where applicable) by Sellers.

3.5     Waiver of Conditions.  Following the occurrence of the Closing, any condition set forth in ARTICLE 8 and ARTICLE 9 that was not satisfied as of the Closing will be deemed to have been waived for all purposes by the Party having the benefit of such condition as of and after the Closing.

## ARTICLE 4
## REPRESENTATIONS AND WARRANTIES OF SELLERS

Except as disclosed in the Disclosure Schedules attached hereto or the Company SEC Documents, Sellers represent and warrant the following to Agent and Purchaser:

4.1     Organization and Good Standing.  Each Seller is an entity duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization.  Each Seller has the requisite corporate (or similar) power and authority to own or lease and to operate and use its properties and to carry on its business as now conducted.  Sellers are duly qualified or licensed to do business and are in good standing in each jurisdiction where the character of their business or the nature of their properties makes such qualification or licensing necessary (as applicable), except for such failures to be so qualified or licensed or in good standing as would not, individually or in the aggregate, reasonably be expected to be material to the Assets and Assumed Liabilities, taken as a whole, or impair, prevent, or materially delay the ability of Sellers to consummate the Closing.

4.2     Authority; Validity; Governmental Authority Consents.  Each Seller has, subject to requisite Bankruptcy Court approval, the requisite corporate (or similar) power and

15

authority necessary to enter into and perform its obligations under this Agreement and the other Transaction Documents to which such Seller is a party and to consummate the transactions contemplated hereby and thereby, and, subject to requisite Bankruptcy Court approval, the execution, delivery and performance of this Agreement and such other Transaction Documents by such Seller and the consummation by such Seller of the transactions contemplated herein and therein have been duly and validly authorized by all requisite corporate (or similar) action on the part of such Seller.  This Agreement has been duly and validly executed and delivered by each Seller and each other Transaction Document required to be executed and delivered by such Seller at the Closing will be duly and validly executed and delivered by such Seller at the Closing. Subject to requisite Bankruptcy Court approval, this Agreement and the other Transaction Documents constitute, with respect to each Seller that is a party thereto, the legal, valid and binding obligations of such Seller, enforceable against such Seller in accordance with their respective terms, except as such enforceability may be limited by applicable bankruptcy, insolvency, reorganization, fraudulent conveyance, moratorium or other similar Legal Requirements affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether such principles are considered in a proceeding at law or in equity.  Subject to requisite Bankruptcy Court approval, except (a) for entry of the Sale Order, (b) for notices, filings and consents required in connection with the Bankruptcy Case, (c) any applicable notices, filing, consents or approvals under any applicable antitrust, competition or trade regulation Legal Requirements, and (d) for the notices, filings and consents set forth on Disclosure Schedule 4.2, Sellers are not required to give any notice to, make any filing with or obtain any consent from any Governmental Authority in connection with the execution and delivery of this Agreement and the other Transaction Documents or the consummation or performance of any of the transactions contemplated hereby and thereby, except as would not, individually or in the aggregate, reasonably be expected to be material to the Assets and Assumed Liabilities, taken as a whole, or impair, prevent, or materially delay the ability of Sellers to consummate the Closing.

4.3    No Conflict.    When the consents and other actions described in Section 4.2, including requisite Bankruptcy Court approval, have been obtained and taken, the execution and delivery of this Agreement and the other Transaction Documents and the consummation of the transactions provided for herein and therein will not result in the breach of any of the terms and provisions of, or constitute a default under, or conflict with, or cause any acceleration of any obligation of Sellers under (a) any agreement, indenture, or other instrument to which any Seller is bound, (b) the certificate of incorporation, bylaws or other governing documents of any Seller, (c) any Order or (d) any Legal Requirement, except as would not, individually or in the aggregate, reasonably be expected to be material to the Assets and Assumed Liabilities, taken as a whole, or impair, prevent, or materially delay the ability of Sellers to consummate the Closing.

4.4    Material Contracts.    (a) Disclosure Schedule 4.4 lists all Material Contracts in effect as of the Execution Date, to which any Seller is a party or by which its interests in the Assets are bound, (b) subject to entry of the Sale Order and assumption by the applicable Seller of the same in accordance with applicable Legal Requirements (including satisfaction of any applicable Cure Costs), all such Material Contracts are in full force and effect, except (i) as such enforceability may be limited by applicable bankruptcy, insolvency, reorganization, fraudulent conveyance, moratorium or other similar Legal Requirements

16

WEIL:\95835302\31\39110.0004

affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether such principles are considered in a proceeding at law or in equity, and (ii) as would not, individually or in the aggregate, reasonably be expected to be material to the Assets and Assumed Liabilities, taken as a whole, and (c) except as related to or arising out of or as a result of the Bankruptcy Case and subject to entry of the Sale Order and assumption by the applicable Seller of the same in accordance with applicable Legal Requirements (including satisfaction of any applicable Cure Costs), no default or breach (or event that, with notice or lapse of time, or both, would become a default or Breach) of any such Material Contracts has occurred or is continuing on the part of any Seller.

4.5     Permits.  As of the Execution Date and as of the Closing Date, (a) no Seller has received written notice of default under any Permit and (b) no violations exist in respect of such Permits, except as would not, individually or in the aggregate, reasonably be expected to be material to the Assets and Assumed Liabilities, taken as a whole, or impair, prevent, or materially delay the ability of Sellers to consummate the Closing.

4.6     Wells; Plug and Abandon Notice.  Except as set forth on Disclosure Schedule 4.6, there are no Wells (a) in respect of which a Seller has received an order from any Governmental Authority requiring that such Wells be plugged and abandoned or (b) to the Company's Knowledge, that are neither in use for purposes of production or injection nor suspended or temporarily abandoned in accordance with applicable Legal Requirements that are required to be plugged and abandoned in accordance with applicable Legal Requirements but have not been or are not in the process of being plugged and abandoned.

4.7     Imbalances.  To the Company's Knowledge, all Imbalances relating to the Assets are reflected in Disclosure Schedule 4.7 as of the date stated therein.

4.8     AFEs.  Disclosure Schedule 4.8 contains a list, true and correct as of the date set forth therein, of all material authorities for expenditures (collectively, "AFEs") for capital expenditures with respect to the Assets in excess of One Hundred Thousand Dollars ($100,000), net to a Seller's interest, that have been proposed by any Person having authority to do so (including internal AFEs of a Seller not delivered to third parties).

4.9     Non-Consent Operations.  Except as set forth on Disclosure Schedule 4.9, no operations are being conducted or have been conducted on the Assets with respect to which any Seller has elected to be a non-consenting party under the applicable operating agreement and with respect to which all of such Seller's rights have not yet reverted to it.

4.10    Hedging.  There are no futures, options, swaps or other derivatives with respect to the sale of Hydrocarbons from the Assets that are or will be binding on the Assets at any time after the Closing Date.

4.11    Preferential Purchase Rights.  Disclosure Schedule 4.11 lists all Preferential Purchase Rights to which any Assets are subject that would be triggered by this Agreement and under which a notice would be required due to the Parties entering into this Agreement.

WEIL:\95835302\31\39110.0004

4.12    Suspense Funds.    To the Company's Knowledge, Disclosure Schedule 4.12 sets forth a list, true and correct as of the date set forth therein, of all Suspense Funds and the name or names of the parties to whom such funds are owed.

4.13    Intellectual Property.  Except as set forth on Disclosure Schedule 4.13, no Seller owns Intellectual Property related to or used in connection with the ownership or operation of the Assets that is material to the business of the Sellers, taken as a whole.

4.14    Taxes.  Each Seller has filed all Tax Returns required to be filed, and has paid all Taxes shown on any such Tax Return as owing, except, in each case, as would not reasonably be expected to result in an Assumed Liability.  No examination of any such Tax Return of Sellers is currently in progress by any Governmental Authority.

4.15    Legal Proceedings.  Except for the Bankruptcy Case and any adversary proceedings or contested motions or other objections commenced or filed in connection therewith or as set forth on Disclosure Schedule 4.15, there is no Proceeding or Order pending, outstanding or, to the Company's Knowledge, that has been threatened against any Seller that seeks to restrain or prohibit or otherwise challenge the consummation, legality or validity of the transactions contemplated hereby.

4.16    Labor Matters.  With respect to Employees of Sellers, (a) there are no collective bargaining agreements or collective bargaining relationships to which Sellers or their Affiliates are a party, (b) there is no pending or, to the Company's Knowledge, threatened, strike, slowdown, picketing or work stoppage, and no such dispute has occurred within the past five (5) years, (c) there is no pending application for certification of a collective bargaining agent filed with any Governmental Authority and to the Company's Knowledge, no such filing is threatened, and (d) no union organizing activities are underway or, to the Company's Knowledge, threatened and no such activities have occurred in the past five (5) years.  Sellers are in compliance with applicable Legal Requirements regarding labor matters, including Legal Requirements related to payment of wages, benefits, vacation/paid time off, and other payments and benefits to which Employees are entitled under applicable Legal Requirements.

4.17    No Take-or-Pay Obligations.    Except as set forth on Disclosure Schedule 4.17, to the Company's Knowledge no Seller is obligated by virtue of any material take-or-pay payment, advance payment or other similar payment (other than gas balancing arrangements) to deliver Hydrocarbons, or proceeds from the sale thereof, attributable to the Assets at some future time without receiving payment therefor at or after the time of delivery.

4.18    Payments.  Except as set forth on Disclosure Schedule 4.18, and excluding the Suspense Funds, all material delay rentals, royalties, shut-in royalties, overriding royalties, compensatory royalties and other payments due with respect to the Properties, in each case, to the extent attributable to the period of time prior to the Closing Date, have been properly and fully paid.

4.19    Environmental Matters.  As of the Execution Date, except as would not reasonably be expected, individually or in the aggregate, to be material to the Assets or Assumed Liabilities, taken as a whole:

18

(a)      the Properties and the Equipment at the Properties are in compliance with all applicable Environmental Laws;

(b)      Sellers possess and are in compliance with all Permits required under Environmental Laws for the ownership or operation of the Properties and the Equipment at the Properties;

(c)      with respect to Sellers' operation of the Properties and the Equipment at the Properties, Seller has not received any written notice of a violation of applicable Environmental Law from any Governmental Authority, the subject of which is unresolved;

(d)      Sellers have not received any written notice of potential liability for a release of Hazardous Substances, or liability for any investigatory, remedial, or corrective obligation arising under Environmental Laws, in each case with respect to the Properties or the Equipment at the Properties, the subject of which is unresolved; and

(e)      there is no Proceeding or Order pending, outstanding, or, to the Company's Knowledge, that has been threatened against Seller pursuant to Environmental Law with respect to the Properties or the Equipment at the Properties or Sellers' operation of the Properties or the Equipment at the Properties.

4.20    Title Matters.  Except as set forth in Disclosure Schedule 4.20 hereto, Sellers have, as of the date hereof, and at the Closing, Purchaser (or its designee) shall receive, Defensible Title to the Assets.

4.21    Cure Amounts.  Disclosure Schedule 4.21 sets forth Sellers' good faith estimate of Cure Amounts with respect to all of the Leases and Contracts, as of the date (s) set forth thereon.

4.22    Assets Necessary for the Business and the Assets.  The Assets constitute all of the material assets, other than the Excluded Assets and Employees, used by Sellers in the current operations of the business and necessary for Purchaser (or its designee) to operate such business immediately following the Closing in substantially the same manner as operated by Sellers prior to the Closing.

4.23    Brokers or Finders.  No Seller has incurred any obligation or liability, contingent or otherwise, for brokerage or finders' fees or agents' commissions or other similar payments in connection with this Agreement, the other Transaction Documents or the transactions contemplated hereby or thereby for which Purchaser (or its designee) is or will become liable, except, if at all, to the extent that such fees, commissions and other similar payments expressly constitute Assumed Liabilities.

4.24    Severance Agreements.  Except as set forth in Disclosure Schedule 4.24 hereto, the Company is not party to any severance agreements (or similar agreements).

4.25    Accounts Payable and Accounts Receivable.  Schedule 4.25 sets forth Sellers' good faith estimate of accounts payable and accounts receivable as of the date hereof.

19

## ARTICLE 5
## REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser (solely as to matters pertaining to Purchaser) and Agent (solely as to matters pertaining to Agent), severally and not jointly and severally, represents and warrants to Sellers as follows.

5.1     Organization and Good Standing.  Purchaser is a limited liability company duly organized, validly existing and in good standing under the Laws of the State of Texas.  Agent is a limited liability company duly organized, validly existing and in good standing under the Laws of the State of Delaware.  Purchaser has all requisite power and authority to own, lease and operate its properties and to carry on its business as now conducted.

5.2     Authority; Validity; Consents.    Purchaser has, and pursuant to the Direction Letter, Agent has the requisite power and authority necessary to enter into and perform its obligations under this Agreement and the other Transaction Documents to which it is a party and to consummate the transactions contemplated hereby and thereby.  The execution, delivery and performance of this Agreement by Purchaser and Agent and the consummation by Purchaser and Agent of the transactions contemplated herein have been duly and validly authorized by all requisite limited liability company actions in respect thereof.  This Agreement has been duly and validly executed and delivered by Purchaser and Agent and each other Transaction Document to which Purchaser or Agent is a Party will be duly and validly executed and delivered by Purchaser or Agent, as applicable, at the Closing.  This Agreement and the other Transaction Documents to which Purchaser or Agent, as applicable, is a party constitute the legal, valid and binding obligation of Purchaser or Agent, as applicable, enforceable against Purchaser or Agent, as applicable, in accordance with their respective terms, except in each case as such enforceability may be limited by applicable bankruptcy, insolvency, reorganization, fraudulent conveyance, moratorium or other similar Legal Requirements affecting the enforcement of creditors' rights generally and by general principles of equity, regardless of whether such principles are considered in a proceeding at law or in equity. Neither Purchaser nor Agent is or will be required to give any notice to, make any filing with, or obtain any consent or approval from any Person in connection with the execution and delivery of this Agreement and the other Transaction Documents to which it is a Party or the consummation or performance of any of the transactions contemplated hereby or thereby, except for such notices, filings, consents, and approvals, the failure of which to provide, make or obtain, would not, individually or in the aggregate, affect Purchaser or Agent's ability to perform its obligations under this Agreement (including delivery of the Purchase Price (including the Credit Bid) in accordance with ARTICLE 2) or any other Transaction Documents or to consummate the transactions contemplated hereby or thereby.

5.3     No Conflict.  When the consents and other actions described in Section 5.2 have been obtained and taken, the execution and delivery of this Agreement and the other Transaction Documents and the consummation of the transactions provided for herein and therein will not result in the breach of any of the terms and provisions of, or constitute a default under, or conflict with, or cause any acceleration of any obligation of Purchaser or Agent under (a) any agreement, indenture or other instrument to which it is bound, (b) the corporate governance documents of Purchaser or Agent, (c) any Order or (d) any Legal Requirement.

20

5.4     Availability of Funds.  As of the Closing Purchaser (or its designee) will have, sufficient cash in immediately available funds (without giving effect to any unfunded financing, regardless of whether any such financing is committed) to pay the Purchase Price, all costs, fees and expenses to be paid by Purchaser (or its designee) that are necessary to consummate the transactions contemplated by this Agreement and the other Transaction Documents, and assume the Assumed Liabilities.  Purchaser's (or its designees') ability to consummate the transaction contemplated hereby is not contingent upon its ability to secure any financing or to complete any public or private placement of securities prior to or upon Closing.  Purchaser (or its designee) will be capable of satisfying the conditions contained in sections 365(b)(1)(C) and 365(f) of the Bankruptcy Code with respect to the Assigned Contracts.

5.5     Litigation.  There are no Proceedings pending or, to the Knowledge of Purchaser or Agent, threatened, that would affect Agent or Purchaser's ability to perform their obligations under this Agreement or any other Transaction Documents or to consummate the transactions contemplated hereby or thereby.

5.6     Bankruptcy.  There are no bankruptcy, reorganization or arrangement proceedings pending, being contemplated by, or to the Knowledge of Purchaser or Agent, threatened against Agent or Purchaser.

5.7     Brokers or Finders.  Neither (i) Agent or any Person acting on behalf of Agent nor (ii) Purchaser or any Person acting on behalf of Purchaser has paid or become obligated to pay any fee or commission to any broker, finder, investment banker, agent or intermediary for or on account of the transactions contemplated by this Agreement for which Sellers are or will become liable.

5.8     Knowledge and Experience.  Purchaser (or its designee) will purchase the Assets for its own account for investment purposes and not with the intent to resell the Assets in violation of any federal or state securities laws.  In entering into this Agreement and agreeing hereunder to acquire the Assets, neither Purchaser nor Agent, other than in its capacity as agent as appointed pursuant to the Credit Documents and as authorized to enter into, and perform its obligations hereunder pursuant thereto and pursuant to the Direction Letter, is not under any specific contractual commitment to any third party, or any specific nominee agreement with any third party, to transfer to, or to hold title on behalf of, such third party, with respect to all or any part of the Assets.  Purchaser acknowledges that it has had the opportunity to seek the advice of persons it deemed appropriate concerning the consequences of the provisions of this Agreement and hereby waives any and all rights to claim that it is an unsophisticated investor in oil and gas properties.

5.9     Qualification to Assume Operatorship.  At Closing, Purchaser (or its designee) will be qualified to own and, where applicable, assume operatorship of the Assets in all jurisdictions where the Assets are located, and the consummation of the transactions contemplated by this Agreement will not cause Purchaser (or its designee) to be disqualified as such an owner or operator.  To the extent required by the applicable state, tribal and federal Governmental Authorities, at Closing Purchaser (or its designees on behalf of Purchaser) will have, and will continue to maintain, lease bonds, area-wide bonds or any other surety bonds or

21

insurance policies as may be required by, and in accordance with, any Governmental Authorities with jurisdiction over the ownership or operation of such Assets or any operating agreement.

## ARTICLE 6
## ACTIONS PRIOR TO THE CLOSING DATE

6.1     Access and Reports.

(a)     Subject to applicable Legal Requirements, upon receipt of written notice from Purchaser of any such activities no less than two (2) Business Days in advance, Sellers shall use commercially reasonable efforts (and shall cause its Subsidiaries to) to afford Purchaser's officers and other authorized Representatives reasonable access, during normal business hours through the Closing Date, to Sellers' employees, customers, suppliers, properties, books, Contracts and Records, and, during such period, Sellers shall use commercially reasonable efforts to furnish promptly to Purchaser all information concerning the Assets as may reasonably be requested; provided that such access shall not interfere with the ordinary conduct of business or the operation of the Assets, and at all times during such access, Purchaser's authorized Representatives shall be accompanied by at least one (1) Representative of Sellers. All requests for information made pursuant to this Section 6.1 shall be submitted in accordance with Section 12.3.

(b)     All such information shall be governed by the terms of Section 12.11 (Confidentiality) of the Credit Agreement (as if Purchaser is a lender thereunder).

(c)     This Section 6.1 shall not require Sellers to permit any access to, or to disclose (i) any information that, in the reasonable, good faith judgment (after consultation with counsel, which may be in-house counsel) of the Company, is reasonably likely to result in any violation of any Legal Requirement or any Contract to which the Company or any other Seller is a party or cause any privilege (including attorney-client privilege) that a Seller would be entitled to assert to be undermined with respect to such information and such undermining of such privilege could, in the Company's good faith judgment (after consultation with counsel, which may be in-house counsel), adversely affect in any material respect a Seller's position in any pending or, what the Company believes in good faith (after consultation with counsel, which may be in-house counsel) could be, future litigation or (ii) if the Company or any other Seller, on the one hand, and Purchaser or any of its Affiliates, on the other hand, are adverse parties in a litigation, any information that is reasonably pertinent thereto; provided that, in the case of clause (i), the Parties shall cooperate in seeking to find a way to allow disclosure of such information to the extent doing so (A) would not (in the good faith belief of the Company (after consultation with counsel, which may be in-house counsel)) be reasonably likely to result in the violation of any such Legal Requirement or Contract or be reasonably likely to cause such privilege to be undermined with respect to such information or (B) could reasonably (in the good faith belief of the Company (after consultation with counsel, which may be in-house counsel)) be managed through the use of customary "clean-room" arrangements pursuant to which non-employee Representatives of Purchaser could be provided access to such information.

The information provided pursuant to this Section 6.1 shall be governed by the terms of Section 12.11 (Confidentiality) of the Credit Agreement (as if Purchaser is a lender thereunder).

22

(d)    PURCHASER SHALL DEFEND, RELEASE, INDEMNIFY AND HOLD HARMLESS EACH SELLER AND EACH OF ITS PARTY AFFILIATES FROM AND AGAINST ANY AND ALL LIABILITIES THAT ANY PURCHASER PARTY MAY ASSERT AGAINST ANY SELLER OR ANY OF ITS PARTY AFFILIATES, BASED UPON INJURY TO PERSON, INCLUDING DEATH, OR TO PROPERTY, ARISING IN ANY MANNER WHATSOEVER FROM ANY INSPECTION BY ANY PURCHASER PARTY OF THE ASSETS AND ACCESS BY ANY PURCHASER PARTY TO THE ASSETS PURSUANT TO THIS SECTION 6.1 PRIOR TO THE CLOSING DATE, **WHETHER OR NOT BASED UPON STRICT LIABILITY OR CAUSED BY THE SOLE OR CONCURRENT NEGLIGENCE (WHETHER ACTIVE OR PASSIVE) OF ANY SELLER OR ANY OF ITS PARTY AFFILIATES, UNLESS SUCH INJURY WAS OCCASIONED SOLELY BY THE GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OF ANY SELLER OR ANY OF ITS PARTY AFFILIATES OR REPRESENTATIVES**.

6.2    Operations Prior to the Closing Date.  Sellers covenant and agree that, except (v) as expressly contemplated by this Agreement or as limited by Sellers' debtor-in-possession financing, (w) as disclosed in Schedule 6.2, (x) with the prior written consent of Agent or Purchaser (which consent shall not be unreasonably withheld, conditioned or delayed), (y) as otherwise required by Legal Requirements and (z) as ordered by the Bankruptcy Court or limited by restrictions or limitations under the Bankruptcy Code on chapter 11 debtors, after the Execution Date and prior to the Closing Date:

(a)    Sellers shall:

(i)    use commercially reasonable efforts, taking into account Sellers' status as debtors in possession, to maintain and operate the Assets operated by any Seller as a reasonably prudent operator or cause such Assets to be operated as a reasonably prudent operator in the ordinary course of business;

(ii)    pay or cause to be paid all bonuses and rentals, royalties, overriding royalties, shut-in royalties, and minimum royalties and development and operating expenses, and other payments incurred with respect to the Assets operated by any Seller except (A) royalties held in suspense as a result of title issues and that do not give any third party a right to cancel an interest in any Assets operated by any Seller, and (B) expenses or royalties being contested in good faith, unless the nonpayment of such contested expenses or royalties would reasonably be expected to result in the termination of an Assigned Lease and Interest, in which case Sellers will notify Agent or Purchaser and obtain Agent's or Purchaser's approval prior to withholding such payment;

(iii)    maintain their books, accounts and records in accordance with past custom and practice;

(iv)    maintain the personal property constituting part of the Assets operated by any Seller in at least as good a condition as it is on the date hereof, subject to ordinary wear and tear; and

23

(v)    use commercially reasonable efforts, taking into account Sellers' status as debtors in possession, to retain Sellers' employees who are in good standing and are necessary to conduct the business as it is currently being conducted; and

(b)    Sellers shall not:

(i)    abandon any Asset (except any abandonment of Leases to the extent any such Leases terminate pursuant to their terms and other than Assets for which Sellers have a current plugging and abandonment obligation);

(ii)    commence, propose, or agree to participate in any single operation with respect to the Wells or Assigned Leases and Interests with an anticipated cost in excess of One Hundred Thousand Dollars ($100,000) net to the interest of any Seller, except for emergency operations taken in the face of risk to life, injury, property or the environment, operations scheduled under the AFEs, or operations required by any Governmental Authority;

(iii)    terminate, cancel, or materially amend or modify any Contract or Lease and Interest, other than to amend or modify any Contract or Lease and Interest the terms of which have expired or is expiring within three (3) months following such amendment or modification in order to preserve the value of such Asset and on materially consistent terms;

(iv)    sell, lease, encumber, or otherwise dispose of all or any material portion of any Assets, except sales of Hydrocarbons in the ordinary course of business;

(v)    grant to any Transferred Employee any increase in compensation except in the ordinary course of Sellers' business and consistent with past practice; or

(vi)    enter into any agreement or commitment to take any action prohibited by this Section 6.2(b).

6.3    Reasonable Best Efforts.

(a)    Sellers, on the one hand, and Agent and Purchaser, on the other hand, shall use reasonable best efforts to take, or cause to be taken, all actions, and to do, or cause to be done, and to assist and cooperate with the other in doing, all things necessary, proper or advisable to consummate and make effective, in the most expeditious manner practicable, the transactions contemplated hereby, including using commercially reasonable efforts to accomplish the following: (i) the taking of all reasonable acts necessary to cause the conditions precedent set forth in ARTICLE 8 and ARTICLE 9 to be satisfied, (ii) the obtaining, at the earliest practicable date, of all necessary approvals, consents, licenses, permits, waivers or other authorizations issued, granted or otherwise made available by or under the authority of any Governmental Authority and the making of all necessary registrations, declarations and filings (including registrations, declarations and filings with Governmental Authorities, if any, including

24

under any applicable antitrust, competition or trade regulation Legal Requirements) and the taking of all reasonable steps as may be necessary to avoid any Proceeding by any Governmental Authority, and (iii) the execution or delivery of any additional instruments necessary to consummate the transactions contemplated hereby and to fully carry out the purposes of this Agreement.

(b)     Sellers, on the one hand, and Agent and Purchaser, on the other hand, to the extent permissible under Legal Requirements, (i) shall promptly inform each other of any communication from any Governmental Authority concerning this Agreement, the transactions contemplated hereby, and any filing, notification or request for approval and (ii) shall permit the other to review in advance any proposed written or material oral communication or information submitted to any such Governmental Authority in response thereto.  In addition, neither of the Parties shall agree to participate in any meeting with any Governmental Authority in respect of any filings, investigation or other inquiry with respect to this Agreement or the transactions contemplated hereby, unless such Party consults with the other Party in advance and, to the extent permitted by any such Governmental Authority, gives the other Party the opportunity to attend and participate thereat, in each case to the maximum extent practicable.  Subject to any restrictions under applicable Legal Requirements, each of Agent and Purchaser, on the one hand, and Sellers, on the other hand, shall furnish the other with copies of all correspondence, filings and communications (and memoranda setting forth the substance thereof) between it and its Affiliates and their respective Representatives, on the one hand, and the Governmental Authority or members of its staff, on the other hand, with respect to this Agreement, the transactions contemplated hereby (excluding documents and communications which are subject to preexisting non-disclosure agreements or to the attorney-client privilege or work product doctrine) or any such filing, notification or request for approval.  Each Party shall also furnish the other Party with such necessary information and assistance as such other Party and its Affiliates may reasonably request in connection with their preparation of necessary filings, registration or submissions of information to the Governmental Authority in connection with this Agreement, the transactions contemplated hereby and any such filing, notification or request for approval.

(c)     Subject to the terms and conditions of this Agreement, and without limiting the generality of the foregoing, the Purchaser (or its designees) shall take any and all steps necessary to avoid or eliminate any impediments under any applicable antitrust, competition or trade regulation Legal Requirements that may be asserted by any Governmental Authority with respect to the transactions contemplated hereby so as to enable the Closing to occur as soon as reasonably possible, including proposing, negotiating, committing to and effecting, by consent decree or otherwise, the sale, divestiture or disposition of such assets or businesses of Purchaser (or its designee) or any of its Subsidiaries as may be required in order to avoid the entry, or to effect the dissolution, of any injunction, temporary restraining order or other order in any suit or proceeding, which would otherwise have the effect of preventing, delaying or restricting the consummation of the transactions contemplated in this Agreement.

6.4     Bankruptcy Court Approval.

(a)     Sellers and Purchaser acknowledge that this Agreement and the sale of the Assets and the assumption and assignment of the Assigned Contracts and Assigned Leases and Interests are subject to Bankruptcy Court approval.  Sellers and Purchaser acknowledge that

WEIL:\95835302\31\39110.0004

(i) to obtain such approval, Sellers must demonstrate that they have taken reasonable steps to obtain the highest and otherwise best offer possible for the Assets, and that such demonstration shall include giving notice of the transaction contemplated by this Agreement to creditors and other interested parties as ordered by the Bankruptcy Court and (ii) Purchaser must provide adequate assurance of future performance as required under the Bankruptcy Code with respect to each Assigned Contract and Assigned Lease and Interest.

(b)    Purchaser agrees that it will promptly take such actions as are reasonably requested by Sellers to assist in obtaining Bankruptcy Court approval of the Sale Order, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court, and making witnesses available to testify, for the purposes, among others, of (a) providing necessary assurances of performance by Purchaser under this Agreement, (b) demonstrating that Purchaser is a "good faith" purchaser under section 363(m) of the Bankruptcy Code and (c) establishing adequate assurance of future performance within the meaning of section 365 of the Bankruptcy Code.

(c)    In the event an appeal is taken, or a stay pending appeal is requested, from either the Bidding Procedures Order or the Sale Order, Sellers shall promptly notify Agent and Purchaser of such appeal or stay request and shall provide to Agent and Purchaser promptly a copy of the related notice of appeal or Order of stay.  Sellers shall also provide Agent and Purchaser with written notice of any motion or application filed in connection with any appeal from either of such Orders.  In the event the entry of the Sale Order is appealed, each of Sellers, Agent and Purchaser shall use their respective reasonable efforts to defend such appeal.

(d)    From and after the Execution Date and prior to the Closing or the termination of this Agreement in accordance with Section 10.1, Sellers shall not take any action which is intended to (or is reasonably likely to), or fail to take any action the intent (or the reasonably likely result) of which failure to act is to, result in the reversal, voiding, modification or staying of the Bidding Procedures Order or this Agreement.  Sellers shall not take any action which is intended to (or is reasonably likely to), or fail to take any action the intent (or the reasonably likely result) of which failure to act is to, result in the reversal, voiding, modification or staying of the Sale Order or this Agreement.

6.5    Bankruptcy Filings.  From and after the Execution Date and until the Closing Date, Sellers shall use commercially reasonable efforts to deliver to Agent and Purchaser copies of all pleadings, motions, notices, statements, schedules, applications, reports and other papers that relate, in whole or in part, to this Agreement and the transactions contemplated hereby, or to Agent and Purchaser or their respective agents or representatives, that are to be filed by Sellers in the Bankruptcy Case in advance of its filing, in each case, if reasonably practicable under the circumstances before the filing of such papers.  Notwithstanding the foregoing, neither Sellers' inadvertent failure to comply with this Section 6.5, nor Sellers' failure to comply with this Section 6.5 due to emergency circumstances, shall constitute a breach under this Agreement provided that upon discovery of the inadvertent failure or termination of the emergency circumstances, Sellers shall use commercially reasonable efforts to remedy the failure to comply with this Section 6.5.

WEIL:\95835302\31\39110.0004

6.6    Updates and Amendments of Exhibits, Schedules and Disclosure Schedules.

(a)    Until the Closing, Purchaser shall have the right to amend, modify and/or supplement Exhibit A, Exhibit C and Schedule 1.2(f), in each case, as applicable, in order to reflect (i) any new or additional Contracts or Leases to be assigned to or excluded by Purchaser or (ii) the deletion of any Contracts or Leases from any such Exhibit or Schedule.

(b)    Promptly upon discovery or occurrence, Sellers shall amend, modify and/or supplement the Disclosure Schedules with respect to any matters discovered or occurring subsequent to the Execution Date and such amendments, modifications and/or supplements shall be deemed to have been included in Sellers' representations and warranties for all purposes.

(c)    Notwithstanding any provision in this Agreement to the contrary, if Purchaser notifies Sellers in writing at any time prior to, or within ten (10) days following, the termination of the Contract Operating Agreement that Purchaser desires to assume and take assignment of any one or more Contracts that are not Assigned Contracts as of the Closing and which have not been rejected by Sellers prior to such notice, then Sellers shall assign such Contracts to Purchaser (or its designee) for no additional consideration and Purchaser (or its designee) shall assume all obligations under such Contracts for the period from and after the Closing Date (except to the extent of any such liability paid or reimbursed by Purchaser (or its designee) under the Contract Operating Agreement); provided that (i) Sellers shall not reject any Contract set forth on Schedule 6.6 prior to the date that is ten (10) days following termination of the Contract Operating Agreement and (ii) the Contracts set forth on Disclosure Schedule 4.24 and the DMS Contracts shall be Assigned Contracts; provided further that Purchaser shall (without duplication of any amounts payable pursuant to the Contract Operating Agreement) prepay (to the extent practicable) or reimburse (to the extent prepayment is not practicable) Sellers for all out-of-pocket costs and expenses incurred by Sellers with respect to the Contracts set forth on Schedule 6.6 during the period commencing on the Closing Date and ending on the date that is ten (10) days following  termination of the Contract Operating Agreement.

6.7    Bidding Procedures.  The bidding procedures to be employed with respect to this Agreement shall be those reflected in the Bidding Procedures Order.  Agent and Purchaser agree and acknowledge that Sellers and their Representatives and Affiliates are and may continue soliciting inquiries, proposals or offers from third parties (the "Potential Bidders") for the Assets in connection with any alternative transaction pursuant to the terms of the Bidding Procedures Order.

## ARTICLE 7
## ADDITIONAL AGREEMENTS

7.1    Taxes.

(a)    Any transfer, documentary, sales, use, stamp, registration and other such Taxes, and all conveyance fees, recording charges and other fees and charges (including any penalties and interest) incurred in connection with the consummation of the transactions contemplated by this Agreement ("Transfer Taxes") shall be borne by 50/50 by Sellers and

27

Purchaser (or its designee). Sellers will, at their own expense, file all necessary Tax Returns and other documentation with respect to all Transfer Taxes, and, if required by applicable law, the Parties will, and will cause their Affiliates to, join in the execution of any such Tax Returns and other documentation.

(b)    Sellers shall retain responsibility for all ad valorem, property, excise, severance, production or similar Taxes based upon operation or ownership of the Assets or the production of Hydrocarbons or the receipt of proceeds therefrom (collectively, the "Asset Taxes") assessed with respect to the Assets for (i) any period ending on or prior to the Closing Date and (ii) the portion of any Straddle Period ending on or prior to the Closing Date. Purchaser (or its designee) shall have responsibility for, and shall bear and pay, all Asset Taxes assessed with respect to the Assets for (i) any period after the Closing Date and (ii) the portion of any Straddle Period after the Closing Date. For purposes of allocation between the Parties of Asset Taxes that are payable with respect to any tax periods beginning before and ending after the Closing Date ("Straddle Periods"), the portion of any such taxes that are attributable to the portion of the Straddle Period that ends on or prior to the Closing Date shall (1) in the case of such Asset Taxes that are based upon or related to income or receipts or imposed on a transactional basis such as severance or production taxes, be allocated based on revenues from sales occurring on or before the Closing Date (which shall be Sellers' responsibility) and from and after the Closing Date (which shall be Purchaser's (or its designee's) responsibility); and (2) in the case of other Asset Taxes, be allocated pro rata per day between the period on or prior to the Closing Date (which shall be Sellers' responsibility) and the period after the Closing Date (which shall be Purchaser's (or its designee's) responsibility). For purposes of clause (1) of the preceding sentence, any exemption, deduction, credit or other item that is calculated on an annual basis shall be allocated *pro rata* per day between the period ending on or prior to the Closing Date and the period beginning at the Closing Date. Asset Taxes with respect to each Asset for the applicable Straddle Period shall be prorated in accordance with the foregoing provisions based on the Asset Tax assessment for such Asset for such Straddle Period, if available, or if otherwise, based on the Asset Taxes paid with respect to such Asset during the preceding Tax period. With respect to any not yet delinquent Asset Taxes relating to a Tax year ending after the Closing Date, Purchaser (or its designees) shall assume responsibility for the actual payment of all such Asset Taxes to the applicable Governmental Authority. With respect to any Asset Taxes relating to a Straddle Period or Pre-Closing Tax Period that are delinquent as of the Closing Date, the amount of which is known and not subject to dispute, Purchaser (or its designees) shall pay the delinquent amount of such Asset Taxes directly to the applicable Governmental Authority at the Closing.

(c)    Sellers, on the one hand, or Purchaser (or its designee), on the other hand, as the case may be (the "Reimbursing Party"), shall provide reimbursement for any Tax paid by the other (the "Paying Party") all or a portion of which is the responsibility of the Reimbursing Party in accordance with the terms of this Section 7.1 or which represents an overpayment for Taxes by the Paying Party. Within a reasonable time prior to the payment of any such Tax, the Paying Party shall give notice to the Reimbursing Party of the Tax payable and the Paying Party's and Reimbursing Party's respective Liability therefor, although failure to do so will not relieve the Reimbursing Party from its Liability hereunder except to the extent the Reimbursing Party is prejudiced thereby.

28

(d)     From and after the Closing, Purchaser (or its designee) and Sellers agree to furnish or cause to be furnished to each other, upon request, as promptly as practicable, such information and assistance relating to the Assets (including access to books and records and Tax Returns and related working papers dated before Closing) as is reasonably necessary for the filing of all Tax Returns, the making of any election relating to Taxes, the preparation for any audit by any taxing authority, the prosecution or defense of any claims, suit or proceeding relating to any Tax, and the claiming by Purchaser (or its designee) of any federal, state or local business tax credits or incentives that Purchaser (or its designee) may qualify for in any of the jurisdictions in which any of the Assets are located; provided that neither Purchaser (or its designee) nor Sellers shall be required to disclose the contents of its income Tax Returns to any Person.  Any expenses incurred in furnishing such information or assistance pursuant to this Section 7.1(d) shall be borne by the Party requesting it.

7.2     Allocation of Purchase Price.  The Purchase Price and any liability or other amount properly included in the amount realized by Sellers or cost basis to Purchaser (or its designee) with respect to the sale and purchase of the Assets (the "Tax Purchase Price"), as determined for United States federal income tax purposes pursuant to Treasury Regulations § 1.1060-1(c) shall be allocated for such purposes as set forth on Schedule 7.2.  The allocation to each Asset (as determined giving effect to footnote 1 on Schedule 7.2), as is referred to herein as the "Allocated Value" of such Asset.  Except as required otherwise pursuant to a final determination (within the meaning of section 1313(a) of the Code or corresponding provision of state, local or foreign Tax law), the parties shall make consistent use of the allocation as agreed or determined pursuant to this Section 7.2 for all Tax purposes and in all filings, declarations and reports with the IRS and other taxing authorities in respect thereof, including the reports required to be filed under section 1060 of the Code.  In any action related to the determination of any Tax, neither Purchaser (or its designee) nor Sellers shall contend or represent that such allocation is not correct.

7.3     Bulk Sales.  The Parties intend that pursuant to section 363(f) of the Bankruptcy Code, the transfer of the Assets shall be free and clear of any Encumbrances arising out of bulk transfer Legal Requirements, and the Parties shall take such steps as may be necessary or appropriate to so provide in the Sale Order.  In furtherance of the foregoing, each Party hereby waives compliance by the Parties with "bulk sales," "bulk transfers" or similar Legal Requirements in respect of the transactions contemplated by this Agreement or any Transaction Document.

7.4     Payments Received.  Sellers, on the one hand, and Purchaser, on the other hand, each agree that, after the Closing, Sellers and Purchaser (or its designees) will hold and promptly transfer and deliver to the other, from time to time as and when received by them, any cash, checks with appropriate endorsements (using their best efforts not to convert such checks into cash) or other property that they may receive on or after the Closing which properly belongs to the other pursuant to the terms of this Agreement and will account to the other for all such receipts.

29

7.5     Adequate Assurance and Performance.

(a)     With respect to each Assigned Contract and Assigned Lease and Interest, Purchaser shall provide adequate assurance as required under the Bankruptcy Code of the future performance by Purchaser (or its designee) of each such Assigned Contract or Assigned Lease and Interest.  Purchaser and Sellers agree that they will promptly take all actions reasonably required to assist in obtaining a Bankruptcy Court finding that there has been an adequate demonstration of adequate assurance of future performance under the Assigned Contracts and the Assigned Leases and Interests, such as furnishing timely requested and factually accurate affidavits, non-confidential financial information and other documents or information for filing with the Bankruptcy Court and making Purchaser's (or its designee's) and Sellers' employees and Representatives available to testify before the Bankruptcy Court.

(b)     Purchaser (or its designees) shall pay, perform or satisfy the Assumed Liabilities from time to time and as such Assumed Liabilities become due and payable or are required to be performed or satisfied in accordance with their respective terms.

(c)     Without limiting the provisions of Section 7.5(a), but subject to Section 7.10(f) with respect to COA Seller Credit Obligations (as defined therein), Agent and Purchaser acknowledge that Sellers have no duty to maintain any bonds, letters of credit, guarantees, cash deposits and insurance to secure performance or payment under any Assigned Contracts or Assigned Leases and Interests (collectively, "Seller Credit Obligations") after the Closing, and Purchaser (or its designees) shall cooperate with Sellers in Sellers' efforts to secure the release of any Seller Credit Obligations previously posted by Sellers, such cooperation to include, if necessary, the provision by Purchaser (or its designee) of a guaranty or letter of credit to secure Purchaser's (or its designee's) payment and/or performance under any Assigned Contracts or Assigned Leases and Interests after the Closing.  On or before the Closing, Purchaser (or its designees) shall obtain, or cause to be obtained in the name of Purchaser (or its designee), replacements for all Seller Credit Obligations (subject, in the case of COA Seller Credit Obligations, to Section 7.10(f)).  If any Seller Credit Obligation remains outstanding as of the Closing Date, Purchaser (or its designees) shall indemnify each Seller and each of its Party Affiliates and hold them harmless against any Losses that the Sellers and their Party Affiliates may incur under any such Seller Credit Obligations from and after the Closing Date. Notwithstanding anything to the contrary in this Section 7.5(c), (i) Sellers shall cooperate with Agent and Purchaser in attempting to transfer the Seller Credit Obligations (subject, in the case of COA Seller Credit Obligations, to Section 7.10(f)) to Purchaser (or its designee) at Closing, and (ii) any and all collateral securing the Seller Credit Obligations (subject, in the case of COA Seller Credit Obligations, to Section 7.10(f)) shall constitute Assets and transfer to Purchaser (or its designee) at Closing, but only to the extent that, as of such time, Sellers no longer remain liable for such Seller Credit Obligations and/or Purchaser (or its designee) has assumed such Seller Credit Obligations or such collateral is released from such Seller Credit Obligations (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Code).

7.6     Employee Matters.

(a)     Sellers have provided to Purchaser a true and complete list dated as of the Business Day immediately prior to the Execution Date of all employees who are employed by

30

Sellers as of the date set forth in such list (other than any such employees in respect of whom a notice of termination of employment effective prior to the Execution Date has been given by Sellers), including, with respect to inactive employees, the anticipated date of return to active employment.  In its sole and absolute discretion, Purchaser (or its designee) may, but shall have no obligation to, offer employment to all or fewer than all of Sellers' Employees.  No later than the termination or expiration of the Contract Operating Agreement, Sellers shall notify all of their employees of the termination of their employment by Sellers, effective as of but conditioned upon the occurrence of the termination or expiration of the Contract Operating Agreement, other than such employees, if any, who mutually agree with Sellers to continue their employment following such time.  Upon the termination or expiration of the Contract Operating Agreement, Sellers shall terminate the employment of their employees that are Transferred Employees.  Those employees who accept the offer of employment from Purchaser (or its designee) made pursuant to this Section 7.6(a) and commence working for Purchaser (or its designee) on such date are referred to herein as "Transferred Employees."  Purchaser's (or its designee's) decisions to offer or not offer employment to Sellers' employees shall be in in Purchaser's (or its designee's) sole discretion but in accordance with all applicable Legal Requirements, and Sellers shall have no liability with respect to Purchaser's (or its designee's) offers of employment, employment decisions, and employment and termination of employment of a Transferred Employee.

(b)    As and when due under applicable Legal Requirements, Sellers shall pay to all Employees all (i) accrued and unpaid wages, salaries, and commissions as of the Closing Date, (ii) accrued and unpaid or unused vacation, and sick leave pay, and (iii) all other amounts to which such Employees are due under applicable Legal Requirements.

(c)    Purchaser (or its designee) and Sellers intend to use the "standard procedure" under Revenue Procedure 2004-34, whereby each of Purchaser (or its designee) and the Sellers report on Forms W-2 only those wages paid to the Transferred Employees for the portion of the calendar year 2016 that such Transferred Employees were employed by Purchaser (or its designee) and Sellers respectively.

(d)    Sellers shall have full responsibility for all WARN Act liabilities relating to the periods prior to or on the termination or expiration of the Contract Operating Agreement, including without limitation the termination of Employees to occur upon or after termination or expiration of the Contract Operating Agreement and all prior terminations.

7.7    Post-Closing Books and Records and Personnel.  For five (5) years after the Closing Date (or such longer period as may be required by any Governmental Authority or ongoing claim), (a) Purchaser (or its designee) shall not dispose of or destroy any of the Records received by Purchaser (or its designee) as Assets and (b) Purchaser (or its designee) shall allow Sellers (including, for clarity, any trust established under a chapter 11 plan of Sellers or any other successors of Sellers) and any of their Representatives reasonable access during normal business hours, at Sellers' sole expense and upon reasonable advance notice, to all employees and files of Purchaser (or its designee) and its respective Subsidiaries and any Records included in the Assets for purposes relating to the Bankruptcy Case, the wind-down of the operations of Sellers and their estates, the functions of any such trusts or successors, or other reasonable business purposes, and Sellers (including any such trust or successors) and such Representatives shall

31

have the right to make copies of any such files, books, records, Records and other materials. Until the closing of the Bankruptcy Case or the liquidation and winding up of Sellers' estates, Sellers shall preserve and keep the Records and, at Purchaser's (or its designee's) sole expense, shall make such Records, records, and Sellers' personnel available to Purchaser (or its designee) as may be reasonably required by Purchaser (or its designee) in connection with, among other things, any insurance claims by, Proceedings, Actions or Tax audits against, or governmental investigations of, Purchaser (or its designee) or any of its Affiliates or in order to enable Purchaser (or its designee) to comply with its obligations under this Agreement and each other Transaction Document.  In the event any Party desires to destroy any such Records during or after the time during which they must be maintained pursuant to this Section 7.7, such Party shall first give ninety (90) days prior written notice to the other Party and such other Party shall have the right at their option and expense, upon prior written notice given within such ninety (90) day period to the Party desiring to destroy such Records or records, to take possession of such Records or records within one hundred and eighty (180) days after the date of such notice, or such shorter period as the liquidation and winding up of Sellers' estates shall permit.

    7.8  No Other Representations or Warranties or Reliance; Disclaimers; NORM.

    (a)  NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN THIS AGREEMENT, EXCEPT AS AND TO THE EXTENT EXPRESSLY SET FORTH IN ARTICLE 4 (TAKING INTO ACCOUNT THE DISCLOSURE SCHEDULES AND THE COMPANY SEC DOCUMENTS), SELLERS DO NOT MAKE, AND NEITHER PURCHASER NOR AGENT IS RELYING ON, ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER, AND SELLERS DISCLAIM ALL LIABILITY AND RESPONSIBILITY FOR, AND NEITHER PURCHASER NOR AGENT IS RELYING ON, ANY REPRESENTATION, WARRANTY, STATEMENT OR INFORMATION MADE OR COMMUNICATED (ORALLY OR IN WRITING) TO AGENT OR PURCHASER (INCLUDING ANY OPINION, INFORMATION, OR ADVICE THAT MAY HAVE BEEN PROVIDED TO AGENT OR PURCHASER BY ANY RESPECTIVE AFFILIATE OR REPRESENTATIVE OF ANY SELLER OR BY ANY INVESTMENT BANK OR INVESTMENT BANKING FIRM, ANY PETROLEUM ENGINEER OR ENGINEERING FIRM, SELLERS' COUNSEL, OR ANY OTHER AGENT, CONSULTANT, OR REPRESENTATIVE OF ANY SELLER).  SELLERS FURTHER DO NOT MAKE, AND NEITHER PURCHASER NOR AGENT IS RELYING ON, ANY REPRESENTATION, COVENANT OR WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR COMPLETENESS OF ANY FILES, RECORDS OR DATA HERETOFORE OR HEREAFTER FURNISHED IN CONNECTION WITH THE ASSETS, OR AS TO THE QUALITY OR QUANTITY OF HYDROCARBON RESERVES (IF ANY) ATTRIBUTABLE TO THE ASSETS, OR THE ABILITY OF THE ASSETS TO PRODUCE HYDROCARBONS.  ANY AND ALL SUCH FILES, RECORDS AND DATA FURNISHED BY SELLERS ARE PROVIDED AS A CONVENIENCE, AND ANY RELIANCE ON OR USE OF THE SAME SHALL BE AT AGENT'S AND PURCHASER'S SOLE RISK.  WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, EXCEPT AS AND TO THE EXTENT EXPRESSLY SET FORTH IN SECTIONS 4.19 AND 4.20 OF THIS AGREEMENT, SELLERS EXPRESSLY DISCLAIM AND NEGATE, AND NEITHER PURCHASER NOR AGENT IS RELYING ON, ANY REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, AT COMMON LAW, BY STATUTE, OR OTHERWISE, RELATING TO (A) THE TITLE TO ANY OF THE ASSETS, (B) THE CONDITION OF THE ASSETS (INCLUDING ANY IMPLIED OR EXPRESS WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR CONFORMITY TO MODELS OR SAMPLES OF MATERIALS), IT BEING DISTINCTLY UNDERSTOOD THAT THE ASSETS ARE BEING SOLD "AS IS," "WHERE IS," AND "WITH ALL FAULTS AS TO ALL MATTERS," (C) ANY INFRINGEMENT BY ANY SELLER OF ANY PATENT OR PROPRIETARY RIGHT OF ANY THIRD PARTY, (D) ANY INFORMATION, DATA, OR OTHER MATERIALS

WEIL:\95835302\31\39110.0004

(WRITTEN OR ORAL) FURNISHED TO AGENT OR PURCHASER BY OR ON BEHALF OF SELLERS (INCLUDING WITHOUT LIMITATION, IN RESPECT OF ANY SEISMIC DATA, THE EXISTENCE OR EXTENT OF HYDROCARBONS OR THE MINERAL RESERVES, THE RECOVERABILITY OF SUCH RESERVES, ANY PRODUCT PRICING ASSUMPTIONS, AND THE ABILITY TO SELL HYDROCARBON PRODUCTION AFTER THE CLOSING), AND (E) THE ENVIRONMENTAL CONDITION AND OTHER CONDITION OF THE ASSETS AND ANY POTENTIAL LIABILITY (INCLUDING ANY ENVIRONMENTAL LIABILITY) ARISING FROM OR RELATED TO THE ASSETS.

(b)    Each of Purchaser and Agent acknowledges and affirms that it has made its own independent investigation, analysis, and evaluation of the transactions contemplated hereby and the Assets (including its own estimate and appraisal of the extent and value of Sellers' Hydrocarbon reserves attributable to the Assets and an independent assessment and appraisal of the environmental risks associated with the acquisition of the Assets) to the extent Purchaser and Agent deemed necessary to enter into this Agreement.  Each of Purchaser and Agent acknowledges that in entering into this Agreement, or desirable it has relied only on the aforementioned investigation and the express representations and warranties of Sellers contained in ARTICLE 4 (taking into account the Disclosure Schedules and the Company SEC Documents).  Each of Purchaser and Agent hereby irrevocably covenants to refrain from, directly or indirectly, asserting any claim, or commencing, instituting, or causing to be commenced, any Proceeding of any kind against Sellers or their Affiliates or Subsidiaries, alleging facts contrary to the agreements, acknowledgments and affirmations set forth in this Section 7.8.

(c)    EACH OF PURCHASER AND Agent acknowledges that the Assets have been used for exploration, development and production of oil, gas and water and that there may be petroleum, produced water, wastes or other Hazardous Substances located on, under or associated with the assets.  Equipment and sites included in the Assets may contain NORM. NORM may affix or attach itself to the inside of wells, materials and equipment as scale, or in other forms; the wells, materials and equipment located on or included in the Assets may contain NORMA and other wastes or Hazardous Substances; and NORM containing material and other wastes or hazardous Substances may have been buried, come in contact with the soil or otherwise been disposed of on or around the Assets.  Special procedures may be required for the remediation, removal, transportation or disposal of wastes, asbestos, Hazardous Substances, including hydrogen sulfide gas and NORM from the Assets.  From and after the Closing, Purchaser (or its designees) shall assume responsibility for the control, storage, handling, transporting and disposing of or discharge of all materials, substances and wastes from the Assets (including produced water, hydrogen sulfide gas, drilling fluids, NORM and other wastes), present at or after the Closing Date, in a safe and prudent manner and in accordance with all applicable Environmental Laws.

(d)    EXCEPT AS SET FORTH IN SECTION 10.1(B)(I) WITH RESPECT TO BREACHES OF SECTION 4.20, EACH OF PURCHASER AND AGENT HEREBY EXPRESSLY WAIVES ANY AND ALL RIGHTS OR REMEDIES WITH RESPECT TO ANY DEFECT IN TITLE OR ANY OTHER TITLE MATTER, WITH RESPECT TO THE ASSETS (SUBJECT TO PURCHASER'S (OR ITS DESIGNEE'S) RIGHT TO RECEIVE THE ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES (OTHER THAN PERMITTED ENCUMBRANCES) UPON THE TERMS AND SUBJECT TO THE CONDITIONS OF THE SALE ORDER, ALL AS CONTEMPLATED BY SECTION 1.1).

WEIL:\95835302\31\39110.0004

7.9     Casualty.

(a)     If, after the Execution Date and prior to the Closing, a material part of the Assets suffers a Casualty Loss or if a material part of the Assets is taken in condemnation or under the right of eminent domain or if proceedings for such purposes are pending or threatened, Sellers shall promptly give each of Purchaser and Agent written notice of such occurrence, including reasonable particulars with respect thereto, and this Agreement shall remain in full force and effect notwithstanding any such Casualty Loss.

(b)     With regard to a Casualty Loss or condemnation occurring after the date of execution of this Agreement, without Purchaser's prior consent (which shall not be unreasonably withheld, conditioned or delayed), no insurance or condemnation proceeds shall be committed or applied by Sellers to repair, restore or replace a lost, damaged, destroyed or taken portion of the Assets if the cost to repair, restore or replace a lost, damaged, destroyed or taken portion of the Assets is projected to exceed One Hundred Thousand Dollars ($100,000).  To the extent such proceeds are not committed or applied by Sellers prior to the Closing Date in accordance with this Section 7.9(b), Sellers shall at the Closing pay to Purchaser (or its designee) all sums paid to Sellers by reason of such loss, damage, destruction or taking, less any reasonable costs and expenses incurred by Seller in collecting such proceeds.  In addition and to the extent such proceeds have not been committed or applied by Sellers in accordance with this Section 7.9(b), in such repair, restoration or replacement, Sellers shall transfer to Purchaser (or its designee), at the Closing, without recourse against Sellers, all of the right, title and interest of Sellers in and to any unpaid insurance or condemnation proceeds arising out of such loss, damage, destruction or taking, less any reasonable costs and expenses incurred by Sellers in collecting such proceeds.  Any such funds that have been committed by Sellers for repair, restoration or replacement as aforesaid shall be paid by Sellers for such purposes or, at Sellers' option, delivered to Purchaser (or its designee) upon Sellers' receipt from Purchaser (or its designee) of adequate assurance and indemnity that Sellers shall incur no liability or expense as a result of such commitment.

(c)     Notwithstanding anything to the contrary in this Agreement, (i) at the Closing, the Assets affected by a Casualty Loss or condemnation shall be included in the Closing and Purchaser (or its designee) shall pay the full Purchase Price and (ii) Purchaser's (or its designee's) recourse with respect to a condemnation or Casualty Loss shall be limited to the proceeds of Sellers' applicable insurance coverage actually recovered by Sellers in respect thereof or other sums paid to Sellers by third parties (or an assignment of claims related thereto), which proceeds or other sums shall be payable to Purchaser (or its designee) only upon or after the Closing of the transactions contemplated hereby.  Sellers shall have no other liability or responsibility to Purchaser (or its designee) with respect to a condemnation or Casualty Loss, **EVEN IF SUCH CASUALTY LOSS SHALL HAVE RESULTED FROM OR SHALL HAVE ARISEN OUT OF THE SOLE OR CONCURRENT NEGLIGENCE, FAULT, VIOLATION OF A LEGAL REQUIREMENT, OR WILLFUL MISCONDUCT OF SELLERS OR ANY SELLER OR ANY OF ITS PARTY AFFILIATES.**

7.10     Successor Operator.

(a)     Sellers shall use their commercially reasonable efforts to support Purchaser's (or its designee's) efforts to be appointed or to have a designee appointed as the

34

successor operator of those Properties that any Seller currently operates ("Operated Properties"). Notwithstanding the foregoing, Sellers make no representations or warranties to Agent or Purchaser (or its designee) as to the transferability of operatorship of any Properties which any Seller currently operates.  Rights and obligations associated with operatorship of the Properties are governed by operating agreements or similar agreements and will be determined in accordance with the terms of such agreements.

(b)      To the extent the right of Sellers to act as operator with respect to one or more Operated Properties is not assigned to Purchaser at Closing, or Purchaser is not qualified under applicable Legal Requirements to act as operator with respect to any Operated Property as of Closing, (i) Sellers shall continue to act as operator of such operated Properties following Closing pursuant to the Contract Operating Agreement and (ii) upon the written request of Purchaser from time to time following the Closing, each Seller serving as an operator under an operating agreement with respect to which a Seller or its Affiliate is the operator ("Operated JOAs") as of the Closing will resign as operator (or such Seller shall cause its Affiliate to resign as operator) and use its commercially reasonable efforts to cause Purchaser or a designee of Purchaser designated in writing by Purchaser to be substituted as operator under such Operated JOA.

(c)      Notwithstanding the foregoing, the obligation of any Seller to act as operator from and after the Closing shall be subject to (i) such Seller having available to it sufficient personnel to perform such activities and (ii) Purchaser executing and delivering to Sellers an executed counterpart of the Contract Operating Agreement.

(d)      Purchaser shall provide or cause to be provided to Sellers access to all computer systems and other information, Assets and resources necessary for the continued employment of any employees or as may otherwise be reasonably necessary to perform their obligations under this Agreement and the Contract Operating Agreement.

(e)      In addition, notwithstanding any employment or employment changes from and after the Closing Date in connection with the matters contemplated by this Section 7.10, or the Contract Operating Agreement or this Agreement, Purchaser shall honor and perform the severance contracts disclosed on Disclosure Schedule 4.24 in accordance with their terms as if the applicable employees were employees of the Purchaser as of the Closing, including, for the avoidance of doubt but subject to the Contract Operating Agreement, if any such employee is terminated (i) by Seller after Closing, including in connection with or following termination or expiration of the Contract Operating Agreement or (ii) by Purchaser, if such employee becomes a Transferred Employee.  This Section 7.10(e) shall be enforceable by such employees as intended third party beneficiaries as if directly a party hereto.

(f)      Notwithstanding Section 7.5(c) above or any other provision in this Agreement to the contrary:

(i)      From and after Closing, until the Contract Operating Agreement has been terminated, (i) Sellers shall continue to maintain all Seller Credit Obligations that are required to be maintained by the Sellers to perform the COA Services pursuant to and in accordance with the Contract Operating Agreement

35

(such Seller Credit Obligations, the "COA Seller Credit Obligations"); provided that Purchaser will prepay (to the extent practicable) or reimburse (to the extent prepayment is not practicable) Sellers for all out-of-pocket costs and expenses incurred by Sellers with respect to maintaining the COA Seller Credit Obligations, and (ii) subject to Section 7.10(f)(iii), Purchaser shall not be required to obtain the release of any COA Seller Credit Obligations or otherwise obtaining any replacements for any COA Seller Credit Obligations.

(ii)     Prior to termination or expiration of the Contract Operating Agreement, Purchaser shall provide to Sellers evidence (including evidence of satisfaction of all applicable bonding or insurance requirements) as Sellers may reasonably request demonstrating that Purchaser (or its designee) is qualified with the applicable Governmental Authorities to succeed Sellers as the owner of the Assets and the operator of the Assets.

(iii)     Upon termination or expiration of the Contract Operating Agreement, Agent and Purchaser acknowledge that Sellers have no duty to maintain any COA Seller Credit Obligations after such termination of the Contract Operating Agreement, and from and after such time the COA Seller Credit Obligations will be subject to and treated, and Purchaser will be responsible with respect to the COA Seller Credit Obligations, in accordance with Section 7.5(c).

(g)     Notwithstanding any provision in this Agreement to the contrary, any Permits that are required to be maintained by the Sellers to perform the COA Services pursuant to and in accordance with the Contract Operating Agreement shall not be transferred and assigned by Sellers to Purchaser at Closing in accordance with Section 1.1(a); provided that, upon termination of the Contract Operating Agreement in accordance with its terms, Sellers shall, to the extent permitted by applicable Legal Requirements, transfer and assign such Permits to Purchaser (or its designee) for no additional consideration and Purchaser (or its designee) shall assume all obligations under such Contracts for the period from and after the Closing Date (except to the extent of any such liability reimbursed under the Contract Operating Agreement).

(h)     Upon termination of the Contract Operating Agreement Sellers and Purchaser shall cooperate to execute and deliver to each other, as applicable, all change of operator forms (to be prepared by Sellers and in forms reasonably acceptable to the Parties), change of operator notices required under applicable operating agreements (to be prepared by Sellers in forms reasonably acceptable to the Parties), and any other applicable forms and declarations required by federal and state agencies relative to Purchaser's assumption of operations and plugging and abandonment Liabilities with respect to all of the Assets.

(i)     Notwithstanding Section 7.13, title to all motor vehicles shall be retained by Sellers until the termination or expiration of the Contract Operating Agreement, at which time Sellers shall cause such titles to be transferred to Purchaser (or its designee).

36

7.11    Preferential Purchase Rights.

(a)    Promptly, and in any event within five (5) Business Days after the later of (i) the Execution Date or (ii) Purchaser's notice to Seller pursuant to Section 6.6(c) that Purchaser desires to assume and take assignment of any one or more Contracts that contains any Preferential Purchase Right, Sellers shall deliver to each holder of a Preferential Purchase Right a notice that is in material compliance with the contractual provisions applicable thereto, offering to sell to each such holder the applicable Assets subject to such Preferential Purchase Right in exchange for an amount not less than the Allocated Value of such Asset, or, alternatively, seeking such holder's consent to the assignment of the applicable Assets to Purchaser (or its designee); it being understood and agreed by the Parties that Sellers shall not be obligated to make any payments or undertake obligations in connection with the obtaining of such consents.

(b)    All Assets that are subject to Preferential Purchase Rights shall be transferred or assigned to Purchaser (or its designee) at the Closing, and Purchaser (or its designee) shall take title to such Assets subject to such Preferential Purchase Rights.  In the event any holder of a valid Preferential Purchase Right thereafter lawfully and timely exercises its Preferential Purchase Right, Purchaser (or its designee) shall assign such affected Assets to the holder of such Preferential Purchase Right, and such holder shall pay Purchaser (or its designee) all proceeds generated from the exercise of such Preferential Purchase Right.

(c)    If a Preferential Purchase Right is not discovered prior to Closing, the affected Asset(s) is conveyed to Purchaser (or its designee) at Closing, and such Preferential Purchase Right is validly exercised by the holder thereof after Closing, then (i) Purchaser (or its designees) shall agree to convey such affected Asset(s) to the person exercising such Preferential Purchase Right on the same terms and conditions under which Sellers conveyed such Asset(s) to Purchaser (or its designee) (with the purchase price for such Asset(s) being the Allocated Value of the affected Asset(s)) and (ii) Purchaser (or its designee) shall be entitled to retain all amounts paid by the person exercising such Preferential Purchase Right.  In the event of such exercise, Purchaser (or its designee) shall prepare, execute and deliver a form of conveyance of such.

7.12    Delivery of Division Order Title Opinions.  Five (5) business days before Closing, Sellers shall deliver to Purchaser copies that are in Sellers' possession of the most recent Division Order Title Opinions for all Leases and Wells.

7.13    Governmental Transfer Documents.  Subject to Section 7.10(i), reasonably promptly following Closing, Sellers shall deliver to Purchaser the Governmental Transfer Documents as reasonably requested by Agent or Purchaser executed by the appropriate Sellers.

7.14    Cooperation with Sellers.  From and after the Execution Date, Agent shall use its reasonable best efforts to cooperate with Sellers in pursuing the matters contemplated by Section 8.6 hereof.

7.15    Credit Bid Direction.  Agent and Purchaser hereby represent and warrant to Sellers that:

(a)    the Lenders, as holders of all outstanding Loans under and as defined in the Credit Agreement, delivered to the Agent, on or prior to the date hereof, a direction and

37

indemnification letter to fully authorize Agent and Purchaser to, among other things, enter into and perform and comply with this Agreement and consummate the transactions contemplated hereby, including the Credit Bid (the "Direction Letter"); and

(b)      the Lenders delivered a true and complete copy of the Direction Letter to Sellers prior to the date hereof.  The Agent, on behalf of the Lenders, agrees that the Direction Letter shall not be amended, modified, waived or terminated, in whole or in part, in any manner that is adverse to the Sellers without the prior written consent of the Sellers.

(c)      Sellers acknowledge that the authority of Agent with respect to this Agreement is as set forth in and subject to the Direction Letter, Agent's obligations under this Agreement are subject to the Direction Letter and nothing in this Agreement shall require Agent to take any action in contradiction of the Direction Letter or Agent's authority as set forth therein.

## ARTICLE 8
## CONDITIONS PRECEDENT TO OBLIGATIONS OF AGENT AND PURCHASER TO CLOSE

The obligation of the Agent and Purchaser to consummate the transactions contemplated by this Agreement is subject to the fulfillment, on or prior to the Closing Date, of each of the following conditions (any or all of which may be waived in writing by the Agent or Purchaser, in whole or in part to the extent permitted by applicable Law and this Agreement):

8.1      Accuracy of Representations.   (a) The representations and warranties of Sellers set forth in Section 4.1 (Organization and Good Standing), Section 4.2 (Authority; Validity; Governmental Authority Consents), Section 4.3 (No Conflict) and Section 4.23 (Brokers or Finders) of this Agreement shall be true and correct in all material respects on and as of the Closing Date with the same effect as though such representations and warranties had been made on and as of the Closing Date, and (b) the other representations and warranties of Sellers in ARTICLE 4 of this Agreement shall be true and correct on and as of the Closing Date with the same effect as though such representations and warranties had been made on and as of the Closing Date; provided, however, that in the event of a breach of or inaccuracy in the representations and warranties of Sellers referred to in this clause (b), the condition set forth in this Section 8.1 shall be deemed satisfied unless the effect of such breaches of or inaccuracies in such representations and warranties, individually or in the aggregate, results in a Material Adverse Effect.  Unless otherwise waived by Agent or Purchaser, Purchaser shall have received a certificate of the Company to such effect signed by a duly authorized officer thereof.

8.2      Sellers' Performance.   Each covenant and agreement that Sellers are required to perform or to comply with pursuant to this Agreement at or prior to the Closing shall have been duly performed and complied with in all material respects (except that those covenants and agreements that are qualified as to materiality or Material Adverse Effect or similar expressions shall have been duly performed and complied with in all respects), and Purchaser shall have received a certificate of the Company to such effect signed by a duly authorized officer thereof.

38

8.3    <u>No Order</u>.    No Governmental Authority shall have enacted, issued, promulgated or entered any Order or other Legal Requirement which is in effect and has the effect of making illegal or otherwise prohibiting the consummation of the transaction contemplated by this Agreement or which would reasonably be expected to cause any of such transactions to be rescinded following the Closing.

8.4    <u>Sellers' Deliveries</u>.    Each of the deliveries required to be made to Agent or Purchaser, as applicable, pursuant to <u>Section 3.4</u> shall have been so delivered.

8.5    <u>Sale Order in Effect</u>.    The Bankruptcy Court shall have entered the Sale Order, and the Sale Order shall be in full force and effect and shall not have been modified, amended, rescinded or vacated in any material respect and shall not be subject to any stay pending appeal.

8.6    <u>Contracts with DMS</u>.    All Contracts between the Sellers or any of them, on the one hand, and DMS or any of its Affiliates, on the other hand (the "<u>DMS Contracts</u>") shall be amended to reflect the DMS Settlement pursuant to definitive documentation executed by the applicable Sellers, on the one hand, and DMS or its applicable Affiliate, on the other hand, consistent with the DMS Settlement.

8.7    <u>Cure of Defaults</u>.    Sellers shall be current in their post-petition obligations under all Contracts and Leases designated by Agent or Purchaser for assumption and assignment.

8.8    <u>No Casualty Loss</u>.    No Casualty Losses shall have occurred of which the aggregate damages to the Assets suffering Casualty Losses equals more than twelve and one-half percent (12.5%) of the Base Purchase Price, with such damages to be capped (solely for purposes of this <u>Section 8.8</u>) at the Allocated Value of such affected Assets.

**ARTICLE 9**
**CONDITIONS PRECEDENT TO THE OBLIGATION OF SELLERS TO CLOSE**

Sellers' obligation to consummate the transactions contemplated by this Agreement is subject to the satisfaction or waiver by the Company, at or prior to the Closing, of each of the following conditions.

9.1    <u>Accuracy of Representations</u>.    The representations and warranties of Agent and Purchaser set forth in this Agreement shall be true and correct in all material respects (except that those representations and warranties which are qualified as to materiality or similar expressions shall be true and correct in all respects) as of the Closing Date with the same effect as though such representations and warranties had been made on and as of the Closing Date (<u>provided</u> that representations and warranties which are confined to a specified date shall speak only as of such date), and Sellers shall have received a certificate of Agent with respect to Agent's representations and warranties signed by a duly authorized officer of Agent and a certificate of Purchaser with respect to Purchaser's representations and warranties signed by a duly authorized officer of Purchaser or a duly authorized officer of Purchaser's manager on behalf of Purchaser.

39

WEIL:\95835302\31\39110.0004

9.2    Sale Order in Effect.  The Bankruptcy Court shall have entered the Sale Order and the Sale Order shall be in full force and effect and shall not have been modified, amended, rescinded or vacated in any material respect and shall not be subject to any stay pending appeal.

9.3    Performance.  The Agent and Purchaser shall perform and comply in all material respects with all obligations and agreements required by this Agreement to be performed or complied with by the Agent or Purchaser on or prior to the Closing Date (except that those covenants and agreements that are qualified as to materiality or similar expressions shall have been duly performed and complied with in all respects), and Sellers shall have received a certificate of Agent with respect to Agent's obligations and agreements signed by a duly authorized officer of Agent and a certificate of Purchaser with respect to Purchaser's obligations and agreements signed by a duly authorized officer of Purchaser or a duly authorized officer of Purchaser's manager on behalf of Purchaser.

9.4    No Order.  No Governmental Authority shall have enacted, issued, promulgated or entered any Order or other Legal Requirement which is in effect and which has the effect of making illegal or otherwise prohibiting the consummation of the transaction contemplated by this Agreement or which would reasonably be expected to cause any of such transactions to be rescinded following the Closing.

9.5    Closing Deliveries.  Each of the deliveries required to be made to Sellers pursuant to Section 3.3 shall have been so delivered.

## ARTICLE 10
## TERMINATION

10.1    Termination Events.  This Agreement may be terminated at any time prior to the Closing:

(a)    by either the Company or the Agent:

(i)    if a Governmental Authority issues a final, non-appealable ruling or Order or other Legal Requirement prohibiting the transactions contemplated hereby where such ruling or Order was not requested, encouraged or supported by Sellers, Agent or Purchaser;

(ii)    if the Sale Order has not been entered by November 15, 2016;

(iii)    by mutual written consent of the Company and the Agent;

(iv)    if Sellers withdraw or seek authority to withdraw the Sale Motion, or announce any stand-alone plan of reorganization or liquidation (or support any such plan filed by any other party), other than a wind-down plan of Sellers' estates post-Closing;

(v)    if the Bankruptcy Court enters an Order dismissing, or converting into cases under chapter 7 of the Bankruptcy Code, any of the cases commenced

40

by Sellers under chapter 11 of the Bankruptcy Code and constituting part of the Bankruptcy Case, where such Order was not requested, encouraged or supported by Sellers;

(vi)  if any Seller enters into (or provides written notice to Agent of its intent to enter into) or otherwise consummates one or more Alternative Transactions with one or more Persons other than Agent or Purchaser; or

(vii)  if the Closing has not occurred by the close of business on November 1, 2016, unless such date is extended in writing by the Parties with the written consent of the agent under the Sellers' debtor-in-possession financing (the "Outside Date")

(b)  by the Agent:

(i)  in the event of any breach by Sellers of any of Sellers' agreements, covenants, representations or warranties contained herein (provided that such breach would result in the failure of a condition set forth in Section 8.1 or 8.2 to be satisfied) and (A) in the case of any qualified breach by Sellers of any of Sellers' agreements, covenants, representations or warranties contained herein other than as set forth in Sections 4.19 and 4.20, the failure of Sellers to cure such breach within ten (10) days after receipt of the Purchaser Termination Notice, and (B) in the case of any qualified breach by Sellers of Sections 4.19 or 4.20, the failure of Sellers to Cure such breach on or prior to the Outside Date (as may be extended); provided, however, that (1) neither Agent nor Purchaser is not itself in material breach of any of its representations, warranties, covenants or agreements contained herein, (2) Agent notifies Sellers in writing (the "Purchaser Termination Notice") of its intention to exercise its rights under this Section 10.1(b)(i) as a result of the breach, and (3) Agent specifies in the Purchaser Termination Notice the representation, warranty, covenant or agreement contained herein of which Sellers are allegedly in breach and a description of the specific factual circumstances to support the allegation; or

(c)  by the Company:

(i)  in the event of any breach by Agent or Purchaser of any of its agreements, covenants, representations or warranties contained herein (provided that such breach would result in the failure of a condition set forth in Section 9.1 or 9.3 to be satisfied) and the failure of Agent or Purchaser to cure such breach within ten (10) days after receipt of the Seller Termination Notice; provided, however, that Sellers (A) are not themselves in material breach of any of their representations, warranties, covenants or agreements contained herein, (B) notify Agent in writing (the "Seller Termination Notice") of their intention to exercise their rights under this Section 10.1(c)(i) as a result of the breach, and (C) specify in the Seller Termination Notice the representation, warranty, covenant or agreement contained herein of which Agent or Purchaser is allegedly in breach and a description of the specific factual circumstances to support the allegation.

WEIL:\95835302\31\39110.0004

10.2   Effect of Termination.

(a)   In the event of termination of this Agreement by Agent or Sellers pursuant to this ARTICLE 10, all rights and obligations of the Parties under this Agreement shall terminate without any Liability of any Party to any other Party; provided that nothing herein shall relieve Agent, Purchaser or Sellers from liability for breach of this Agreement prior to such termination; provided further that the provisions of Section 10.2 (and, to the extent applicable to the interpretation or enforcement of such provisions, ARTICLE 13 and ARTICLE 12), shall expressly survive the termination of this Agreement.

**ARTICLE 11**
**SURVIVAL AND EXPIRATION OF REPRESENTATIONS AND WARRANTIES**

11.1   No Survival of Sellers' Representations and Warranties.   The representations and warranties of Sellers contained herein and in any certificate or other Transaction Document delivered by Sellers pursuant to this Agreement shall terminate upon and not survive the Closing and there shall be no liability in respect thereof.  Each of Sellers' covenants and other agreements contained in this Agreement shall terminate upon the Closing except to the extent that performance under such covenant or other agreement is to take place after Closing, in which case such covenant or other agreement shall survive the Closing until the earlier of (a) performance of such covenant or other agreement in accordance with this Agreement or (b)(i) if time for performance of such covenant or other agreement is specified in this Agreement, sixty (60) days following the expiration of the time period for such performance or (ii) if time for performance of such covenant or other agreement is not specified in this Agreement, the expiration of applicable statute of limitations with respect to any claim for any failure to perform such covenant or other agreement; provided that if a written notice of any claim with respect to any covenant or other agreement to be performed after Closing is given prior to the expiration of such covenant or other agreement then such covenant or other agreement shall survive until, but only for purposes of, the resolution of such claim by final, non-appealable judgment or settlement.

11.2   No Survival of Agent's and Purchaser's Representations and Warranties. The representations and warranties of Agent and Purchaser contained in ARTICLE 5 of this Agreement shall survive and expire on the same terms as the Sellers' representations and warranties.

11.3   Indemnification by Purchaser.  From and after the Closing, Purchaser shall indemnify, defend, and save the Sellers and their Affiliates, and their respective officers, directors, employees, agents, and representatives (each, a "Seller Indemnified Party") forever harmless from and against, any and all losses, damages or other Liabilities with respect to the Break-Up Fee or the Expense Reimbursement (each as defined in the Stalking Horse PSA), and any claims with respect thereto.

42

**ARTICLE 12**
**GENERAL PROVISIONS**

12.1    Fiduciary Duties.    Nothing in this Agreement or any of the other Transaction Documents will require any Seller or any of their respective directors, officers or members, in each case, in their capacity as such, to take any action, or to refrain from taking any action, to the extent inconsistent with their fiduciary obligations.

12.2    Public Announcements.    Agent and Purchaser, on the one hand, and Sellers, on the other hand, shall consult with each other before issuing any press release or otherwise making any public statement with respect to this Agreement, the transaction contemplated hereby or the activities and operations of the other Party, and shall not issue any such release or make any such statement without the prior written consent of the other Party (such consent not to be unreasonably withheld or delayed).  Notwithstanding the foregoing, prior to or after the Closing, if Agent and Purchaser (including any of its parent entities), on the one hand, or Sellers (including any of their parent entities), on the other is required to make any statement, declaration or public announcement regarding this Agreement or the transaction contemplated hereunder (a) pursuant to any Legal Requirement or applicable rules or regulations of any national securities exchange or (b) as required by the Bankruptcy Court or Bankruptcy Code, then the same may be made without the approval of the other Party, but, in the case of disclosures made by Agent and Purchaser, only to the extent the name of Sellers are omitted from such statement, declaration or announcement if permitted by the applicable Legal Requirements and, in each case, allowing the other Party reasonable time to comment thereon.

12.3    Notices.    All notices, consents, waivers and other communications under this Agreement must be in writing and shall be deemed to have been duly given (a) when delivered by hand (with written confirmation of receipt), (b) when sent by email (with read receipt requested, with the receiving Party being obligated to respond affirmatively to any read receipt requests delivered by the other Party), (c) on the day following the day on which the same has been delivered prepaid to a reputable national overnight air courier service (prepaid, receipt requested) or (d) on the third (3rd) Business Day following the day on which the same is sent by certified or registered mail (postage prepaid, return receipt requested), in each case, to the appropriate addresses and representatives (if applicable) set forth below (or to such other addresses and representatives as a Party may designate by notice to the other Parties).

    (a)    If to any Seller, then to:

        Emerald Oil, Inc.
        200 Columbine Street, Suite 500
        Denver, Colorado 80206
        Attn:   James Muchmore
        Phone: (303) 595-5629
        E-mail: james.muchmore@emeraldoil.com

43

with copies (which shall not constitute notice) to:

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn:   Ryan Blaine Bennett
        Steve Toth
Phone: (312) 862-2000
E-mail: ryan.bennett@kirkland.com
        steve.toth@kirkland.com

Kirkland & Ellis LLP
600 Travis Street, Suite 3300
Houston, Texas 77002
Attn:   Anthony Speier, P.C.
        Cody R. Carper
Phone: (713) 835-3734
E-mail: anthony.speier@kirkland.com
        cody.carper@kirkland.com

(b)    If to Agent or Purchaser:

Cortland Capital Market Services LLC
225 W. Washington Street, Suite 2100
Chicago, Illinois 60606
Attn: Ryan Morick and Legal Department
Phone: (312) 564-5100
Email: Ryan.Morick@cortlandglobal.com
        legal@cortlandglobal.com

with a copy (which shall not constitute notice) to:

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX  75201-7830
Attn:   Rodney L. Moore and Joseph H. Smolinsky
Phone: (214) 746-8102 (Rodney L. Moore)
        (212) 310-8767 (Joseph H. Smolinsky)
E-mail: rodney.moore@weil.com
        joseph.smolinsky@weil.com

12.4    Waiver.  No waiver of any of the provisions of this Agreement or rights hereunder shall operate as waiver unless it is in writing and signed by the Party against which enforcement of such waiver is sought.  Neither the failure nor any delay by any Party in exercising any right, power or privilege under this Agreement or the documents referred to in this Agreement shall operate as a waiver of such right, power or privilege, and no single or partial exercise of any such right, power or privilege shall preclude any other or further exercise

44

of such right, power or privilege or the exercise of any other right, power or privilege.  To the maximum extent permitted by applicable law, (a) no waiver that may be given by a Party shall be applicable except in the specific instance for which it is given, and (b) no notice to or demand on one Party shall be deemed to be a waiver of any right of the Party giving such notice or demand to take further action without notice or demand.

12.5    Entire Agreement; Amendment.  This Agreement (including the Schedules and the Exhibits) and the other Transaction Documents and the Confidentiality Agreements supersede all prior agreements between Agent or Purchaser, on the one hand, and Sellers, on the other hand, with respect to its subject matter and constitute a complete and exclusive statement of the terms of the agreements between Agent or Purchaser, on the one hand, and Sellers, on the other hand, with respect to their subject matter.  To the extent any terms and provisions of this Agreement are in any way inconsistent with or in conflict with any term, condition or provision of any other Transaction Document, this Agreement will govern and control.  This Agreement may not be amended except by a written agreement executed by all of the Parties.

12.6    Assignment.  This Agreement, and the rights, interests and obligations hereunder, shall not be assigned by any Party by operation of law or otherwise without the express written consent of the other Parties (which consent may be granted or withheld in the sole discretion of such other Party) and any purported assignment in violation of this Section 12.6 will be void *ab initio*.

12.7    Severability.  The provisions of this Agreement shall be deemed severable, and the invalidity or unenforceability of any provision shall not affect the validity or enforceability of the other provisions hereof.  Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable Legal Requirement, but if any provision of this Agreement is held to be prohibited by or invalid under applicable Legal Requirement in any jurisdiction, such provision will be ineffective only to the extent of such prohibition or invalidity in such jurisdiction, without invalidating the remainder of such provision or the remaining provisions of this Agreement or in any other jurisdiction.

12.8    Expenses.    Whether or not the transactions contemplated by this Agreement are consummated, the Parties shall bear their own respective expenses (including all compensation and expenses of counsel, financial advisors, consultants, actuaries and independent accountants) incurred in connection with this Agreement and the transactions contemplated hereby.  Purchaser (or its designee) shall bear and pay all required documentary, filing, and recording fees, assessments, and expenses in connection with the filing and recording of any documents required to convey title to the Assets to Purchaser (or its designees).

12.9    Time of the Essence.  Time is of the essence with respect to all time periods and notice periods set forth in this Agreement.

12.10  Specific Performance.  The Parties agree that irreparable damage would occur if any provision of this Agreement is not performed in accordance with the terms hereof, including if any of the Parties fails to take any action required of it hereunder to consummate the transactions contemplated by this Agreement, and that the Parties shall be entitled to an injunction or injunctions without proof of damages or posting a bond or other security to prevent

WEIL:\95835302\31\39110.0004

breaches of this Agreement or to enforce specifically the performance of the terms and provisions hereof, in addition to any other remedy to which they are entitled at law or in equity. Unless otherwise expressly stated in this Agreement, no right or remedy described or provided in this Agreement is intended to be exclusive or to preclude a Party from pursuing other rights and remedies to the extent available under this Agreement, at law or in equity.  The right of specific performance and other equitable relief is an integral part of the transactions contemplated by this Agreement and without that right, neither Sellers, Agent nor Purchaser would have entered into this Agreement.  If, prior to the Outside Date, any Party brings any action to enforce specifically the performance of the terms and provisions hereof by any other Party, the Outside Date will automatically be extended (a) for the period during which such action is pending, plus ten (10) Business Days or (b) by such other time period established by the court presiding over such action, as the case may be.  Notwithstanding anything herein to the contrary, in no event will this Section 12.10 be used, alone or together with any other provision of this Agreement, to require Sellers to remedy any breach of any representation or warranty of Sellers made herein.

12.11   Governing Law; Consent to Jurisdiction and Venue; Jury Trial Waiver.

(a)   Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware applicable to contracts made and to be performed entirely in such state without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of Delaware applicable hereto; provided that Sections 4.19 and 4.20, and the determination of any breach thereof or any Cure with respect thereto (and any determination with respect to any definition related to any of the foregoing), shall be governed by, and construed in accordance with, the laws of the State of North Dakota without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of North Dakota applicable thereto.

(b)   Without limitation of any Party's right to appeal any Order of the Bankruptcy Court, (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from, or be connected with, this Agreement, any breach or default hereunder, or the transactions contemplated hereby and (ii) any and all claims relating to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the Parties hereby consent and submit to the exclusive jurisdiction and venue of the Bankruptcy Court and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Action or Proceeding; provided that, if the Bankruptcy Case is closed, all Actions and Proceedings arising out of or relating to this Agreement shall be heard and determined in a Delaware state court or a federal court sitting in the state of Delaware, and the Parties hereby irrevocably submit to the exclusive jurisdiction and venue of such courts in any such Action or Proceeding and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Action or Proceeding.  The Parties consent to service of process by mail (in accordance with Section 12.3) or any other manner permitted by law.

(c)   THE PARTIES HEREBY IRREVOCABLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED IN CONTRACT, TORT OR OTHERWISE) ARISING OUT OF OR RELATING TO

WEIL:\95835302\31\39110.0004

THIS AGREEMENT OR THE ACTIONS OF SELLERS, AGENT, PURCHASER OR THEIR RESPECTIVE REPRESENTATIVES IN THE NEGOTIATION OR PERFORMANCE HEREOF.

12.12  Counterparts.    This Agreement and any amendment hereto may be executed in any number of counterparts, each of which shall be deemed to be an original of this Agreement or such amendment and all of which, when taken together, shall constitute one and the same instrument.  Notwithstanding anything to the contrary in Section 12.3 delivery of an executed counterpart of a signature page to this Agreement or any amendment hereto by telecopier or email attachment shall be effective as delivery of a manually executed counterpart of this Agreement or such amendment, as applicable.  Minor variations in the form of the signature page to this Agreement, including footers from earlier versions of this Agreement, will be disregarded in determining the effectiveness of such signature.  At the request of any party hereto or to any such agreement or instrument, each other party hereto or thereto shall re-execute original forms thereof and deliver them to all other parties.

12.13   Parties in Interest; No Third Party Beneficiaries.  This Agreement shall be binding upon Agent, Purchaser and, subject to entry of the Sale Order, Sellers, and inure to the benefit of the Parties and their respective successors and permitted assigns, including any trustee or estate representative appointed in the Bankruptcy Case or any successor Chapter 7 case.  This Agreement is for the sole benefit of the Parties and their permitted assigns, and nothing herein, express or implied, is intended to or shall confer upon any other Person any legal or equitable benefit, claim, cause of action, remedy or right of any kind, except for (a) Seller Indemnified Parties, which are intended third party beneficiaries of ARTICLE 11, and (b) the Sellers' Affiliates and Representatives and any other Party Affiliates, which are intended third party beneficiaries of Sections 7.8 and 12.4, as applicable, and, in each case of (a) and (b), such provisions will be enforceable by such Persons as if directly a party hereto.

12.14   No Recourse.  Notwithstanding anything that may be expressed or implied in this Agreement or any Transaction Document, and notwithstanding the fact that any Party may be a partnership or limited liability company, each Party, by its acceptance of the benefits of this Agreement, covenants, agrees and acknowledges that no Persons other than the Parties shall have any obligation hereunder and that it has no rights of recovery hereunder against, and no recourse hereunder or under any Transaction Documents or in respect of any oral representations made or alleged to be made in connection herewith or therewith shall be had against, any former, current or future Affiliate, incorporator, controlling Person, fiduciary, Representative, co-owner or equity holder of any Party (or any of their successors or permitted assignees) (each, a "Party Affiliate"), whether by or through attempted piercing of the corporate veil, by or through a claim (whether in tort, contract or otherwise) by or on behalf of such Person against the Party Affiliates, by the enforcement of any assessment or by any legal or equitable proceeding, or by virtue of any statute, regulation or other applicable Legal Requirement, or otherwise; it being expressly agreed and acknowledged that no personal liability whatsoever shall attach to, be imposed on or otherwise be incurred by any Party Affiliate, as such, for any obligations of the applicable Person under this Agreement or the transaction contemplated hereby, under any documents or instruments delivered contemporaneously herewith, in respect of any oral representations made or alleged to be made in connection herewith or therewith, or for any claim

47

(whether in tort, contract or otherwise) based on, in respect of, or by reason of, such obligations or their creation.

12.15   Disclosure Schedules; Materiality.  Any disclosure made by a party in any Schedule with reference to any Section or Schedule of this Agreement shall be deemed to be a disclosure with respect to any other Section or Schedule to which such disclosure may apply to the extent the applicability of such additional disclosure is reasonably apparent on its face and any disclosure in the Company SEC Documents or the Disclosure Schedules will be deemed to qualify a representation or warranty to the extent that the relevance of such disclosure to such representation or warranty reasonably apparent on its face.  The information contained in this Agreement, Schedules, Disclosure Schedules, and Exhibits hereto is disclosed solely for purposes of this Agreement, and no information contained herein or therein will be deemed to be an admission by any Party to any Person of any matter whatsoever, including any violation of Legal Requirements or breach of Contract.  The disclosure of any particular fact or item in any Disclosure Schedule shall not be deemed an admission as to whether the fact or item is "material" or would constitute a "Material Adverse Effect."

12.16   Certain Matters Regarding Lenders.  Other than the express obligations of Agent set forth in this Agreement, none of the Parties, or any of their respective Affiliates, solely in their respective capacities as Parties to this Agreement, shall have any rights or claims against any lender or agent for the lenders to any Seller(s) or any Affiliate thereof, solely in their respective capacities as lenders or agent for the lenders to any Seller(s) or any Affiliate thereof, in connection with this Agreement, whether at law or equity, in contract, in tort or otherwise.

12.17   Liquidating Trustee.  If at any time Sellers liquidate or otherwise have a trustee or other representative appointed by the Bankruptcy Court, then such trustee or other representative shall be entitled to exercise the rights of Sellers under this Agreement.

## ARTICLE 13
## DEFINITIONS

13.1   Definitions.

"Action" means any legal action, suit or arbitration, or legal proceeding, by or before any Governmental Authority.

"AFEs" has the meaning set forth in Section 4.8.

"Affiliate" means, with respect to any Person, any other Person controlling, controlled by, or under common control with, such Person as of the date on which, or at any time during the period for which, the determination of affiliation is being made.  For purposes of this definition, the term "control" (including the correlative meanings of the terms "controlled by" and "under common control with"), as used with respect to any Person, means the possession, directly or indirectly, of the power to direct or cause the direction of the management policies of such Person, whether through the ownership of voting securities, by contract or otherwise.

"Agent" has the meaning set forth in the introductory paragraph.

WEIL:\95835302\31\39110.0004

"Agreement" has the meaning set forth in the introductory paragraph.

"Allocated Value" has the meaning set forth in Section 7.2.

"Alternative Transaction" means any transaction (or series of transaction), whether direct or indirect, concerning a sale, merger, acquisition, issuance, financing, recapitalization, reorganization, liquidation or disposition of any Seller or any portion of the equity interests or all or substantially all of the assets thereof (in any form of transaction, whether by merger, sale of assets or equity or otherwise). For clarification, an Alternative Transaction includes a sale (whether the consideration for such Alternative Transaction is cash, a credit bid, a combination of the foregoing, or otherwise) of the Assets to someone other than Purchaser.

"AP 16 51031" has the meaning set forth in Section 1.1(b)(xx).

"Applicable BLM Leases" has the meaning set forth in the definition of Applicable BLM Wells.

"Applicable BLM Wells" means the three (3) Wells affected by the BLM Matters (Clark Griswold Federal 3-17-20H, Noonan Federal 3-18-19H, and Greg Marmalard Federal 3-28-33H) (and the corresponding Leases, being the "Applicable BLM Leases")).

"Asset Taxes" has the meaning set forth in Section 7.1(b).

"Assets" has the meaning set forth in Section 1.1(b).

"Assigned Contracts" has the meaning set forth in Section 1.1(b)(vii).

"Assigned Leases and Interests" has the meaning set forth in Section 1.1(b)(i).

"Assumed Liabilities" has the meaning set forth in Section 1.3.

"Assumption Agreement" has the meaning set forth in Section 1.3.

"Avoidance Actions" means any and all claims for relief of Sellers under chapter 5 of the Bankruptcy Code, including any proceeds thereof.

"Bankruptcy Case" has the meaning set forth in the recitals.

"Bankruptcy Code" has the meaning set forth in the recitals.

"Bankruptcy Court" has the meaning set forth in the recitals.

"Base Purchase Price" has the meaning set forth in Section 2.1(a).

"Benefit Plan" means each "employee benefit plan" (as such term is defined in section 3(3) of ERISA) and any other material employee benefit plan, program or arrangement maintained, sponsored or contributed to by Sellers or any of its Affiliates for the benefit of employees working in Sellers business.

"Bidding Procedures Order" means the Order of the Bankruptcy Court (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and a Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief Docket No. 664 entered by the Bankruptcy Court on August 31, 2016.

"BLM" means the United States Bureau of Land Management.

"BLM Holdback Assets" has the meaning set forth in Section 1.9.

"BLM Matters" means the matters contemplated by Item 1 on Disclosure Schedule 4.20.

"Business Day" means any day, other than Saturday or Sunday, on which commercial banks are open for commercial business with the public in Denver, Colorado.

"Cash Portion" has the meaning set forth in Section 2.1(a)(ii).

"Casualty Loss" means any loss, damage or destruction of the Assets resulting in a decrease in production of Hydrocarbons that occurs during the period between the Execution Date and the Closing for any reason, including any act of God, fire, explosion, collision, earthquake, windstorm, flood, or other casualty or condemnation taking under the right of eminent domain, but excluding any loss, damage, or destruction as a result of depreciation, ordinary wear and tear, temporary cessations of productions (including the shutting-in of any Well) in the ordinary course of business, any change in condition of the Assets for production of Hydrocarbons through normal depletion (which exclusion shall include the watering-out of any Well, collapsed casing, sand infiltration of any Well, or other reservoir changes relating to production issues) and the matters contemplated by Item 1 on Disclosure Schedule 4.20.

"Claim" means any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, known or unknown; or any other Claim as defined in section 101(5) of the Bankruptcy Code.

"Closing" has the meaning set forth in Section 3.1.

"Closing Date" has the meaning set forth in Section 3.1.

"COA Seller Credit Obligations" has the meaning set forth in Section 7.10(f)(i).

"COA Services" has the meaning ascribed to the term "Services" in the Contract Operating Agreement.

"Code" means the Internal Revenue Code of 1986.

"Company" has the meaning set forth in the introductory paragraph.

"Company SEC Documents" means the reports and forms (including exhibits and information incorporated therein) filed with the SEC by the Company.

WEIL:\95835302\31\39110.0004

"Contract" means any agreement, contract, obligation, promise or undertaking (in each case, whether written or oral), other than a Lease, that is legally binding.

"Contract Operating Agreement" means the Contract Operating Agreement in the form attached hereto as Exhibit F.

"Cortland" has the meaning set forth in the introductory paragraph.

"Credit Agreement" means that certain Amended and Restated Credit Agreement, dated as of May 1, 2014 (as amended, supplemented or otherwise modified prior to the commencement of the Bankruptcy Case, the "Original Credit Agreement"), among the Company, as borrower thereunder, the guarantors party thereto from time to time, the lenders party thereto from time to time and the Agent, as amended by that certain Amended and Restated Debtor in Possession Financing Amendment, dated as of May 9, 2016, as amended, restated, amended and restated, supplemented or otherwise modified from time to time.

"Credit Agreement Indebtedness" means all Lenders' Pre-Petition Claim and the DIP Obligations outstanding as of the date hereof under the Credit Agreement and the other Credit Documents, including all interest due and owing thereunder and all accrued and unpaid fees and expenses.

"Credit Bid" has the meaning set forth in the recitals.

"Credit Bid Amount" has the meaning set forth in Section 2.1(a)(i).

"Credit Bid Portion" has the meaning set forth in Section 2.1(a)(i).

"Credit Documents" shall have the meaning assigned to the term "Loan Documents" in the Credit Agreement.

"Cure" means correction of a condition constituting a material breach of Sellers' representations and warranties contained in Section 4.19 or 4.20, as applicable, in a manner such that a reasonable person in the oil and gas industry would no longer consider the condition, as corrected, to constitute a material breach of Sellers' representations and warranties contained in Section 4.19 or 4.20, as applicable.

"Cure Costs" has the meaning set forth in Section 1.5.

"Defensible Title" means that title which, as of the Closing Date, and subject to any Permitted Encumbrances: (a) entitles any Seller to receive and retain a Net Revenue Interest for the applicable Well which is not less than the Net Revenue Interest set forth for such Well in Exhibit B, except for any decrease (i) caused by orders of the appropriate Governmental Authority having jurisdiction that are promulgated after the Execution Date that concern pooling, unitization, communitization or spacing matters, or (ii) caused by Purchaser (or its designee), its successors or assigns; (b) obligates any Seller, for each Well, to bear a Working Interest for such Well which is not more than the Working Interest set forth for such Well in Exhibit B, except for any increase (i) caused by Purchaser (or its designee), its successors or assigns, (ii) that also results in the Net Revenue Interest associated with the Well proportionately increased, or

51

(iii) caused by orders of the appropriate Governmental Authority having jurisdiction that are promulgated after the Execution Date that concern pooling, unitization, communitization or spacing matters; and (c) as to all Assets is free and clear of all Encumbrances.

"Deposit" has the meaning set forth in the Stalking Horse PSA.

"Direction Letter" has the meaning set forth in Section 7.15.

"DIP Obligations" shall have the meaning assigned to it in the Financing Order.

"DMS" means, collectively, Dakota Midstream Services LLC, Dakota Energy Connection, LLC, and Dakota Fluid Solutions LLC f/k/a Mesa Oil Services, LLC.

"DMS Contracts" has the meaning set forth in Section 8.6.

"DMS Settlement" means the terms as set forth in the letter of intent dated September 21, 2016, among the Company, DMS and the Lenders.

"Emerald DB" has the meaning set forth in the introductory paragraph.

"Emerald NWB" has the meaning set forth in the introductory paragraph.

"Emerald WB" has the meaning set forth in the introductory paragraph.

"Employee" means any current or former employee of any Seller as of the date of this Agreement or the Closing.

"Encumbered Assets" has the meaning set forth in the recitals.

"Encumbrance" means any mortgage, deed of trust, pledge, security interest, lien, charge, claim, encumbrance, option, right of first refusal, imperfection of title, covenant, encroachment, easement, right of way, servitude, proxy, voting trust or agreement, transfer restriction under any shareholder or similar agreement, or any other similar restrictions.

"Environmental Laws" means all Legal Requirements pertaining to pollution or protection of the environment, including all Legal Requirements pertaining to the generation, handling, use, transportation, treatment, storage, disposal, emission, discharge, clean-up, release, or threatened release of pollutants, contaminants, NORM, chemicals, or Hazardous Substances, including the Clean Air Act (Air Pollution Control Act), the Clean Water Act (CWA), the Federal Water Pollution Act, the Rivers and Harbors Act, the Safe Drinking Water Act, the National Environmental Policy Act of 1969 (NEPA), the Endangered Species Act (ESA), the Fish and Wildlife Conservation Act of 1980, the Fish and Wildlife Coordination Act (FWCA), the Oil Pollution Act, the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the Superfund Amendments and Reauthorization Act of 1986 (SARA), the Resources Conservation and Recovery Act (RCRA), the Toxic Substance Control Act, the Emergency Planning and Community Right-To-Know Act (EPCRA), the Hazardous Materials Transportation Act, the Hazardous and Solid Waste Amendments of 1984 (HSWA).

52

"EOX" has the meaning set forth in the introductory paragraph.

"Equipment" has the meaning set forth in Section 1.1(b)(iv).

"ERISA" means the Employee Retirement Income Security Act of 1974.

"Excluded Assets" has the meaning set forth in Section 1.2.

"Excluded Contracts" means those Contracts described on Schedule 1.2(f), provided that Purchaser may amend Schedule 1.2(f) up until the Closing; provided further that in no case shall the DMS Contracts or the severance contracts disclosed on Disclosure Schedule 4.24 be Excluded Contracts.

"Excluded Liabilities" has the meaning set forth in Section 1.4.

"Excluded Records" means (a) the general corporate files and records of each Seller, insofar as they are not required for the future ownership or operation of the Assets, (b) all legal files and records (other than title opinions), (c) such Seller's federal or state income, franchise or margin tax files and records, (d) employee files, (e) reserve evaluation information or economic projections, (f) records relating to the sale of the Assets, including competing bids, (g) proprietary data, information and data under contractual restrictions on assignment or disclosure, (h) privileged information and (i) any other files or records to the extent relating to any Excluded Assets; provided that Sellers agree to make such records available to Purchaser (or its designee) for inspection and copying at Purchaser's (or its designee's) expense until the earlier of (x) two (2) years following the Closing, or (y) the liquidation or wind down of the Sellers or their estates.

"Execution Date" has the meaning set forth in the introductory paragraph.

"Financing Order" means the one or more orders of the Bankruptcy Court authorizing and approving the financing contemplated by the Credit Agreement, including Final Agreed Order Authorizing Limited Use of Cash Collateral, Obtaining Post-Petition Credit Secured by Senior Liens, Granting Adequate Protection to Existing Lienholders, and Granting Related Relief Docket No. 287, entered by the Bankruptcy Court on May 6, 2016, *In re: Emerald Oil, Inc., et al.*, Case No. 16-10704.

"Governmental Authority" means any court or tribunal (including an arbitrator or arbitral panel) in any jurisdiction (domestic or foreign) or any federal, tribal, state, county, municipal or other governmental or quasi-governmental body, agency, authority, department, board, commission, bureau, official or other authority or instrumentality.

"Governmental Transfer Documents" means applications and any other documents to be submitted to any and all applicable Governmental Authorities, including without limitation the United States Bureau of Land Management and the States of North Dakota and Montana, seeking approval of the Transaction or any portion thereof, including without limitation, transfer of the Assigned Leases and Interests, the Assigned Contracts, or any other Asset.

"Hard Consent" has the meaning set forth in Section 1.6.

WEIL:\95835302\31\39110.0004

"Hazardous Substance" means any material defined or regulated as a hazardous substance, hazardous waste, hazardous material, or toxic substance, or with words of similar meaning and regulatory effect, in each case under any Environmental Law.

"Hydrocarbons" means oil, gas, minerals, and other gaseous and liquid hydrocarbons, or any combination of the foregoing, produced from and attributable to the Properties.

"Imbalances" means over-production or under-production or over-deliveries or under-deliveries with respect to Hydrocarbons produced from or allocated to the Properties, regardless of whether such over-production or under-production or over-deliveries or under-deliveries arise at the wellhead, pipeline, gathering system, transportation system, processing plant, or other location, including any imbalances under gas balancing or similar agreements, imbalances under production handling agreements, imbalances under processing agreements, imbalances under the Assigned Leases and Interests, imbalances under gathering or transportation agreements, and imbalances under operating agreements.

"Intellectual Property" means all (a) United States and foreign copyright rights in any original works of authorship, whether registered or unregistered, including all copyright registrations and applications, (b) United States and foreign patents and patent applications, as well as any continuations, continuations-in-part, divisions, extensions, reexaminations, reissues, renewals and patent disclosures related thereto and (c) United States, state and foreign trademarks, service marks, logos, slogans, trade dress and trade names, Internet domain names and any other similar designations of source of goods or services, whether registered or unregistered, and registrations and pending applications to register the foregoing, and all goodwill related to or symbolized by the foregoing.

"Knowledge" means, with respect to any matter in question, (a) in the case of the Company, the actual knowledge (without any duty of inquiry) of any of the individuals listed on Schedule 13.1(a) with respect to such matter, and (b) in the case of Agent or Purchaser, the actual knowledge (without any duty of inquiry) of any of Joanna Anderson.

"Lease" means any existing oil and gas lease, oil, gas and mineral lease or sublease, and other leasehold interest, and the leasehold estates created thereby, including carried interests, rights of recoupment, options, reversionary interests, convertible interests and rights to reassignment.

"Legal Requirement" means any federal, state, provincial, local, municipal, foreign, international, multinational, or other administrative Order, constitution, law, ordinance, principle of common law, regulation, statute or treaty.

"Lenders" shall have the meaning assigned to such term in the Credit Agreement.

"Lenders' Pre-Petition Claim" shall have the meaning assigned to it in the Financing Order.

"Liability" means any and all claims, rights, demands, causes of action, liabilities (including civil fines), obligations, damages, losses, fines, penalties, sanctions of every kind and character (including reasonable fees and expenses of attorneys, technical experts and expert

WEIL:\95835302\31\39110.0004

witnesses), judgments or proceedings of any kind or character whatsoever, whether known or unknown, asserted or unasserted, absolute or contingent, accrued or unaccrued, liquidated or unliquidated, or due or to become due, and whether arising or founded in law, equity, statute, contract, tort, strict liability or voluntary settlement, and all reasonable expenses, costs and fees (including reasonable attorneys' fees) in connection therewith.

"Material Adverse Effect" means any change, event or occurrence that individually or in the aggregate (taking into account all other such changes, events or occurrences) has had, or would be reasonably likely to have, a material adverse effect on the Assets (excluding the Excluded Assets and the Excluded Liabilities), taken as a whole, but excluding (a) any change or effect to the extent that it results from or arises out of (i) the commencement or pendency of the Bankruptcy Case; (ii) the execution and delivery of this Agreement or the announcement or pendency thereof or consummation of the transactions contemplated hereby; or (iii) any action contemplated by this Agreement or taken at the request of Agent or Purchaser; (b) any change or effect generally applicable to (i) the industries and markets in which the Sellers operate or (ii) economic conditions or the securities, financial or commodities markets; (c) any action taken by Sellers at the request of, or with the express written consent of, Agent or Purchaser; and (d) any of the matters disclosed on any Exhibit, Schedule or Disclosure Schedule to this Agreement or the Company SEC Documents.

"Material Contracts" means: (a) any Contract that can reasonably be expected to result in aggregate payments by or revenues to Sellers or Purchaser (or its designee) with respect to the Assets of more than Fifty Thousand Dollars ($50,000) net to the interest of Sellers during the current or any subsequent fiscal year (based solely on the terms thereof and without regard to any expected increase in volumes or revenues); (b) Hydrocarbon purchase and sale, exchange, marketing, compression, gathering, transportation, processing, refining or similar Contract (in each case) to which a Seller is a party (or to which any portion of the Assets is subject) with respect to Hydrocarbons from the Assets that is not terminable without penalty on ninety (90) days or less notice (including any Contract providing for volumetric or monetary commitments or indemnification therefor or for dedication of future production); (c) any Contract binding upon a Seller to sell, lease, farm out, or otherwise dispose of or encumber any interest in any of the Assets after the Closing Date, other than (i) conventional rights of reassignment arising in connection with a Seller's surrender or release of any of the Assets (except where any such right of reassignment has already been triggered) or (ii) conventional rights of reassignment arising in connection with a payout, risk penalty, recoupment period or similar obligation where a Seller's Net Revenue Interest after reassignment, or a Seller's after-payout interest, is reflected on Exhibit B; (d) any Contract that would, by its express terms, obligate Purchaser (or its designee) to drill additional wells or conduct other material development operations after the Closing; (e) any Contract that constitutes a non-competition agreement or any agreement that purports to materially restrict, limit, or prohibit the manner in which, or the locations in which, a Seller conducts business, including areas of mutual interest; (f) any Contract providing for any call upon, option to purchase, or similar rights with respect to the Assets or to the production therefrom or the processing thereof, or is a dedication of production or otherwise requires production to be transported, processed or sold in a particular fashion; (g) any Contract that constitutes a joint or unit operating agreement; (h) any Contract that constitutes a partnership agreement; and (i) any Contract that is material to Sellers, taken as a whole.

55

"Mineral Interests" means all mineral fee interests, mineral rights and mineral servitudes in which Sellers own an interest, including royalty interests, overriding royalty interests, net profits interests, production payments and other rights of a similar nature, whether legal or equitable, whether vested or contingent.

"Net Revenue Interest" means, for any Well, the applicable Seller's share of the Hydrocarbons produced, saved and marketed therefrom (after satisfaction of all other royalties, overriding royalties, nonparticipating royalties, net profits interests, or other similar burdens on or measured by production of Hydrocarbons).

"NORM" means naturally occurring radioactive materials.

"Order" means any award, writ, injunction, judgment, order or decree entered, issued, made, or rendered by any Governmental Authority.

"Outside Date" has the meaning set forth in Section 10.1(a)(vii).

"Party" or "Parties" means, individually or collectively, Agent, Purchaser and Sellers.

"Party Affiliate" has the meaning set forth in Section 12.14.

"Paying Party" has the meaning set forth in Section 7.1(c).

"Permits" has the meaning set forth in Section 1.1(b)(vi).

"Permitted Encumbrances" means any of the following: (a) liens or other Encumbrances for Taxes not yet due and payable that are the responsibility of Purchaser (or its designee) under this Agreement; (b) plugging and surface restoration obligations that cannot be sold free and clear of Legal Requirements; (c) all rights to consent by Governmental Authorities in connection with the conveyance of the Assigned Leases and Interests, if the same are customarily sought and received after the Closing (for clarification, this (c) shall not excuse Sellers from complying with their obligations to execute the Governmental Transfer Documents); (d) calls on Hydrocarbon production under any Assigned Contracts only if such Assigned Contracts have corresponding puts; (e) the terms and conditions of the Assigned Leases and Interests, including any depth limitations, Pugh clauses or similar limitations that may be set forth therein; (f) mortgages on the lessor's interest under an Assigned Lease and Interest; provided that Purchaser (or its designee) shall have no obligation on any loans secured by such mortgages; (g) subject to Section 7.11, Preferential Purchase Rights; (h) Encumbrances created or existing by virtue of the DMS Contracts, including all easements assigned by Seller to DMS, (i) such other Encumbrances, if any, as Agent or Purchaser may have agreed to accept in writing; (j) the terms and conditions of all Assigned Contracts, but only to the extent that they do not, individually or in the aggregate, (i) operate to reduce a Seller's Net Revenue Interest in a Well below that shown in Exhibit B, or increase a Seller's Working Interest in a Well above that shown in Exhibit B without a proportionate increase in the Net Revenue Interest, or (ii) adversely affect the ownership and/or operation of the affected Assets (as currently used or owned) in any material respect; and (k) the terms and conditions of all Surface Rights, but only to the extent that they do not, individually or in the aggregate, interfere in any material respect with the use or operation of the Assets (as currently used or operated) burdened thereby.

WEIL:\95835302\31\39110.0004

"Person" means any individual, corporation (including any non-profit corporation), partnership, limited liability company, joint venture, estate, trust, association, organization or other entity or Governmental Authority.

"Petition Date" has the meaning set forth in the recitals.

"Phase I Environmental Site Assessment" means a Phase I environmental assessment of the Assets conducted in accordance with the current ASTM International Standard Practice for Environmental Site Assessments (Designation E1527-13).

"Potential Bidders" has the meaning set forth in Section 6.7.

"Preferential Purchase Right" means any right or agreement that enables any Person to purchase or acquire any Asset or any interest therein or portion thereof as a result of or in connection with the execution or delivery of this Agreement or the consummation of the transactions contemplated hereby.

"Proceeding" means any Action, investigation, or litigation (whether civil, criminal, or administrative) commenced, brought, conducted, or heard by or before, or otherwise involving, any Governmental Authority.

"Properties" has the meaning set forth in Section 1.1(b)(ii).

"Purchase Price" has the meaning set forth in Section 2.1(a)(ii).

"Purchaser" has the meaning set forth in the introductory paragraph.

"Purchaser Parties" means Purchaser, its respective Affiliates and the former, current or future equity holders and Representatives of each of the foregoing.

"Purchaser Termination Notice" has the meaning set forth in Section 10.1(b)(i).

"Records" has the meaning set forth in Section 1.1(b)(x).

"Reimbursing Party" has the meaning set forth in Section 7.1(c).

"Representative" means, with respect to a particular Person, any director, officer, member, manager, partner, employee, agent, consultant, advisor, investor, shareholder, contractor, subcontractor or other representative of such Person, including legal counsel, accountants and financial advisors.

"Sale Motion" means the motion or motions filed by Sellers pursuant to, *inter alia*, sections 105, 363 and 365 of the Bankruptcy Code seeking entry of the Bidding Procedures Order and the Sale Order and approval of the transactions contemplated by this Agreement.

"Sale Order" means an Order of the Bankruptcy Court in substantially the form attached hereto as Exhibit H, with such changes as are reasonably acceptable to Agent and Sellers.

"SEC" means the United States Securities and Exchange Commission.

WEIL:\95835302\31\39110.0004

"Securities Act" means the Securities Act of 1933, as amended.

"Sellers" has the meaning set forth in the introductory paragraph.

"Seller Credit Obligations" has the meaning set forth in Section 7.5(c).

"Seller Indemnified Party" has the meaning set forth in Section 11.3.

"Seller Termination Notice" has the meaning set forth in Section 10.1(c)(i).

"Stalking Horse PSA" means the Asset Purchase Agreement, dated as of May 25, 2016, by and among Sellers and New Emerald Holdings LLC, a Delaware limited liability company ("SH Buyer"), and, for the sole purpose of guarantying SH Buyer's obligations thereunder, CL Energy Opportunity Fund, L.P., FT SOF IV Holdings, LLC, FT SOF V Holdings, LLC, and FT SOF VII Holdings, LLC.

"Straddle Period" has the meaning set forth in Section 7.1(b).

"Subsidiary" means any entity with respect to which a specified Person (or a Subsidiary thereof) has the power, through the ownership of securities or otherwise, to elect a majority of the directors or similar managing body.

"Surface Rights" means all surface leases, subsurface leases, rights-of-way, licenses, easements, access agreements and other surface or subsurface rights agreements applicable to, or used or held in connection with the ownership, operation, maintenance or repair of, or the production, gathering, treatment, processing, storing, sale or disposal of Hydrocarbons or produced water from, the Properties, together with all surface fee interests in the lands covered by the Assigned Leases and Interests.

"Suspense Funds" means proceeds of production and associated penalties and interest in respect of any of the Assets that are payable to third parties and are being, or were required to be, held in suspense by Sellers as the operator of such Assets.

"Tax" or "Taxes" (and with correlative meaning, "Taxable" and "Taxing") means any federal, state, provincial, local, foreign or other income, alternative, minimum, add-on minimum, accumulated earnings, personal holding company, franchise, capital stock, net worth, capital, profits, intangibles, windfall profits, gross receipts, value added, sales, use, goods and services, excise, customs duties, transfer, conveyance, mortgage, registration, stamp, documentary, recording, premium, severance, environmental (including taxes under section 59A of the Code), natural resources, real property, personal property, ad valorem, intangibles, rent, occupancy, license, occupational, employment, unemployment insurance, social security, disability, workers' compensation, payroll, health care, withholding, estimated or other tax of any kind whatsoever, whether computed on a separate or consolidated, unitary or combined basis, or in any other manner, including any interest, penalty or addition thereto, whether disputed or not.

"Tax Purchase Price" has the meaning set forth in Section 7.2.

"Tax Return" means any return, declaration, report, claim for refund, information return or other document (including any related or supporting estimates, elections, schedules, statements, or information) filed or required to be filed in connection with the determination, assessment or collection of any Tax or the administration of any laws, regulations or administrative requirements relating to any Tax.

"Transaction Documents" means this Agreement and the other agreements, instruments or documents contemplated to be entered into pursuant to this Agreement.

"Transfer Taxes" has the meaning set forth in Section 7.1(a).

"Transferred Employees" has the meaning set forth in Section 7.6(a).

"Wells" has the meaning set forth in Section 1.1(b)(ii).

"Working Interest" means, for any Well, that share of costs and expenses associated with the exploration, maintenance, development and operation of such Well that any Seller is required to bear and pay.

13.2    Other Definitions and Interpretive Matters.

(a)    Unless otherwise expressly provided, for purposes of this Agreement, the following rules of interpretation shall apply.

(i)    When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period shall be excluded. If the last day of such period is a day other than a Business Day, the period in question shall end on the next succeeding Business Day.

(ii)    Any reference in this Agreement to $ or dollars means United States dollars.

(iii)    All Exhibits, Schedules and Disclosure Schedules attached or annexed hereto or referred to herein are hereby incorporated in and made a part of this Agreement as if set forth in full herein. Any capitalized terms used in any Exhibit, Schedule or Disclosure Schedule but not otherwise defined therein shall be defined as set forth in this Agreement.

(iv)    Any reference in this Agreement to gender includes all genders, and words imparting the singular number only include the plural and vice versa.

(v)    The provision of a table of contents, the division of this Agreement into Articles, Sections and other subdivisions and the insertion of headings are for convenience of reference only and shall not affect or be utilized in the construction or interpretation of this Agreement. All references in this Agreement to any "Section" or "Article" are to the corresponding Section or Article of this Agreement unless otherwise specified.

59

(vi)     Words such as "herein," "hereof" and "hereunder" refer to this Agreement as a whole and not merely to a subdivision in which such words appear, unless the context otherwise requires.

(vii)    The word "including" or any variation thereof means "including, without limitation," and shall not be construed to limit any general statement that it follows to the specific or similar items or matters immediately following it.

(viii)   The words "to the extent" shall mean "the degree by which" and not "if."

(ix)     The words "shall," "will," or "agree(s)" are mandatory, and "may" is permissive.

(x)      The word "or" is not exclusive.

(xi)     Unless otherwise specified, references to a statute means such statute as amended from time to time and includes any successor legislation thereto and any rules or regulations promulgated thereunder; provided that, for the purposes of the representations and warranties set forth herein, with respect to any violation of or non-compliance with, or alleged violation of or non-compliance with, any Legal Requirement, the reference to such Legal Requirement means such Legal Requirement as in effect at the time of such violation or non-compliance or alleged violation or non-compliance.

(b)     Agent and Purchaser, on the one hand, and Sellers, on the other hand, participated jointly in the negotiation and drafting of this Agreement, and, in the event an ambiguity or question of intent or interpretation arises, this Agreement shall be construed as jointly drafted by Agent and Purchaser, on the one hand, and Sellers, on the other hand, and no presumption or burden of proof shall arise favoring or disfavoring any Party by virtue of the authorship of any provision of this Agreement.  Without limitation as to the foregoing, no rule of strict construction construing ambiguities against the draftsperson shall be applied against any Person with respect to this Agreement.

[*Signature page follows.*]

60

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed and delivered by their duly authorized representatives, all as of the day and year first above written.

**SELLERS:**

EMERALD OIL, INC.

By:
Name:    McAndrew Rudisill
Title:    CEO/President

EMERALD WB LLC,

By:
Name:    McAndrew Rudisill
Title:    CEO/President

EMERALD NWB, LLC

By:
Name:    McAndrew Rudisill
Title:    CEO/President

EMERALD DB, LLC

By:
Name:    McAndrew Rudisill
Title:    CEO/President

EOX MARKETING, LLC

By:
Name:    Jeremy Weemhoff
Title:    V.P. of Marketing & Hedging

SIGNATURE PAGE TO ASSET PURCHASE AGREEMENT

WEIL:\95835302\31\39110.0004

**AGENT:**

CORTLAND CAPITAL MARKET SERVICES LLC

By: _____

Name: _____

Title: _____

WEIL:\95835302\31\39110.0004

**PURCHASER:**

NEW EMERALD ENERGY, LLC

By: New Emerald Energy Holdings, LLC,
its sole manager

By: _____
Name:
Title:

SIGNATURE PAGE TO ASSET PURCHASE AGREEMENT

WEIL:\95835302\31\39110.0004

**Execution Copy**

**Schedules**

| | |
|---|---|
| Schedule 1.2(f) | Excluded Contracts |
| Schedule 6.2 | Operations Prior to the Closing Date |
| Schedule 6.6 | Specified Contracts |
| Schedule 7.2 | Allocated Values |
| Schedule 13.1(a) | The Company's Knowledge Persons |

**Disclosure Schedules**

| | |
|---|---|
| Disclosure Schedule 4.1 | Organization and Good Standing |
| Disclosure Schedule 4.2 | Authority/ Validity; Governmental Authority Consents |
| Disclosure Schedule 4.3 | No Conflict |
| Disclosure Schedule 4.4 | Material Contracts |
| Disclosure Schedule 4.5 | Permits |
| Disclosure Schedule 4.6 | Wells; Plug and Abandon Notice |
| Disclosure Schedule 4.7 | Imbalances |
| Disclosure Schedule 4.8 | AFEs |
| Disclosure Schedule 4.9 | Non-Consent Operations |
| Disclosure Schedule 4.10 | Hedging |
| Disclosure Schedule 4.11 | Preferential Purchase Rights |
| Disclosure Schedule 4.12 | Suspense Funds |
| Disclosure Schedule 4.13 | Intellectual Property |
| Disclosure Schedule 4.14 | Taxes |
| Disclosure Schedule 4.15 | Legal Proceedings |
| Disclosure Schedule 4.16 | Labor Matters |
| Disclosure Schedule 4.17 | No Take-or-Pay Obligations |
| Disclosure Schedule 4.18 | Payments |
| Disclosure Schedule 4.19 | Environmental Matters |
| Disclosure Schedule 4.20 | Title Matters |
| Disclosure Schedule 4.21 | Cure Amounts |
| Disclosure Schedule 4.22 | Assets Necessary for the Business and the Assets |
| Disclosure Schedule 4.23 | Brokers or Finders |
| Disclosure Schedule 4.24 | Severance Agreements |
| Disclosure Schedule 4.25 | Accounts Payable and Accounts Receivable |

## Schedule 1.2(f) - Excluded Contracts

All Contracts other than those Contracts listed on Exhibit C, including without limitation the following (provided that all Contracts assigned to Purchaser or its designee pursuant to Section 6.6(c) shall not be Excluded Contracts):

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Employment Agreement | Employment Contract | December 31, 2016 | Emerald Oil, Inc. | James Muchmore |
| Employment Agreement | Employment Contract | December 31, 2015 | Emerald Oil, Inc. | Michael Murray |
| Employment Agreement | Employment Contract | December 31, 2016 | Emerald Oil, Inc. | McAndrew Rudisill |
| Employment Agreement | Employment Contract | December 31, 2016 | Emerald Oil, Inc. | Ryan Smith |
| Amendment to Employment Agreement | Employment Contract | December 31, 2015 | Emerald Oil, Inc. | Mitchell R. Thompson |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Christopher Beaumier |
| Separation Agreement and General Release of Claims | Employment Severance Agreement | None | Emerald Oil, Inc. | Marty Beskow |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | David Borowski |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | William Carignan |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Ken Cavner |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Olivia Coats |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Jerome Cuba |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Christopher Ebright |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Erin Ekblad |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Billie Kwikkel McNeil |
| Separation Agreement and General Release of Claims | Employment Severance Agreement | None | Emerald Oil, Inc. | John Pertuit |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Vladimir Roudakov |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Michael Ryan |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Narine Sergoyan |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Kelsey Silipo |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Denise Slavens |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Christina Smith |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Victoria Smith |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Amanda Sterett |
| Confidential Severance Agreement And Legal Release | Employment Severance Agreement | None | Emerald Oil, Inc. | David Veltri |
| Letter Agreement | Employment Severance Agreement | None | Emerald Oil, Inc. | Paul Wiesner |
| Employee Separation and Release | Employment Severance Agreement | None | Emerald Oil, Inc. | Paul Woody |
| 2015 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | Mike Dickinson |
| 2015 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | McAndrew Rudisill |
| 2015 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | Ryan Smith |
| 2015 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | James Muchmore |
| 2015 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | Jeremy Weemhoff |
| 2015 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | Mitch Ayer |
| 2014 Bonus, Retention and Release Agreement | Executive Release and Payment Agreement | through 12/31/2016 | Emerald Oil, Inc. | McAndrew Rudisill |
| Retirement and Separation Letter | Retirement and Separation Letter | None | Emerald Oil, Inc. | Mike Krzus |

2

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Hillview Estates Corporate Rental Agreement | Alexander, ND Apartment | Through 4/11/2016 | Emerald Oil, Inc. | M Space Holdings, LLC |
| GAS PURCHASE AGMT | Arsenal 1-17-20H | Until Terminated | Emerald WB LLC | Slawson Exploration |
| Voting & Consulting Services Agreement | Bankruptcy Consulting Services | Until Terminated | Emerald Oil, Inc. | Donlin, Recano & Company, Inc. |
| Standard Claims Admin. & Noticing Agreement | Bankruptcy Consulting Services | Until Terminated | Emerald Oil, Inc. | Donlin, Recano & Company, Inc. |
| LETTER AGMT | BC Energy LLC Fed Lease Acquisition | Until Terminated | Emerald WB LLC | BC Energy LLC |
| Real Estate Lease, as amended | Billings, MT Office Space | Month-to-Month | Emerald Oil, Inc. | Billings Business Center, LLC |
| DEPOSIT AGMT | Certificate of Deposit - 1 Year Auto Renewal | Until Terminated | Emerald Oil, Inc. | Bank of ND |
| PARTICIPATION AGMT | Cinnamon Creek | Until Terminated | Emerald WB LLC | Conoco Inc. |
| FARMOUT OPTION AGMT | Cinnamon Creek 14-9 | Until Terminated | Emerald WB LLC | Nance Petroleum Corporation |
| FARMOUT OPTION AGMT | Cinnamon Creek Prospect | Until Terminated | Emerald WB LLC | Nance Petroleum Corporation |
| RESOLUTION AGMT | Cinnamon Creek State 12-8H | Until Terminated | Emerald WB LLC | Conoco Inc. |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 9/15/2016 | Emerald Oil, Inc. | AB Private Credit Investors LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 8/28/2017 | Emerald Oil, Inc. | Source Rock Energy, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/2/2017 | Emerald Oil, Inc. | Ares Capital Management LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/6/2017 | Emerald Oil, Inc. | Balidor Oil and Gas, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/15/2018 | Emerald Oil, Inc. | BBD Development |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 7/27/2016 | Emerald Oil, Inc. | Blackstone Management Partners LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/20/2017 | Emerald Oil, Inc. | BWAB-Sovereign Energy Group LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/7/2017 | Emerald Oil, Inc. | Caerus Williston LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/23/2017 | Emerald Oil, Inc. | Coachman Energy Partners LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/22/2017 | Emerald Oil, Inc. | Confluence Resources, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/6/2017 | Emerald Oil, Inc. | Crestline Management, LP |
| Mutual Nondisclosure Agreement | Confidentiality Agreement | Doesn't have term date | Emerald Oil, Inc. | Crestmoor Advisors, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/21/2018 | Emerald Oil, Inc. | Four Leaf Holdings, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/19/2018 | Emerald Oil, Inc. | Great Curve Holdings LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/5/2016 | Emerald Oil, Inc. | Guggenheim Corporate Funding LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/24/2016 | Emerald Oil, Inc. | Kohlberg Kravis Roberts & Co. LP |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/12/2017 | Emerald Oil, Inc. | Koch Exploration Company, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/11/2017 | Emerald Oil, Inc. | Lime Rock Resources IV-A, LP |

X:\USERS\WALKERCA\DESKTOP\SCHEDULES TO APA.DOCX

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Confidentiality Agreement | Confidentiality Agreement | Terms on 9/30/2017 | Emerald Oil, Inc. | Lone Star Americas Acquisitions, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 9/30/2016 | Emerald Oil, Inc. | Monarch Alternative Capital LP |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 8/12/2016 | Emerald Oil, Inc. | MS Capital Partners Adviser Inc. |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 7/21/2016 | Emerald Oil, Inc. | Napier Park Global Capital |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/18/2017 | Emerald Oil, Inc. | Northern Oil and Gas, Inc. |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/8/2017 | Emerald Oil, Inc. | OneEnergy Partners LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/13/2018 | Emerald Oil, Inc. | Q Exploration LP |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/12/2018 | Emerald Oil, Inc. | Real Capital Solutions |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/22/2018 | Emerald Oil, Inc. | Resource Drilling LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 11/3/2016 | Emerald Oil, Inc. | Resource Energy Operating LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 8/5/2016 | Emerald Oil, Inc. | SHD Oil & Gas, LLC |
| Confidentiality Agreement & Amendment | Confidentiality Agreement | Terms on 4/7/2017 | Emerald Oil, Inc. | Sole Source Capital |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/2/2016 | Emerald Oil, Inc. | Tennenbaum Capital Partners, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/2/2016 | Emerald Oil, Inc. | True Oil, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/5/2017 | Emerald Oil, Inc. | TSL Advisers, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 9/16/2017 | Emerald Oil, Inc. | UBS AG |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/5/2018 | Emerald Oil, Inc. | US Corp. |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/6/2017 | Emerald Oil, Inc. | Vendera Resources II, LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 8/6/2016 | Emerald Oil, Inc. | Warburg Pincus LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 10/8/2017 | Emerald Oil, Inc. | Warburg Pincus LLC |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 2/26/2017 | Emerald Oil, Inc. | Warren Resources, Inc. |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 3/10/2017 | Emerald Oil, Inc. | Yates Petroleum Corporation |
| Confidentiality Agreement | Confidentiality Agreement | Terms on 4/4/2018 | Emerald Oil, Inc. | Zhuhai Huafeng Energy Co., Ltd. |
| Confidentiality Agreement | Confidentiality Agreement and Amendment | Terms on 8/5/2016 | Emerald Oil, Inc. | Apollo Management Holdings, LP |
| Image Management Contract | Copiers | Through 4/3/2017 | Emerald Oil, Inc. | Pacific Office Automation |
| Image Management Contract | Copiers | Through 12/31/2018 | Emerald Oil, Inc. | Pacific Office Automation |
| Image Management Contract | Copiers | Through 4/30/2018 | Emerald Oil, Inc. | Pacific Office Automation |
| Image Management Contract | Copiers | Through 8/31/2018 | Emerald Oil, Inc. | Pacific Office Automation |
| Enrollment Form | Credit Card Services | Until Terminated | Emerald Oil, Inc. | American Express |
| Software license and agreement | database access | 9/12/16 | Emerald Oil, Inc. | IHS Global Inc. |
| 6th Amendment to Office Lease | Denver Office Space | Through 10/31/2019 | Emerald Oil, Inc. | LBA Realty Fund II-Company IV, Inc. |

4

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Desktop Software License Agreement | Desktop Software License Agreement | Expired 3/29/16 | Emerald Oil, Inc. | Aspen Technology, Inc. |
| Gas Compression Services Agreement | Equipment rental and services | 1/25/17 | Emerald Oil, Inc. | J-W Power Company |
| ACREAGE ACQUISITION LETTER | Fed Lease #M-52730 (MCK2070) | Until Terminated | Emerald WB LLC | Pennzoil |
| FARMOUT AGMT | Federal 21-14HR | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| Engagement Letter | Financial Advisory Services | Until Terminated | Emerald Oil, Inc. | Opportune LLP |
| MEMO OF AGMT | Flat Top Butte (REC 315630) | Until Terminated | Emerald WB LLC | Meridian Oil Inc |
| MEMO OF AGMT | Flat Top Butte (REC 316041) | Until Terminated | Emerald WB LLC | Meridian Oil Inc |
| FARMOUT AGMT | Grizzly Prospect | Until Terminated | Emerald WB LLC | Marathon |
| LEASE PURCHASE AGMT | Grizzly Prospect | Until Terminated | Emerald WB LLC | Pfanenstiel Co Inc |
| GAS PURCHASE AGMT | Grizzly Prospect | Until Terminated | Emerald WB LLC | URSA |
| WellAware Software and Hardware license and installation agreement | Hardware, Software and Installation Agreement | through 7/10/2016 | Emerald Oil, Inc. | WellAware Holdings, Inc. |
| Commercial Insurance Premium Finance and Security Agreement | Insurance Premium financing | Last payment due 11/2016 | Emerald Oil, Inc. | BankDirect Capital Finance |
| Dedicated Internet Access | ISP at 1600 Broadway, Suite #1360, Denver | Through 9/18/2016 | Emerald Oil, Inc. | Cogent Communications |
| SIP Solutions Service Agreement | ISP at 2718 Montana Ave., #220, Billings, MT | Month-to-Month | Emerald Oil, Inc. | Integra Telecom |
| RTC Contracts | ISP at 27th M Street NW, Alexander, ND | Through 9/10/2017 | Emerald Oil, Inc. | Reservation Telephone Cooperative |
| Lease Agreement | Land for Alexander, ND Office | Month-to-Month; Gave 30-day notice on 4/12/2016 | Emerald Oil, Inc. | Camp Creek Development Corporation |
| LETTER AGMT | Lease Purchase NDM93772 (MCK2287) | Until Terminated | Emerald WB LLC | Martin Energy LLC |
| Engagement Letter | Legal services | Month-to-Month | Emerald Oil, Inc. | Husch Blackwell |
| Engagement Letter | Legal services | Month-to-Month | Emerald Oil, Inc. | The Vogel Law Firm |
| Engagement Letter | Legal services | Month-to-Month | Emerald Oil, Inc. | Taylor Anderson |
| Engagement Letter | Legal services | Month-to-Month | Emerald Oil, Inc. | Davis Graham & Stubbs |
| Engagement Letter | Legal services | Month-to-Month | Emerald Oil, Inc. | Kirkland & Ellis, LLP |
| Engagement Letter | Legal services | Month-to-Month | Emerald Oil, Inc. | Fredrikson & Byron |
| LETTER AGMT | Low Rider Prospect | Until Terminated | Emerald WB LLC | XTO |
| Master Agreement | Master Agreement for Mud Logging & Geosteering Services | Evergreen | Emerald Oil, Inc. | Brara Geologic Consulting, LLC |
| Master Agreement | Master Agreement for Cased-hole E-line Logging & Perforating, Horizontal & Vertical Slickline/Braided Line Services | Evergreen | Emerald Oil, Inc. | FTS International Services, LLC |
| Master Agreement | Master Agreement for Casing Work, CRT | Evergreen | Emerald Oil, Inc. | DC Power Tong, LLC |
| Master Agreement | Master Agreement for Catch Tank Rentals | Evergreen | Emerald Oil, Inc. | Double D Rentals, Inc. |
| Master Agreement | Master Agreement for Coil Tubing/Fluids Pumping/Nitrogen Pumping Services | Evergreen | Emerald Oil, Inc. | Coil Tubing Solutions, LLC |

5

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Agreement for Communications (Internet, Intercoms, Phones) | Evergreen | Emerald Oil, Inc. | Double D Oil Field Services, LLC |
| Master Agreement | Master Agreement for Downhole Video Service | Evergreen | Emerald Oil, Inc. | Evo, Incorporated |
| Master Agreement | Master Agreement for Drill Pipe Range I & II Inspection | Evergreen | Emerald Oil, Inc. | G & D Services, Inc. |
| Master Agreement | Master Agreement for Drilling & Completion, Consulting, Technical Advice | Evergreen | Emerald Oil, Inc. | Decca Consulting, Inc. |
| Master Agreement | Master Agreement for Dumpster Rental, Waste Disposal & Porta-potty Rental | Evergreen | Emerald Oil, Inc. | Dakota Dumpster, LLC |
| Master Agreement | Master Agreement for Energy Services | Evergreen | Emerald Oil, Inc. | Chemtec Energy Services, LLC |
| Master Agreement | Master Agreement for Field Rentals | Evergreen | Emerald Oil, Inc. | Hoss Rentals, Inc. |
| Master Agreement | Master Agreement for Frac Flowback, Completion/Plug & Perf | Evergreen | Emerald Oil, Inc. | FMC Technologies Completion Services, Inc. |
| Master Agreement | Master Agreement for Gas Compression suppler & Servicer | Evergreen | Emerald Oil, Inc. | Great Plains Gas Compression Holdings, LLC |
| Master Agreement | Master Agreement for Hot Shot Services: Pick up & Deliver Materials to & from Vendors & Sites | Evergreen | Emerald Oil, Inc. | BNSF Logistics, LLC |
| Master Agreement | Master Agreement for In-Field Rig Moves & Long Haul Rig Moves, Rig Support, Hydraulic Excavators, Vac Truck, Pit Cleaning, Power Washing, Hot Shot/Roustabout Services | Evergreen | Emerald Oil, Inc. | Cruz Energy Services, LLC |
| Master Agreement | Master Agreement for Logistics | Evergreen | Emerald Oil, Inc. | Black Gold Logistics Corporation |
| Master Agreement | Master Agreement for LTL Hotshot Transportation | Evergreen | Emerald Oil, Inc. | Anchors Oil Field Services, LLC |
| Master Agreement | Master Agreement for Oilfield Rental & Services | Evergreen | Emerald Oil, Inc. | Capture Energy Solutions |
| Master Agreement | Master Agreement for Paraffin & Salt Removal & Freshwater Hauling | Evergreen | Emerald Oil, Inc. | Bekk's Hot Oil Service, Inc. |
| Master Agreement | Master Agreement for Pipe Racking Services | Evergreen | Emerald Oil, Inc. | DC Racking, Inc. |
| Master Agreement | Master Agreement for Pipeline Construction, Welding/Fabrication, Roustabout/Facilities, Dirt/Environment | Evergreen | Emerald Oil, Inc. | Core Services, Inc. |
| Master Agreement | Master Agreement for Provision of Expandable Downhole Tubulars, Casing Patch | Evergreen | Emerald Oil, Inc. | Enventure Global Technology, Inc. |
| Master Agreement | Master Agreement for Rig Moving & Heavy Hauling | Evergreen | Emerald Oil, Inc. | Hall Trucking, Inc. |

6

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Agreement for Saltwater Hauling | Evergreen | Emerald Oil, Inc. | BOH, Inc. |
| Master Agreement | Master Agreement for Transformer/Power Dist. Panels Rentals | Evergreen | Emerald Oil, Inc. | Badlands Power Supply, Inc. |
| Master Agreement | Master Agreement for Treater Buildings, Insulating, Secondary Containment | Evergreen | Emerald Oil, Inc. | Emprise Group, Inc. |
| Master Agreement | Master Agreement for Water, Sewer Service, Trucking, Rentals | Evergreen | Emerald Oil, Inc. | Hurley Enterprises, Inc. |
| Master Agreement | Master Agreement for Weed Control | Evergreen | Emerald Oil, Inc. | Bakken Multi Services LLC |
| Master Agreement | Master Agreement for Wellsite Supervision/Consultant | Evergreen | Emerald Oil, Inc. | Blackstone Completions |
| Master Agreement | Master Agreement for Wireline Services | Evergreen | Emerald Oil, Inc. | High Plains, Inc. |
| Master Agreement | Master Serve Agreement for Flare Gas Capture/Processing, Remote Site Power Generation | Evergreen | Emerald Oil, Inc. | TRF Energy Solutions, LLC |
| Master Agreement | Master Service Agreement for | Evergreen | EOX Marketing, LLC | Power Service, Inc. |
| Master Agreement | Master Service Agreement for BOP Testing, Pump Truck Liner Hangers | Evergreen | Emerald Oil, Inc. | S & K Stack Testing, Inc. |
| Master Agreement | Master Service Agreement for Casing - Running Rack | Evergreen | Emerald Oil, Inc. | Noble Casing, Inc. |
| Master Agreement | Master Service Agreement for Casing Equipment | Evergreen | Emerald Oil, Inc. | Summit Energy Services, Inc. |
| Master Agreement | Master Service Agreement for Coiled Tubing, Nitrogen Pumping | Evergreen | Emerald Oil, Inc. | Legend Energy Services, LLC |
| Master Agreement | Master Service Agreement for Conductor/Rathole, Presetting Surface | Evergreen | Emerald Oil, Inc. | White Mountain Operating, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | JSavy Consulting, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | R Johnson Consulting, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | MLB Consulting, LLC |
| Master Agreement | Master Service Agreement for Contract Pumping | Evergreen | Emerald Oil, Inc. | Lowman Production, LLC |
| Master Agreement | Master Service Agreement for Delivering of Oilfield Equipment | Evergreen | Emerald Oil, Inc. | Pruitt Tool & Supply, CO., Inc. |
| Master Agreement | Master Service Agreement for Delivering Poable Water & Removing Septic from Housing Locations | Evergreen | Emerald Oil, Inc. | Pronghorn Services |
| Master Agreement | Master Service Agreement for Diesel Fuel & Propane Supplier | Evergreen | Emerald Oil, Inc. | Lund Oil, Inc. |
| Master Agreement | Master Service Agreement for Drilling & Completion Fluids Services & Products | Evergreen | Emerald Oil, Inc. | Anchor Drilling Fluids USA, Inc. |
| Master Agreement | Master Service Agreement for Drilling Fluids Service/Products/Engineering | Evergreen | Emerald Oil, Inc. | AES Drilling Fluids Holdings, LLC |

7

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Electrical Contractors | Evergreen | Emerald Oil, Inc. | Native Energy Solution, LLC |
| Master Agreement | Master Service Agreement for Field Construction Services | Evergreen | Emerald Oil, Inc. | Triple L, Inc. |
| Master Agreement | Master Service Agreement for Field Services | Evergreen | Emerald Oil, Inc. | Wright Field Services |
| Master Agreement | Master Service Agreement for Flatbed Services, Pipe Rack Rentals | Evergreen | Emerald Oil, Inc. | Kranks Landscaping & Dirtworks, LLC dba KLD |
| Master Agreement | Master Service Agreement for FR Clothing & Safety Supplies | Evergreen | Emerald Oil, Inc. | Wayne Enterprises, Inc. |
| Master Agreement | Master Service Agreement for Frac Flowback & Screenouts/Drill Outs, Treater Monitoring & Testing | Evergreen | Emerald Oil, Inc. | Ameritest |
| Master Agreement | Master Service Agreement for Frac Water Heating | Evergreen | Emerald Oil, Inc. | SIR Q, LLC |
| Master Agreement | Master Service Agreement for Gas Capture & Processing | Evergreen | Emerald Oil, Inc. | Pioneer Energy, Inc. |
| Master Agreement | Master Service Agreement for Hauling Production, Flowback & fresh Water | Evergreen | Emerald Oil, Inc. | Three Bros Trucking, LLC |
| Master Agreement | Master Service Agreement for Heavy Haul Trucking, Transportation | Evergreen | Emerald Oil, Inc. | TForce Energy Services, Inc. |
| Master Agreement | Master Service Agreement for Hotshot & Water Transportation, Crane Services | Evergreen | Emerald Oil, Inc. | Triforce Custom Oilfield Services, LLC |
| Master Agreement | Master Service Agreement for Hotshot, Skid Shack Cleaning, Mud Lab Rentals | Evergreen | Emerald Oil, Inc. | Northern Lights Oilfield Service, LLC |
| Master Agreement | Master Service Agreement for Hydrocarbon Sampling & Testing | Evergreen | Emerald Oil, Inc. | Shamrock Gas Analysis, Inc. |
| Master Agreement | Master Service Agreement for hydrovac work | Evergreen | Emerald Oil, Inc. | Wise Services, Inc. |
| Master Agreement | Master Service Agreement for Import & Data Analysis - Wellview, SiteView | Evergreen | Emerald Oil, Inc. | Sherlyns Optimal Solutions - SOS |
| Master Agreement | Master Service Agreement for Material Supplier - Pipes, Valves & Fittings | Evergreen | Emerald Oil, Inc. | Mid-State Supply Company |
| Master Agreement | Master Service Agreement for Oil & Gas Well Servicing - Completion & Pressure Control | Evergreen | Emerald Oil, Inc. | M & M Well Service, LLC |
| Master Agreement | Master Service Agreement for Oil & Water Hauling, Wireline | Evergreen | Emerald Oil, Inc. | MBI Energy Services |
| Master Agreement | Master Service Agreement for Oilfield Equipment Rental & Service | Evergreen | Emerald Oil, Inc. | Hydrus Energy Solutions (USA), Inc. |
| Master Agreement | Master Service Agreement for Oilfield Rentals & Service (High Capacity Water Storage) | Evergreen | Emerald Oil, Inc. | Rhinokore Composites Solutions (USA), Inc. |

8

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Pipelines, Roustabouts & Trucking | Evergreen | Emerald Oil, Inc. | Stellar Field Service, Inc. |
| Master Agreement | Master Service Agreement for Pressure Testing BOP's & Production Tubing | Evergreen | Emerald Oil, Inc. | Superior Pressure Testing, LLC |
| Master Agreement | Master Service Agreement for Pressure Testing, Tubular Running Service | Evergreen | Emerald Oil, Inc. | US Pressure Testing, Inc. |
| Master Agreement | Master Service Agreement for Rental Equipment - Housing & Accessories | Evergreen | Emerald Oil, Inc. | Oil Patch Group., dba Oil Patch Rental        Oil Patch Group, Inc. for Itself, It's Affiliated and Subsidiary Companies |
| Master Agreement | Master Service Agreement for Rental of Natural Gas Processing Equipment | Evergreen | Emerald Oil, Inc. | Torrent Energy Services, LLC |
| Master Agreement | Master Service Agreement for Roustabout, General Field Maintenance | Evergreen | Emerald Oil, Inc. | Standard Solutions, LLC |
| Master Agreement | Master Service Agreement for Running & Setting Frac Plugs | Evergreen | Emerald Oil, Inc. | Magnum Oil Tools International, Ltd |
| Master Agreement | Master Service Agreement for Snubbing Services | Evergreen | Emerald Oil, Inc. | Rogue Pressure Services |
| Master Agreement | Master Service Agreement for Soilids Control & Oilfield Rental Services | Evergreen | Emerald Oil, Inc. | US Oilfield Company, LLC |
| Master Agreement | Master Service Agreement for Steam Services, Screenout/Frac Assist | Evergreen | Emerald Oil, Inc. | Newkota Services & Rentals, LLC |
| Master Agreement | Master Service Agreement for Steel & Parts Sales, Welding and Fabrication, Roustabout Services | Evergreen | Emerald Oil, Inc. | Almquist Welding and Fab |
| Master Agreement | Master Service Agreement for Supplying Various Materials to Drilling Rigs for Solidification of Drill Cuttings & drill pad Solidification | Evergreen | Emerald Oil, Inc. | Oil Pad Solutions |
| Master Agreement | Master Service Agreement for Tank Strapping/Calibration | Evergreen | EOX Marketing, LLC | Precision Measurement, Inc. |
| Master Agreement | Master Service Agreement for Thermoplastic Liners | Evergreen | Emerald Oil, Inc. | Western Falcon, LLC |
| Master Agreement | Master Service Agreement for Trucking (Hot Shots, Winch Trucks, Semi's, Pipe & Rig Moves) | Evergreen | Emerald Oil, Inc. | Mike Palmer Petroleum Services dba Petroleum Services, Inc. |
| Master Agreement | Master Service Agreement for Tubular Running Services, Condustor & Mouse Hole | Evergreen | Emerald Oil, Inc. | Wyoming Casing Service |
| Master Agreement | Master Service Agreement for Water & Crude Oil Hauling | Evergreen | Emerald Oil, Inc. | ULM Corporation |

9

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Water & Crude Oil Hauling | Evergreen | EOX Marketing, LLC | ULM Corporation |
| Master Agreement | Master Service Agreement for Welding & Rental Equipment | Evergreen | Emerald Oil, Inc. | Randy's Welding, Inc. |
| Master Agreement | Master Service Agreement for Well Service | Evergreen | Emerald Oil, Inc. | Western Exploration & Road Construction |
| Master Agreement | Master Service Agreement for Well Site Consulting | Evergreen | Emerald Oil, Inc. | Frederick Lacey |
| Master Agreement | Master Service Agreement for Well Site Supervisor | Evergreen | Emerald Oil, Inc. | Sierra Hamilton, LLC |
| Master Agreement | Master Service Agreement for Wellhead, Frac, Tubing & Rental Services | Evergreen | Emerald Oil, Inc. | Irongate Energy Services, LLC & All Affiliates |
| Master Agreement | Master Service Agreement for Work Overs, Completions, Rig Supervision | Evergreen | Emerald Oil, Inc. | Petroleum Experience, Inc. |
| Master Agreement | Master Service Agreemnt for Rental of Downhole Tools & Selling of Float Equipment | Evergreen | Emerald Oil, Inc. | Stickman Inc. |
| PSA (PURCHASE & SALE AGMT) | McKenzie County | Until Terminated | Emerald WB LLC | Slawson Exploration |
| PSA (PURCHASE & SALE AGMT) | Mckenzie County ND | Until Terminated | Emerald WB LLC | Bakken HBT LP |
| PSA (PURCHASE & SALE AGMT) | Nearburg Acquisition | Until Terminated | Emerald WB LLC | McKenzie Electric Cooperative Inc |
| PSA (PURCHASE & SALE AGMT) | North Nesson Prospect | Until Terminated | Emerald WB LLC | XTO |
| PSA (PURCHASE & SALE AGMT) | Nygaard 1-31 | Until Terminated | Emerald WB LLC | A B Production Company |
| PSA (PURCHASE & SALE AGMT) | Nygaard 1-31 | Until Terminated | Emerald WB LLC | St Croix Exploration Co |
| LETTER AGMT | Nygaard 1-31 | Until Terminated | Emerald WB LLC | Nearburg Producing Company |
| FARMOUT AGMT & REV JOA | Nygaard 1-31 | Until Terminated | Emerald Oil, Inc. | Nearburg Producing Company |
| PURCHASE AGMT | Nygaard 1-31 | Until Terminated | Emerald WB LLC | McKenzie Electric |
| FARMOUT AGMT | Nygaard 1-31 & Condor Federal 1-36-25H | Until Terminated | Emerald WB LLC | Nance Petroleum Corporation |
| EXPLORATION AGMT | Nygaard 1-31 & Condor Federal 1-36-25H REV | Until Terminated | Emerald WB LLC | St Croix Exploration Co |
| LETTER AGMT | Ray Prospect | Until Terminated | Emerald Oil, Inc. | Irish Oil & Gas |
| Settlement Agreement | | | Emerald Oil, Inc. | Zavanna, LLC |
| RESOLUTION AGMT | Red River Test Well | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| Engagement Letter | Restructuring, Sale and Capital Raise Services | Until Terminated | Emerald Oil, Inc. | Intrepid Partners, LLC |
| FedEx Pricing Agreement | Shipping Service | Until Terminated | Emerald Oil, Inc. | Federal Express |
| LETTER AGMT | Slugger 1-16-21H | Until Terminated | Emerald WB LLC | Continental Resources |
| PSA (PURCHASE & SALE AGMT) | Williston Basin Sale | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |

10

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| EMK3 Software License Agreement | Software License | through 12/31/17 | EOX Marketing, LLC | Energy Exchange 3, LP |
| EMK3 Support and Maintenance Agreement | Software support and maintence | through 3/11/18, evergreen | EOX Marketing, LLC | Energy Exchange 3, LP |
| LabTech Software and Consulting Services Agreement | LabTech Cloud Quick Start PLUS+, 36 Month SaaS Option | 9/30/2018 | Emerald Oil, Inc. | Vology Data Systems |
| Perpetual Software License and Maintenance Agreement | Software support and maintence | Perpetual | Emerald Oil, Inc. | Schlumberger Information Systems |
| Service Level Agreement | Microsoft software | Until Terminated | Emerald Oil, Inc. | Microsoft |

11

X:\USERS\WALKERCA\DESKTOP\SCHEDULES TO APA.DOCX

## Schedule 6.2 - Operations Prior to the Closing Date

None

## Schedule 6.6 - Specified Contracts

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Agreement for Installation of Secondary Containment with Polyurea Liner, Roustabout | Evergreen | Emerald Oil, Inc. | Black Gold Contractor's, LLC |
| Master Agreement | Master Service Agreement for Service Work with Rigs | Evergreen | Emerald Oil, Inc. | Adler Hot Oil Service LLC |
| Master Agreement | Master Agreement for Swab Services, Hydro Testing, Flow Back | Evergreen | Emerald Oil, Inc. | Total Depth Well Services, Inc. |
| Master Agreement | Master Agreement for Workover Rig Services | Evergreen | Emerald Oil, Inc. | Bayou Workover Services, LLC and Bayou Well Services, LLC |
| Master Agreement | Master Agreement for Electrical Construction/Services, Instrumentation & Controls | Evergreen | Emerald Oil, Inc. | Automation & Electronics, Inc. |
| Master Agreement | Master Agreement for Environmental Solution Services | Evergreen | Emerald Oil, Inc. | Badlands Power Fuels, LLC dba Nuverra Environmental Solutions |
| Master Agreement | Master Agreement for Providing Safety Equipment & MRO Products | Evergreen | Emerald Oil, Inc. | Hagemeyer North America, Inc. |
| Master Agreement | Master Agreement for Regulatory Compliance Support, Spill Response & Remediation Support | Evergreen | Emerald Oil, Inc. | Earth Systems, Inc. |
| Master Agreement | Master Agreement for Well Site Supervision | Evergreen | Emerald Oil, Inc. | Torres Oilfield Consulting, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | Valley Oaks Consulting, LLC |
| Master Agreement | Master Service Agreement for Contract Pumping | Evergreen | Emerald Oil, Inc. | Trotter Production Services, Inc. |

| | | | | |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Evaluation, Drilling, Completion & Production Products & Services | Evergreen | Emerald Oil, Inc. | Weatherford Internatioanl, Inc. |
| Master Agreement | Master Service Agreement for Field Management & Supervision | Evergreen | Emerald Oil, Inc. | Terry Floyd Services, LLC |
| Master Agreement | Master Service Agreement for Field Services | Evergreen | Emerald Oil, Inc. | Wide Open Field Services |
| Master Agreement | Master Service Agreement for Fluid Measurement | Evergreen | Emerald Oil, Inc. | Volumetrics, Inc. |
| Master Agreement | Master Service Agreement for General Dirt Work | Evergreen | Emerald Oil, Inc. | W.L. Neu Construction, Inc. |
| First Amendment to Gas Purchase, Gathering & Processing Agreement (Belfield) | Gas Purchase Agreement | Through 06/01/2016 | Emerald Oil, Inc. | Whiting Oil & Gas Corporation |
| Master Agreement | Master Agreement for Construction & Pipeline Manager | Evergreen | Emerald Oil, Inc. | CB Field Services |
| Master Agreement | Master Agreement for Consulting & Management | Evergreen | Emerald Oil, Inc. | Chisum Field Services, LLC |
| PSA (PURCHASE & SALE AGMT) | Various ND & MT Leases and Wells | Until Terminated | Emerald Oil, Inc. | Bakken HBT LP |
| PSA (PURCHASE & SALE AGMT) | DTD 12.18.2015 | | Emerald Oil, Inc. | Angelus Private Equity Group, LLC |
| PSA (PURCHASE & SALE AGMT) | DTD 12.18.2015 | | Emerald WB, LLC | Angelus Private Equity Group, LLC |
| PSA (PURCHASE & SALE AGMT) | DTD 12.18.2015 | | Emerald DB, LLC | Angelus Private Equity Group, LLC |
| Office Building Lease, as amended | Denver Office Space | Through 7/31/2025 | Emerald Oil, Inc. | Columbine Street Properties, LLC |
| CenturyLink Total Advantage Express Agreement | Telephone at 1600 Broadway, Suite #1360, Denver | Through 2/27/2017 | Emerald Oil, Inc. | CenturyLink Sales Solutions, Inc. |

| Customer Agreement | IT Data Storage | Through 9/14/2016 | Emerald Oil, Inc. | Iron Mountain Information Management |
|---|---|---|---|---|
| Product Lease Agreement | Postage Machine | Through 5/8/2017 | Emerald Oil, Inc. | MailFinance (a Neopost USA Company) |
| Software license and agreement | production tracking software | Until Terminated | Emerald Oil, Inc. | IHS Global Inc. |
| Customer Agreement | Recycle P/U & Off Site Storage | Through 5/11/2017 | Emerald Oil, Inc. | Iron Mountain |
| Software License, Maintenance and Service Agreement | Software License, Maintenance and Service Agreement | Expires May 31, 2016 | Emerald Oil, Inc. | Energy Navigator LLC |
| CenturyLink Total Advantage Express Agreement | ISP at 200 Columbine Street, Suite #500, Denver | Through 4/26/2018 | Emerald Oil, Inc. | CenturyLink Sales Solutions, Inc. |
| Rental Agreement | Water Dispenser Rental | Through 7/30/2020 | Emerald Oil, Inc. | Pure Water Works & Coffee Company |
| Maintenance and Services Agreement | WellView Software and MasterView database useage | through 01/19/2017 | Emerald Oil, Inc. | Peloton Computer Enterprises, Inc. |
| Perpetual Software License and Maintenance Agreement | Software support and maintence | Perpetual | Emerald Oil, Inc. | P2ES Holdings, LLC |
| Master Agreement | Excalibur License | 8/11/2017 | Emerald Oil, Inc. | P2ES Holdings, LLC |
| Master Services Agreement | OILDEX software | 4/30/16 | Emerald Oil, Inc. | Transzap, Inc. |
| Service Agreement | SysAid IT | May 2016 | Emerald Oil, Inc. | Sysaid Technologies Ltd. |
| AGMT TO FARMOUT & LEASE MINERALS | BROG Leases & Fee Minerals | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| LETTER AGMT | FARMOUT Agmt Amendment RE USA NDM 83326 (MCK1708) | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |

15

| | | | | |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for | Evergreen | Emerald Oil, Inc. | Plum Coulee Enterprises, LLC |
| Master Agreement | Master Service Agreement for Petrochemical Sales & Service | Evergreen | Emerald Oil, Inc. | Jacam Chemicals 2013, LLC |
| Master Agreement | Master Service Agreement for Production Supervision | Evergreen | Emerald Oil, Inc. | 4S FIELD SERVICES, LLC |
| Master Agreement | Master Service Agreement for Surveying, Drafting & Engineering Services | Evergreen | Emerald Oil, Inc. | UELS,LLC |
| Master Agreement | Master Service Agreement for Title, Leasing, Row, Abstacting, Curative, Surface Negotiations, Land, Owner Relations | Evergreen | Emerald Oil, Inc. | American Land Services |
| JOINT USE AGMT | Leases Subject To The Liberty / Emerald PSA | Until Terminated | Emerald WB LLC | Sequel Energy |
| COST SHARING AGMT | Project Development Area 4 | Until Terminated | Emerald Oil, Inc. | McKenzie Electric Cooperative Inc |
| | Power for 6 Pronghorn Wells | | Emerald Oil, Inc. | Roughrider Electric Cooperative Inc. |
| Settlement Agreement | | | Emerald Oil, Inc. | Zavanna, LLC |
| Settlement Agreement | | | Emerald Oil, Inc. | Zavanna, LLC |
| PSA (PURCHASE & SALE AGMT) | Kodiak Oil & Gas (USA) Inc Acquisition | Until Terminated | Emerald Oil, Inc. | Kodiak Oil & Gas (USA) Inc |
| PSA (PURCHASE & SALE AGMT) | Liberty II | Until Terminated | Emerald WB LLC | Liberty Resources |
| PSA (PURCHASE & SALE AGMT) | Mckenzie County ND | Until Terminated | Emerald WB LLC | Merit Energy |
| LEASE EXCHANGE AGMT | Continental Leases | Until Terminated | Emerald Oil, Inc. | Continental Resources |

16

## Schedule 7.2 - Allocated Values

| Full Weil Name | % of Oil Res. | % of + PV- 10% | Well Spacing | Township | Range | Section 1 | Section 2 | GWI | NRI | Price Allocation[1] | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ARSENAL (FED) 1-17-20H | 1.6299% | 1.6415% | 1280 | 149 | 102 | 17 | 20 | 90.05% | 70.99% | $ 1,198,261 | 1.6% |
| BILLY RAY VALENTINE 1-8-5H | 1.2326% | 1.2926% | 1215 | 148 | 102 | 5 | 8 | 76.65% | 65.23% | $ 943,620 | 1.3% |
| BILLY RAY VALENTINE 2-8-5H | 1.1207% | 0.9298% | 1215 | 148 | 102 | 5 | 8 | 76.65% | 65.23% | $ 678,720 | 0.9% |
| BILLY RAY VALENTINE 3-8-5H | 1.4111% | 1.4810% | 1215 | 148 | 102 | 5 | 8 | 76.65% | 65.23% | $ 1,081,129 | 1.5% |
| CLARK GRISWOLD FEDERAL 3-17-20 | 2.9231% | 3.0484% | 1280 | 148 | 102 | 17 | 20 | 100.00% | 84.63% | $ 2,225,367 | 3.0% |
| CAPER 1-15-22H | 2.0018% | 1.9456% | 1280 | 149 | 102 | 15 | 22 | 66.89% | 52.52% | $ 1,420,272 | 1.9% |
| CAPER 2-15-22H | 1.8081% | 1.8151% | 1280 | 149 | 102 | 15 | 22 | 66.89% | 52.52% | $ 1,325,024 | 1.8% |
| CAPER 3-15-22H | 1.7995% | 1.8009% | 1280 | 149 | 102 | 15 | 22 | 99.83% | 79.05% | $ 1,314,629 | 1.8% |
| CAPER 4-15-22H | 1.3498% | 1.2458% | 1280 | 149 | 102 | 15 | 22 | 66.89% | 52.52% | $ 909,408 | 1.2% |
| CAPER 5-22-15H | 1.3281% | 1.2927% | 1280 | 149 | 102 | 15 | 22 | 66.89% | 52.52% | $ 943,638 | 1.3% |
| CAPER 6-22-15H | 1.2044% | 1.1844% | 1280 | 149 | 102 | 15 | 22 | 66.89% | 52.52% | $ 864,634 | 1.2% |
| CINNAMON CREEK 11-5H | 0.2271% | 0.2151% | 640 | 145 | 102 | 5 | N/A | 100.00% | 100.00% | $ 157,040 | 0.2% |
| CINNAMON CREEK 31-7H | 0.1379% | 0.0451% | 640 | 145 | 102 | 7 | N/A | 100.00% | 100.00% | $ 32,932 | 0.0% |
| CINNAMON CREEK 44-27H | 0.0690% | 0.0292% | 640 | 145 | 102 | 27 | N/A | 100.00% | 100.00% | $ 21,341 | 0.0% |
| DAGNY TAGGART 3-21-16H | 1.7772% | 1.9521% | 1280 | 147 | 103 | 16 | 21 | 70.00% | 57.24% | $ 1,425,039 | 2.0% |
| D ANNUNZIO 3-7-6H | 2.0293% | 1.9588% | 1162 | 148 | 102 | 6 | 7 | 83.00% | 69.00% | $ 1,429,950 | 2.0% |
| D ANNUNZIO 4-7-6H | 0.9005% | 0.7070% | 1162 | 148 | 102 | 6 | 7 | 83.00% | 69.00% | $ 516,106 | 0.7% |
| D ANNUNZIO 5-7-6H | 2.0715% | 2.1397% | 1162 | 148 | 102 | 6 | 7 | 83.00% | 69.00% | $ 1,561,948 | 2.1% |
| DEAN WORMER 1-33-28H | 1.8523% | 1.7293% | 1280 | 149 | 102 | 28 | 33 | 93.75% | 74.78% | $ 1,262,388 | 1.7% |
| DEAN WORMER 2-33-28H | 1.5732% | 1.4297% | 1280 | 149 | 102 | 28 | 33 | 99.06% | 79.03% | $ 1,043,673 | 1.4% |
| DUDLEY DAWSON 6-2-11H | 1.7938% | 1.8685% | 1209 | 148 | 103 | 2 | 11 | 96.34% | 78.06% | $ 1,364,019 | 1.9% |
| DUDLEY DAWSON 7-2-11H | 2.1323% | 2.2307% | 1209 | 148 | 103 | 2 | 11 | 93.14% | 75.50% | $ 1,628,444 | 2.2% |
| EAST GRIZZLY FED 3-25-36-15H | 0.9365% | 1.0063% | 1280 | 148 | 104 | 25 | 36 | 90.30% | 74.01% | $ 734,627 | 1.0% |
| ERIC STRATTON FEDERAL 5-36-25H | 1.0594% | 1.1765% | 1280 | 147 | 104 | 25 | 36 | 70.00% | 57.92% | $ 858,828 | 1.2% |
| EXCALIBUR 1-25-36H | 1.3754% | 1.4482% | 1280 | 149 | 102 | 25 | 36 | 58.09% | 45.76% | $ 1,057,174 | 1.4% |
| EXCALIBUR 2-25-36H | 1.0400% | 1.0199% | 1280 | 149 | 102 | 25 | 36 | 58.09% | 45.76% | $ 744,535 | 1.0% |
| EXCALIBUR 3-25-36H | 0.9157% | 0.8949% | 1280 | 149 | 102 | 25 | 36 | 58.09% | 45.76% | $ 653,301 | 0.9% |
| EXCALIBUR 4-25-36H | 1.3142% | 1.2926% | 1280 | 149 | 102 | 25 | 36 | 63.53% | 49.98% | $ 943,584 | 1.3% |
| EXCALIBUR 5-25-36H | 1.3926% | 1.3504% | 1280 | 149 | 102 | 25 | 36 | 59.34% | 46.73% | $ 985,822 | 1.4% |
| EXCALIBUR 6-25-36H | 2.2158% | 2.2580% | 1280 | 149 | 102 | 25 | 36 | 91.02% | 72.69% | $ 1,648,345 | 2.3% |
| EXCALIBUR 7-25-36H | 2.0269% | 2.0669% | 1280 | 149 | 102 | 25 | 36 | 91.02% | 72.69% | $ 1,508,847 | 2.1% |
| FEDERAL 21-14HR | 0.8101% | 0.8017% | 640 | 146 | 102 | 14 | N/A | 100.00% | 83.19% | $ 585,263 | 0.8% |
| FLAT TOP BUTTE 31-3H | 0.1781% | 0.0453% | 640 | 145 | 101 | 3 | N/A | 100.00% | 100.00% | $ 33,053 | 0.0% |
| FLAT TOP BUTTE FEDERAL 23-19HR | 0.1273% | 0.0272% | 640 | 146 | 101 | 19 | N/A | 93.87% | 82.14% | $ 19,884 | 0.0% |
| GREG MARMALARD FED 3-28-33H | 1.8845% | 2.0524% | 1280 | 147 | 103 | 28 | 33 | 69.74% | 55.89% | $ 1,498,237 | 2.1% |
| GRIZZLY 147-103-16-21-16-1H3 | 1.0609% | 1.0751% | 1280 | 147 | 103 | 16 | 21 | 100.00% | 81.77% | $ 784,788 | 1.1% |
| GRIZZLY 147-103-14-22-15-4H3 | 0.7128% | 0.6295% | 1280 | 147 | 103 | 15 | 22 | 100.00% | 80.75% | $ 459,538 | 0.6% |
| GRIZZLY FEDERAL 1-27H-R | 0.5706% | 0.6101% | 1280 | 148 | 105 | 27 | 34 | 73.75% | 60.01% | $ 445,344 | 0.6% |
| HARRY DUNNE 5-26-35H | 2.5615% | 3.0962% | 1280 | 140 | 98 | 26 | 35 | 92.88% | 76.05% | $ 2,260,198 | 3.1% |
| HOT ROD 1-27-26H | 1.0139% | 0.9189% | 1280 | 149 | 102 | 26 | 27 | 78.24% | 61.78% | $ 670,795 | 0.9% |

[1] Each Price Allocation amount set forth above shall be multiplied by a fraction, the numerator of which is the Purchase Price and the denominator of which is $73,000,000.00, so that the Total Price Allocation amounts equal the Purchase Price.

| Full Well Name | % of Oil Res. | % of + PV-10% | Well Spacing | Township | Range | Section 1 | Section 2 | GWI | NRI | Price Allocation[1] | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOT ROD 4-27-26H | 1.4395% | 1.4281% | 1280 | 149 | 102 | 26 | 27 | 78.24% | 61.78% | $ 1,042,514 | 1.4% |
| JEANIE 25-46-2H | 0.3570% | 0.3113% | 1280 | 147 | 103 | 25 | 36 | 43.75% | 36.46% | $ 227,235 | 0.3% |
| JOEL GOODSEN 5-32-29H | 2.4542% | 2.5731% | 1280 | 149 | 102 | 29 | 32 | 89.08% | 70.67% | $ 1,878,353 | 2.6% |
| JOEL GOODSEN 6-32-29H | 1.7059% | 1.7757% | 1280 | 149 | 102 | 29 | 32 | 89.08% | 70.67% | $ 1,296,295 | 1.8% |
| JOEL GOODSEN 7-32-29H | 1.9042% | 1.9696% | 1280 | 149 | 102 | 29 | 32 | 89.08% | 70.67% | $ 1,437,783 | 2.0% |
| KIT 11-15H-1522-147101-MB | 0.8730% | 0.8380% | 1280 | 147 | 101 | 15 | 22 | 100.00% | 82.72% | $ 611,737 | 0.8% |
| LLOYD CHRISTMAS 1-4-9H | 0.5464% | 0.6330% | 1280 | 139 | 97 | 4 | 9 | 81.20% | 66.82% | $ 462,123 | 0.6% |
| LLOYD CHRISTMAS 2-4-9H | 0.7095% | 0.8440% | 1280 | 139 | 97 | 4 | 9 | 81.20% | 66.82% | $ 616,138 | 0.8% |
| LLOYD CHRISTMAS 4-4-9H | 2.2548% | 2.6999% | 1280 | 139 | 97 | 4 | 9 | 81.20% | 66.82% | $ 1,970,943 | 2.7% |
| MARY SAMSONITE 1-16-21H | 0.6579% | 0.7620% | 1280 | 141 | 99 | 16 | 21 | 82.65% | 66.12% | $ 556,292 | 0.8% |
| MARY SAMSONITE 3-16-21H | 0.5637% | 0.6442% | 1280 | 141 | 99 | 16 | 21 | 82.65% | 66.12% | $ 470,238 | 0.6% |
| MOE 24-31H-3031-147102-BTF | 0.8345% | 0.8302% | 1280 | 147 | 102 | 30 | 31 | 94.80% | 86.47% | $ 606,024 | 0.8% |
| MONGOOSE 1-8-5H | 1.4672% | 1.4689% | 1280 | 149 | 102 | 5 | 8 | 94.63% | 72.15% | $ 1,072,309 | 1.5% |
| NOONAN FEDERAL 3-18-19H | 2.7589% | 2.9129% | 1232 | 148 | 102 | 18 | 19 | 100.00% | 84.38% | $ 2,126,396 | 2.9% |
| PIERRE CREEK 44-7H | 1.7158% | 1.7099% | 640 | 146 | 102 | 7 | N/A | 100.00% | 100.00% | $ 1,248,251 | 1.7% |
| PIRATE 1-2-11H | 1.1444% | 1.1133% | 1280 | 149 | 102 | 2 | 11 | 67.22% | 52.24% | $ 812,677 | 1.1% |
| PIRATE 2-2-11H | 0.9788% | 0.9482% | 1280 | 149 | 102 | 2 | 11 | 67.22% | 52.24% | $ 692,169 | 0.9% |
| PIRATE 3-2-11H | 1.2943% | 1.1716% | 1280 | 149 | 102 | 2 | 11 | 83.16% | 64.99% | $ 855,237 | 1.2% |
| PIRATE 4-2-11H | 0.9468% | 0.9233% | 1280 | 149 | 102 | 2 | 11 | 67.22% | 52.24% | $ 674,030 | 0.9% |
| PIRATE 5-2-11H | 0.9841% | 0.8703% | 1280 | 149 | 102 | 2 | 11 | 67.22% | 52.24% | $ 635,334 | 0.9% |
| PIRATE 6-2-11H | 1.1788% | 1.0490% | 1280 | 149 | 102 | 2 | 11 | 67.22% | 52.24% | $ 765,786 | 1.0% |
| SLUGGER 1-16-21H | 1.3612% | 1.3598% | 1280 | 149 | 102 | 16 | 21 | 61.27% | 49.72% | $ 992,689 | 1.4% |
| SLUGGER 3-16-21H | 1.2132% | 1.1490% | 1280 | 149 | 102 | 16 | 21 | 61.27% | 49.72% | $ 838,771 | 1.1% |
| SLUGGER 5-16-21H | 1.3352% | 1.3426% | 1280 | 149 | 102 | 16 | 21 | 61.27% | 49.72% | $ 980,080 | 1.3% |
| SLUGGER 6-16-21H | 1.8330% | 1.7087% | 1280 | 149 | 102 | 16 | 21 | 99.94% | 80.93% | $ 1,247,349 | 1.7% |
| SLUGGER 7-16-21H | 1.7561% | 1.8566% | 1280 | 149 | 102 | 16 | 21 | 65.05% | 52.77% | $ 1,355,353 | 1.9% |
| TALON 1-9-4H | 2.1273% | 1.9867% | 1280 | 149 | 102 | 4 | 9 | 80.43% | 62.99% | $ 1,450,281 | 2.0% |
| TALON 3-9-4H | 1.9670% | 1.9488% | 1280 | 149 | 102 | 4 | 9 | 71.76% | 59.81% | $ 1,422,623 | 1.9% |
| TALON 5-9-4H | 1.6459% | 1.6609% | 1280 | 149 | 102 | 4 | 9 | 71.76% | 59.81% | $ 1,212,428 | 1.7% |
| TALON 6-9-4H | 1.8873% | 1.7498% | 1280 | 149 | 102 | 4 | 9 | 93.65% | 74.00% | $ 1,277,319 | 1.7% |
| TALON 7-9-4H | 1.6746% | 1.6857% | 1280 | 149 | 102 | 4 | 9 | 72.01% | 60.04% | $ 1,230,533 | 1.7% |
| TY WEBB 1-1-12H | 1.2772% | 1.1348% | 1211 | 148 | 103 | 1 | 12 | 98.35% | 78.68% | $ 828,431 | 1.1% |
| TY WEBB 3-1-12H | 1.3441% | 1.1870% | 1211 | 148 | 103 | 1 | 12 | 98.35% | 78.68% | $ 866,532 | 1.2% |
| TOTAL | | | | | | | | | | $ 73,000,000 | 100.0 |

18

## Schedule 13.1(a) - The Company's Knowledge Persons

1.  McAndrew Rudisill

2.  Ryan Smith

3.  James Muchmore

## <u>Disclosure Schedule 4.1 - Organization and Good Standing</u>

None

## **Disclosure Schedule 4.2 - Authority; Validity; Governmental Authority Consents**

1. Please see Exhibit 4.2(a) for a list of federal leases that require government consent to transfer.

2. A Notice of Transfer of Treating Plant Facility - Form 15P will need to be filed with the State of North Dakota to transfer the properties listed on attached Exhibit 4.2(b).

**EXHIBIT 4.2(a)**

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 94090 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 2 | 144N-100W-SEC2: ALL LESS LOT 4 | BILLINGS | ND | 637.8600 | 637.8600 | 0.70000000 | 446.5020 | 12.5000% |
| USA NDM 94090 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 3 | 144N-100W-SEC3:ALL | BILLINGS | ND | 689.2800 | 689.2800 | 0.70000000 | 482.4960 | 12.5000% |
| USA NDM 94090 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 10 | 144N-100W-SEC10:SE | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 94091 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 2 | 144N-100W-SEC2:LOT 4 (52.70) | BILLINGS | ND | 52.7000 | 52.7000 | 0.70000000 | 36.8900 | 12.5000% |
| USA NDM 94237 | BURLINGTON RESOURCES OIL & GAS COMPANY LP | 3/1/2005 | N/A - FED | 144N | 100W | 20 | 144N-100W-SEC20:N2 | BILLINGS | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 29 | 143N-99W-SEC29:ALL | BILLINGS | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 30 | 143N-99W-SEC30:LOTS 1, 2, 3, 4, S2NE, E2W2, SE | BILLINGS | ND | 561.6000 | 561.6000 | 0.70000000 | 393.1200 | 12.5000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 31 | 143N-99W-SEC31:NE | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 32 | 143N-99W-SEC32:N2 | BILLINGS | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91707 | JOHN P. STRANG | 5/1/2002 | UNRECORDED | 144N | 100W | 10 | 144N-100W-SEC10:SW | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 91707 | JOHN P. STRANG | 5/1/2002 | UNRECORDED | 144N | 100W | 22 | 144N-100W-SEC22:S2NE, NW | BILLINGS | ND | 240.0000 | 240.0000 | 0.70000000 | 168.0000 | 12.5000% |
| USA NDM 18386 | LAWRENCE C. HARRIS | 11/17/1972 | N/A - FED | 141N | 102W | 33 | 141N-102W-SEC33:NE, SESE;RECORD TITLE ONLY | BILLINGS | ND | 200.0000 | 200.0000 | 0.00000000 | 0.0000 | 12.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 32 | 141N-102W-SEC32:N2NE, SENE, SW, N2SE, SWSE;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 29 | 141N-102W-SEC29:W2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 29 | 141N-102W-SEC29:E2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 30 | 141N-102W-SEC30:E2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 30 | 141N-102W-SEC30:LOTS 1-4 (SWSW-39.83), E2W2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 31 | 141N-102W-SEC31:LOTS 1-4 E2W2, E2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 31259 | LOUISE K. KEY | 4/1/1975 | N/A - FED | 141N | 102W | 33 | 141N-102W-SEC33:N2SE, SWSE;RECORD TITLE ONLY | BILLINGS | ND | 120.0000 | 120.0000 | 0.00000000 | 0.0000 | 12.5000% |
| USA NDM 76201 | JUNE M HELLER | 7/1/1988 | N/A - FED | 142N | 100W | 26 | 142N-100W-SEC26:NWNW, S2NW, SW, SWSE;RECORD TITLE ONLY | BILLINGS | ND | 320.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 76201 | JUNE M HELLER | 7/1/1988 | N/A - FED | 142N | 100W | 28 | T142N-R100W-SEC28:E2; RECORD TITLE ONLY | BILLINGS | ND | 320.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 76193 | CLEM R. SIEMER | 9/1/1969 | N/A - FED | 141N | 100W | 12 | 141N-100W-SEC12:N2, W2SW, W2SE, BELOW 11,200 FEET;OPERATING RIGHTS ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 76193 | CLEM R. SIEMER | 9/1/1969 | N/A - FED | 141N | 100W | 14 | 141N-100W-SEC14:S2SE, BELOW 11,200 FEET;OPERATING RIGHTS ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 93412 | RINCON EXPLORATION LLC | 6/1/2004 | 357253 | 149N | 103W | 35 | 149N-103W-SEC35:N2, N2SW, SWSW | MCKENZIE | ND | 440.0000 | 440.0000 | 0.76166754 | 335.1337 | 12.5000% |
| USA NDM 93412 | RINCON EXPLORATION LLC | 6/1/2004 | 357253 | 149N | 103W | 35 | 149N-103W-SEC35:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.76166754 | 121.8668 | 12.5000% |
| USA NDM 93412 | RINCON EXPLORATION LLC | 6/1/2004 | 357253 | 149N | 103W | 25 | 149N-103W-SEC25:NW, S2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.11250000 | 54.0000 | 12.5000% |
| USA NDM 94704 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 17 | 148N-102W-SEC17:E2NW, W2SW, E2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.50000000 | 240.0000 | 12.5000% |
| USA NDM 94704 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 18 | 148N-102W-SEC18:LOTS 2 (33.89), 3 (34.03), 4 (34.17) | MCKENZIE | ND | 102.0900 | 102.0900 | 0.50000000 | 51.0450 | 12.5000% |
| USA NDM 94704 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 18 | 148N-102W-SEC18:NWNE, E2W2, SE | MCKENZIE | ND | 360.0000 | 360.0000 | 0.50000000 | 180.0000 | 12.5000% |
| USA NDM 94705 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 19 | 148N-102W-SEC19:E2, E2W2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.50000000 | 240.0000 | 12.5000% |
| USA NDM 94705 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 19 | 148N-102W-SEC19:LOTS 1 (34.27), 2 (34.33), 3 (34.39), 4 (34.45) | MCKENZIE | ND | 137.4400 | 137.4400 | 0.50000000 | 68.7200 | 12.5000% |
| USA NDM 94705 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 20 | 148N-102W-SEC20:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.50000000 | 160.0000 | 12.5000% |
| USA NDM 94706 | COPPERHEAD CORPORATION | 7/1/2005 | 0 | 148N | 102W | 20 | 148N-102W-SEC20:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.50000000 | 160.0000 | 12.5000% |
| USA NDM 99694 | STX OIL AND GAS, INC. | 3/1/2010 | NA-USA LSE | 149N | 103W | 30 | 149N-103W-SEC30:E2SE | MCKENZIE | ND | 80.0000 | 80.0000 | 1.00000000 | 80.0000 | 12.5000% |
| USA NDM 99694 | STX OIL AND GAS, INC. | 3/1/2010 | NA-USA LSE | 149N | 103W | 29 | 149N-103W-SEC29:SWSW | MCKENZIE | ND | 40.0000 | 40.0000 | 1.00000000 | 40.0000 | 12.5000% |
| USA NDM 99696 | STX OIL AND GAS, INC. | 3/1/2010 | NA-STATE L | 149N | 103W | 30 | 149N-103W-SEC30:SWSW | MCKENZIE | ND | 39.6500 | 39.6500 | 1.00000000 | 39.6500 | 12.5000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | NA-USA LSE | 149N | 103W | 2 | 149N-103W-SEC2:N2NE, S2NE, S2 | MCKENZIE | ND | 480.1600 | 480.1600 | 0.32500000 | 156.0520 | 12.5000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | NA-USA LSE | 149N | 103W | 11 | 149N-103W-SEC11:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.32500000 | 208.0000 | 12.5000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | NA-USA LSE | 149N | 103W | 1 | 149N-103W-SEC1:N2NW, S2NW, SW, SWSE | MCKENZIE | ND | 360.2400 | 360.2400 | 0.50000000 | 180.1200 | 12.5000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | NA-USA LSE | 149N | 103W | 12 | 149N-103W-SEC12:N2, SW, W2SE | MCKENZIE | ND | 560.0000 | 560.0000 | 0.50000000 | 280.0000 | 12.5000% |
| USA NDM 93410 | MARATHON OIL COMPANY | 6/1/2004 | NA-USA LSE | 149N | 103W | 3 | 149N-103W-SEC3:N2N2, S2N2, S2 | MCKENZIE | ND | 639.6800 | 639.6800 | 0.32500000 | 207.8960 | 12.5000% |
| USA NDM 93410 | MARATHON OIL COMPANY | 6/1/2004 | NA-USA LSE | 149N | 103W | 10 | 149N-103W-SEC10:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.32500000 | 208.0000 | 12.5000% |
| USA NDM 94970 | HERCO | 9/1/2005 | NA-USA LSE | 149N | 103W | 26 | 149N-103W-SEC26:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.40000000 | 256.0000 | 12.5000% |
| USA NDM 94970 | HERCO | 9/1/2005 | NA-USA LSE | 149N | 103W | 20 | 149N-103W-SEC20:N2, SE | MCKENZIE | ND | 480.0000 | 480.0000 | 0.50000000 | 240.0000 | 12.5000% |
| USA NDM 94970 | HERCO | 9/1/2005 | NA-USA LSE | 149N | 103W | 23 | 149N-103W-SEC23:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.50000000 | 320.0000 | 12.5000% |

22

**EXHIBIT 4.2(a)**

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 20 | 147N-103W-SEC20:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 29 | 147N-103W-SEC29:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 31 | 147N-103W-SEC31:ALL | MCKENZIE | ND | 575.8400 | 575.8400 | 0.70000000 | 403.0880 | 12.5000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 32 | 147N-103W-SEC32:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94106 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 8 | 147N-103W-SEC8:W2NW, S2SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 94107 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 8 | 147N-103W-SEC8:NE, E2W2, N2SE | MCKENZIE | ND | 400.0000 | 400.0000 | 0.70000000 | 280.0000 | 12.5000% |
| USA NDM 94107 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 9 | 147N-103W-SEC9:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 26 | 147N-103W-SEC26:E2, NESW | MCKENZIE | ND | 360.0000 | 360.0000 | 0.70000000 | 252.0000 | 12.5000% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 27 | 147N-103W-SEC27:SWNW, W2SW, E2SE | MCKENZIE | ND | 200.0000 | 200.0000 | 0.70000000 | 140.0000 | 12.5000% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 28 | 147N-103W-SEC28:N2NE, W2, S2SE | MCKENZIE | ND | 480.0000 | 480.0000 | 0.70000000 | 336.0000 | 12.5000% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 34 | 147N-103W-SEC34:N2, E2SE | MCKENZIE | ND | 400.0000 | 400.0000 | 0.70000000 | 280.0000 | 12.5000% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 35 | 147N-103W-SEC35:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94969 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 147N | 103W | 26 | 147N-103W-SEC26:SWNW, NWSW, S2SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 94967 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 147N | 103W | 26 | 147N-103W-SEC26:E2NW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% |
| USA NDM 94109 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 103W | 12 | 147N-103W-SEC12:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 93766 | KASTNER LAND SERVICES LLC | 9/1/2004 | USA NDM-93 | 148N | 102W | 30 | 148N-102W-SEC30:ALL | MCKENZIE | ND | 618.8800 | 618.8800 | 0.70000000 | 433.2160 | 12.5000% |
| USA NDM 93766 | KASTNER LAND SERVICES LLC | 9/1/2004 | USA NDM-93 | 148N | 102W | 32 | 148N-102W-SEC32:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94116 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 104W | 17 | 147N-104W-SEC17:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94116 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 147N | 104W | 21 | 147N-104W-SEC21:NE, SW | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 94964 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 146N | 103W | 14 | 146N-103W-SEC14:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 94964 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 146N | 103W | 26 | 146N-103W-SEC26:SENE, NWSE, S2SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 94964 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 146N | 103W | 8 | 146N-103W-SEC8:N2N2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 94965 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 146N | 103W | 24 | 146N-103W-SEC24:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94965 | KIRK D. MARTINEZ | 9/1/2005 | USA NDM-94 | 146N | 103W | 34 | 146N-103W-SEC34:NE, S2SW, SWSE | MCKENZIE | ND | 280.0000 | 280.0000 | 0.70000000 | 196.0000 | 12.5000% |
| USA NDM 94098 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 146N | 102W | 18 | 146N-102W-SEC18:LOTS 1, 2, 3, SENW, E2SW, S2SE | MCKENZIE | ND | 312.9800 | 312.9800 | 0.70000000 | 219.0860 | 12.5000% |
| USA NDM 94101 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 146N | 102W | 34 | 146N-102W-SEC34:SWNE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.70000000 | 28.0000 | 12.5000% |
| USA NDM 94102 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 146N | 102W | 34 | 146N-102W-SEC34:NW, S2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.70000000 | 336.0000 | 12.5000% |
| USA NDM 94253 | BURLINGTON RESOURCES OIL & GAS COMPANY LP | 3/1/2005 | USA NDM-94 | 146N | 101W | 8 | 146N-101W-SEC8:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 94253 | BURLINGTON RESOURCES OIL & GAS COMPANY LP | 3/1/2005 | USA NDM-94 | 146N | 101W | 18 | 146N-101W-SEC18:LOTS 1, 2, 3, 4, E2, E2W2 | MCKENZIE | ND | 637.6000 | 637.6000 | 0.70000000 | 446.3200 | 12.5000% |
| USA NDM 94095 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-94 | 145N | 101W | 2 | 145N-101W-SEC2:LOTS 1, 2, 3, 4, S2N2 | MCKENZIE | ND | 305.9200 | 305.9200 | 0.70000000 | 214.1440 | 12.5000% |
| USA NDM 90967 | INTOIL, INC. | 7/1/2001 | N/A-FED LE | 147N | 103W | 15 | 147N-103W-SEC15:N2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 94108 | WESTERN LAND SERVICES, INC | 2/1/2005 | N/A-FED LE | 147N | 103W | 22 | 147N-103W-SEC22:SW, N2SE, SWSE | MCKENZIE | ND | 280.0000 | 280.0000 | 0.70000000 | 196.0000 | 12.5000% |
| USA NDM 94111 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A-FED LE | 147N | 103W | 22 | 147N-103W-SEC22:SESE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.70000000 | 28.0000 | 12.5000% |
| USA NDM 103003 | KODIAK OIL & GAS | 3/1/2012 | N/A - FED | 147N | 104W | 25 | 147N-104W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 2 | 147N-105W-SEC2:LOTS 1 (41.72). 2 (41.80), 3 (41.88), 4 (41.96), S2N2, SW | MCKENZIE | ND | 487.3600 | 487.3600 | 0.47308100 | 230.5608 | 12.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 3 | 147N-105W-SEC3:LOTS 1-5, SENE, E2SE | MCKENZIE | ND | 344.7800 | 344.7800 | 0.47308100 | 163.1089 | 12.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 11 | 147N-105W-SEC11:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.42875000 | 274.4000 | 12.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 12 | 147N-105W-SEC12:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.42875000 | 137.2000 | 12.5000% |
| USA NDM 95207 | LONETREE ENERGY & ASSOCIATES, LLC | 1/1/2006 | 366407 | 147N | 105W | 2 | 147N-105W-SEC2:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.47308100 | 75.6930 | 12.5000% |
| USA NDM 90116 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 9 | 148N-104W-SEC9:E2, N2NW | MCKENZIE | ND | 400.0000 | 400.0000 | 0.42000000 | 168.0000 | 12.5000% |
| USA NDM 90116 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 4 | 148N-104W-SEC4:LOTS 1 (18.70), 2 (18.66), S2NE, E2SW | MCKENZIE | ND | 197.3600 | 197.3600 | 0.42000000 | 82.8912 | 12.5000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 1 | 148N-104W-SEC1:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.15676500 | 25.0824 | 12.5000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 4 | 148N-104W-SEC4:SWSW, SE | MCKENZIE | ND | 200.0000 | 200.0000 | 0.15676500 | 31.3530 | 12.5000% |

23

**EXHIBIT 4.2(a)**

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 9 | 148N-104W-SEC9:W2SW, SESW | MCKENZIE | ND | 120.0000 | 120.0000 | 0.15676500 | 18.8118 | 12.5000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 24 | 148N-104W-SEC24:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.15676500 | 25.0824 | 12.5000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 25 | 148N-104W-SEC25:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.15676500 | 25.0824 | 12.5000% |
| USA NDM 90119 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 15 | 148N-104W-SEC15:N2, SE | MCKENZIE | ND | 480.0000 | 480.0000 | 0.42000000 | 201.6000 | 12.5000% |
| USA NDM 90120 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 22 | 148N-104W-SEC22:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.42000000 | 134.4000 | 12.5000% |
| USA NDM 90121 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 22 | 148N-104W-SEC22:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.42000000 | 67.2000 | 12.5000% |
| USA NDM 90118 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 24 | 148N-104W-SEC24:N2, SW | MCKENZIE | ND | 480.0000 | 480.0000 | 0.42000000 | 201.6000 | 12.5000% |
| USA NDM 90118 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 13 | 148N-104W-SEC13:E2, S2NW, SW | MCKENZIE | ND | 560.0000 | 560.0000 | 0.42000000 | 235.2000 | 12.5000% |
| USA NDM 90122 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 25 | 148N-104W-SEC25:N2, SW | MCKENZIE | ND | 480.0000 | 480.0000 | 0.42000000 | 201.6000 | 12.5000% |
| USA NDM 94280 | KODIAK OIL & GAS (USA) INC. & HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 148N | 105W | 27 | 148N-105W-SEC27:LOTS 1 (45.28), 2 (45.28), 3 (45.28), 4 (45.28) | MCKENZIE | ND | 181.1200 | 181.1200 | 0.42875000 | 77.6552 | 12.5000% |
| USA NDM 90975 | NANCE PETROLEUM CORPORATION | 7/1/2001 | N/A - FED | 148N | 105W | 27 | 148N-105W-SEC27:E2E2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.43750000 | 70.0000 | 12.5000% |
| USA NDM 90975 | NANCE PETROLEUM CORPORATION | 7/1/2001 | N/A - FED | 148N | 105W | 26 | 148N-105W-SEC26:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.42000000 | 134.4000 | 12.5000% |
| USA NDM 85631 | NANCE PETROLEUM CORPORATION | 10/1/1996 | N/A - FED | 148N | 105W | 34 | 148N-105W-SEC34:LOTS 1-4, E2E2;LIMITED FROM THE SURFACE DOWN TO 10,915' | MCKENZIE | ND | 340.3200 | 340.3200 | 0.42875000 | 145.9122 | 12.5000% |
| USA NDM 85631 | NANCE PETROLEUM CORPORATION | 10/1/1996 | N/A - FED | 148N | 105W | 35 | 148N-105W-SEC35:NWSW, S2SW | MCKENZIE | ND | 120.0000 | 120.0000 | 0.24609375 | 29.5313 | 12.5000% |
| USA NDM 85631 | NANCE PETROLEUM CORPORATION | 10/1/1996 | N/A - FED | 148N | 105W | 34 | 148N-105W-SEC34:LOTS 1-4, E2E2;LIMITED IN DEPTH TO 10,915' & BELOW | MCKENZIE | ND | 0.0000 | 0.0000 | 0.32156250 | 0.0000 | 12.5000% |
| USA NDM 91458 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 6 | 147N-102W-SEC6:LOTS 1-7, S2NE, SENW, E2SW, SE | MCKENZIE | ND | 620.6600 | 620.6600 | 0.70000000 | 434.4620 | 12.5000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 8 | 147N-102W-SEC8:S2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 18 | 147N-102W-SEC18:LOTS 1 (35.76), 2 (35.92), E2, E2NW | MCKENZIE | ND | 471.6800 | 471.6800 | 0.70000000 | 330.1760 | 12.5000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 19 | 147N-102W-SEC19:LOTS 1 (36.30), 2 (36.26), 3 (36.22), 4 (36.18), E2, E2W2 | MCKENZIE | ND | 624.9600 | 624.9600 | 0.70000000 | 437.4720 | 12.5000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 20 | 147N-102W-SEC20:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 91462 | NORTHERN ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 102W | 26 | 147N-102W-SEC26:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 91462 | NORTHERN ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 102W | 28 | 147N-102W-SEC28:NE, E2NW, N2SE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-10 | 147N | 103W | 8 | 147N-103W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-10 | 147N | 103W | 14 | 147N-103W-SEC14:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-10 | 147N | 103W | 27 | 147N-103W-SEC27:E2NE, W2E2, E2W2, NWNW | MCKENZIE | ND | 440.0000 | 440.0000 | 0.70000000 | 308.0000 | 12.5000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | USA NDM-10 | 147N | 103W | 30 | 147N-103W-SEC30:W2NESE | MCKENZIE | ND | 20.0000 | 20.0000 | 0.70000000 | 14.0000 | 12.5000% |
| USA NDM 91455 | POWERS ENERGY CORPORATION | 1/1/2002 | UNRECORDED | 147N | 101W | 8 | 147N-101W-SEC8:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 91455 | POWERS ENERGY CORPORATION | 1/1/2002 | UNRECORDED | 147N | 101W | 32 | 147N-101W-SEC32:SENW, E2SW, SESE; SEC33:S2S2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 91455 | POWERS ENERGY CORPORATION | 1/1/2002 | UNRECORDED | 147N | 101W | 33 | 147N-101W-SEC33:S2S2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 91684 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 2 | 146N-103W-SEC2:LOTS 2 (39.89), 3 (39.87), 4 (39.85), SWNE, S2NW, SW | MCKENZIE | ND | 399.6100 | 399.6100 | 0.70000000 | 279.7270 | 12.5000% |
| USA NDM 91684 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 4 | 146N-103W-SEC4:LOTS 1 (40.08), 2 (40.24), 3 (40.40), 4 (40.56), S2N2, S2 | MCKENZIE | ND | 641.2800 | 641.2800 | 0.70000000 | 448.8960 | 12.5000% |
| USA NDM 91686 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 10 | 146N-103W-SEC10:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91686 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 14 | 146N-103W-SEC14:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91687 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 22 | 146N-103W-SEC22:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% |
| USA NDM 91687 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 26 | 146N-103W-SEC26:N2N2, SENE, SWNW, NWSW, NESE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91688 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 26 | 146N-103W-SEC26:SENW, NESW, S2SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 91688 | NANCE PETROLEUM CORPORATION | 5/1/2002 | UNRECORDED | 146N | 103W | 28 | 146N-103W-SEC28:SENW, SWSW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A | 147N | 101W | 18 | 147N-101W-SEC18:LOTS 1 (37.98), 2 (38.1), 3 (38.22), 4 (38.34) | MCKENZIE | ND | 312.6400 | 312.6400 | 0.70000000 | 218.8480 | 12.5000% |

24

**EXHIBIT 4.2(a)**

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A | 147N | 101W | 20 | 147N-101W-SEC20:S2NE, E2SW, SE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A | 147N | 101W | 24 | 147N-101W-SEC24:N2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A | 147N | 101W | 26 | 147N-101W-SEC26:W2NW, S2, LOTS 1-6 | MCKENZIE | ND | 555.5000 | 555.5000 | 0.70000000 | 388.8500 | 12.5000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A | 147N | 101W | 30 | 147N-101W-SEC30:S2NE, SENW, NESW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 98501 | MINNA SCHNELL | 12/1/1978 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 12 | T147N-R102W-SEC12:ALL;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 640.0000 | 640.0000 | 0.52500000 | 336.0000 | 12.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 22 | T147N-R102W-SEC22:NWNE, NW, SESW, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 24 | T147N-R102W-SEC24:N2N2, SWNW, N2SW, SWSW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 28 | T147N-R102W-SEC28:SW, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 240.0000 | 240.0000 | 0.52500000 | 126.0000 | 12.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 28 | T147N-R102W-SEC28:W2NW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 80.0000 | 80.0000 | 0.17500000 | 14.0000 | 12.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 28 | T147N-R102W-SEC28:W2NW;RECORD  TITLE | MCKENZIE | ND | 80.0000 | 0.0000 | 0.00000000 | 0.0000 | 12.5000% |
| USA NDM 98503 | ST. MARY LAND & EXPLORATION COMPANY | 3/1/2008 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 6 | 146N-102W-SEC6:LOT 7;BAKKEN AND THREE FORKS ONLY OP RIGHTS ONLY | MCKENZIE | ND | 36.8700 | 36.8700 | 0.17500000 | 6.4523 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 6 | 146N-102W-SEC6:S2SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 80.0000 | 80.0000 | 0.13798351 | 11.0387 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 8 | T146N-R102W-SEC8:SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.52500000 | 84.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 8 | T146N-R102W-SEC8:SW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 20 | T146N-R102W-SEC20:E2;BAKKEN AND THREE FORKS ONLY; OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 32 | T146N-R102W-SEC32:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.52500000 | 336.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 6 | 146N-102W-SEC6:LOT 7;RECORD TITLE ONLY | MCKENZIE | ND | 36.8700 | 0.0000 | 0.25000000 | 0.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 8 | T146N-R102W-SEC8:SE;RECORD TITLE | MCKENZIE | ND | 160.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 8 | T146N-R102W-SEC8:SW;RECORD TITLE | MCKENZIE | ND | 160.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A-FED LE | 146N | 102W | 20 | T146N-R102W-SEC20:E2;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% |
| USA NDM 42054 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 2 | T147N-R102W-SEC2:S2N2;LOTS 1-4;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY | MCKENZIE | ND | 320.6400 | 320.6400 | 0.70000000 | 224.4480 | 12.5000% |
| USA NDM 42054 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 2 | T147N-R102W-SEC2:S2N2;RECORD TITLE, LOTS 1-4 | MCKENZIE | ND | 320.6400 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 42055 | MINNA SCHNELL | 12/1/1978 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:NE. RECORD TITLE | MCKENZIE | ND | 160.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% |
| USA NDM 42055 | MINNA SCHNELL | 12/1/1978 | N/A - FED | 148N | 102W | 34 | T148N-R102W-SEC34:NE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 14 | T147N-R101W-SEC14:S2S2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.52500000 | 84.0000 | 12.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 100W | 30 | T147N-R100W-SEC30:LOTS 1-4,8,NESW;BAKKEN AND THREE FORKS ONLY;OP RGHTS ONLY | MCKENZIE | ND | 188.9100 | 188.9100 | 0.52500000 | 99.1778 | 12.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 12 | T147N-R101W-SEC12:ALL;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 14 | T147N-R101W-SEC14:S2S2;RECORD  TITLE: | MCKENZIE | ND | 160.0000 | 0.0000 | 0.00000000 | 0.0000 | 12.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 100W | 30 | T147N-R100W-SEC30:LOTS   1-4,8,NESW;RECORD TITLE | MCKENZIE | ND | 188.9100 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 12 | T147N-R101W-SEC12:ALL;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 18 | 147N-101W-SEC18:E2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.66062500 | 211.4000 | 12.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 20 | T147N-R101W-SEC20:N2NE | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 20 | T147N-R101W-SEC20:NW, W2SW | MCKENZIE | ND | 240.0000 | 240.0000 | 0.52500000 | 126.0000 | 12.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 28 | T147N-R101W-SEC28:LOT 4(NWSE-38.30), S2NE | MCKENZIE | ND | 118.3000 | 118.3000 | 0.52500000 | 62.1075 | 12.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 18 | T147N-R101W-SEC18:E2;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.87500000 | 0.0000 | 12.5000% |
| USA NDM 85937 | PATRICIA P. MARKS | 12/1/1975 | N/A - FED | 145N | 101W | 2 | 145N-101W-SEC2:S2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.12500000 | 40.0000 | 12.5000% |

25

**EXHIBIT 4.2(a)**

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 85937 | PATRICIA P. MARKS | 12/1/1975 | N/A - FED | 145N | 101W | 4 | 145N-101W-SEC4:LOTS 3-4,SW;OPERATING RIGHTS ONLY | MCKENZIE | ND | 312.8000 | 312.8000 | 1.00000000 | 312.8000 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 22 | 147N-101W-SEC22:LOTS 5-7, NW | MCKENZIE | ND | 239.3000 | 239.3000 | 0.52500000 | 125.6325 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 22 | 147N-101W-SEC22:LOTS 1-2,4, N2NE;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY | MCKENZIE | ND | 175.6000 | 175.6000 | 0.70000000 | 122.9200 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 24 | T147N-R101W-SEC24:LOTS   1,2,5,N2SE,SESE | MCKENZIE | ND | 236.3000 | 236.3000 | 0.52500000 | 124.0575 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 28 | T147N-R101W-SEC28:NW, NWNE, N2SW, SWSW | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 30 | T147N-R101W-SEC30:LOTS2-11 | MCKENZIE | ND | 260.5400 | 260.5400 | 0.52500000 | 136.7835 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 32 | T147N-R101W-SEC32:LOTS 1-6, SWSE | MCKENZIE | ND | 236.7000 | 236.7000 | 0.52500000 | 124.2675 | 12.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 22 | 147N-101W-SEC22:LOTS 1-2, 4,N2NE;BAKKEN AND THREE FORKS ONLY;REC TITLE ONLY | MCKENZIE | ND | 175.6000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 23760 | DAVID A. PROVINSE | 5/1/1975 | N/A-FED LE | 147N | 101W | 22 | 147N-101W-22:LOTS 1-7;LTL MS RVR;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 37.1870 | 37.1870 | 0.35000000 | 13.0155 | 12.5000% |
| USA NDM 23760 | DAVID A. PROVINSE | 5/1/1975 | N/A-FED LE | 147N | 101W | 22 | T147N-R101W-SEC22:LOTS 1-7, RECORD TITLE:BED OF THE LTL MS RVR RIPARIAN | MCKENZIE | ND | 37.1870 | 0.0000 | 0.50000000 | 0.0000 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 10 | 148N-102W-SEC10:S2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.72979300 | 233.5338 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NE, N2SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 240.0000 | 240.0000 | 0.72979300 | 175.1503 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NE, N2SE. RECORD TITLE. | MCKENZIE | ND | 240.0000 | 0.0000 | 0.10664100 | 0.0000 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 10 | 148N-102W-SEC10:S2. RECORD TITLE. | MCKENZIE | ND | 320.0000 | 0.0000 | 0.10664063 | 0.0000 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 13 | 148N-102W-SEC13:N2, N2S2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.72979300 | 350.3006 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 14 | 148N-102W-SEC14:N2N2, SENE, NWSW, NESE, S2S2 | MCKENZIE | ND | 440.0000 | 440.0000 | 0.72979300 | 321.1089 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NW, N2SW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 240.0000 | 240.0000 | 0.72979300 | 175.1503 | 12.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NW, N2SW. RECORD TITLE. | MCKENZIE | ND | 240.0000 | 0.0000 | 0.62315300 | 0.0000 | 12.5000% |
| USA NDM 87027 | CHOCTAW II OIL AND GAS, LTD | 7/1/1997 | N/A - FED | 149N | 102W | 31 | 149N-102W-SEC31:LOT3(NWSW 39.94), NESW. RECORD TITLE. | MCKENZIE | ND | 79.9400 | 0.0000 | 0.06250000 | 0.0000 | 12.5000% |
| USA NDM 87027 | CHOCTAW II OIL AND GAS, LTD | 7/1/1997 | N/A - FED | 149N | 102W | 31 | 149N-102W-SEC31:LOT3,NESW;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY | MCKENZIE | ND | 79.9400 | 79.9400 | 0.55937000 | 44.7160 | 12.5000% |
| USA NDM 60621 | BRADLEY JOEL OKERLUND | 4/1/1985 | N/A-FED LE | 146N | 101W | 32 | T146N-R101W-SEC32:N2;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% |
| USA NDM 82091 | MERIDIAN OIL INC | 6/1/1993 | N/A-FED LE | 146N | 101W | 19 | T146N-R101W-SEC19:LOTS   1-3,E2,E2W2 | MCKENZIE | ND | 597.4800 | 597.4800 | 0.70000000 | 418.2360 | 12.5000% |
| USA NDM 82099 | MERIDIAN OIL INC | 7/1/1993 | 317633 | 146N | 102W | 14 | 146N-102W-14:LOTS1,6,BED LTL MS RVR;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 46.0740 | 46.0740 | 0.70000000 | 32.2518 | 12.5000% |
| USA NDM 82099 | MERIDIAN OIL INC | 7/1/1993 | 317633 | 146N | 102W | 14 | 146N-102W-SEC14:LOTS 1 & 6,BED LTL MS RVR RIP;RECORD TITLE ONLY | MCKENZIE | ND | 46.0740 | 46.0740 | 0.00000000 | 0.0000 | 12.5000% |
| USA NDM 42072 | EDWARD J ACKMAN | 12/1/1978 | N/A - FED | 147N | 102W | 30 | 147N-102W-30:LOTS 3-4, E2SW, NWSE;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 192.6800 | 192.6800 | 0.70000000 | 134.8760 | 12.5000% |
| USA NDM 42072 | EDWARD J ACKMAN | 12/1/1978 | N/A - FED | 147N | 102W | 30 | T147N-R102W-SEC30:LOTS 1 (NWNW 36.19), 2 (SWNW 36.25), E2NW, N2NE, SWNE | MCKENZIE | ND | 272.4400 | 272.4400 | 0.00000000 | 0.0000 | 12.5000% |
| USA NDM 42069 | COLMAN M. MOCKLER, JR. | 12/1/1978 | N/A - FED | 146N | 102W | 8 | 146N-102W-SEC8:NW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% |
| USA NDM 74557 | MERIDIAN OIL INC | 12/1/1987 | 288724 | 146N | 102W | 14 | 146N-102W-SEC14:LOT 5, E2SW, NWSE;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 159.2000 | 159.2000 | 0.70000000 | 111.4400 | 12.5000% |
| USA NDM 74557 | MERIDIAN OIL INC | 12/1/1987 | 288724 | 146N | 102W | 14 | 146N-102W-SEC14:LOT 5, E2SW, NWSE;RECORD TITLE ONLY | MCKENZIE | ND | 159.2000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 74558 | MERIDIAN OIL INC | 12/1/1987 | 288725 | 146N | 102W | 14 | 146N-102W-14:LOT 5 LTL MS RVR BED;BAKKEN AND TF ONLY;OP RTS ONLY | MCKENZIE | ND | 5.9460 | 5.9460 | 0.70000000 | 4.1622 | 12.5000% |
| USA NDM 74558 | MERIDIAN OIL INC | 12/1/1987 | 288725 | 146N | 102W | 14 | 146N-102W-14:LOT 5 LTL MS RVR BED;BAKKEN AND TF ONLY;RECORD TITLE ONLY | MCKENZIE | ND | 5.9460 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% |
| USA NDM 91191 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 30 | T148N-R101W-SEC30:LOTS 3-4, NE, SENW, E2SW, N2SE, SWSE | MCKENZIE | ND | 473.2400 | 473.2400 | 0.33250000 | 157.3523 | 12.5000% |
| USA NDM 91190 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 30 | T148N-R101W-SEC30:LOTS 2(SWNW-36.47), NENW, SESE | MCKENZIE | ND | 116.4700 | 116.4700 | 0.33250000 | 38.7263 | 12.5000% |
| USA NDM 91189 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 30 | T148N-R101W-SEC30:LOT   1(NWNW-36.37) | MCKENZIE | ND | 36.3700 | 36.3700 | 0.33250000 | 12.0930 | 12.5000% |
| USA NDM 91189 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 32 | T148N-R101W-SEC32:ALL;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 640.0000 | 640.0000 | 0.33250000 | 212.8000 | 12.5000% |
| USA NDM 91176 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 147N | 100W | 6 | T147N-R100W-SEC6:LOTS 4(NWNW-24.01), 5(SWNW-24.15), S2SE | MCKENZIE | ND | 128.1600 | 128.1600 | 0.33250000 | 42.6132 | 12.5000% |

26

**EXHIBIT 4.2(a)**

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 91175 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 147N | 100W | 6 | T147N-R100W-SEC6:LOTS 1-3,6-7, S2NE, SENW, E2SW, N2SE | MCKENZIE | ND | 447.0500 | 447.0500 | 0.33250000 | 148.6441 | 12.5000% |
| USA NDM 97731 | ST. MARY LAND & EXPLORATION COMPANY | 3/1/2008 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% |
| USA NDM 99688 | YATES PETROLEUM CORPORATION; YATES DRILLING COMPANY; MYCO INDUSTRIES, | 3/1/2010 | N/A - FED | 148N | 103W | 11 | 148N-103W-SEC11:N2NW, SENW, SW, W2SE | MCKENZIE | ND | 360.0000 | 360.0000 | 0.80000000 | 288.0000 | 12.5000% |
| USA NDM 99689 | YATES PETROLEUM CORPORATION; YATES DRILLING COMPANY; ABO PETROLEUM | 3/1/2010 | N/A - FED | 148N | 103W | 11 | 148N-103W-SEC11:SWNW | MCKENZIE | ND | 40.0000 | 40.0000 | 0.80000000 | 32.0000 | 12.5000% |
| USA NDM 93772 | MARSHALL & WINSTON, INC. | 9/1/2004 | N/A FED LE | 148N | 103W | 10 | 148N-103W-SEC10:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 1.00000000 | 640.0000 | 12.5000% |
| USA NDM 93558 | SAVANT RESOURCES LLC | 10/1/2004 | N/A - FED | 149N | 104W | 1 | NESW, N2NE | MCKENZIE | ND | 120.0000 | 120.0000 | 0.75000000 | 90.0000 | 12.5000% |
| USA NDM 93558 | SAVANT RESOURCES LLC | 10/1/2004 | N/A - FED | 149N | 104W | 1 | E2SE | MCKENZIE | ND | 80.0000 | 80.0000 | 0.75000000 | 60.0000 | 12.5000% |
| USA NDM 071496 | DORIS L. ASTLEY | 2/1/1966 | N/A - FED | 149N | 104W | 12 | NWNE, SENE, SWNW | MCKENZIE | ND | 120.0000 | 120.0000 | 1.00000000 | 120.0000 | 12.5000% |
| USA NDM 93559 | MARATHON OIL COMPANY | 10/1/2004 | N/A - FED | 149N | 104W | 1 | LOTS 3 (40.00), 4 (40.00 | MCKENZIE | ND | 360.0000 | 360.0000 | 0.75000000 | 270.0000 | 12.5000% |
| USA NDM 93559 | MARATHON OIL COMPANY | 10/1/2004 | N/A - FED | 149N | 104W | 12 | NENE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.75000000 | 30.0000 | 12.5000% |
| USA NDM 52730 | CHERYL M. SURBER | 5/1/1982 | UNRECORDED | 146N | 101W | 30 | T146N-R101W-SEC30:ORRI ONLY,LOTS 1-4,S2NE, SESW, S2SE | MCKENZIE | ND | 316.44 | 316.44 | 0.0000% | 0.0000000 | 12.5000% |

27

**EXHIBIT 4.2(b)**

| File No | API No | Well Type | Well Status | Status Date | DTD | Location | Operator | Well Name | Field |
|---|---|---|---|---|---|---|---|---|---|
| 27902 | 3308900829 | OG | IA | 8/30/2014 | 19937 | LOT3 4-139-97 | EMERALD OIL, INC | LLOYD CHRISTMAS 2-4-9H | HEART RIVER |
| 27903 | 3308900830 | OG | IA | 8/21/2014 | 20038 | LOT3 4-139-97 | EMERALD OIL, INC | LLOYD CHRISTMAS 1-4-9H | HEART RIVER |
| 28276 | 3308900834 | OG | LOC | 5/2/2016 | | LOT3 4-139-97 | EMERALD OIL, INC | LLOYD CHRISTMAS 3-4-9H | HEART RIVER |
| 28277 | 3308900835 | OG | IA | 9/8/2014 | 19850 | LOT3 4-139-97 | EMERALD OIL, INC | LLOYD CHRISTMAS 4-4-9H | HEART RIVER |
| 28852 | 3308900849 | OG | LOC | 7/14/2015 | | LOT2 4-139-97 | EMERALD OIL, INC | LLOYD CHRISTMAS 6-4-9H | HEART RIVER |
| 28853 | 3308900850 | OG | LOC | 7/14/2015 | | LOT2 4-139-97 | EMERALD OIL, INC | LLOYD CHRISTMAS 5-4-9H | HEART RIVER |
| 30197 | 3308900862 | OG | LOC | 12/11/2015 | | SWSW 23-140-98 | EMERALD OIL, INC | HARRY DUNNE 3-26-35H | GREEN RIVER |
| 30198 | 3308900863 | OG | LOC | 12/11/2015 | | SWSW 23-140-98 | EMERALD OIL, INC | HARRY DUNNE 2-26-35H | GREEN RIVER |
| 30199 | 3308900864 | OG | LOC | 12/11/2015 | | SWSW 23-140-98 | EMERALD OIL, INC | HARRY DUNNE 1-26-35H | GREEN RIVER |
| 30580 | 3308900867 | OG | LOC | 1/28/2016 | | NWNE 26-140-98 | EMERALD OIL, INC | HARRY DUNNE 4-26-35H | GREEN RIVER |
| 28503 | 3308900839 | OG | A | 11/29/2014 | 20183 | NWNE 26-140-98 | EMERALD OIL, INC | HARRY DUNNE 5-26-35H | GREEN RIVER |
| 28504 | 3308900840 | OG | LOC | 6/1/2015 | | NWNE 26-140-98 | EMERALD OIL, INC | HARRY DUNNE 6-26-35H | GREEN RIVER |
| 28121 | 3300701833 | OG | A | 10/21/2014 | 20685 | NENW 16-141-99 | EMERALD OIL, INC | MARY SAMSONITE 1-16-21H | ST. DEMETRIUS |
| 28123 | 3300701835 | OG | IA | 10/16/2014 | 20675 | NENW 16-141-99 | EMERALD OIL, INC | MARY SAMSONITE 3-16-21H | ST. DEMETRIUS |
| 13284 | 3305302373 | OG | IA | 1/11/1992 | 13443 | NWNE 3-145-101 | EMERALD OIL, INC | FLAT TOP BUTTE 31-3H | FLAT TOP BUTTE |
| 13406 | 3305302398 | OG | TA | 12/8/2015 | 13704 | SWSW 4-145-101 | EMERALD OIL, INC | FLAT TOP BUTTE FEDERAL 14-4H | FLAT TOP BUTTE |
| 13071 | 3305302353 | OG | IA | 5/14/1991 | 12652 | SENW 5-145-101 | EMERALD OIL, INC | FLAT TOP BUTTE 22-5H | FLAT TOP BUTTE |
| 13607 | 3305302450 | OG | IA | 3/21/1994 | 13382 | NWNW 5-145-102 | EMERALD OIL, INC | CINNAMON CREEK 11-5H | CINNAMON CREEK |
| 12531 | 3305302251 | OG | IA | 3/17/1997 | 13407 | NWNE 7-145-102 | EMERALD OIL, INC | CINNAMON CREEK 31-7H | CINNAMON CREEK |
| 13547 | 3305302436 | OG | IA | 8/24/1993 | 13250 | SWNW 8-145-102 | EMERALD OIL, INC | CINNAMON CREEK STATE 12-8H | CINNAMON CREEK |
| 13487 | 3305302422 | OG | AB | 8/2/2005 | 14518 | SWSW 9-145-102 | EMERALD OIL, INC | CINNAMON CREEK 14-9HR | CINNAMON CREEK |
| 13458 | 3305302413 | OG | IA | 7/26/1993 | 11705 | SWNW 15-145-102 | EMERALD OIL, INC | CINNAMON CREEK 12-15H | CINNAMON CREEK |
| 13569 | 3305302441 | OG | IA | 11/9/1993 | 13283 | SENW 21-145-102 | EMERALD OIL, INC | CINNAMON CREEK 22-21H | CINNAMON CREEK |
| 13379 | 3305302393 | OG | IA | 8/25/1992 | 13563 | SESE 27-145-102 | EMERALD OIL, INC | CINNAMON CREEK 44-27H | CINNAMON CREEK |
| 13674 | 3305302465 | OG | IA | 12/28/2005 | 13837 | E2SW 19-146-101 | EMERALD OIL, INC | FLAT TOP BUTTE FEDERAL 23-19HR | FLAT TOP BUTTE |
| 13001 | 3305302345 | OG | AB | 2/3/1991 | 13034 | NENE 21-146-101 | EMERALD OIL, INC | FLAT TOP BUTTE 41-21H | FLAT TOP BUTTE |
| 13378 | 3305302392 | OG | AB | 11/10/2005 | 14572 | NWNE 29-146-101 | EMERALD OIL, INC | FLAT TOP BUTTE 31-29HR | FLAT TOP BUTTE |
| 13354 | 3305302383 | OG | IA | 6/16/1992 | 13764 | SWSE 32-146-101 | EMERALD OIL, INC | FLAT TOP BUTTE FEDERAL 34-32H | FLAT TOP BUTTE |
| 12570 | 3305302265 | OG | IA | 9/10/1989 | 14330 | SESE 7-146-102 | EMERALD OIL, INC | PIERRE CREEK 44-7H | PIERRE CREEK |
| 13070 | 3305302352 | OG | IA | 2/2/2005 | 14000 | NWSE 9-146-102 | EMERALD OIL, INC | HAY DRAW 33-9HR | HAY DRAW |
| 13541 | 3305302434 | OG | A | 1/1/1994 | 12843 | SESW 13-146-102 | EMERALD OIL, INC | FLAT TOP BUTTE 24-13H | FLAT TOP BUTTE |
| 13468 | 3305302416 | OG | IA | 10/21/2013 | 15275 | NENW 14-146-102 | EMERALD OIL, INC | FEDERAL 21-14HR | FLAT TOP BUTTE |
| 13373 | 3305302391 | OG | IA | 4/1/2005 | 14775 | SESE 23-146-102 | EMERALD OIL, INC | PIERRE CREEK NELSON 44-23HR | PIERRE CREEK |
| 27970 | 3305305770 | OG | A | 1/16/2015 | 20661 | SWSW 36-146-103 | EMERALD OIL, INC | CAMERON FRYE 2-36-25H | PIERRE CREEK |
| 29991 | 3305306471 | OG | LOC | 11/16/2015 | | SWSW 36-146-103 | EMERALD OIL, INC | CAMERON FRYE 1-36-25H | PIERRE CREEK |

28

**EXHIBIT 4.2(b)**

| File No | API No | Well Type | Well Status | Status Date | DTD | Location | Operator | Well Name | Field |
|---|---|---|---|---|---|---|---|---|---|
| 25375 | 3305304928 | OG | IA | 9/20/2013 | 20736 | NWNW 15-147-101 | EMERALD OIL, INC | KIT 11-15H-1522-147101-MB | BULL MOOSE |
| 25377 | 3305304929 | OG | IA | 9/1/2013 | 20844 | SESW 31-147-102 | EMERALD OIL, INC | MOE 24-31H-3031-147102-BTF | PIERRE CREEK |
| 29916 | 3305306436 | OG | IA | 6/11/2015 | 20551 | SWSE 21-147-103 | EMERALD OIL, INC | DAGNY TAGGART 3-21-16H | MONDAK |
| 29917 | 3305306437 | OG | LOC | 11/6/2015 | | SWSE 21-147-103 | EMERALD OIL, INC | DAGNY TAGGART 4-21-16H | MONDAK |
| 29918 | 3305306438 | OG | A | 6/13/2015 | 21000 | SWSE 21-147-103 | EMERALD OIL, INC | GREG MARMALARD FEDERAL 3-28-33H | MONDAK |
| 23977 | 3305304444 | OG | IA | 2/17/2013 | 19934 | SESE 21-147-103 | EMERALD OIL, INC | GRIZZLY 147-103-16-21-16-1H3 | MONDAK |
| 23174 | 3305304200 | OG | IA | 2/24/2013 | 20250 | SESW 22-147-103 | EMERALD OIL, INC | GRIZZLY 147-103-14-22-15-4H3 | MONDAK |
| 30590 | 3305306688 | OG | LOC | 1/28/2016 | | NWNW 25-147-103 | EMERALD OIL, INC | ROBERT THE BRUCE 1-25-36H | PIERRE CREEK |
| 12806 | 3305302312 | SWD | A | 10/4/2012 | 11350 | NENE 25-147-103 | EMERALD OIL, INC | GRIZZLY 1-25 SWD | PIERRE CREEK |
| 19295 | 3305303209 | OG | A | 1/22/2011 | 19546 | NENE 25-147-103 | EMERALD OIL, INC | JEANIE 25-36 2H | PIERRE CREEK |
| 30821 | 3305306774 | OG | LOC | 3/3/2016 | | NWNE 27-147-103 | EMERALD OIL, INC | CHIP DILLER FEDERAL 5-27-34H | MONDAK |
| 30822 | 3305306775 | OG | LOC | 3/3/2016 | | NWNE 27-147-103 | EMERALD OIL, INC | CHIP DILLER FEDERAL 4-27-34H | MONDAK |
| 30823 | 3305306776 | OG | LOC | 3/3/2016 | | NENW 27-147-103 | EMERALD OIL, INC | CHIP DILLER FEDERAL 3-27-34H | MONDAK |
| 12484 | 3305302245 | OG | AB | 1/15/2005 | 14550 | NESE 36-147-103 | EMERALD OIL, INC | STATE 43-36HR | PIERRE CREEK |
| 16162 | 3305302707 | OG | AB | 2/8/2011 | 15390 | SWSW 6-147-104 | EMERALD OIL, INC | KODIAK GRIZZLY 13-6H | MONDAK |
| 28822 | 3305306102 | OG | A | 7/6/2015 | 20622 | SESW 36-147-104 | EMERALD OIL, INC | ERIC STRATTON FEDERAL 5-36-25H | MONDAK |
| 28823 | 3305306103 | OG | LOC | 7/10/2015 | | SESW 36-147-104 | EMERALD OIL, INC | ERIC STRATTON FEDERAL 4-36-25H | MONDAK |
| 28824 | 3305306104 | OG | LOC | 7/10/2015 | | SESW 36-147-104 | EMERALD OIL, INC | ERIC STRATTON FEDERAL 3-36-25H | MONDAK |
| 16169 | 3305302709 | OG | AB | 10/27/2006 | 15500 | NWNW 11-147-105 | EMERALD OIL, INC | KODIAK FEDERAL 4-11H | MONDAK |
| 15487 | 3305302576 | OG | AB | 2/9/2004 | 13750 | SESW 4-148-102 | EMERALD OIL, INC | HAUGEN COATES 2-4 | BOXCAR BUTTE |
| 7580 | 3305301059 | OG | AB | 6/13/1980 | 13700 | NWNW 4-148-102 | EMERALD OIL, INC | HAUGEN COATES 1 | BOXCAR BUTTE |
| 13262 | 3305302370 | OG | IA | 3/11/2004 | 13750 | SESE 5-148-102 | EMERALD OIL, INC | HAUGEN COATES 2 | BOXCAR BUTTE |
| 30476 | 3305306649 | OG | LOC | 1/15/2016 | | SESW 8-148-102 | EMERALD OIL, INC | CLARK GRISWOLD FEDERAL 1-17-20H | BOXCAR BUTTE |
| 30477 | 3305306650 | OG | LOC | 1/15/2016 | | SESW 8-148-102 | EMERALD OIL, INC | CLARK GRISWOLD FEDERAL 2-17-20H | BOXCAR BUTTE |
| 30478 | 3305306651 | OG | A | 7/22/2015 | 21397 | SESW 8-148-102 | EMERALD OIL, INC | CLARK GRISWOLD FEDERAL 3-17-20H | BOXCAR BUTTE |
| 27640 | 3305305675 | OG | IA | 7/6/2014 | 20174 | SESW 8-148-102 | EMERALD OIL, INC | BILLY RAY VALENTINE 3-8-5H | BOXCAR BUTTE |
| 27978 | 3305305774 | OG | A | 7/11/2014 | 20320 | SESW 8-148-102 | EMERALD OIL, INC | BILLY RAY VALENTINE 2-8-5H | BOXCAR BUTTE |
| 27979 | 3305305775 | OG | A | 7/15/2014 | 20393 | SESW 8-148-102 | EMERALD OIL, INC | BILLY RAY VALENTINE 1-8-5H | BOXCAR BUTTE |
| 29699 | 3305306376 | OG | LOC | 10/14/2015 | | SESE 9-148-102 | EMERALD OIL, INC | MORTIMER DUKE 1-9-4H | BOXCAR BUTTE |
| 29700 | 3305306377 | OG | LOC | 10/14/2015 | | SWSE 9-148-102 | EMERALD OIL, INC | COLEMAN 4-16-21H | BOXCAR BUTTE |
| 29701 | 3305306378 | OG | LOC | 10/14/2015 | | SWSE 9-148-102 | EMERALD OIL, INC | COLEMAN 3-16-21H | BOXCAR BUTTE |
| 12644 | 3305302277 | OG | AB | 1/6/1993 | 13640 | NWNW 9-148-102 | EMERALD OIL, INC | HAUGEN 2 | BOXCAR BUTTE |
| 29702 | 3305306379 | OG | LOC | 10/14/2015 | | SESE 9-148-102 | EMERALD OIL, INC | MORTIMER DUKE 2-9-4H | BOXCAR BUTTE |
| 29703 | 3305306380 | OG | LOC | 10/14/2015 | | SESE 9-148-102 | EMERALD OIL, INC | MORTIMER DUKE 3-9-4H | BOXCAR BUTTE |
| 29704 | 3305306381 | OG | LOC | 10/14/2015 | | SESE 9-148-102 | EMERALD OIL, INC | COLEMAN 5-16-21H | BOXCAR BUTTE |
| 29887 | 3305306431 | OG | LOC | 11/3/2015 | | SWSW 9-148-102 | EMERALD OIL, INC | COLEMAN FEDERAL 2-16-21H | BOXCAR BUTTE |

EXHIBIT 4.2(b)

| File No | API No | Well Type | Well Status | Status Date | DTD | Location | Operator | Well Name | Field |
|---|---|---|---|---|---|---|---|---|---|
| 29888 | 3305306432 | OG | LOC | 11/3/2015 | | SWSW 9-148-102 | EMERALD OIL, INC | COLEMAN FEDERAL 1-16-21H | BOXCAR BUTTE |
| 15013 | 3305302537 | OG | AB | 11/7/2003 | 13750 | SENW 9-148-102 | EMERALD OIL, INC | HAUGEN 3-9 | BOXCAR BUTTE |
| 5748 | 3305300651 | OG | AB | 2/5/2004 | 13680 | SESW 9-148-102 | EMERALD OIL, INC | J. W. LAW 1 | BOXCAR BUTTE |
| 13203 | 3305302367 | OG | AB | 12/21/2001 | 13700 | SWSE 9-148-102 | EMERALD OIL, INC | J. W. LAW 2 | BOXCAR BUTTE |
| 12107 | 3305302184 | OG | IA | 4/18/2004 | 13600 | NWSW 15-148-102 | EMERALD OIL, INC | SHEEP FEDERAL 1A | BOXCAR BUTTE |
| 14861 | 3305302525 | OG | AB | 12/17/2007 | 13620 | SWNW 15-148-102 | EMERALD OIL, INC | FEDERAL 12-15 | BOXCAR BUTTE |
| 7511 | 3305301037 | OG | PA | 9/18/2010 | 13618 | SWNE 16-148-102 | EMERALD OIL, INC | NORTH DAKOTA STATE 3 | BOXCAR BUTTE |
| 14933 | 3305302532 | OG | AB | 10/2/2003 | 13600 | SENE 16-148-102 | EMERALD OIL, INC | ND STATE 6-16 | BOXCAR BUTTE |
| 14942 | 3305302533 | OG | PA | 4/22/2014 | 13706 | SENW 16-148-102 | EMERALD OIL, INC | ND STATE 5-16 | BOXCAR BUTTE |
| 13202 | 3305302366 | OG | AB | 10/23/2003 | 13720 | SESE 16-148-102 | EMERALD OIL, INC | N. D. STATE 4 | BOXCAR BUTTE |
| 29676 | 3305306366 | OG | LOC | 10/12/2015 | | NWNE 17-148-102 | EMERALD OIL, INC | CLARK GRISWOLD FEDERAL 4-17-20H | BOXCAR BUTTE |
| 29677 | 3305306367 | OG | LOC | 10/12/2015 | | NENE 17-148-102 | EMERALD OIL, INC | BILLY RAY VALENTINE 5-8-5H | BOXCAR BUTTE |
| 29678 | 3305306368 | OG | LOC | 10/12/2015 | | NWNE 17-148-102 | EMERALD OIL, INC | BILLY RAY VALENTINE 4-8-5H | BOXCAR BUTTE |
| 29674 | 3305306364 | OG | LOC | 10/12/2015 | | NENE 17-148-102 | EMERALD OIL, INC | CLARK GRISWOLD FEDERAL 6-17-20H | BOXCAR BUTTE |
| 29675 | 3305306365 | OG | LOC | 10/12/2015 | | NENE 17-148-102 | EMERALD OIL, INC | CLARK GRISWOLD FEDERAL 5-17-20H | BOXCAR BUTTE |
| 29078 | 3305306166 | OG | LOC | 8/6/2015 | | NENE 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 6-18-19H | BOXCAR BUTTE |
| 29077 | 3305306165 | OG | LOC | 8/6/2015 | | NENE 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 7-18-19H | BOXCAR BUTTE |
| 29025 | 3305306148 | OG | LOC | 8/1/2015 | | NENE 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 7-7-6H | BOXCAR BUTTE |
| 29026 | 3305306149 | OG | LOC | 8/1/2015 | | NENE 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 6-7-6H | BOXCAR BUTTE |
| 28169 | 3305305829 | OG | A | 9/25/2014 | 19392 | NWNE 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 5-7-6H | BOXCAR BUTTE |
| 28170 | 3305305830 | OG | A | 10/4/2014 | 20725 | NWNE 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 4-7-6H | BOXCAR BUTTE |
| 28171 | 3305305831 | OG | A | 9/27/2014 | 20780 | NWNE 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 3-7-6H | BOXCAR BUTTE |
| 30102 | 3305306510 | OG | LOC | 11/27/2015 | | NENW 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 1-18-19H | BOXCAR BUTTE |
| 30103 | 3305306511 | OG | LOC | 11/27/2015 | | NENW 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 2-18-19H | BOXCAR BUTTE |
| 30104 | 3305306512 | OG | LOC | 11/27/2015 | | NENW 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 1-7-6H | BOXCAR BUTTE |
| 30105 | 3305306513 | OG | LOC | 11/27/2015 | | NENW 18-148-102 | EMERALD OIL, INC | D ANNUNZIO 2-7-6H | BOXCAR BUTTE |
| 30207 | 3305306556 | OG | A | 7/25/2015 | 20856 | NWNE 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 3-18-19H | BOXCAR BUTTE |
| 30208 | 3305306557 | OG | LOC | 12/14/2015 | | NWNE 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 4-18-19H | BOXCAR BUTTE |
| 30209 | 3305306558 | OG | LOC | 12/14/2015 | | NWNE 18-148-102 | EMERALD OIL, INC | NOONAN FEDERAL 5-18-19H | BOXCAR BUTTE |
| 19508 | 3305303255 | OG | IA | 3/1/2012 | 21170 | NENW 25-148-104 | EMERALD OIL, INC | EAST GRIZZLY FEDERAL 3-25-13-3H | MONDAK |
| 19509 | 3305303256 | OG | IA | 2/27/2012 | 20387 | NENW 25-148-104 | EMERALD OIL, INC | EAST GRIZZLY FEDERAL 3-25-36-15H | MONDAK |
| 18923 | 3305303147 | OG | IA | 9/28/2010 | 20300 | NENE 27-148-105 | EMERALD OIL, INC | GRIZZLY FEDERAL 1-27H-R | MONDAK |
| 24668 | 3305304693 | OG | A | 3/27/2013 | 20722 | LOT2 2-149-102 | EMERALD OIL, INC | PIRATE 1-2-11H | FOREMAN BUTTE |
| 26270 | 3305305238 | OG | IA | 12/12/2013 | 20757 | LOT1 2-149-102 | EMERALD OIL, INC | PIRATE 5-2-11H | FOREMAN BUTTE |
| 26271 | 3305305239 | OG | A | 12/5/2013 | 20829 | LOT1 2-149-102 | EMERALD OIL, INC | PIRATE 6-2-11H | FOREMAN BUTTE |
| 26715 | 3305305378 | OG | A | 5/14/2014 | 20915 | LOT3 2-149-102 | EMERALD OIL, INC | PIRATE 2-2-11H | FOREMAN BUTTE |

30

**EXHIBIT 4.2(b)**

| File No | API No | Well Type | Well Status | Status Date | DTD | Location | Operator | Well Name | Field |
|---|---|---|---|---|---|---|---|---|---|
| 26716 | 3305305379 | OG | A | 5/9/2014 | 20783 | LOT3 2-149-102 | EMERALD OIL, INC | PIRATE 3-2-11H | FOREMAN BUTTE |
| 26717 | 3305305380 | OG | A | 5/2/2014 | 20829 | LOT3 2-149-102 | EMERALD OIL, INC | PIRATE 4-2-11H | FOREMAN BUTTE |
| 23909 | 3305304429 | OG | A | 5/24/2013 | 21190 | SESW 8-149-102 | EMERALD OIL, INC | ARSENAL {FEDERAL} 1-17-20H | CHARBONNEAU |
| 28829 | 3305306108 | OG | LOC | 7/10/2015 | | SESE 8-149-102 | EMERALD OIL, INC | ARSENAL FEDERAL 7-17-20H | CHARBONNEAU |
| 19863 | 3305303339 | OG | IA | 6/24/2013 | 20574 | SESW 8-149-102 | EMERALD OIL, INC | MONGOOSE 1-8-5H | CHARBONNEAU |
| 28830 | 3305306109 | OG | LOC | 7/10/2015 | | SESE 8-149-102 | EMERALD OIL, INC | MONGOOSE 7-8-5H | CHARBONNEAU |
| 28831 | 3305306110 | OG | LOC | 7/10/2015 | | SESE 8-149-102 | EMERALD OIL, INC | ARSENAL FEDERAL 6-17-20H | CHARBONNEAU |
| 28832 | 3305306111 | OG | LOC | 7/10/2015 | | SESE 8-149-102 | EMERALD OIL, INC | MONGOOSE 6-8-5H | CHARBONNEAU |
| 29591 | 3305306342 | | Confidential | | | SWSE 8-149-102 | EMERALD OIL, INC | ARSENAL FEDERAL 5-17-20H | CHARBONNEAU |
| 29594 | 3305306345 | | Confidential | | | SWSE 8-149-102 | EMERALD OIL, INC | ARSENAL FEDERAL 4-17-20H | CHARBONNEAU |
| 29592 | 3305306343 | | Confidential | | | SWSE 8-149-102 | EMERALD OIL, INC | MONGOOSE 5-8-5H | CHARBONNEAU |
| 29593 | 3305306344 | | Confidential | | | SWSE 8-149-102 | EMERALD OIL, INC | MONGOOSE 4-8-5H | CHARBONNEAU |
| 29595 | 3305306346 | | Confidential | | | SWSE 8-149-102 | EMERALD OIL, INC | MONGOOSE 3-8-5H | CHARBONNEAU |
| 27263 | 3305305552 | OG | LOC | 12/14/2015 | | SWSE 9-149-102 | EMERALD OIL, INC | SLUGGER 4-16-21H | CHARBONNEAU |
| 27264 | 3305305553 | OG | LOC | 12/14/2015 | | SESW 9-149-102 | EMERALD OIL, INC | TALON 4-9-4H | CHARBONNEAU |
| 27265 | 3305305554 | OG | A | 9/4/2014 | 20122 | SESW 9-149-102 | EMERALD OIL, INC | SLUGGER 3-16-21H | CHARBONNEAU |
| 27266 | 3305305555 | OG | A | 9/9/2014 | 20662 | SESW 9-149-102 | EMERALD OIL, INC | TALON 3-9-4H | CHARBONNEAU |
| 27261 | 3305305550 | OG | A | 12/12/2014 | 21163 | SWSE 9-149-102 | EMERALD OIL, INC | SLUGGER 5-16-21H | CHARBONNEAU |
| 27262 | 3305305551 | OG | A | 12/7/2014 | 20753 | SWSE 9-149-102 | EMERALD OIL, INC | TALON 5-9-4H | CHARBONNEAU |
| 26261 | 3305305232 | OG | A | 5/9/2014 | 21435 | SESW 10-149-102 | EMERALD OIL, INC | CAPER 2-15-22H | BOXCAR BUTTE |
| 26262 | 3305305233 | OG | A | 3/9/2014 | 21278 | SESW 10-149-102 | EMERALD OIL, INC | CAPER 3-15-22H | BOXCAR BUTTE |
| 26263 | 3305305234 | OG | IA | 3/3/2014 | 21285 | SESW 10-149-102 | EMERALD OIL, INC | CAPER 4-15-22H | BOXCAR BUTTE |
| 24922 | 3305304773 | OG | IA | 6/11/2013 | 20620 | NWNE 15-149-102 | EMERALD OIL, INC | CAPER 1-15-22H | BOXCAR BUTTE |
| 25231 | 3305304879 | OG | A | 8/12/2013 | 20420 | NENW 16-149-102 | EMERALD OIL, INC | SLUGGER 1-16-21H | CHARBONNEAU |
| 25232 | 3305304880 | OG | A | 7/28/2013 | 21225 | NENW 16-149-102 | EMERALD OIL, INC | TALON 1-9-4H | CHARBONNEAU |
| 27362 | 3305305573 | OG | A | 12/24/2014 | 20711 | NENE 16-149-102 | EMERALD OIL, INC | SLUGGER 6-16-21H | CHARBONNEAU |
| 27360 | 3305305571 | OG | A | 12/19/2014 | 20708 | NENE 16-149-102 | EMERALD OIL, INC | SLUGGER 7-16-21H | CHARBONNEAU |
| 27363 | 3305305574 | OG | A | 1/4/2015 | 21299 | NENE 16-149-102 | EMERALD OIL, INC | TALON 6-9-4H | CHARBONNEAU |
| 27361 | 3305305572 | OG | A | 12/29/2014 | 21241 | NENE 16-149-102 | EMERALD OIL, INC | TALON 7-9-4H | CHARBONNEAU |
| 31494 | 3305307047 | OG | LOC | 6/29/2015 | | NENW 18-149-102 | EMERALD OIL, INC | MAVERICK 3-18-19H | CHARBONNEAU |
| 31495 | 3305307048 | OG | LOC | 6/29/2015 | | NENW 18-149-102 | EMERALD OIL, INC | MAVERICK 2-18-19H | CHARBONNEAU |
| 31496 | 3305307049 | OG | LOC | 6/29/2015 | | LOT1 18-149-102 | EMERALD OIL, INC | MAVERICK 1-18-19H | CHARBONNEAU |
| 31503 | 3305307054 | OG | LOC | 6/29/2015 | | NWNE 18-149-102 | EMERALD OIL, INC | MAVERICK 7-18-19H | CHARBONNEAU |
| 31504 | 3305307055 | OG | LOC | 6/29/2015 | | NWNE 18-149-102 | EMERALD OIL, INC | MAVERICK 6-18-19H | CHARBONNEAU |
| 31505 | 3305307056 | OG | LOC | 6/29/2015 | | NWNE 18-149-102 | EMERALD OIL, INC | MAVERICK 5-18-19H | CHARBONNEAU |
| 31506 | 3305307057 | OG | LOC | 6/29/2015 | | NWNE 18-149-102 | EMERALD OIL, INC | MAVERICK 4-18-19H | CHARBONNEAU |

31

**EXHIBIT 4.2(b)**

| File No | API No | Well Type | Well Status | Status Date | DTD | Location | Operator | Well Name | Field |
|---|---|---|---|---|---|---|---|---|---|
| 25846 | 3305305077 | OG | IA | 11/22/2013 | 20774 | SESE 22-149-102 | EMERALD OIL, INC | CAPER 5-22-15H | BOXCAR BUTTE |
| 25845 | 3305305076 | OG | A | 11/29/2013 | 20735 | SESE 22-149-102 | EMERALD OIL, INC | CAPER 6-22-15H | BOXCAR BUTTE |
| 26218 | 3305305209 | OG | A | 4/7/2014 | 20779 | NWNW 25-149-102 | EMERALD OIL, INC | EXCALIBUR 2-25-36H | BOXCAR BUTTE |
| 25648 | 3305305002 | OG | A | 11/13/2013 | 20650 | NENW 25-149-102 | EMERALD OIL, INC | EXCALIBUR 3-25-36H | BOXCAR BUTTE |
| 25649 | 3305305003 | OG | IA | 11/20/2013 | 20721 | NENW 25-149-102 | EMERALD OIL, INC | EXCALIBUR 4-25-36H | BOXCAR BUTTE |
| 25650 | 3305305004 | OG | A | 10/2/2013 | 20059 | NENW 25-149-102 | EMERALD OIL, INC | EXCALIBUR 5-25-36H | BOXCAR BUTTE |
| 26219 | 3305305210 | OG | A | 4/11/2014 | 20750 | NWNW 25-149-102 | EMERALD OIL, INC | EXCALIBUR 1-25-36H | BOXCAR BUTTE |
| 28253 | 3305305876 | OG | A | 3/16/2015 | 20875 | NENE 25-149-102 | EMERALD OIL, INC | EXCALIBUR 7-25-36H | BOXCAR BUTTE |
| 28254 | 3305305877 | OG | A | 3/19/2015 | 20830 | NENE 25-149-102 | EMERALD OIL, INC | EXCALIBUR 6-25-36H | BOXCAR BUTTE |
| 31241 | 3305306951 | OG | LOC | 5/13/2016 | | NWNW 27-149-102 | EMERALD OIL, INC | HOT ROD 7-27-26H | BOXCAR BUTTE |
| 31240 | 3305306950 | OG | LOC | 5/13/2016 | | NWNW 27-149-102 | EMERALD OIL, INC | HOT ROD 6-27-26H | BOXCAR BUTTE |
| 25919 | 3305305108 | OG | LOC | 7/8/2015 | | SWNW 27-149-102 | EMERALD OIL, INC | HOT ROD 5-27-26H | BOXCAR BUTTE |
| 25920 | 3305305109 | OG | IA | 9/19/2013 | 20735 | NWSW 27-149-102 | EMERALD OIL, INC | HOT ROD 4-27-26H | BOXCAR BUTTE |
| 22834 | 3305304105 | OG | A | 9/13/2013 | 20824 | SWNW 27-149-102 | EMERALD OIL, INC | HOT ROD 1-27-26H | BOXCAR BUTTE |
| 15569 | 3305302586 | OG | AB | 6/12/2004 | 13634 | SWNW 31-149-102 | EMERALD OIL, INC | NYGAARD 1-31 | MOLINE |
| 27483 | 3305305614 | OG | LOC | 1/19/2016 | | SESW 32-149-102 | EMERALD OIL, INC | JOEL GOODSEN 4-32-29H | MOLINE |
| 27484 | 3305305615 | OG | LOC | 1/19/2016 | | SESW 32-149-102 | EMERALD OIL, INC | JOEL GOODSEN 3-32-29H | MOLINE |
| 28696 | 3305306037 | OG | A | 5/12/2015 | 20698 | SESE 32-149-102 | EMERALD OIL, INC | JOEL GOODSEN 7-32-29H | MOLINE |
| 28697 | 3305306038 | OG | A | 5/11/2015 | 20657 | SESE 32-149-102 | EMERALD OIL, INC | JOEL GOODSEN 6-32-29H | MOLINE |
| 28699 | 3305306040 | OG | A | 7/3/2015 | 20864 | SESE 32-149-102 | EMERALD OIL, INC | JOEL GOODSEN 5-32-29H | MOLINE |
| 27485 | 3305305616 | OG | LOC | 1/19/2016 | | SESW 32-149-102 | EMERALD OIL, INC | DUDLEY DAWSON FEDERAL 5-2-11H | SHEEP BUTTE |
| 27486 | 3305305617 | OG | LOC | 1/19/2016 | | SESW 32-149-102 | EMERALD OIL, INC | DUDLEY DAWSON FEDERAL 4-2-11H | SHEEP BUTTE |
| 28698 | 3305306039 | OG | A | 6/26/2015 | 20740 | SESE 32-149-102 | EMERALD OIL, INC | DUDLEY DAWSON 7-2-11H | SHEEP BUTTE |
| 28700 | 3305306041 | OG | A | 7/4/2015 | 20864 | SESE 32-149-102 | EMERALD OIL, INC | DUDLEY DAWSON 6-2-11H | SHEEP BUTTE |
| 26665 | 3305305361 | OG | A | 4/13/2014 | 20764 | SWSW 33-149-102 | EMERALD OIL, INC | TY WEBB 3-1-12H | SHEEP BUTTE |
| 26666 | 3305305362 | OG | LOC | 10/5/2015 | | SWSW 33-149-102 | EMERALD OIL, INC | TY WEBB 2-1-12H | SHEEP BUTTE |
| 26667 | 3305305363 | OG | IA | 3/16/2014 | 20042 | SWSW 33-149-102 | EMERALD OIL, INC | TY WEBB 1-1-12H | SHEEP BUTTE |
| 26668 | 3305305364 | OG | A | 5/23/2014 | 20507 | SWSW 33-149-102 | EMERALD OIL, INC | DEAN WORMER 2-33-28H | MOLINE |
| 26669 | 3305305365 | OG | IA | 4/8/2014 | 20655 | SWSW 33-149-102 | EMERALD OIL, INC | DEAN WORMER 1-33-28H | MOLINE |
| 21658 | 3305303817 | OG | AB | 4/14/2012 | 19569 | SWSE 12-149-104 | EMERALD OIL, INC | GRIZZLY 149-104-15-12-1-2H | MONDAK |

32

**EXHIBIT 4.2(b)**

### Well Status Definitions

| Code | Definition |
|---|---|
| A | Active |
| AB | Abandoned (Shut-In > 12 Months) |
| DRL | Drilling |
| DRY | Dry Hole |
| EXP | Expired Permit |
| IA | Inactive (Shut-In >= 3 and <= 12 Months) |
| IAW | Inactive Well Waiver |
| LOC | Permitted Location to Drill |
| NC | Not Completed (Drilled to TD, Awaiting Completion) |
| NCW | Not Completed Waiver |
| PA | Plugged and Abandoned |
| PNC | Permit Now Cancelled |
| PNS | Permit Now Suspended |
| TA | Temporarily Abandoned |
| TAI | Temp Abandoned, SoD (Intermediate Casing Set) |
| TAO | Temporarily Abandoned - Observation |
| TASC | Temp Abandoned, SoD (Surface Casing Set) |
| TATD | Temp Abandoned, Drilled to Total Depth |

34

## **<u>Disclosure Schedule 4.3 - No Conflict</u>**

None

X:\USERS\WALKERCA\DESKTOP\SCHEDULES TO APA.DOCX

## Disclosure Schedule 4.4 - Material Contracts

1.  Please see attached Exhibit 4.4.

2.  Letter dated March 1, 2016 from Slawson Exploration Company, Inc. to Emerald Oil, Inc. Re: Slawson / Triangle / Emerald, Project X, 10% Payments, Non-Slawson Operated Wells

# EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| MEMO OF OP AGMT & FINANCING STATEMENT | 147N-103W-SEC16&21 | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| MEMO OF OP AGMT & FINANCING STATEMENT | 147N-103W-SEC28&33 | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| MEMO OF OP AGMT & FINANCING STATEMENT | 147N-104W-SEC25&36 | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| COMMUNITIZATION AGMT | Arsenal 1-17-20H (NDM106975) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| LETTER AGMT | BC Energy LLC Fed Lease Acquisition | Until Terminated | Emerald WB LLC | BC Energy LLC |
| AGMT TO FARMOUT & LEASE MINERALS | BROG Leases & Fee Minerals | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| PARTICIPATION AGMT | Cinnamon Creek | Until Terminated | Emerald WB LLC | Conoco Inc. |
| FARMOUT OPTION AGMT | Cinnamon Creek 14-9 | Until Terminated | Emerald WB LLC | Nance Petroleum Corporation |
| JOA (JOINT OPERATING AGMT) | Cinnamon Creek 14-9 | Until Terminated | Emerald Oil, Inc. | Nance Petroleum Corporation |
| JOA (JOINT OPERATING AGMT) | Cinnamon Creek 14-9 | Until Terminated | Emerald Oil, Inc. | Nance Petroleum Corporation |
| JOA (JOINT OPERATING AGMT) | Cinnamon Creek 14-9HR | Until Terminated | Emerald Oil, Inc. | Nance Petroleum Corporation |
| JOA (JOINT OPERATING AGMT) | Cinnamon Creek 14-9HR | Until Terminated | Emerald Oil, Inc. | Nance Petroleum Corporation |
| FARMOUT OPTION AGMT | Cinnamon Creek Prospect | Until Terminated | Emerald WB LLC | Nance Petroleum Corporation |
| RESOLUTION AGMT | Cinnamon Creek State 12-8H | Until Terminated | Emerald WB LLC | Conoco Inc. |
| LEASE EXCHANGE AGMT | Continental Leases | Until Terminated | Emerald Oil, Inc. | Continental Resources |
| JOA (JOINT OPERATING AGMT) | Dagny Taggart 3-21-16H | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| COMMUNITIZATION AGMT | Dudley Dawson 7-2-11H | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| JOA (JOINT OPERATING AGMT) | E Grizzly Federal 3-25-13-3H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | E Grizzly Federal 3-25-36-15H (RATIFICATION) | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| COMMUNITIZATION AGMT | EAST GRIZZLY FEDERAL 3- 25-13-3H (NDM103474) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | EAST GRIZZLY FEDERAL 3- 25-36-15H (NDM103475) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| Gas Compression Services Agreement | Equipment rental and services | 1/25/17 | Emerald Oil, Inc. | J-W Power Company |
| POOLING AGMT VOLUNTARY | Eric Stratton Federal 5-36-25H | Until Terminated | Emerald Oil, Inc. | State of North Dakota |

36

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| COMMUNITIZATION AGMT | Eric Stratton Federal 5-36-25H | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| JOA (JOINT OPERATING AGMT) | Eric Stratton Federal 5-36-25H | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| LETTER AGMT | FARMOUT Agmt Amendment RE USA NDM-83326 (MCK1708) | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| ACREAGE ACQUISITION LETTER | Fed Lease #M-52730 (MCK2070) | Until Terminated | Emerald WB LLC | Pennzoil |
| COMMUNITIZATION AGMT | Federal 21-14HR | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| FARMOUT AGMT | Federal 21-14HR | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| FARMOUT AGMT | Federal 21-14HR | Until Terminated | Emerald WB LLC | Koch Exploration Company LLC |
| COMMUNITIZATION AGMT | Federal Rivet 6-7 | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Federal Rivet 6-7 (NDM79190) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| MEMO OF AGMT | Flat Top Butte (REC 315630) | Until Terminated | Emerald WB LLC | Meridian Oil Inc |
| MEMO OF AGMT | Flat Top Butte (REC 316041) | Until Terminated | Emerald WB LLC | Meridian Oil Inc |
| JOA (JOINT OPERATING AGMT) | Flat Top Butte Federal 23-19HR | Until Terminated | Emerald Oil, Inc. | Meridian Oil Inc |
| JOA (JOINT OPERATING AGMT) | Flat Top Butte Federal 23-19HR | Until Terminated | Emerald Oil, Inc. | Meridian Oil Inc |
| COMMUNITIZATION AGMT | Flat Top Butte Federal 23-19HR (NDM82199) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| JOA (JOINT OPERATING AGMT) | Flat Top Butte Federal 34-32H | Until Terminated | Emerald Oil, Inc. | Meridian Oil Inc |
| COMMUNITIZATION AGMT | Flat Top Butte Ferderal 23-19HR | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| First Amendment to Gas Purchase, Gathering & Processing Agreement (Belfield) | Gas Purchase Agreement | Through 06/01/2016 | Emerald Oil, Inc. | Whiting Oil & Gas Corporation |
| JOA (JOINT OPERATING AGMT) | Greg Marmalard 3-28-33H | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| COMMUNITIZATION AGMT | Griswold DSU McKenzie County ND / 148-102-17&20 (NDM108284) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| JOA (JOINT OPERATING AGMT) | Grizzly 1-27H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 13-6H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 13-6H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |

37

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| JOA (JOINT OPERATING AGMT) | Grizzly 13-6H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 13-6H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 13-6H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| COMMUNITIZATION AGMT | Grizzly 147-103-14-22-15-4H3 (NDM104701) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Grizzly 149-104-15-12-1-2H (NDM103909) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| JOA (JOINT OPERATING AGMT) | Grizzly 149-104-15-12-1-H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 4-11H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| FARMOUT AGMT | Grizzly Prospect | Until Terminated | Emerald WB LLC | Marathon |
| LEASE PURCHASE AGMT | Grizzly Prospect | Until Terminated | Emerald WB LLC | Pfanenstiel Co Inc |
| GAS PURCHASE AGMT | Grizzly Prospect | Until Terminated | Emerald WB LLC | URSA |
| WellAware Software and Hardware license and installation agreement | Hardware, Software and Installation Agreement | through 7/10/2016 | Emerald Oil, Inc. | WellAware Holdings, Inc. |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 1-4 | Until Terminated | Emerald Oil, Inc. | Sunbehm Gas Inc |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 1-4 | Until Terminated | Emerald Oil, Inc. | Sunbehm Gas Inc |

# EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 1-4 | Until Terminated | Emerald Oil, Inc. | Sunbehm Gas Inc |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 1-4 | Until Terminated | Emerald Oil, Inc. | Sunbehm Gas Inc |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-4 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-4 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-4 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-4 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-4 | Until Terminated | Emerald Oil, Inc. | Merit Energy |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-5 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-5 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-5 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-5 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| COMMUNITIZATION AGMT | Kit 11-15H-1522-147101-MB | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| PSA (PURCHASE & SALE AGMT) | Various ND & MT Leases and Wells | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| PSA (PURCHASE & SALE AGMT) | Kodiak Oil & Gas (USA) Inc Acquisition | Until Terminated | Emerald Oil, Inc. | Kodiak Oil & Gas (USA) Inc |

39

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| LETTER AGMT | Lease Purchase NDM93772 (MCK2287) | Until Terminated | Emerald WB LLC | Martin Energy LLC |
| JOINT USE AGMT | Leases Subject To The Liberty / Emerald PSA | Until Terminated | Emerald WB LLC | Sequel Energy |
| PSA (PURCHASE & SALE AGMT) | Liberty II | Until Terminated | Emerald WB LLC | Liberty Resources |
| LETTER AGMT | Low Rider Prospect | Until Terminated | Emerald WB LLC | XTO |
| Master Agreement | Master Agreement for Mud Logging & Geosteering Services | Evergreen | Emerald Oil, Inc. | Brara Geologic Consulting, LLC |
| Master Agreement | Master Agreement for Cased-hole E-line Logging & Perforating, Horizontal & Vertical Slickline/Braided Line Services | Evergreen | Emerald Oil, Inc. | FTS International Services, LLC |
| Master Agreement | Master Agreement for Casing Work, CRT | Evergreen | Emerald Oil, Inc. | DC Power Tong, LLC |
| Master Agreement | Master Agreement for Catch Tank Rentals | Evergreen | Emerald Oil, Inc. | Double D Rentals, Inc. |
| Master Agreement | Master Agreement for Coil Tubing/Fluids Pumping/Nitrogen Pumping Services | Evergreen | Emerald Oil, Inc. | Coil Tubing Solutions, LLC |
| Master Agreement | Master Agreement for Communications (Internet, Intercoms, Phones) | Evergreen | Emerald Oil, Inc. | Double D Oil Field Services, LLC |
| Master Agreement | Master Agreement for Construction & Pipeline Manager | Evergreen | Emerald Oil, Inc. | CB Field Services |
| Master Agreement | Master Agreement for Consulting & Management | Evergreen | Emerald Oil, Inc. | Chisum Field Services, LLC |
| Master Agreement | Master Agreement for Downhole Video Service | Evergreen | Emerald Oil, Inc. | Evo, Incorporated |
| Master Agreement | Master Agreement for Drill Pipe Range I & II Inspection | Evergreen | Emerald Oil, Inc. | G & D Services, Inc. |
| Master Agreement | Master Agreement for Drilling & Completion, Consulting, Technical Advice | Evergreen | Emerald Oil, Inc. | Decca Consulting, Inc. |
| Master Agreement | Master Agreement for Dumpster Rental, Waste Disposal & Porta-potty Rental | Evergreen | Emerald Oil, Inc. | Dakota Dumpster, LLC |

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Agreement for Electrical Construction/Services, Instrumentation & Controls | Evergreen | Emerald Oil, Inc. | Automation & Electronics, Inc. |
| Master Agreement | Master Agreement for Energy Services | Evergreen | Emerald Oil, Inc. | Chemtec Energy Services, LLC |
| Master Agreement | Master Agreement for Environmental Solution Services | Evergreen | Emerald Oil, Inc. | Badlands Power Fuels, LLC dba Nuverra Environmental Solutions |
| Master Agreement | Master Agreement for Field Rentals | Evergreen | Emerald Oil, Inc. | Hoss Rentals, Inc. |
| Master Agreement | Master Agreement for Frac Flowback, Completion/Plug & Perf | Evergreen | Emerald Oil, Inc. | FMC Technologies Completion Services, Inc. |
| Master Agreement | Master Agreement for Gas Compression suppler & Servicer | Evergreen | Emerald Oil, Inc. | Great Plains Gas Chompression Holdings, LLC |
| Master Agreement | Master Agreement for Hot Shot Services: Pick up & Deliver Materials to & from Vendors & Sites | Evergreen | Emerald Oil, Inc. | BNSF Logistics, LLC |
| Master Agreement | Master Agreement for In-Field Rig Moves & Long Haul Rig Moves, Rig Support, Hydraulic Excavators, Vac Truck, Pit Cleaning, Power Washing, Hot Shot/Roustabout Services | Evergreen | Emerald Oil, Inc. | Cruz Energy Services, LLC |
| Master Agreement | Master Agreement for Installation of Secondary Containment with Polyurea Liner, Roustabout | Evergreen | Emerald Oil, Inc. | Black Gold Contractor's, LLC |
| Master Agreement | Master Agreement for Logistics | Evergreen | Emerald Oil, Inc. | Black Gold Logistics Corporation |
| Master Agreement | Master Agreement for LTL Hotshot Transportation | Evergreen | Emerald Oil, Inc. | Anchors Oil Field Services, LLC |
| Master Agreement | Master Agreement for Oilfield Rental & Services | Evergreen | Emerald Oil, Inc. | Capture Energy Solutions |
| Master Agreement | Master Agreement for Paraffin & Salt Removal & Freshwater Hauling | Evergreen | Emerald Oil, Inc. | Bekk's Hot Oil Service, Inc. |
| Master Agreement | Master Agreement for Pipe Racking Services | Evergreen | Emerald Oil, Inc. | DC Racking, Inc. |

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Agreement for Pipeline Construction, Welding/Fabrication, Roustabout/Facilities, Dirt/Environment | Evergreen | Emerald Oil, Inc. | Core Services, Inc. |
| Master Agreement | Master Agreement for Providing Safety Equipment & MRO Products | Evergreen | Emerald Oil, Inc. | Hagemeyer North America, Inc. |
| Master Agreement | Master Agreement for Provision of Expandable Downhole Tubulars, Casing Patch | Evergreen | Emerald Oil, Inc. | Enventure Global Technology, Inc. |
| Master Agreement | Master Agreement for Regulatory Compliance Support, Spill Response & Remediation Support | Evergreen | Emerald Oil, Inc. | Earth Systems, Inc. |
| Master Agreement | Master Agreement for Rig Moving & Heavy Hauling | Evergreen | Emerald Oil, Inc. | Hall Trucking, Inc. |
| Master Agreement | Master Agreement for Saltwater Hauling | Evergreen | Emerald Oil, Inc. | BOH, Inc. |
| Master Agreement | Master Agreement for Swab Services, Hydro Testing, Flow Back | Evergreen | Emerald Oil, Inc. | Total Depth Well Services, Inc. |
| Master Agreement | Master Agreement for Transformer/Power Dist. Panels Rentals | Evergreen | Emerald Oil, Inc. | Badlands Power Supply, Inc. |
| Master Agreement | Master Agreement for Treater Buildings, Insulating, Secondary Containment | Evergreen | Emerald Oil, Inc. | Emprise Group, Inc. |
| Master Agreement | Master Agreement for Trucking, Well Service, Roustabout/Construction, Environmental | Evergreen | Emerald Oil, Inc. | Cache Trucking, LLC |
| Master Agreement | Master Agreement for Water, Sewer Service, Trucking, Rentals | Evergreen | Emerald Oil, Inc. | Hurley Enterprises, Inc. |
| Master Agreement | Master Agreement for Weed Control | Evergreen | Emerald Oil, Inc. | Bakken Multi Services LLC |
| Master Agreement | Master Agreement for Well Site Supervision | Evergreen | Emerald Oil, Inc. | Torres Oilfield Consulting, LLC |
| Master Agreement | Master Agreement for Wellsite Supervision/Consultant | Evergreen | Emerald Oil, Inc. | Blackstone Completions |

42

**EXHIBIT 4.4 - MATERIAL CONTRACTS**

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Agreement for Wireline Services | Evergreen | Emerald Oil, Inc. | High Plains, Inc. |
| Master Agreement | Master Agreement for Workover Rig Services | Evergreen | Emerald Oil, Inc. | Bayou Workover Services, LLC and Bayou Well Services, LLC |
| Master Agreement | Master Serve Agreement for Flare Gas Capture/Processing, Remote Site Power Generation | Evergreen | Emerald Oil, Inc. | TRF Energy Solutions, LLC |
| Master Agreement | Master Service Agreement for | Evergreen | EOX Marketing, LLC | Power Service, Inc. |
| Master Agreement | Master Service Agreement for | Evergreen | Emerald Oil, Inc. | Plum Coulee Enterprises, LLC |
| Master Agreement | Master Service Agreement for BOP Testing, Pump Truck Liner Hangers | Evergreen | Emerald Oil, Inc. | S & K Stack Testing, Inc. |
| Master Agreement | Master Service Agreement for Casing - Running Rack | Evergreen | Emerald Oil, Inc. | Noble Casing, Inc. |
| Master Agreement | Master Service Agreement for Casing Equipment | Evergreen | Emerald Oil, Inc. | Summit Energy Services, Inc. |
| Master Agreement | Master Service Agreement for Coiled Tubing, Nitrogen Pumping | Evergreen | Emerald Oil, Inc. | Legend Energy Services, LLC |
| Master Agreement | Master Service Agreement for Conductor/Rathole, Presetting Surface | Evergreen | Emerald Oil, Inc. | White Mountain Operating, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | JSavy Consulting, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | R Johnson Consulting, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | Valley Oaks Consulting, LLC |
| Master Agreement | Master Service Agreement for Consulting | Evergreen | Emerald Oil, Inc. | MLB Consulting, LLC |
| Master Agreement | Master Service Agreement for Contract Pumping | Evergreen | Emerald Oil, Inc. | Lowman Production, LLC |
| Master Agreement | Master Service Agreement for Contract Pumping | Evergreen | Emerald Oil, Inc. | Trotter Production Services, Inc. |
| Master Agreement | Master Service Agreement for Delivering of Oilfield Equipment | Evergreen | Emerald Oil, Inc. | Pruitt Tool & Supply, CO., Inc. |
| Master Agreement | Master Service Agreement for Delivering Poable Water & Removing Septic from Housing Locations | Evergreen | Emerald Oil, Inc. | Pronghorn Services |

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
| --- | --- | --- | --- | --- |
| Master Agreement | Master Service Agreement for Diesel Fuel & Propane Supplier | Evergreen | Emerald Oil, Inc. | Lund Oil, Inc. |
| Master Agreement | Master Service Agreement for Drilling & Completion Fluids Services & Products | Evergreen | Emerald Oil, Inc. | Anchor Drilling Fluids USA, Inc. |
| Master Agreement | Master Service Agreement for Drilling Fluids Service/Products/Engineering | Evergreen | Emerald Oil, Inc. | AES Drilling Fluids Holdings, LLC |
| Master Agreement | Master Service Agreement for Electrical Contractors | Evergreen | Emerald Oil, Inc. | Native Energy Solution, LLC |
| Master Agreement | Master Service Agreement for Evaluation, Drilling, Completion & Production Products & Services | Evergreen | Emerald Oil, Inc. | Weatherford Internatioanl, Inc. |
| Master Agreement | Master Service Agreement for Field Construction Services | Evergreen | Emerald Oil, Inc. | Triple L, Inc. |
| Master Agreement | Master Service Agreement for Field Management & Supervision | Evergreen | Emerald Oil, Inc. | Terry Floyd Services, LLC |
| Master Agreement | Master Service Agreement for Field Services | Evergreen | Emerald Oil, Inc. | Wide Open Field Services |
| Master Agreement | Master Service Agreement for Field Services | Evergreen | Emerald Oil, Inc. | Wright Field Services |
| Master Agreement | Master Service Agreement for Flatbed Services, Pipe Rack Rentals | Evergreen | Emerald Oil, Inc. | Kranks Landscaping & Dirtworks, LLC dba KLD |
| Master Agreement | Master Service Agreement for Fluid Measurement | Evergreen | Emerald Oil, Inc. | Volumetrics, Inc. |
| Master Agreement | Master Service Agreement for FR Clothing & Safety Supplies | Evergreen | Emerald Oil, Inc. | Wayne Enterprises, Inc. |
| Master Agreement | Master Service Agreement for Frac Flowback & Screenouts/Drill Outs, Treater Monitoring & Testing | Evergreen | Emerald Oil, Inc. | Ameritest |
| Master Agreement | Master Service Agreement for Frac Water Heating | Evergreen | Emerald Oil, Inc. | SIR Q, LLC |
| Master Agreement | Master Service Agreement for Gas Capture & Processing | Evergreen | Emerald Oil, Inc. | Pioneer Energy, Inc. |
| Master Agreement | Master Service Agreement for General Dirt Work | Evergreen | Emerald Oil, Inc. | W.L. Neu Construction, Inc. |

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Hauling Production, Flowback & fresh Water | Evergreen | Emerald Oil, Inc. | Three Bros Trucking, LLC |
| Master Agreement | Master Service Agreement for Heavy Haul Trucking, Transportation | Evergreen | Emerald Oil, Inc. | TForce Energy Services, Inc. |
| Master Agreement | Master Service Agreement for Hotshot & Water Transportation, Crane Services | Evergreen | Emerald Oil, Inc. | Triforce Custom Oilfield Services, LLC |
| Master Agreement | Master Service Agreement for Hotshot, Skid Shack Cleaning, Mud Lab Rentals | Evergreen | Emerald Oil, Inc. | Northern Lights Oilfield Service, LLC |
| Master Agreement | Master Service Agreement for Hydrocarbon Sampling & Testing | Evergreen | Emerald Oil, Inc. | Shamrock Gas Analysis, Inc. |
| Master Agreement | Master Service Agreement for hydrovac work | Evergreen | Emerald Oil, Inc. | Wise Services, Inc. |
| Master Agreement | Master Service Agreement for Import & Data Analysis - Wellview, SiteView | Evergreen | Emerald Oil, Inc. | Sherlyns Optimal Solutions - SOS |
| Master Agreement | Master Service Agreement for Material Supplier - Pipes, Valves & Fittings | Evergreen | Emerald Oil, Inc. | Mid-State Supply Company |
| Master Agreement | Master Service Agreement for Oil & Gas Well Servicing - Completion & Pressure Control | Evergreen | Emerald Oil, Inc. | M & M Well Service, LLC |
| Master Agreement | Master Service Agreement for Oil & Water Hauling, Wireline | Evergreen | Emerald Oil, Inc. | MBI Energy Services |
| Master Agreement | Master Service Agreement for Oilfield Equipment Rental & Service | Evergreen | Emerald Oil, Inc. | Hydrus Energy Solutions (USA), Inc. |
| Master Agreement | Master Service Agreement for Oilfield Rentals & Service (High Capacity Water Storage) | Evergreen | Emerald Oil, Inc. | Rhinokore Composites Solutions (USA), Inc. |
| Master Agreement | Master Service Agreement for Petrochemical Sales & Service | Evergreen | Emerald Oil, Inc. | Jacam Chemicals 2013, LLC |
| Master Agreement | Master Service Agreement for Pipelines, Roustabouts & Trucking | Evergreen | Emerald Oil, Inc. | Stellar Field Service, Inc. |
| Master Agreement | Master Service Agreement for Pressure Testing BOP's & Production Tubing | Evergreen | Emerald Oil, Inc. | Superior Pressure Testing, LLC |

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Pressure Testing, Tubular Running Service | Evergreen | Emerald Oil, Inc. | US Pressure Testing, Inc. |
| Master Agreement | Master Service Agreement for Production Supervision | Evergreen | Emerald Oil, Inc. | 4S FIELD SERVICES, LLC |
| Master Agreement | Master Service Agreement for Rental Equipment - Housing & Accessories | Evergreen | Emerald Oil, Inc. | Oil Patch Group., dba Oil Patch Rental Oil Patch Group, Inc. for Itself, It's Affiliated and Subsidiary Companies |
| Master Agreement | Master Service Agreement for Rental of Natural Gas Processing Equipment | Evergreen | Emerald Oil, Inc. | Torrent Energy Services, LLC |
| Master Agreement | Master Service Agreement for Roustabout, General Field Maintenance | Evergreen | Emerald Oil, Inc. | Standard Solutions, LLC |
| Master Agreement | Master Service Agreement for Running & Setting Frac Plugs | Evergreen | Emerald Oil, Inc. | Magnum Oil Tools International, Ltd |
| Master Agreement | Master Service Agreement for Service Work with Rigs | Evergreen | Emerald Oil, Inc. | Adler Hot Oil Service LLC |
| Master Agreement | Master Service Agreement for Snubbing Services | Evergreen | Emerald Oil, Inc. | Rogue Pressure Services |
| Master Agreement | Master Service Agreement for Soilids Control & Oilfield Rental Services | Evergreen | Emerald Oil, Inc. | US Oilfield Company, LLC |
| Master Agreement | Master Service Agreement for Steam Services, Screenout/Frac Assist | Evergreen | Emerald Oil, Inc. | Newkota Services & Rentals, LLC |
| Master Agreement | Master Service Agreement for Steel & Parts Sales, Welding and Fabrication, Roustabout Services | Evergreen | Emerald Oil, Inc. | Almquist Welding and Fab |
| Master Agreement | Master Service Agreement for Supplying Various Materials to Drilling Rigs for Solidification of Drill Cuttings & drill pad Solidification | Evergreen | Emerald Oil, Inc. | Oil Pad Solutions |
| Master Agreement | Master Service Agreement for Surveying, Drafting & Engineering Services | Evergreen | Emerald Oil, Inc. | UELS,LLC |
| Master Agreement | Master Service Agreement for Tank Strapping/Calibration | Evergreen | EOX Marketing, LLC | Precision Measurement, Inc. |
| Master Agreement | Master Service Agreement for Thermoplastic Liners | Evergreen | Emerald Oil, Inc. | Western Falcon, LLC |

**EXHIBIT 4.4 - MATERIAL CONTRACTS**

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Master Agreement | Master Service Agreement for Title, Leasing, Row, Abstacting, Curative, Surface Negotiations, Land, Owner Relations | Evergreen | Emerald Oil, Inc. | American Land Services |
| Master Agreement | Master Service Agreement for Trucking (Hot Shots, Winch Trucks, Semi's, Pipe & Rig Moves) | Evergreen | Emerald Oil, Inc. | Mike Palmer Petroleum Services dba Petroleum Services, Inc. |
| Master Agreement | Master Service Agreement for Tubular Running Services, Condustor & Mouse Hole | Evergreen | Emerald Oil, Inc. | Wyoming Casing Service |
| Master Agreement | Master Service Agreement for Water & Crude Oil Hauling | Evergreen | Emerald Oil, Inc. | ULM Corporation |
| Master Agreement | Master Service Agreemnt for Water & Crude Oil Hauling | Evergreen | EOX Marketing, LLC | ULM Corporation |
| Master Agreement | Master Service Agreement for Welding & Rental Equipment | Evergreen | Emerald Oil, Inc. | Randy's Welding, Inc. |
| Master Agreement | Master Service Agreement for Well Service | Evergreen | Emerald Oil, Inc. | Western Exploration & Road Construction |
| Master Agreement | Master Service Agreement for Well Site Consulting | Evergreen | Emerald Oil, Inc. | Frederick Lacey |
| Master Agreement | Master Service Agreement for Well Site Supervisor | Evergreen | Emerald Oil, Inc. | Sierra Hamilton, LLC |
| Master Agreement | Master Service Agreement for Wellhead, Frac, Tubing & Rental Services | Evergreen | Emerald Oil, Inc. | Irongate Energy Services, LLC & All Affiliates |
| Master Agreement | Master Service Agreement for Work Overs, Completions, Rig Supervision | Evergreen | Emerald Oil, Inc. | Petroleum Experience, Inc. |
| Master Agreement | Master Service Agreemnt for Rental of Downhole Tools & Selling of Float Equipment | Evergreen | Emerald Oil, Inc. | Stickman Inc. |
| PSA (PURCHASE & SALE AGMT) | McKenzie County | Until Terminated | Emerald WB LLC | Slawson Exploration |
| MEMO OF DEDICATION - CORRECTION | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Until Terminated | Emerald Oil, Inc. | Dakota Fluid Solutions LLC |
| MEMO OF DEDICATION - CORRECTION | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Until Terminated | Emerald Oil, Inc. | Dakota Midstream LLC |

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| MEMO OF DEDICATION - CORRECTION | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Until Terminated | Emerald Oil, Inc. | Dakota Energy Connection, LLC |
| PSA (PURCHASE & SALE AGMT) | Mckenzie County ND | Until Terminated | Emerald WB LLC | Merit Energy |
| UNIT AGREEMENT | Mondak (with Approval Letter 1.21.15) | Until Terminated | Emerald Oil, Inc. | Bureau of Land Management |
| PSA (PURCHASE & SALE AGMT) | Various ND & MT Leases and Wells | Until Terminated | Emerald Oil, Inc. | Bakken HBT LP |
| PSA (PURCHASE & SALE AGMT) | Nearburg Acquisition | Until Terminated | Emerald WB LLC | Nearburg Producing Company |
| POOLING AGMT | Nelson Pierre Creek 31-26H | Until Terminated | Emerald WB LLC | State of North Dakota |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| PSA (PURCHASE & SALE AGMT) | North Nesson Prospect | Until Terminated | Emerald WB LLC | XTO |
| JOA (JOINT OPERATING AGMT) | Nygaard 1-31 | Until Terminated | Emerald Oil, Inc. | Nearburg Producing Company |
| PSA (PURCHASE & SALE AGMT) | Nygaard 1-31 | Until Terminated | Emerald WB LLC | A B Production Company |
| PSA (PURCHASE & SALE AGMT) | Nygaard 1-31 | Until Terminated | Emerald WB LLC | St Croix Exploration Co |
| LETTER AGMT | Nygaard 1-31 | Until Terminated | Emerald WB LLC | Nearburg Producing Company |
| FARMOUT AGMT & REV JOA | Nygaard 1-31 | Until Terminated | Emerald Oil, Inc. | Nearburg Producing Company |
| PURCHASE AGMT | Nygaard 1-31 | Until Terminated | Emerald WB LLC | McKenzie Electric |
| FARMOUT AGMT | Nygaard 1-31 & Condor Federal 1-36-25H | Until Terminated | Emerald WB LLC | Nance Petroleum Corporation |
| EXPLORATION AGMT | Nygaard 1-31 & Condor Federal 1-36-25H REV | Until Terminated | Emerald WB LLC | St Croix Exploration Co |

48

## EXHIBIT 4.4 - MATERIAL CONTRACTS

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| COMMUNITIZATION AGMT | Nygaard 1-31 (NDM-93644) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COST SHARING AGMT | Project Development Area 4 | Until Terminated | Emerald Oil, Inc. | McKenzie Electric Cooperative Inc |
| LETTER AGMT | Ray Prospect | Until Terminated | Emerald Oil, Inc. | Irish Oil & Gas |
| RESOLUTION AGMT | Red River Test Well | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| LETTER AGMT | Slugger 1-16-21H | Until Terminated | Emerald WB LLC | Continental Resources |
| POOLING AGMT VOLUNTARY | Slugger 1-16-21H | Until Terminated | Emerald Oil, Inc. | State of North Dakota |
| PSA (PURCHASE & SALE AGMT) | Williston Basin Sale | Until Terminated | Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP |
| Transportation Services Agreement | Transportation by pipe of Crude Petroleum | Primary Term through October 17, 2023 | Emerald Oil, Inc. | USG Wheatland Pipeline, LLC |
| Amended and Restated Water Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Fluid Solutions, LLC |
| Amended and Restated Water Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Fluid Solutions, LLC |
| Amended and Restated Gas Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Midstream, LLC |
| Amended and Restated Gas Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Midstream, LLC |

49

**EXHIBIT 4.4 - MATERIAL CONTRACTS**

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| Amended and Restated Disposal Well Services Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through July 1, 2024 | Emerald Oil, Inc. | Dakota Fluid Solutions, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Midstream, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Energy Connection, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Midstream, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Energy Connection, LLC |

51

## **<u>Disclosure Schedule 4.5 - Permits</u>**

None

## **Disclosure Schedule 4.6 - Wells; Plug and Abandon Notice**

1. Federal 12-15, 33-053-02525

2. N.D. State 4 (4-16), 33-053-02366

3. Letter from United States Department of the Interior Bureau of Land Management, dated May 10, 2016 (SDR No. 922-16-03) and matters described therein

**<u>Disclosure Schedule 4.7 - Imbalances</u>**

None

**<u>Disclosure Schedule 4.8 - AFEs</u>**

1.  WOC151206 - Caper 1 - $176,714.00 gross - *mandatory* to return well to production

2.  WOC151002 - Talon 5 - $169,187.00 gross - *elective* cost, not required as well is producing

3.  WOC151001 - Slugger 5 - $216,000.00 gross - *elective* cost, not required as well is producing

4.  WOEXXXX (AFE # TBD) - Caper 5 - $115,926.00 gross - *mandatory* to return well to production

5.  The following is a list of temporary abandonments to happen post-bankruptcy:

| WELL_LABEL | Well Status | Well Type | Gross Estimated Cost | Last Hydrocarbon Production |
|---|---|---|---|---|
| CINNAMON CREEK 14-9HR | SI | HZ | $50,000 | 11/15/2014 |
| FLAT TOP BUTTE 31-29HR | SI | HZ | $50,000 | 8/14/2014 |
| FLAT TOP BUTTE 41-21H | SI | HZ | $50,000 | 7/31/2014 |
| KODIAK GRIZZLY 13-6H | SI | HZ | $50,000 | 11/25/2014 |
| GRIZZLY 149-104-15-12-1-2H | SI | HZ | $50,000 | 2/1/2014 |
| HAUGEN 2 (2-9) | SI | V | $50,000 | 6/28/2014 |
| HAUGEN 3-9 | SI | V | $50,000 | 9/25/2014 |
| HAUGEN COATES 1 (1-4) | SI | V | $50,000 | 8/1/2014 |
| HAUGEN COATES 2-4 | SI | V | $50,000 | 12/13/2014 |
| J.W. LAW 1 | SI | V | $50,000 | 9/18/2014 |
| J.W. LAW 2 | SI | V | $50,000 | 10/9/2014 |
| KODIAK FEDERAL 4-11H | SI | HZ | $50,000 | 2/15/2015 |
| ND STATE 6-16 | SI | V | $50,000 | 2/6/2015 |
| NYGAARD 1-31 | SI | V | $50,000 | 5/1/2014 |
| STATE 43-36HR | SI | HZ | $50,000 | 12/4/2014 |
| | | | **$750,000** | |

**<u>Disclosure Schedule 4.9 - Non-Consent Operations</u>**

None

**<u>Disclosure Schedule 4.10 - Hedging</u>**

None

**<u>Disclosure Schedule 4.11 - Preferential Purchase Rights</u>**

1. Agreement to Farmout and Lease Minerals by and between Burlington Resources Oil & Gas Company LP and Emerald Oil, Inc., dated September 18, 2013

## Disclosure Schedule 4.12 - Suspense Funds

| Owner | Owner Name | Net Amount |
|---|---|---|
| 2251 | SKEDSVOLD FAMILY TRUST | 142,254.76 |
| 2303 | ALICE L. WILSON | 69,335.27 |
| 1084 | SUNBEHM GAS INC | 61,409.00 |
| 3340 | MCKENZIE COUNTY HEALTHCARE SYSTEMS INC | 48,212.02 |
| 3449 | INEXCO OIL CO | 27,972.72 |
| 2622 | EMANUEL P. & DOROTHY W. LAMOTTA | 27,790.93 |
| 3547 | PALMER NELSON | 22,488.87 |
| 1274 | ENERGY ONE LLC | 21,830.13 |
| 1543 | DALE WILLISTON MINERALS 2011, LP | 21,529.93 |
| 3584 | ANDY JENNINGS DAUGHETEE | 19,750.26 |
| 3918 | ADVANCED RESOURCES LLC | 18,765.02 |
| 2341 | HAZEL DAVIS MYERS ESTATE | 17,750.18 |
| 2613 | ROY KEATING RESIDUARY TRUST | 15,439.56 |
| 2582 | CLARK A. SHATTUCK | 13,895.36 |
| 2606 | GEORGE R. & MARY RATHBUN, JT | 13,895.36 |
| 2589 | H. H. FISHER | 13,895.36 |
| 2591 | ROSE W. TOTINO | 13,895.36 |
| 2577 | W. H. FOBES, JR. | 13,895.36 |
| 2623 | WILLIAM & BERNICE RATHBUN, JT, ESTATE | 13,895.36 |
| 2379 | MELTON DAVIS AND SALLY ANN DAVIS | 13,867.06 |
| 2346 | JANET THOMPSON ESTATE | 11,824.51 |
| 3889 | EUGENIA M EINHART ESTATE | 11,715.36 |
| 2364 | LEWIS PAINTER | 11,555.74 |
| 2585 | BRUCE ODLAUG | 10,807.73 |
| 2593 | OLWIN RIVELAND | 10,807.73 |
| 2584 | RICHARD E ARETZ ESTATE | 10,807.73 |
| 3543 | MARTHA J LEE | 10,756.64 |
| 3431 | ROCKWELL RESOURCES LLC | 10,125.14 |
| 2592 | JOSEPH E. DILLON | 10,035.42 |
| 1326 | THOMAS FITZMAURICE | 9,826.48 |
| 2045 | STOKES FAMILY TRUST | 9,351.68 |
| 2614 | STANLEY & MARILYN WITTEMAN, JT | 9,263.74 |
| 3750 | GEORGE AND BETH BROOME | 9,153.68 |
| 1902 | HS MONTGOMERY | 7,890.38 |
| 2147 | PATRICIA J HIGGINS | 7,872.26 |
| 2148 | LEAH ANN HOWARD | 7,872.17 |
| 2777 | VIOLETTE HERMAN | 7,508.65 |

58

| Owner | Owner Name | Net Amount |
|---|---|---|
| 2769 | THOMAS HAROLD II AND PATRICIA SATHER | 7,091.47 |
| 2611 | E. J. HALTER | 6,947.65 |
| 2609 | GENE E. STOKES | 6,947.65 |
| 2610 | LEWIS J ROBERTS ESTATE | 6,947.65 |
| 2621 | LLOYD J STIGSELL ESTATE | 6,947.65 |
| 2586 | RALPH H. HOWE | 6,947.65 |
| 2612 | THOMAS WRIGHT MCGRAW | 6,947.65 |
| 2580 | VERNON L. KAMPA | 6,947.65 |
| 3756 | JEWELL ORCUTT, AS LIFE TENANT | 6,102.31 |
| 3761 | MARSHALL CATOR | 6,102.31 |
| 3426 | MORRIS CROSS | 5,336.72 |
| 3566 | TILLMAN NELSON | 4,744.35 |
| 1618 | RUTH FRIEDENBACH | 4,437.53 |
| 4093 | A H SEEBOLD TRUST DATED 2/20/1980 | 4,386.75 |
| 2381 | MONA PAINTER | 4,333.25 |
| 1873 | DENNIS W YOCKIM | 4,302.64 |
| 3409 | AUSTA BROSTUEN | 4,269.42 |
| 3413 | DORIS IVERSON | 4,269.42 |
| 3415 | DOROTHY WILKINSON | 4,269.42 |
| 3407 | ESTATE OF ANNA BROSTUEN | 4,269.42 |
| 3408 | ESTATE OF ARDICE BROSTUEN SKINDRUD | 4,269.42 |
| 3421 | ESTATE OF IVAR BROSTUEN | 4,269.42 |
| 3428 | SHIRLEY TOWNS | 4,269.42 |
| 2043 | STEVEN A MONTGOMERY | 4,226.38 |
| 3548 | PAMELA LEAL | 4,207.80 |
| 3534 | KJELLFRID SIMONSEN | 3,828.03 |
| 3554 | REIDUN K OMESTAD | 3,827.93 |
| 1624 | GEORGE STEELE | 3,466.95 |
| 4005 | A.V.M. INC | 3,438.64 |
| 3667 | ROGER N BORCHERT ESTATE | 3,438.62 |
| 3695 | HAMILL ENERGY COMPANY | 3,422.54 |
| 3575 | WOLD OIL PROPERTIES INC | 3,350.15 |
| 3906 | SUSAN MESSMER | 3,347.20 |
| 2587 | THOMAS D CONNAKER ESTATE | 3,087.87 |
| 4092 | FREDERICK W MCCOY JR REVOCABLE TRUST | 3,070.74 |
| 3766 | PAUL AND OLIVETTE HARRAL | 3,051.29 |
| 1888 | FRANK MONTGOMERY | 2,932.29 |
| 2696 | HAZEL G BENTON | 2,900.92 |
| 3670 | ROBERT POST JOHNSON | 2,855.23 |
| 3696 | BRUCE W BLAKE | 2,607.31 |
| 3698 | KENNETH L BERRY, JR | 2,607.31 |
| 3709 | BENNIE G KRAHN ESTATE | 2,338.65 |

| Owner | Owner Name | Net Amount |
|-------|------------|-----------:|
| 2322 | CHARLOTTE A. HEALY | 2,311.21 |
| 2347 | JOHN C. MALTON | 2,311.21 |
| 3507 | BRENDA A GLENN | 2,304.95 |
| 2405 | WARREN NELSON ESTATE | 2,298.83 |
| 1620 | GLADYS QUINN | 2,218.88 |
| 1619 | GEORGE E QUINN ESTATE | 2,218.75 |
| 3739 | CHEYENNE ROYALTIES LLC | 2,152.82 |
| 2011 | RACHEL CRUSCH | 2,089.12 |
| 1967 | MANHATTAN OIL INC | 2,038.00 |
| 3737 | BETTY E BROWN | 2,034.13 |
| 3746 | EVELYN ANN GORDON TRUST | 2,034.13 |
| 3701 | ESTANCIA PETROLEUM CORPORATION | 1,942.64 |
| 3700 | NAVIGATOR OIL & MINERALS | 1,942.64 |
| 3314 | ARIC H GERMAN | 1,926.16 |
| 3553 | RANDI LUNDEN | 1,868.60 |
| 2728 | MARION W SMITH | 1,838.52 |
| 2778 | WALTER H WYETH | 1,838.52 |
| 1947 | JULIA FRANCES WATTERS | 1,810.98 |
| 1851 | CAROLYN JANICE THURMOND | 1,810.97 |
| 2289 | ROBERT M. CROSS | 1,767.99 |
| 2001 | PERRY GREGORY PYE | 1,605.40 |
| 3752 | GRACE KELSEY | 1,525.69 |
| 3767 | SR ROYALTY LLC | 1,506.90 |
| 2342 | INGA O. GESSNER | 1,479.15 |
| 2680 | DONALD G BRUNNER | 1,470.81 |
| 2725 | LYNN SANDBORN BREWER | 1,470.81 |
| 2782 | ZETA B JORDE | 1,470.81 |
| 1628 | TOBIAS HAGENMEYER | 1,386.72 |
| 3683 | LISE GHERE | 1,315.66 |
| 2345 | JANE LONG ESTATE | 1,260.76 |
| 3769 | THELMA LU AND HUGO WHITE | 1,218.46 |
| 2327 | DELOREZ JOHNSON ESTATE | 1,155.69 |
| 1634 | A JAY SEILER | 1,155.68 |
| 3747 | EVELYN AND BILL WEST | 1,017.16 |
| 2671 | DAISY G BROWN | 980.57 |
| 2679 | DONALD F MOSES | 980.57 |
| 2699 | HERBERT W MOSES | 980.57 |
| 2702 | IRENE G FOSDICK | 980.57 |
| 2732 | MARY M MINDT | 980.57 |
| 3952 | DERALD ELL | 922.67 |
| 2668 | CHARLOISE H ALLEN | 919.25 |
| 2683 | EDWARD T HEALD | 919.25 |

60

| Owner | Owner Name | Net Amount |
|---|---|---|
| 2697 | HELEN HEALD STABLES | 919.25 |
| 2729 | MARK A HEALD | 919.25 |
| 2731 | MARY H HEINDEL | 919.25 |
| 2743 | PENELOPE W TUNTON | 919.25 |
| 2745 | PRESCOTT HEALD | 919.25 |
| 2757 | ROBERT P HEALD | 919.25 |
| 2780 | WILLIAMS G WHITE | 919.25 |
| 2706 | JAY THOMAS LEWIS | 806.66 |
| 3744 | P L SWAN ESTATE | 762.93 |
| 3745 | THURBERT J SWAN ESTATE | 762.93 |
| 2684 | ELISE PURCELL JOHNSON | 735.38 |
| 2756 | ROBERT F PURCELL | 735.38 |
| 4094 | DUKE ROYALTY LLC | 633.86 |
| 3537 | LIV KARIN KASENE | 633.44 |
| 2654 | ALICE BRINKER TEEMAN | 612.81 |
| 2724 | LORNA MARGARET BRINKER | 612.81 |
| 1826 | ALLEN W HAMILL JR ESTATE | 593.59 |
| 3201 | GLORIA C. JOHNS | 542.89 |
| 3544 | MICHAEL A SMITH | 510.68 |
| 2730 | MARY G FULLER | 490.25 |
| 2762 | RUSSELL H GRESS JR | 490.25 |
| 3508 | BRIAN D BATES | 470.32 |
| 3959 | JOANNE STICKLER | 462.24 |
| 2667 | CHARLES D HEALD | 459.66 |
| 2682 | EDWARD A HEALD | 459.66 |
| 3877 | ANN MEYER ESTATE | 446.52 |
| 3714 | JERRY WOLLEN | 438.63 |
| 3765 | PAUL D HESS | 322.92 |
| 3768 | T L AND BETTY BEZZERIDES, JT | 322.92 |
| 4155 | LYNETT HARDY | 307.46 |
| 2361 | LARRY E JOHNSON ESTATE | 289.17 |
| 3684 | GERALD ALTON MALLOW | 288.90 |
| 3686 | SUSAN KAY VINSON MURPHY | 288.90 |
| 3685 | STEVEN M VINSON | 288.81 |
| 3995 | GARTH MILVAIN ESTATE | 275.93 |
| 4080 | DENISE C CINTAS | 268.71 |
| 3527 | JOHN T SANGSTON | 252.43 |
| 4165 | JOANN PEREZ | 250.72 |
| 4163 | MICHAEL MONSON | 250.72 |
| 3569 | VICKIE VANISKO | 208.19 |
| 3687 | ELIZABETH K DURHAM | 192.59 |
| 3688 | GREGORY V DURHAM | 192.59 |

| Owner | Owner Name | Net Amount |
|-------|-----------|-----------:|
| 3689 | MARK ALLAN DURHAM | 192.59 |
| 3738 | C ELAINE BROWN | 190.97 |
| 4169 | WILLIAM GIFFORD | 188.17 |
| 2746 | RAYETTA J BELL | 156.63 |
| 4156 | MARIANNE C NELSON | 153.73 |
| 1985 | MICHAEL G MILLER | 145.45 |
| 4278 | DAN AND KELLY GRADY FAMILY TRUST | 126.75 |
| 4268 | STEPHEN C. GRADY | 126.75 |
| 4270 | THOMAS J. GRADY | 126.75 |
| 4019 | SCHAFENERGY LLC | 111.87 |
| 3165 | SIDNEY W BRINKER | 107.01 |
| 4168 | JANET MONSON MUNIER | 102.50 |
| 4164 | MITCHELL MONSON | 102.50 |
| 4166 | PAUL MONSON | 102.50 |
| 4161 | ROCKY MONSON | 102.50 |
| 4160 | SHARON HAUGLAND | 102.50 |
| 4158 | SUZANNE BROWN | 102.50 |
| 4167 | AARON MONSON | 102.49 |
| 4162 | NITA MARLENE SKEDSVOLD | 102.49 |
| 3691 | CARLY BROOK MALLOW | 96.45 |
| 3692 | NEAL WILLIAM MALLOW | 96.39 |
| 3693 | PATSY MALLOW TESTAMENTARY TRUST | 96.39 |
| 1853 | CHARLES MCMURREY SR | 85.83 |
| 4146 | DENNIS MEYER | 84.45 |
| 4170 | CONSTANCE ERICKSON | 76.87 |
| 4171 | ROBERT GIFFORD | 76.87 |
| 4172 | RODNEY GIFFORD | 76.87 |
| 3970 | SLOGO OIL CO | 73.83 |
| 3598 | DIANA L SIMMONS | 46.88 |
| 3599 | THOMAS PAUL SANGSTON | 46.88 |
| 4150 | MIHAELA MEYER | 42.23 |
| 2687 | CLIFF A GRESS TRUST | 40.81 |
| 1912 | JAMES DIXON | 38.25 |
| 2023 | RODERICK CURRIE | 38.25 |
| 2077 | WILLIAM F RATHBUN | 38.25 |
| 4175 | DIANE HAYDEN | 34.17 |
| 4183 | PATRICIA SCHMIDT | 34.17 |
| 4176 | COLLEEN GEBHARD | 34.16 |
| 4173 | JASON A MONSON | 34.16 |
| 4182 | JOSEPH G MONSON | 34.16 |
| 4181 | KATHLEEN FAIN | 34.16 |
| 4177 | MAUREEN TORBORG | 34.16 |

63

| Owner | Owner Name | Net Amount |
|-------|-----------|-----------:|
| 4178 | RITA RICHTER | 34.16 |
| 3996 | SHEILA LAVELLE ESTATE | 30.40 |
| 3501 | ALLEN R SANGSTON | 30.10 |
| 4152 | KATHLEEN MEYHOFF | 21.15 |
| 4151 | KELLY MEYER | 21.14 |
| 1887 | FRANK D BARTA | 20.58 |
| 3997 | TERRY BRAGG ESTATE | 7.60 |
| 1978 | MARY JEAN HOGLUND | 7.55 |
| 1986 | MICHAEL PAUL AREND | 7.55 |
| 2053 | TERESA AREND PROVO | 7.55 |
| 3573 | SLOVER INTERESTS LP | 7.26 |
| 1893 | GEORGE OR IRENE ROMAN | 1.35 |
| 1192 | UNKNOWN OWNER | -747.09 |

## <u>Disclosure Schedule 4.13 - Intellectual Property</u>

None

## **Disclosure Schedule 4.14 - Taxes**

None

## Disclosure Schedule 4.15 - Legal Proceedings

1.  Please refer to item 3 on Disclosure Schedule 4.6.

2.  Notice of Removal, EEE Minerals, LLC et al., Plaintiffs v. Emerald Oil, Inc. et al., Defendants. United States District Court, District of North Dakota, Western Division, filed on May 13, 2016.

**<u>Disclosure Schedule 4.16 - Labor Matters</u>**

None

## Disclosure Schedule 4.17 - No Take-or-Pay Obligations

| | | | | |
|---|---|---|---|---|
| Amended and Restated Water Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Fluid Solutions, LLC |
| Amended and Restated Water Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Fluid Solutions, LLC |
| Amended and Restated Gas Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Midstream, LLC |
| Amended and Restated Gas Dedication and Gathering Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Midstream, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Midstream, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. | Dakota Energy Connection, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Midstream, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County - 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald WB LLC | Dakota Energy Connection, LLC |

68

## Disclosure Schedule 4.18 - Payments

1.  Koch Exploration currently owes the Company approximately $33,800.00 related to transportation and marketing.

## Disclosure Schedule 4.19 - Environmental Matters

1. Written notice from NDIC (April 15, 2016) to reclaim P&A'd North Dakota State 3 surface location and access road, $100,000 estimated spend

2. Written notice from NDIC (April 15, 2016) to reclaim P&A'd North Dakota State 6-16 surface location, $100,000 estimated spend

3. Administrative Consent Agreement before the North Dakota State Department of Health (Case No. 15-001 APC)

## <u>Disclosure Schedule 4.20 - Title Matters</u>

1. Please refer to item 3 on Disclosure Schedule 4.06.

## **Disclosure Schedule 4.21 - Cure Amounts**

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Koch Exploration Company LLC | MEMO OF OP AGMT & FINANCING STATEMENT 147N-103W-SEC16&21 | $ 0 |
| Emerald Oil, Inc. | Koch Exploration Company LLC | MEMO OF OP AGMT & FINANCING STATEMENT 147N-103W-SEC28&33 | $0 |
| Emerald Oil, Inc. | Koch Exploration Company LLC | MEMO OF OP AGMT & FINANCING STATEMENT 147N-104W-SEC25&36 | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Arsenal 1-17-20H (NDM106975) | $0 |
| Emerald WB LLC | BC Energy LLC | LETTER AGMT BC Energy LLC Fed Lease Acquisition | $0 |
| Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP | AGMT TO FARMOUT & LEASE MINERALS BROG Leases & Fee Minerals | $0 |
| Emerald WB LLC | Conoco Inc. | PARTICIPATION AGMT Cinnamon Creek | $0 |
| Emerald WB LLC | Nance Petroleum Corporation | FARMOUT OPTION AGMT Cinnamon Creek 14-9 | $0 |
| Emerald Oil, Inc. | Marks Oil Inc, Royalty Acquisitions LLP | JOA (JOINT OPERATING AGMT) Cinnamon Creek 14-9HR | $0 |
| Emerald WB LLC | Nance Petroleum Corporation | FARMOUT OPTION AGMT Cinnamon Creek Prospect | $0 |
| Emerald WB LLC | Conoco Inc. | RESOLUTION AGMT Cinnamon Creek State 12-8H | $0 |
| Emerald Oil, Inc. | Continental Resources | LEASE EXCHANGE AGMT Continental Leases | $0 |
| Emerald Oil, Inc. | Koch Exploration Company LLC | JOA (JOINT OPERATING AGMT) Dagny Taggart 3-21-16H | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Dudley Dawson 7-2-11H | $0 |
| Emerald Oil, Inc. | Triangle Petroleum Corporation | JOA (JOINT OPERATING AGMT) E Grizzly Federal 3-25-13-3H | $0 |
| Emerald Oil, Inc. | Triangle Petroleum Corporation | JOA (JOINT OPERATING AGMT) E Grizzly Federal 3-25-36-15H (RATIFICATION) | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT EAST GRIZZLY FEDERAL 3-25-13-3H (NDM103474) | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT EAST GRIZZLY FEDERAL 3-25-36-15H (NDM103475) | $0 |
| Emerald Oil, Inc. | J-W Power Company | Gas Compression Services Agreement Equipment rental and services | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | State of North Dakota | POOLING AGMT VOLUNTARY Eric Stratton Federal 5-36-25H | $0 |
| Emerald Oil, Inc. | Officers of the Company | July 16, 2016 Severance Agreement with each officer of the Company. | N/A |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Eric Stratton Federal 5-36-25H | $0 |
| Emerald Oil, Inc. | Koch Exploration Company LLC | JOA (JOINT OPERATING AGMT) Eric Stratton Federal 5-36-25H | $0 |
| Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP | LETTER AGMT FARMOUT Agmt Amendment RE USA NDM-83326 (MCK1708) | $0 |
| Emerald WB LLC | Pennzoil | ACREAGE ACQUISITION LETTER Fed Lease #M-52730 (MCK2070) | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Federal 21-14HR | $0 |
| Emerald WB LLC | Koch Exploration Company LLC | FARMOUT AGMT Federal 21-14HR | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Federal Rivet 6-7 | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Federal Rivet 6-7 (NDM79190) | $0 |
| | | | |
| Emerald Oil, Inc. | Karen Sue Anderson, Kenneth D Anderson, Magic Oil & Gas ltd, Marshall & Winston | JOA (JOINT OPERATING AGMT) Flat Top Butte Federal 23-19HR | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Flat Top Butte Federal 23-19HR (NDM82199) | $0 |
| Emerald Oil, Inc. | Continental Resources Inc | JOA (JOINT OPERATING AGMT) Flat Top Butte Federal 34-32H | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Flat Top Butte Ferderal 23-19HR | $0 |
| Emerald Oil, Inc. | Whiting Oil & Gas Corporation | First Amendment to Gas Purchase, Gathering & Processing Agreement (Belfield) Gas Purchase Agreement | $0 |
| Emerald Oil, Inc. | Koch Exploration Company LLC | JOA (JOINT OPERATING AGMT) Greg Marmalard 3-28-33H | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Griswold DSU McKenzie County ND / 148-102-17&20 (NDM108284) | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Triangle Petroleum Corporation, Helm Energy LLC, Gasconade Oil Inc., Riggs Oil & Gas Corp | JOA (JOINT OPERATING AGMT) Grizzly 1-27H | $0 |
| Emerald Oil, Inc. | Helm Energy Company, Triangle Petroleum Corporation | JOA (JOINT OPERATING AGMT) Grizzly 13-6H | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Grizzly 147-103-14-22-15-4H3 (NDM104701) | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Grizzly 149-104-15-12-1-2H (NDM103909) | $0 |
| Emerald Oil, Inc. | Marathon Oil Company | JOA (JOINT OPERATING AGMT) Grizzly 149-104-15-12-1-2H | $0 |
| Emerald Oil, Inc. | Triangle Petroleum Corporation, Helm Energy LLC, Gasconade Oil Inc., Riggs Oil & Gas Corp | JOA (JOINT OPERATING AGMT) Kodiak Federal 4-11H | $0 |
| Emerald WB LLC | Marathon | FARMOUT AGMT Grizzly Prospect | $0 |
| Emerald WB LLC | Pfanenstiel Co Inc | LEASE PURCHASE AGMT Grizzly Prospect | $0 |
| Emerald WB LLC | URSA | GAS PURCHASE AGMT Grizzly Prospect | $0 |
| Emerald Oil, Inc. | WellAware Holdings, Inc. | WellAware Software and Hardware license and installation agreement Hardware, Software and Installation Agreement | $16,636 |
| Emerald Oil, Inc. | TC Craighead & Company, Prima Exploration Inc, Petro-Hunt LLC, Energen Resources Corp, Penroc Oil Corporation, Enduro Operating, Rock Eagle Ranch Corporation, Energy Resource Group One Inc, Wolf Energy Company | JOA (JOINT OPERATING AGMT) Haugen 3-9 | $0 |
| Emerald Oil, Inc. | TC Craighead & Company, Penroc Oil Corporation, Mitchell Palmer, Manhatten Oil Inc. | JOA (JOINT OPERATING AGMT) Haugen-Coates 1-4 | $0 |

74

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | TC Craighead & Company, Gunlikson Petroleum Inc., Prima Exploration Inc., Energen Resources Crop, Niwot Resources, Penroc Oil Corporation, Enduro Operating LLC | JOA (JOINT OPERATING AGMT) Haugen-Coates 2-4 | $0 |
| Emerald Oil, Inc. | Prima Exploration Inc, Blake-Berry-Blake Corp, Read & Stevens Inc, Stevens & Company Inc, Mitchell Palmer, Enduro Operating | JOA (JOINT OPERATING AGMT) Haugen-Coates 2-5 | $0 |
| Emerald Oil, Inc. | TC Craighead & Company, Prima Exploration Inc, Energen Resources Corp, Penroc Oil Corporation, Enduro Operating, Energy Resource Group One Inc, Wolf Energy Company | JOA (JOINT OPERATING AGMT) J. W. Law 2 | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Kit 11-15H-1522-147101-MB | $0 |
| Emerald Oil, Inc. | Koch Exploration Company LLC | PSA (PURCHASE & SALE AGMT) Various ND & MT Leases and Wells | $0 |
| Emerald Oil, Inc. | Kodiak Oil & Gas (USA) Inc | PSA (PURCHASE & SALE AGMT) Kodiak Oil & Gas (USA) Inc Acquisition | $0 |
| Emerald WB LLC | Martin Energy LLC | LETTER AGMT Lease Purchase NDM93772 (MCK2287) | $0 |
| Emerald WB LLC | Sequel Energy | JOINT USE AGMT Leases Subject To The Liberty / Emerald PSA | $0 |
| Emerald WB LLC | Liberty Resources | PSA (PURCHASE & SALE AGMT) Liberty II | $0 |
| Emerald WB LLC | XTO | LETTER AGMT Low Rider Prospect | $0 |
| Emerald Oil, Inc. | Brara Geologic Consulting, LLC | Master Agreement Master Agreement for Mud Logging & Geosteering Services | $0 |
| Emerald Oil, Inc. | FTS International Services, LLC | Master Agreement Master Agreement for Cased-hole E-line Logging & Perforating, Horizontal & Vertical Slickline/Braided Line Services | $1,204,291 |
| Emerald Oil, Inc. | DC Power Tong, LLC | Master Agreement Master Agreement for Casing Work, CRT | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Double D Rentals, Inc. | Master Agreement Master Agreement for Catch Tank Rentals | $0 |
| Emerald Oil, Inc. | Coil Tubing Solutions, LLC | Master Agreement Master Agreement for Coil Tubing/Fluids Pumping/Nitrogen Pumping Services | $458,930 |
| Emerald Oil, Inc. | Double D Oil Field Services, LLC | Master Agreement Master Agreement for Communications (Internet, Intercoms, Phones) | $9,765 |
| Emerald Oil, Inc. | CB Field Services | Master Agreement Master Agreement for Construction & Pipeline Manager | $0 |
| Emerald Oil, Inc. | Chisum Field Services, LLC | Master Agreement Master Agreement for Consulting & Management | $0 |
| Emerald Oil, Inc. | Evo, Incorporated | Master Agreement Master Agreement for Downhole Video Service | $0 |
| Emerald Oil, Inc. | G & D Services, Inc. | Master Agreement Master Agreement for Drill Pipe Range I & II Inspection | $0 |
| Emerald Oil, Inc. | Decca Consulting, Inc. | Master Agreement Master Agreement for Drilling & Completion, Consulting, Technical Advice | $0 |
| Emerald Oil, Inc. | Dakota Dumpster, LLC | Master Agreement Master Agreement for Dumpster Rental, Waste Disposal & Porta-potty Rental | $0 |
| Emerald Oil, Inc. | Automation & Electronics, Inc. | Master Agreement Master Agreement for Electrical Construction/Services, Instrumentation & Controls | $0 |
| Emerald Oil, Inc. | Chemtec Energy Services, LLC | Master Agreement Master Agreement for Energy Services | $0 |
| Emerald Oil, Inc. | Badlands Power Fuels, LLC dba Nuverra Environmental Solutions | Master Agreement Master Agreement for Environmental Solution Services | $0 |
| Emerald Oil, Inc. | Hoss Rentals, Inc. | Master Agreement Master Agreement for Field Rentals | $0 |
| Emerald Oil, Inc. | FMC Technologies Completion Services, Inc. | Master Agreement Master Agreement for Frac Flowback, Completion/Plug & Perf | $804,028 |
| Emerald Oil, Inc. | Great Plains Gas Compression Holdings, LLC | Master Agreement Master Agreement for Gas Compression suppler & Servicer | $10,847 |
| Emerald Oil, Inc. | BNSF Logistics, LLC | Master Agreement Master Agreement for Hot Shot Services: Pick up & Deliver Materials to & from Vendors & Sites | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Cruz Energy Services, LLC | Master Agreement Master Agreement for In-Field Rig Moves & Long Haul Rig Moves, Rig Support, Hydraulic Excavators, Vac Truck, Pit Cleaning, Power Washing, Hot Shot/Roustabout Services | $0 |
| Emerald Oil, Inc. | Black Gold Contractors, LLC | Master Agreement Master Agreement for Installation of Secondary Containment with Polyurea Liner, Roustabout | $0 |
| Emerald Oil, Inc. | Black Gold Logistics Corporation | Master Agreement Master Agreement for Logistics | $0 |
| Emerald Oil, Inc. | Anchors Oil Field Services, LLC | Master Agreement Master Agreement for LTL Hotshot Transportation | $7,760 |
| Emerald Oil, Inc. | Capture Energy Solutions | Master Agreement Master Agreement for Oilfield Rental & Services | $0 |
| Emerald Oil, Inc. | Bekk's Hot Oil Service, Inc. | Master Agreement Master Agreement for Paraffin & Salt Removal & Freshwater Hauling | $0 |
| Emerald Oil, Inc. | DC Racking, Inc. | Master Agreement Master Agreement for Pipe Racking Services | $0 |
| Emerald Oil, Inc. | Core Services, Inc. | Master Agreement Master Agreement for Pipeline Construction, Welding/Fabrication, Roustabout/Facilities, Dirt/Environment | $448,194 |
| Emerald Oil, Inc. | Hagemeyer North America, Inc. | Master Agreement Master Agreement for Providing Safety Equipment & MRO Products | $0 |
| Emerald Oil, Inc. | Enventure Global Technology, Inc. | Master Agreement Master Agreement for Provision of Expandable Downhole Tubulars, Casing Patch | $233,806 |
| Emerald Oil, Inc. | Earth Systems, Inc. | Master Agreement Master Agreement for Regulatory Compliance Support, Spill Response & Remediation Support | $0 |
| Emerald Oil, Inc. | Hall Trucking, Inc. | Master Agreement Master Agreement for Rig Moving & Heavy Hauling | $120,370 |
| Emerald Oil, Inc. | BOH, Inc. | Master Agreement Master Agreement for Saltwater Hauling | $98,367 |
| Emerald Oil, Inc. | Total Depth Well Services, Inc. | Master Agreement Master Agreement for Swab Services, Hydro Testing, Flow Back | $93,248 |
| Emerald Oil, Inc. | Badlands Power Supply, Inc. | Master Agreement Master Agreement for Transformer/Power Dist. Panels Rentals | $0 |
| Emerald Oil, Inc. | Emprise Group, Inc. | Master Agreement Master Agreement for Treater Buildings, Insulating, Secondary Containment | $68,200 |

77

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Cache Trucking, LLC | Master Agreement Master Agreement for Trucking, Well Service, Roustabout/Construction, Environmental | $1,472,454 |
| Emerald Oil, Inc. | Hurley Enterprises, Inc. | Master Agreement Master Agreement for Water, Sewer Service, Trucking, Rentals | $0 |
| Emerald Oil, Inc. | Bakken Multi Services LLC | Master Agreement Master Agreement for Weed Control | $78,777 |
| Emerald Oil, Inc. | Torres Oilfield Consulting, LLC | Master Agreement Master Agreement for Well Site Supervision | $0 |
| Emerald Oil, Inc. | Blackstone Completions | Master Agreement Master Agreement for Wellsite Supervision/Consultant | $0 |
| Emerald Oil, Inc. | High Plains, Inc. | Master Agreement Master Agreement for Wireline Services | $16,726 |
| Emerald Oil, Inc. | Bayou Workover Services, LLC and Bayou Well Services, LLC | Master Agreement Master Agreement for Workover Rig Services | $0 |
| Emerald Oil, Inc. | TRF Energy Solutions, LLC | Master Agreement Master Serve Agreement for Flare Gas Capture/Processing, Remote Site Power Generation | $0 |
| EOX Marketing, LLC | Power Service, Inc. | Master Agreement Master Service Agreement for | $1,083,914 |
| Emerald Oil, Inc. | Plum Coulee Enterprises, LLC | Master Agreement Master Service Agreement for | $0 |
| Emerald Oil, Inc. | S & K Stack Testing, Inc. | Master Agreement Master Service Agreement for BOP Testing, Pump Truck Liner Hangers | $0 |
| Emerald Oil, Inc. | Noble Casing, Inc. | Master Agreement Master Service Agreement for Casing - Running Rack | $0 |
| Emerald Oil, Inc. | Summit Energy Services, Inc. | Master Agreement Master Service Agreement for Casing Equipment | $0 |
| Emerald Oil, Inc. | Legend Energy Services, LLC | Master Agreement Master Service Agreement for Coiled Tubing, Nitrogen Pumping | $196,824 |
| Emerald Oil, Inc. | White Mountain Operating, LLC | Master Agreement Master Service Agreement for Conductor/Rathole, Presetting Surface | $0 |
| Emerald Oil, Inc. | JSavy Consulting, LLC | Master Agreement Master Service Agreement for Consulting | $0 |
| Emerald Oil, Inc. | R Johnson Consulting, LLC | Master Agreement Master Service Agreement for Consulting | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Valley Oaks Consulting, LLC | Master Agreement Master Service Agreement for Consulting | $0 |
| Emerald Oil, Inc. | MLB Consulting, LLC | Master Agreement Master Service Agreement for Consulting | $0 |
| Emerald Oil, Inc. | Lowman Production, LLC | Master Agreement Master Service Agreement for Contract Pumping | $0 |
| Emerald Oil, Inc. | Trotter Production Services, Inc. | Master Agreement Master Service Agreement for Contract Pumping | $0 |
| Emerald Oil, Inc. | Pruitt Tool & Supply, CO., Inc. | Master Agreement Master Service Agreement for Delivering of Oilfield Equipment | $0 |
| Emerald Oil, Inc. | Pronghorn Services | Master Agreement Master Service Agreement for Delivering Poable Water & Removing Septic from Housing Locations | $0 |
| Emerald Oil, Inc. | Lund Oil, Inc. | Master Agreement Master Service Agreement for Diesel Fuel & Propane Supplier | $0 |
| Emerald Oil, Inc. | Anchor Drilling Fluids USA, Inc. | Master Agreement Master Service Agreement for Drilling & Completion Fluids Services & Products | $0 |
| Emerald Oil, Inc. | AES Drilling Fluids Holdings, LLC | Master Agreement Master Service Agreement for Drilling Fluids Service/Products/Engineering | $15,402 |
| Emerald Oil, Inc. | Native Energy Solution, LLC | Master Agreement Master Service Agreement for Electrical Contractors | $0 |
| Emerald Oil, Inc. | Weatherford International, Inc. | Master Agreement Master Service Agreement for Evaluation, Drilling, Completion & Production Products & Services | $0 |
| Emerald Oil, Inc. | Triple L, Inc. | Master Agreement Master Service Agreement for Field Construction Services | $102,347 |
| Emerald Oil, Inc. | Terry Floyd Services, LLC | Master Agreement Master Service Agreement for Field Management & Supervision | $0 |
| Emerald Oil, Inc. | Wide Open Field Services | Master Agreement Master Service Agreement for Field Services | $0 |
| Emerald Oil, Inc. | Wright Field Services | Master Agreement Master Service Agreement for Field Services | $0 |
| Emerald Oil, Inc. | Kranks Landscaping & Dirtworks, LLC dba KLD | Master Agreement Master Service Agreement for Flatbed Services, Pipe Rack Rentals | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Volumetrics, Inc. | Master Agreement Master Service Agreement for Fluid Measurement | $0 |
| Emerald Oil, Inc. | Wayne Enterprises, Inc. | Master Agreement Master Service Agreement for FR Clothing & Safety Supplies | $0 |
| Emerald Oil, Inc. | Ameritest | Master Agreement Master Service Agreement for Frac Flowback & Screenouts/Drill Outs, Treater Monitoring & Testing | $273,176 |
| Emerald Oil, Inc. | SIR Q, LLC | Master Agreement Master Service Agreement for Frac Water Heating | $0 |
| Emerald Oil, Inc. | Pioneer Energy, Inc. | Master Agreement Master Service Agreement for Gas Capture & Processing | $0 $131,397 |
| Emerald Oil, Inc. | W.L. Neu Construction, Inc. | Master Agreement Master Service Agreement for General Dirt Work | $0 |
| Emerald Oil, Inc. | Three Bros Trucking, LLC | Master Agreement Master Service Agreement for Hauling Production, Flowback & fresh Water | $538,562 |
| Emerald Oil, Inc. | TForce Energy Services, Inc. | Master Agreement Master Service Agreement for Heavy Haul Trucking, Transportation | $0 |
| Emerald Oil, Inc. | Triforce Custom Oilfield Services, LLC | Master Agreement Master Service Agreement for Hotshot & Water Transportation, Crane Services | $26,225 |
| Emerald Oil, Inc. | Northern Lights Oilfield Service, LLC | Master Agreement Master Service Agreement for Hotshot, Skid Shack Cleaning, Mud Lab Rentals | $0 |
| Emerald Oil, Inc. | Shamrock Gas Analysis, Inc. | Master Agreement Master Service Agreement for Hydrocarbon Sampling & Testing | $0 |
| Emerald Oil, Inc. | Wise Services, Inc. | Master Agreement Master Service Agreement for hydrovac work | $10,044 |
| Emerald Oil, Inc. | Sherlyns Optimal Solutions - SOS | Master Agreement Master Service Agreement for Import & Data Analysis - Wellview, SiteView | $0 |
| Emerald Oil, Inc. | Mid-State Supply Company | Master Agreement Master Service Agreement for Material Supplier - Pipes, Valves & Fittings | $0 |
| Emerald Oil, Inc. | M & M Well Service, LLC | Master Agreement Master Service Agreement for Oil & Gas Well Servicing - Completion & Pressure Control | $18,861 |
| Emerald Oil, Inc. | MBI Energy Services | Master Agreement Master Service Agreement for Oil & Water Hauling, Wireline | $4,480 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Hydrus Energy Solutions (USA), Inc. | Master Agreement Master Service Agreement for Oilfield Equipment Rental & Service | $175,568 |
| Emerald Oil, Inc. | Rhinokore Composites Solutions (USA), Inc. | Master Agreement Master Service Agreement for Oilfield Rentals & Service (High Capacity Water Storage) | $150,525 |
| Emerald Oil, Inc. | Jacam Chemicals 2013, LLC | Master Agreement Master Service Agreement for Petrochemical Sales & Service | $368,057 |
| Emerald Oil, Inc. | Stellar Field Service, Inc. | Master Agreement Master Service Agreement for Pipelines, Roustabouts & Trucking | $375,347 |
| Emerald Oil, Inc. | Superior Pressure Testing, LLC | Master Agreement Master Service Agreement for Pressure Testing BOP's & Production Tubing | $0 |
| Emerald Oil, Inc. | US Pressure Testing, Inc. | Master Agreement Master Service Agreement for Pressure Testing, Tubular Running Service | $0 |
| Emerald Oil, Inc. | 4S FIELD SERVICES, LLC | Master Agreement Master Service Agreement for Production Supervision | $0 |
| Emerald Oil, Inc. | Oil Patch Group., dba Oil Patch Rental Oil Patch Group, Inc. for Itself, It's Affiliated and Subsidiary Companies | Master Agreement Master Service Agreement for Rental Equipment - Housing & Accessories | $400,132 |
| Emerald Oil, Inc. | Torrent Energy Services, LLC | Master Agreement Master Service Agreement for Rental of Natural Gas Processing Equipment | $14,252 |
| Emerald Oil, Inc. | Standard Solutions, LLC | Master Agreement Master Service Agreement for Roustabout, General Field Maintenance | $475,829 |
| Emerald Oil, Inc. | Magnum Oil Tools International, Ltd | Master Agreement Master Service Agreement for Running & Setting Frac Plugs | $261,285 |
| Emerald Oil, Inc. | Adler Hot Oil Service LLC | Master Agreement Master Service Agreement for Service Work with Rigs | $0 |
| Emerald Oil, Inc. | Rogue Pressure Services | Master Agreement Master Service Agreement for Snubbing Services | $0 |
| Emerald Oil, Inc. | US Oilfield Company, LLC | Master Agreement Master Service Agreement for Soilids Control & Oilfield Rental Services | $0 |
| Emerald Oil, Inc. | Newkota Services & Rentals, LLC | Master Agreement Master Service Agreement for Steam Services, Screenout/Frac Assist | $0 |
| Emerald Oil, Inc. | Almquist Welding and Fab | Master Agreement Master Service Agreement for Steel & Parts Sales, Welding and Fabrication, Roustabout Services | $2,810 |

81

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Oil Pad Solutions | Master Agreement Master Service Agreement for Supplying Various Materials to Drilling Rigs for Solidification of Drill Cuttings & drill pad Solidification | $0 |
| Emerald Oil, Inc. | UELS,LLC | Master Agreement Master Service Agreement for Surveying, Drafting & Engineering Services | $0 |
| EOX Marketing, LLC | Precision Measurement, Inc. | Master Agreement Master Service Agreement for Tank Strapping/Calibration | $4,750 |
| Emerald Oil, Inc. | Western Falcon, LLC | Master Agreement Master Service Agreemnt for Thermoplastic Liners | $46,903 |
| Emerald Oil, Inc. | American Land Services | Master Agreement Master Service Agreement for Title, Leasing, Row, Abstacting, Curative, Surface Negotiations, Land, Owner Relations | $0 |
| Emerald Oil, Inc. | Mike Palmer Petroleum Services dba Petroleum Services, Inc. | Master Agreement Master Service Agreement for Trucking (Hot Shots, Winch Trucks, Semi's, Pipe & Rig Moves) | $0 |
| Emerald Oil, Inc. | Wyoming Casing Service | Master Agreement Master Service Agreement for Tubular Running Services, Condustor & Mouse Hole | $47,842 |
| Emerald Oil, Inc. | ULM Corporation | Master Agreement Master Service Agreement for Water & Crude Oil Hauling | $173,885 |
| EOX Marketing, LLC | ULM Corporation | Master Agreement Master Service Agreement for Water & Crude Oil Hauling | $13,037 |
| Emerald Oil, Inc. | Randy's Welding, Inc. | Master Agreement Master Service Agreement for Welding & Rental Equipment | $0 |
| Emerald Oil, Inc. | Western Exploration & Road Construction | Master Agreement Master Service Agreement for Well Service | $434,270 |
| Emerald Oil, Inc. | Frederick Lacey | Master Agreement Master Service Agreement for Well Site Consulting | $0 |
| Emerald Oil, Inc. | Sierra Hamilton, LLC | Master Agreement Master Service Agreement for Well Site Supervisor | $0 |
| Emerald Oil, Inc. | Irongate Energy Services, LLC & All Affiliates | Master Agreement Master Service Agreement for Wellhead, Frac, Tubing & Rental Services | $736,311 |
| Emerald Oil, Inc. | Petroleum Experience, Inc. | Master Agreement Master Service Agreemnt for Work Overs, Completions, Rig Supervision | $0 |
| Emerald Oil, Inc. | Stickman Inc. | Master Agreement Master Service Agreemnt for Rental of Downhole Tools & Selling of Float Equipment | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald WB LLC | Slawson Exploration | PSA (PURCHASE & SALE AGMT) McKenzie County | $0 |
| Emerald WB LLC | Merit Energy | PSA (PURCHASE & SALE AGMT) Mckenzie County ND | $0 |
| Emerald Oil, Inc. | Bureau of Land Management | UNIT AGREEMENT Mondak (with Approval Letter 1.21.15) | $0 |
| Emerald Oil, Inc. | Bakken HBT LP | PSA (PURCHASE & SALE AGMT) Various ND & MT Leases and Wells | $0 |
| Emerald WB LLC | Nearburg Producing Company | PSA (PURCHASE & SALE AGMT) Nearburg Acquisition | $0 |
| Emerald WB LLC | State of North Dakota | POOLING AGMT Nelson Pierre Creek 31-26H | $0 |
| Emerald Oil, Inc. | Gunlikson Petroleum, Enduro Operating, Niwot Resources, Penroc Oil Company, Prairie Petroleum, Prima Exploration, Redcliff Resources, Stevens & Company, TC Craighead & Company, Energen Resources Corp | JOA (JOINT OPERATING AGMT) North Dakota State 6-16 | $0 |
| Emerald WB LLC | XTO | PSA (PURCHASE & SALE AGMT) North Nesson Prospect | $0 |
| Emerald Oil, Inc. | Leesburg Investments Ltd | JOA (JOINT OPERATING AGMT) Nygaard 1-31 | $0 |
| Emerald WB LLC | A B Production Company | PSA (PURCHASE & SALE AGMT) Nygaard 1-31 | $0 |
| Emerald WB LLC | St Croix Exploration Co | PSA (PURCHASE & SALE AGMT) Nygaard 1-31 | $0 |
| Emerald WB LLC | Nearburg Producing Company | LETTER AGMT Nygaard 1-31 | $0 |
| Emerald Oil, Inc. | Nearburg Producing Company | FARMOUT AGMT & REV JOA Nygaard 1-31 | $0 |
| Emerald WB LLC | McKenzie Electric | PURCHASE AGMT Nygaard 1-31 | $401,546 |
| Emerald WB LLC | Nance Petroleum Corporation | FARMOUT AGMT Nygaard 1-31 & Condor Federal 1-36-25H | $0 |
| Emerald WB LLC | St Croix Exploration Co | EXPLORATION AGMT Nygaard 1-31 & Condor Federal 1-36-25H REV | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Nygaard 1-31 (NDM-93644) | $0 |
| Emerald Oil, Inc. | McKenzie Electric Cooperative Inc | COST SHARING AGMT Project Development Area 4 | $0 |
| Emerald Oil, Inc. | Irish Oil & Gas | LETTER AGMT Ray Prospect | $0 |
| Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP | RESOLUTION AGMT Red River Test Well | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Gunlikson Petroleum, Enduro Operating, Niwot Resources, Penroc Oil Company, Prairie Petroleum, Prima Exploration, TC Craighead & Company, Energen Resources Corp | JOA (JOINT OPERATING AGMT) Sheep Federal 1A | $0 |
| Emerald WB LLC | Continental Resources | LETTER AGMT Slugger 1-16-21H | $0 |
| Emerald Oil, Inc. | State of North Dakota | POOLING AGMT VOLUNTARY Slugger 1-16-21H | $0 |
| Emerald Oil, Inc. | Burlington Resources Oil & Gas Company LP | PSA (PURCHASE & SALE AGMT) Williston Basin Sale | $0 |
| Emerald Oil, Inc. | USG Wheatland Pipeline, LLC | Transportation Services Agreement Transportation by pipe of Crude Petroleum | $564,729.26 |
| Emerald Oil, Inc. | M Space Holdings, LLC | Hillview Estates Corporate Rental Agreement fieldoffice | $0 |
| Emerald Oil, Inc. | Pacific Office Automation | Image Management Contract Accounting - 5th Floor | $4,806 |
| Emerald Oil, Inc. | Pacific Office Automation | Image Management Contract Executive - 5th Floor | $4,806 |
| Emerald Oil, Inc. | Pacific Office Automation | Image Management Contract 4th Floor  #1 | $4,806 |
| Emerald Oil, Inc. | Pacific Office Automation | Image Management Contract 4th Floor  #2 | $4,806 |
| Emerald Oil, Inc. | IHS Global Inc. | Software license and agreement database access | $1,711 |
| Emerald Oil, Inc. | Columbine Street Properties, LLC | Office Building Lease, as amended Denver Office Space | $35,879 |
| Emerald Oil, Inc. | LBA Realty Fund II-Company IV, Inc. | 6th Amendment to Office Lease Denver Office Space | $41,225 |
| Emerald Oil, Inc. | Aspen Technology, Inc. | Desktop Software License Agreement Desktop Software License Agreement | $0 |
| Emerald Oil, Inc. | Cogent Communications | Dedicated Internet Access  services contract | $3,500 |
| Emerald Oil, Inc. | CenturyLink Sales Solutions, Inc. | CenturyLink Total Advantage Express Agreement services contract | $4,455 |
| Emerald Oil, Inc. | Integra Telecom | SIP Solutions Service Agreement services contract | $171 |
| Emerald Oil, Inc. | Reservation Telephone Cooperative | RTC Contracts services contract | $315 |
| Emerald Oil, Inc. | Iron Mountain Information Management | Customer Agreement services contract | $139 |
| Emerald Oil, Inc. | MailFinance (a Neopost USA Company) | Product Lease Agreement Postage Machine | $0 |
| Emerald Oil, Inc. | IHS Global Inc. | Software license and agreement production tracking software | $1,711 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald Oil, Inc. | Iron Mountain | Customer Agreement Recycle P/U & Off Site Storage | $188 |
| Emerald Oil, Inc. | Energy Navigator LLC | Software License, Maintenance and Service Agreement Software License, Maintenance and Service Agreement | $0 |
| Emerald Oil, Inc. | CenturyLink Sales Solutions, Inc. | CenturyLink Total Advantage Express Agreement Telephone at 1600 Broadway, Suite #1360, Denver | $4,455 |
| Emerald Oil, Inc. | Pure Water Works & Coffee Company | Rental Agreement Water Dispenser Rental | $0 |
| Emerald Oil, Inc. | Peloton Computer Enterprises, Inc. | Maintenance and Services Agreement WellView Software and MasterView database useage | $0 |
| Emerald Oil, Inc. | P2ES Holdings, LLC | Perpetual Software License and Maintenance Agreement Software support and maintence | $625 |
| Emerald Oil, Inc. | Vology Data Systems | LabTech Software and Consulting Services Agreement LabTech Cloud Quick Start PLUS+, 36 Month SaaS Option | $333 |
| Emerald Oil, Inc. | P2ES Holdings, LLC | Master Agreement Excalibur License | $625 |
| Emerald Oil, Inc. | Transzap, Inc. | Master Services Agreement OILDEX software | $150 |
| Emerald Oil, Inc. | Schlumberger Information Systems | Perpetual Software License and Maintenance Agreement Software support and maintence | $167,233 |
| Emerald Oil, Inc. | Sysaid Technologies Ltd. | Service Agreement SysAid IT | $0 |
| Emerald Oil, Inc. | Roughrider Electric Cooperative Inc | | $4,794 |
| Emerald Oil, Inc. | Billings Business Center, LLC. | | $12,967 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Annie USA 11-29TFH | $0 |
| Emerald WB LLC | Slawson Exploration | GAS PURCHASE AGMT Arsenal 1-17-20H | $0 |
| Emerald WB LLC | Bureau of Land Management | COMMUNITIZATION AGMT Arsenal 1-17-20H (NDM106975) | $0 |
| Emerald WB LLC | BC Energy LLC | LETTER AGMT  BC Energy LLC Fed Lease Acquisition | $0 |
| Emerald Oil, Inc. | Bank of ND | DEPOSIT AGMT Certificate of Deposit - 1 Year Auto Renewal | $0 |
| EOX Marketing, LLC | Energy Exchange 3, LP | EMK3 Software License Agreement Software License | $0 |
| EOX Marketing, LLC | Energy Exchange 3, LP | EMK3 Support and Maintenance Agreement Software support and maintence | $0 |
| Emerald Oil, Inc. | A2D Technologies, Inc. d/b/a TGS Geological Products and Services | Software License for well data service. | $ 259.13 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94090 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 144N-100W-SEC2: ALL LESS LOT 4 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94090 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 144N-100W-SEC3:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94090 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 144N-100W-SEC10:SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94091 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 144N-100W-SEC2:LOT 4 (52.70) FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94237 Lessee: BURLINGTON RESOURCES OIL & GAS COMPANY LP Date: Mar. 01, 2005 Location: BILLINGS, ND 144N-100W-SEC20:N2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94083 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 143N-99W-SEC29:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94083 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 143N-99W-SEC30:LOTS 1, 2, 3, 4, S2NE, E2W2, SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94083 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 143N-99W-SEC31:NE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94083 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: BILLINGS, ND 143N-99W-SEC32:N2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91707 Lessee: JOHN P. STRANG Date: May. 01, 2002 Location: BILLINGS, ND 144N-100W-SEC10:SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91707 Lessee: JOHN P. STRANG Date: May. 01, 2002 Location: BILLINGS, ND 144N-100W-SEC22:S2NE, NW FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 18386 Lessee: LAWRENCE C. HARRIS Date: Nov. 17, 1972 Location: BILLINGS, ND 141N-102W-SEC33:NE, SESE;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 32329 Lessee: LAWRENCE C. HARRIS Date: Nov. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC32:N2NE, SENE, SW, N2SE, SWSE;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 32329 Lessee: LAWRENCE C. HARRIS Date: Nov. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC29:W2;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 32329 Lessee: LAWRENCE C. HARRIS Date: Nov. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC29:E2;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 32329 Lessee: LAWRENCE C. HARRIS Date: Nov. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC30:E2;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 32329 Lessee: LAWRENCE C. HARRIS Date: Nov. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC30:LOTS 1-4 (SWSW-39.83), E2W2;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 32329 Lessee: LAWRENCE C. HARRIS Date: Nov. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC31:LOTS 1-4 E2W2, E2;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31259 Lessee: LOUISE K. KEY Date: Apr. 01, 1975 Location: BILLINGS, ND 141N-102W-SEC33:N2SE, SWSE;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 76201 Lessee: JUNE M HELLER Date: Jul. 01, 1988 Location: BILLINGS, ND 142N-100W-SEC26:NWNW, S2NW, SW, SWSE;RECORD TITLE ONLY FEDERAL OGL | $0 |

87

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 76201 Lessee: JUNE M HELLER Date: Jul. 01, 1988 Location: BILLINGS, ND T142N-R100W-SEC28:E2; RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 76193 Lessee: CLEM R. SIEMER Date: Sep. 01, 1969 Location: BILLINGS, ND 141N-100W-SEC12:N2, W2SW, W2SE, BELOW 11,200 FEET;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 76193 Lessee: CLEM R. SIEMER Date: Sep. 01, 1969 Location: BILLINGS, ND 141N-100W-SEC14:S2SE, BELOW 11,200 FEET;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93412 Lessee: RINCON EXPLORATION LLC Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC35:N2, N2SW, SWSW FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93412 Lessee: RINCON EXPLORATION LLC Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC35:SE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93412 Lessee: RINCON EXPLORATION LLC Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC25:NW, S2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94704 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC17:E2NW, N2SW, E2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94704 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC18:LOTS 2 (33.89), 3 (34.03), 4 (34.17) FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94704 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC18:NWNE, E2W2, SE FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94705 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC19:E2, E2W2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94705 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC19:LOTS 1 (34.27), 2 (34.33), 3 (34.39), 4 (34.45) FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94705 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC20:E2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94706 Lessee: COPPERHEAD CORPORATION Date: Jul. 01, 2005 Location: MCKENZIE, ND 148N-102W-SEC20:W2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 99694 Lessee: STX OIL AND GAS, INC. Date: Mar. 01, 2010 Location: MCKENZIE, ND 149N-103W-SEC30:E2SE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 99694 Lessee: STX OIL AND GAS, INC. Date: Mar. 01, 2010 Location: MCKENZIE, ND 149N-103W-SEC29:SWSW FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 99696 Lessee: STX OIL AND GAS, INC. Date: Mar. 01, 2010 Location: MCKENZIE, ND 149N-103W-SEC30:SWSW FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93409 Lessee: MARATHON OIL COMPANY Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC2:N2NE, S2NE, S2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93409 Lessee: MARATHON OIL COMPANY Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC11:ALL FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93409 Lessee: MARATHON OIL COMPANY Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC1:N2NW, S2NW, SW, SWSE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93409 Lessee: MARATHON OIL COMPANY Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC12:N2, SW, W2SE FEDERAL OGL | $0 |

89

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93410 Lessee: MARATHON OIL COMPANY Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC3:N2N2, S2N2, S2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93410 Lessee: MARATHON OIL COMPANY Date: Jun. 01, 2004 Location: MCKENZIE, ND 149N-103W-SEC10:ALL FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94970 Lessee: HERCO Date: Sep. 01, 2005 Location: MCKENZIE, ND 149N-103W-SEC26:ALL FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94970 Lessee: HERCO Date: Sep. 01, 2005 Location: MCKENZIE, ND 149N-103W-SEC20:N2, SE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 94970 Lessee: HERCO Date: Sep. 01, 2005 Location: MCKENZIE, ND 149N-103W-SEC23:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94110 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC20:E2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94110 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC29:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94110 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC31:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94110 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC32:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94106 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC8:W2NW, S2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94107 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC8:NE, E2W2, N2SE FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94107 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC9:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94112 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC26:E2, NESW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94112 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC27:SWNW, W2SW, E2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94112 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC28:N2NE, W2, S2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94112 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC34:N2, E2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94112 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC35:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94969 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC26:SWNW, NWSW, S2SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94967 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC26:E2NW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94109 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC12:ALL FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93766 Lessee: KASTNER LAND SERVICES LLC Date: Sep. 01, 2004 Location: MCKENZIE, ND 148N-102W-SEC30:ALL FEDERAL OGL | $0 |

91

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93766 Lessee: KASTNER LAND SERVICES LLC Date: Sep. 01, 2004 Location: MCKENZIE, ND 148N-102W-SEC32:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94116 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-104W-SEC17:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94116 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-104W-SEC21:NE, SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94964 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 146N-103W-SEC14:E2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94964 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 146N-103W-SEC26:SENE, NWSE, S2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94964 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 146N-103W-SEC8:N2N2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94965 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 146N-103W-SEC24:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94965 Lessee: KIRK D. MARTINEZ Date: Sep. 01, 2005 Location: MCKENZIE, ND 146N-103W-SEC34:NE, S2SW, SWSE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94098 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 146N-102W-SEC18:LOTS 1, 2, 3, SENW, E2SW, S2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94101 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 146N-102W-SEC34:SWNE FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94102 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 146N-102W-SEC34:NW, S2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94253 Lessee: BURLINGTON RESOURCES OIL & GAS COMPANY LP Date: Mar. 01, 2005 Location: MCKENZIE, ND 146N-101W-SEC8:W2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94253 Lessee: BURLINGTON RESOURCES OIL & GAS COMPANY LP Date: Mar. 01, 2005 Location: MCKENZIE, ND 146N-101W-SEC18:LOTS 1, 2, 3, 4, E2, E2W2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94095 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 145N-101W-SEC2:LOTS 1, 2, 3, 4, S2N2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90967 Lessee: INTOIL, INC. Date: Jul. 01, 2001 Location: MCKENZIE, ND 147N-103W-SEC15:N2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94108 Lessee: WESTERN LAND SERVICES, INC Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC22:SW, N2SE, SWSE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94111 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC22:SESE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 103003 Lessee: KODIAK OIL & GAS Date: Mar. 01, 2012 Location: MCKENZIE, ND 147N-104W-SEC25:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94278 Lessee: KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY Date: Apr. 01, 2005 Location: MCKENZIE, ND 147N-105W-SEC2:LOTS 1 (41.72). 2 (41.80), 3 (41.88), 4 (41.96), S2N2, SW FEDERAL OGL | $0 |

93

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94278 Lessee: KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY Date: Apr. 01, 2005 Location: MCKENZIE, ND 147N-105W-SEC3:LOTS 1-5, SENE, E2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94278 Lessee: KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY Date: Apr. 01, 2005 Location: MCKENZIE, ND 147N-105W-SEC11:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94278 Lessee: KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY Date: Apr. 01, 2005 Location: MCKENZIE, ND 147N-105W-SEC12:W2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 95207 Lessee: LONETREE ENERGY & ASSOCIATES, LLC Date: Jan. 01, 2006 Location: MCKENZIE, ND 147N-105W-SEC2:SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90116 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC9:E2, N2NW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90116 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC4:LOTS 1 (18.70), 2 (18.66), S2NE, E2SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 016768 Lessee: F. J. BRADSHAW Date: Dec. 01, 1970 Location: MCKENZIE, ND 148N-104W-SEC1:SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 016768 Lessee: F. J. BRADSHAW Date: Dec. 01, 1970 Location: MCKENZIE, ND 148N-104W-SEC4:SWSW, SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 016768 Lessee: F. J. BRADSHAW Date: Dec. 01, 1970 Location: MCKENZIE, ND 148N-104W-SEC9:W2SW, SESW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 016768 Lessee: F. J. BRADSHAW Date: Dec. 01, 1970 Location: MCKENZIE, ND 148N-104W-SEC24:SE FEDERAL OGL | $0 |

94

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 016768 Lessee: F. J. BRADSHAW Date: Dec. 01, 1970 Location: MCKENZIE, ND 148N-104W-SEC25:SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90119 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC15:N2, SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90120 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC22:E2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90121 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC22:NW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90118 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC24:N2, SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90118 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC13:E2, S2NW, SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90122 Lessee: NANCE PETROLEUM CORPORATION Date: Aug. 01, 2000 Location: MCKENZIE, ND 148N-104W-SEC25:N2, SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 94280 Lessee: KODIAK OIL & GAS (USA) INC. & HALLADOR PETROLEUM COMPANY Date: Apr. 01, 2005 Location: MCKENZIE, ND 148N-105W-SEC27:LOTS 1 (45.28), 2 (45.28), 3 (45.28), 4 (45.28) FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90975 Lessee: NANCE PETROLEUM CORPORATION Date: Jul. 01, 2001 Location: MCKENZIE, ND 148N-105W-SEC27:E2E2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 90975 Lessee: NANCE PETROLEUM CORPORATION Date: Jul. 01, 2001 Location: MCKENZIE, ND 148N-105W-SEC26:W2 FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 85631 Lessee: NANCE PETROLEUM CORPORATION Date: Oct. 01, 1996 Location: MCKENZIE, ND 148N-105W-SEC34:LOTS 1-4, E2E2;LIMITED FROM THE SURFACE DOWN TO 10,915' FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 85631 Lessee: NANCE PETROLEUM CORPORATION Date: Oct. 01, 1996 Location: MCKENZIE, ND 148N-105W-SEC35:NWSW, S2SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 85631 Lessee: NANCE PETROLEUM CORPORATION Date: Oct. 01, 1996 Location: MCKENZIE, ND 148N-105W-SEC34:LOTS 1-4, E2E2;LIMITED IN DEPTH TO 10,915' & BELOW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91458 Lessee: WESTERN STATES MINING CONSULTANTS, P.C. Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC6:LOTS 1-7, S2NE, SENW, E2SW, SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91459 Lessee: WESTERN STATES MINING CONSULTANTS, P.C. Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC8:S2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91459 Lessee: WESTERN STATES MINING CONSULTANTS, P.C. Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC18:LOTS 1 (35.76), 2 (35.92), E2, E2NW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91459 Lessee: WESTERN STATES MINING CONSULTANTS, P.C. Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC19:LOTS 1 (36.30), 2 (36.26), 3 (36.22), 4 (36.18), E2, E2W2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91459 Lessee: WESTERN STATES MINING CONSULTANTS, P.C. Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC20:SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91462 Lessee: NORTHERN ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC26:ALL FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|--------|--------------|----------------------------------------------|-------------|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91462 Lessee: NORTHERN ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-102W-SEC28:NE, E2NW, N2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 107143 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC8:W2SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 107143 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC14:NW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 107143 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC27:E2NE, W2E2, E2W2, NWNW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 107143 Lessee: WESTERN LAND SERVICES, INC. Date: Feb. 01, 2005 Location: MCKENZIE, ND 147N-103W-SEC30:W2NESE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91455 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC8:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91455 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC32:SENW, E2SW, SESE; SEC33:S2S2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91455 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC33:S2S2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91684 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC2:LOTS 2 (39.89), 3 (39.87), 4 (39.85), SWNE, S2NW, SW FEDERAL OGL | $0 |

97

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91684 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC4:LOTS 1 (40.08), 2 (40.24), 3 (40.40), 4 (40.56), S2N2, S2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91686 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC10:E2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91686 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC14:W2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91687 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC22:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91687 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC26:N2N2, SENE, SWNW, NWSW, NESE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91688 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC26:SENW, NESW, S2SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91688 Lessee: NANCE PETROLEUM CORPORATION Date: May. 01, 2002 Location: MCKENZIE, ND 146N-103W-SEC28:SENW, SWSW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91456 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC18:LOTS 1 (37.98), 2 (38.1), 3 (38.22), 4 (38.34) FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91456 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC20:S2NE, E2SW, SE FEDERAL OGL | $0 |

98

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91456 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC24:N2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91456 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC26:W2NW, S2, LOTS 1-6 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91456 Lessee: POWERS ENERGY CORPORATION Date: Jan. 01, 2002 Location: MCKENZIE, ND 147N-101W-SEC30:S2NE, SENW, NESW FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 98501 Lessee: MINNA SCHNELL Date: Dec. 01, 1978 Location: MCKENZIE, ND 148N-102W-SEC34:NW;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 98502 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC12:ALL;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 98502 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC22:NWNE, NW, SESW, S2SE;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 98502 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC24:N2N2, SWNW, N2SW, SWSW;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 98502 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC28:SW, S2SE;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 98502 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC28:W2NW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 98502 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC28:W2NW;RECORD TITLE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 98503 Lessee: ST. MARY LAND & EXPLORATION COMPANY Date: Mar. 01, 2008 Location: MCKENZIE, ND 148N-102W-SEC34:SW;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND 146N-102W-SEC6:LOT 7;BAKKEN AND THREE FORKS ONLY OP RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND 146N-102W-SEC6:S2SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC8:SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC8:SW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC20:E2;BAKKEN AND THREE FORKS ONLY; OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC32:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND 146N-102W-SEC6:LOT 7;RECORD TITLE ONLY FEDERAL OGL | $0 |

100

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC8:SE;RECORD TITLE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC8:SW;RECORD TITLE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 31563 Lessee: KANORADO CORPORATION Date: Jun. 01, 1975 Location: MCKENZIE, ND T146N-R102W-SEC20:E2;RECORD TITLE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42054 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC2:S2N2;LOTS 1-4;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42054 Lessee: J. D. BUELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC2:S2N2;RECORD TITLE, LOTS 1-4 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 42055 Lessee: MINNA SCHNELL Date: Dec. 01, 1978 Location: MCKENZIE, ND 148N-102W-SEC34:NE. RECORD TITLE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 42055 Lessee: MINNA SCHNELL Date: Dec. 01, 1978 Location: MCKENZIE, ND T148N-R102W-SEC34:NE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42066 Lessee: ANDREW KREUSER Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC14:S2S2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42066 Lessee: ANDREW KREUSER Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R100W-SEC30:LOTS 1-4,8,NESW;BAKKEN AND THREE FORKS ONLY;OP RGHTS ONLY FEDERAL OGL | $0 |

101

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42066 Lessee: ANDREW KREUSER Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC12:ALL;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42066 Lessee: ANDREW KREUSER Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC14:S2S2;RECORD TITLE: FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42066 Lessee: ANDREW KREUSER Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R100W-SEC30:LOTS 1-4,8,NESW;RECORD TITLE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42066 Lessee: ANDREW KREUSER Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC12:ALL;RECORD TITLE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42067 Lessee: WILLIAM T. KEETON Date: Dec. 01, 1978 Location: MCKENZIE, ND 147N-101W-SEC18:E2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42067 Lessee: WILLIAM T. KEETON Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC20:N2NE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42067 Lessee: WILLIAM T. KEETON Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC20:NW, W2SW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42067 Lessee: WILLIAM T. KEETON Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC28:LOT 4(NWSE-38.30), S2NE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42067 Lessee: WILLIAM T. KEETON Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC18:E2;RECORD TITLE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 85937 Lessee: PATRICIA P. MARKS Date: Dec. 01, 1975 Location: MCKENZIE, ND 145N-101W-SEC2:S2 FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 85937 Lessee: PATRICIA P. MARKS Date: Dec. 01, 1975 Location: MCKENZIE, ND 145N-101W-SEC4:LOTS 3-4,SW;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND 147N-101W-SEC22:LOTS 5-7, NW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND 147N-101W-SEC22:LOTS 1-2,4, N2NE;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC24:LOTS 1,2,5,N2SE,SESE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC28:NW, NWNE, N2SW, SWSW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC30:LOTS 2-11 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND T147N-R101W-SEC32:LOTS 1-6, SWSE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 39510 Lessee: RUSSELL E. JOHNSON, JR. Date: Mar. 01, 1978 Location: MCKENZIE, ND 147N-101W-SEC22:LOTS 1-2, 4,N2NE;BAKKEN AND THREE FORKS ONLY;REC TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 23760 Lessee: DAVID A. PROVINSE Date: May. 01, 1975 Location: MCKENZIE, ND 147N-101W-22:LOTS 1-7;LTL MS RVR;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY FEDERAL OGL | $0 |

103

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 23760 Lessee: DAVID A. PROVINSE Date: May. 01, 1975 Location: MCKENZIE, ND T147N-R101W-SEC22:LOTS 1-7, RECORD TITLE:BED OF THE LTL MS RVR RIPARIAN FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC10:S2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC15:NE, N2SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC15:NE, N2SE. RECORD TITLE. FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC10:S2. RECORD TITLE. FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC13:N2, N2S2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC14:N2N2, SENE, NWSW, NESE, S2S2 FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC15:NW, N2SW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 5880 Lessee: ELAINE WOLF Date: Feb. 01, 1968 Location: MCKENZIE, ND 148N-102W-SEC15:NW, N2SW. RECORD TITLE. FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 87027 Lessee: CHOCTAW II OIL AND GAS, LTD Date: Jul. 01, 1997 Location: MCKENZIE, ND 149N-102W-SEC31:LOT3(NWSW 39.94), NESW. RECORD TITLE. FEDERAL OGL | $0 |

104

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 87027 Lessee: CHOCTAW II OIL AND GAS, LTD Date: Jul. 01, 1997 Location: MCKENZIE, ND 149N-102W-SEC31:LOT3,NESW;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 60621 Lessee: BRADLEY JOEL OKERLUND Date: Apr. 01, 1985 Location: MCKENZIE, ND T146N-R101W-SEC32:N2;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 82091 Lessee: MERIDIAN OIL INC Date: Jun. 01, 1993 Location: MCKENZIE, ND T146N-R101W-SEC19:LOTS 1-3,E2,E2W2 FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 82099 Lessee: MERIDIAN OIL INC Date: Jul. 01, 1993 Location: MCKENZIE, ND 146N-102W-14:LOTS1,6,BED LTL MS RVR;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 82099 Lessee: MERIDIAN OIL INC Date: Jul. 01, 1993 Location: MCKENZIE, ND 146N-102W-SEC14:LOTS 1 & 6,BED LTL MS RVR RIP;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42072 Lessee: EDWARD J ACKMAN Date: Dec. 01, 1978 Location: MCKENZIE, ND 147N-102W-30:LOTS 3-4, E2SW, NWSE;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42072 Lessee: EDWARD J ACKMAN Date: Dec. 01, 1978 Location: MCKENZIE, ND T147N-R102W-SEC30:LOTS 1 (NWNW 36.19), 2 (SWNW 36.25), E2NW, N2NE, SWNE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 42069 Lessee: COLMAN M. MOCKLER, JR. Date: Dec. 01, 1978 Location: MCKENZIE, ND 146N-102W-SEC8:NW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 74557 Lessee: MERIDIAN OIL INC Date: Dec. 01, 1987 Location: MCKENZIE, ND 146N-102W-SEC14:LOT 5, E2SW, NWSE;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 74557 Lessee: MERIDIAN OIL INC Date: Dec. 01, 1987 Location: MCKENZIE, ND 146N-102W-SEC14:LOT 5, E2SW, NWSE;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 74558 Lessee: MERIDIAN OIL INC Date: Dec. 01, 1987 Location: MCKENZIE, ND 146N-102W-14:LOT 5 LTL MS RVR BED;BAKKEN AND TF ONLY;OP RTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 74558 Lessee: MERIDIAN OIL INC Date: Dec. 01, 1987 Location: MCKENZIE, ND 146N-102W-14:LOT 5 LTL MS RVR BED;BAKKEN AND TF ONLY;RECORD TITLE ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91191 Lessee: TRUE OIL COMPANY Date: Sep. 01, 2001 Location: MCKENZIE, ND T148N-R101W-SEC30:LOTS 3-4, NE, SENW, E2SW, N2SE, SWSE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91190 Lessee: TRUE OIL COMPANY Date: Sep. 01, 2001 Location: MCKENZIE, ND T148N-R101W-SEC30:LOTS 2(SWNW-36.47), NENW, SESE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91189 Lessee: TRUE OIL COMPANY Date: Sep. 01, 2001 Location: MCKENZIE, ND T148N-R101W-SEC30:LOT 1(NWNW-36.37) FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91189 Lessee: TRUE OIL COMPANY Date: Sep. 01, 2001 Location: MCKENZIE, ND T148N-R101W-SEC32:ALL;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91176 Lessee: TRUE OIL COMPANY Date: Sep. 01, 2001 Location: MCKENZIE, ND T147N-R100W-SEC6:LOTS 4(NWNW-24.01), 5(SWNW-24.15), S2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 91175 Lessee: TRUE OIL COMPANY Date: Sep. 01, 2001 Location: MCKENZIE, ND T147N-R100W-SEC6:LOTS 1-3,6-7, S2NE, SENW, E2SW, N2SE FEDERAL OGL | $0 |

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|---|---|---|---|
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 97567 Lessee: NANCE PETROLEUM CORPORATION Date: Feb. 01, 2008 Location: MCKENZIE, ND T146N-R101W-SEC22:E2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 97567 Lessee: NANCE PETROLEUM CORPORATION Date: Feb. 01, 2008 Location: MCKENZIE, ND T146N-R101W-SEC22:E2;RECORD TITLE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 97731 Lessee: ST. MARY LAND & EXPLORATION COMPANY Date: Mar. 01, 2008 Location: MCKENZIE, ND 148N-102W-SEC34:SE;BAKKEN AND THREE FORKS ONLY FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 99688 Lessee: YATES PETROLEUM CORPORATION; YATES DRILLING COMPANY; MYCO INDUSTRIES, Date: Mar. 01, 2010 Location: MCKENZIE, ND 148N-103W-SEC11:N2NW, SENW, SW, W2SE FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 99689 Lessee: YATES PETROLEUM CORPORATION; YATES DRILLING COMPANY; ABO PETROLEUM Date: Mar. 01, 2010 Location: MCKENZIE, ND 148N-103W-SEC11:SWNW FEDERAL OGL | $0 |
| Emerald WB LLC | Bureau of Land Management | Lessor: USA NDM 93772 Lessee: MARSHALL & WINSTON, INC. Date: Sep. 01, 2004 Location: MCKENZIE, ND 148N-103W-SEC10:ALL FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 93558 Lessee: SAVANT RESOURCES LLC Date: Oct. 1, 2004 Location: MCKENZIE, ND 149N-104W-SEC 1: NESW, N2NE, E2SE FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 071496 Lessee: DORIS L. ASTLEY Date: Jan. 1, 1966 Location: MCKENZIE, ND 149N-104W-SEC 12: NWNE, SENE, SWNW FEDERAL OGL | $0 |
| Emerald NWB, LLC | Bureau of Land Management | Lessor: USA NDM 93559 Lessee: MARATHON OIL COMPANY Date: Oct. 1, 2004 Location: MCKENZIE, ND 149N-104W-SEC 12: NENE; 149N-104W-SEC 1: LOTS 3 (40.00), 4 (40.00) FEDERAL OGL | $0 |

107

| Debtor | Counterparty | Description of Assigned Contracts or Leases | Cure Amount |
|--------|-------------|---------------------------------------------|-------------|
| Emerald Oil, Inc. | True Oil, Inc. | Base Contract for Sale and Purchase of Natural Gas | $ 0 |
| Emerald WB, LLC | J. Hiram Moore and The Moore Trust | FARMOUT AGREEMENT (GRIZZLY FEDERAL 1-27H) | $0 |
| Emerald WB, LLC | Zavanna LLC | FARMOUT AGREEMENT (GRIZZLY FEDERAL 1-27H) | $0 |
| Emerald WB, LLC | Slawson Exploration | JOA (JOINT OPERATING AGREEMENT) CROSSBOW 1-7-6H | $0 |
| Emerald Oil, Inc. | Zavanna, LLC | SETTLEMENT AGREEMENT & EXHIBITS DTD 10.16.2015 | $0 |
| Emerald WB, LLC | Zavanna, LLC | SETTLEMENT AGREEMENT & EXHIBITS DTD 10.16.2015 | $0 |
| Emerald Oil, Inc. | Angelus Private Equity Group, LLC | PSA (PURCHASE & SALE AGREEMENT) DTD 12.18.2015 | $0 |
| Emerald WB, LLC | Angelus Private Equity Group, LLC | PSA (PURCHASE & SALE AGREEMENT) DTD 12.18.2015 | $0 |
| Emerald NWB, LLC | Angelus Private Equity Group, LLC | PSA (PURCHASE & SALE AGREEMENT) DTD 12.18.2015 | $0 |

**Disclosure Schedule 4.22 - Assets Necessary for the Business and the Assets**

None

**<u>Disclosure Schedule 4.23 - Brokers or Finders</u>**

None

110

## Disclosure Schedule 4.24 - Severance Agreements

| EMPLOYEE | DATE OF AGREEMENT | SELLER ENTITY |
| --- | --- | --- |
| James Muchmore | July 26, 2016 | Emerald Oil, Inc. |
| Ian Myers | July 26, 2016 | Emerald Oil, Inc. |
| Brittany Rothe | July 26, 2016 | Emerald Oil, Inc. |
| McAndrew Rusisill | July 26, 2016 | Emerald Oil, Inc. |
| Ryan Smith | July 26, 2016 | Emerald Oil, Inc. |

## <u>Disclosure Schedule 4.25 - Accounts Payable and Accounts Receivable</u>

See attached.

## Current Working Capital

| Category | Expected as of 10/31 |
|---|---|
| A/R - Oil | $ 3,105,174 |
| A/R - JIB | $ 400,000 |
| A/R - Other | $ - |
| A/R - Total | $ 3,505,174 |
| A/P (Net to Emerald) | $ (2,196,378) |
| **Net Working Capital** | **$ 1,308,796** |

## Accounts Receivable Analysis

- **A/R Oil**- Represents expected NET payments to Emerald in November 2016 for October 2016 production. See reconciliation table below:

| | Oil per day (BBLS) | Days in Month | Monthly Bbls | Price less deducts | Oil Sales | Taxes (10%) | Oil Sales Net | Gas Sales | Net Oil and Gas sales |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 4100 | 31 | 127,100 | $ 43.00 | $ 5,465,300 | $ 546,530 | $ 4,918,770 | | |
| Net | 2755 | 31 | 85,405 | $ 43.00 | $ 3,672,415 | $ 367,242 | $ 3,305,174 | $ (200,000) | $ 3,105,174 |

- **A/R JIB**- Represents amount expected to be received by Emerald for its working interest partners' pro-rata ownership percentage of well costs.

- **A/R Other** – Represents A/R on the balance sheet, but currently viewed as unrecoverable.

## Accounts Payable Analysis

- **A/P Net**- Represents current A/P amount viewed as realistically being owed. Of the $5.47mm in existing A/P, $3.01mm is associated with Dakota MVC's, $1.48mm is associated with outstanding professional fees, and $6,500 has already been paid. This leaves current A/P from invoices we have received at ~$967,000.

- Emerald also has approximately $1.10mm in Oildex (invoice tracking system) and anticipates its October 2016 LOE amount to be approximately $1.10mm (oil transport accounted for in the above A/R- Oil calculation).

- This represents $3.14mm of gross costs and when reduced for Emerald's pro-rata ownership position, an approximate $2.20mm A/P balance. See below:

| Category | Expected as of 10/31 |
|---|---|
| Current A/P balance | $ 5,470,237 |
| DMS MVC | -3,014,293 |
| Prof. Fees | -1,482,638 |
| Amounts paid sitting in A/P | -6,430 |
| **Total actual A/P** | **$ 966,876** |
| Amount in Oildex | $ 1,102,807 |
| **A/P and Oildex** | **$ 2,069,682** |
| October LOE accrual | $ 1,068,000 |
| **A/P - TOTAL GROSS** | **$ 3,137,682** |
| **NET A/P TO EMERALD** | **$ 2,196,378** |

## Working Capital Analysis

- **Working Capital**- A net A/R amount of $3.51mm and a net A/P amount of $2.20mm leaves Emerald with a positive working capital of $1.31mm at 10/31/16.

EXHIBIT A

| LESSOR | LESSEE | LEASE DATE | RECORDING | TWP | RNG | SEC | LEGAL DESCRIPTION | COUNTY | STATE | LESSOR GROSS ACRES | LESSOR NET ACRES | EMERALD WI | EMERALD NET ACRES | ROYALTY | ORRI BURDEN | NRI TO 100% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 94090 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 2 | 144N-100W-SEC2: ALL LESS LOT 4 | BILLINGS | ND | 637.8600 | 637.8600 | 0.70000000 | 446.5020 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94090 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 3 | 144N-100W-SEC3:ALL | BILLINGS | ND | 689.2800 | 689.2800 | 0.70000000 | 482.4960 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94090 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 10 | 144N-100W-SEC10:SE | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94091 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 144N | 100W | 2 | 144N-100W-SEC2:LOT 4 (52.70) | BILLINGS | ND | 52.7000 | 52.7000 | 0.70000000 | 36.8900 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC | 9/18/2013 | 143554 | 144N | 100W | 11 | 144N-100W-SEC11:ALL | BILLINGS | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94237 | BURLINGTON RESOURCES OIL & GAS COMPANY LP | 3/1/2005 | N/A - FED | 144N | 100W | 20 | 144N-100W-SEC20:N2 | BILLINGS | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC | 9/18/2013 | 143555 | 144N | 100W | 29 | 144N-100W-SEC29:ALL | BILLINGS | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 29 | 143N-99W-SEC29:ALL | BILLINGS | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 30 | 143N-99W-SEC30:LOTS 1, 2, 3, 4, S2NE, E2W2, SE | BILLINGS | ND | 561.6000 | 561.6000 | 0.70000000 | 393.1200 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 31 | 143N-99W-SEC31:NE | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94083 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 143N | 99W | 32 | 143N-99W-SEC32:N2 | BILLINGS | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC | 9/18/2013 | 143553 | 141N | 99W | 21 | 141N-99W-SEC21:ALL | BILLINGS | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| STATE OF ND OG 10 03226 | ACCESS RESOURCES, INC | 11/2/2010 | 134569 | 141N | 99W | 16 | 141N-99W-SEC16:NE | BILLINGS | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND OG 10 03227 | ACCESS RESOURCES, INC | 11/2/2010 | 134570 | 141N | 99W | 16 | 141N-99W-SEC16:NW | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND OG 10 03228 | ACCESS RESOURCES, INC | 11/2/2010 | 134571 | 141N | 99W | 16 | 141N-99W-SEC16:SE | BILLINGS | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND OG 10 03229 | ACCESS RESOURCES, INC | 11/2/2010 | 134572 | 141N | 99W | 16 | 141N-99W-SEC16:SW | BILLINGS | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 3.3333% | 80.0000% |
| USA NDM 91707 | JOHN P. STRANG | 5/1/2002 | N/A - FED | 144N | 100W | 10 | 144N-100W-SEC10:SW | BILLINGS | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91707 | JOHN P. STRANG | 5/1/2002 | N/A - FED | 144N | 100W | 22 | 144N-100W-SEC22:S2NE, NW | BILLINGS | ND | 240.0000 | 240.0000 | 0.70000000 | 168.0000 | 12.5000% | 7.5000% | 80.0000% |
| DENNIS O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144816 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| WILLIAM O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144815 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| DARBY O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144817 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| AARON O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144840 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| DONOVAN O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144831 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| JEFFREY O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144837 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| LARRY J O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144944 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| MAUREEN WOLF | EMERALD WB, LLC | 4/28/2014 | 144839 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| TIMOTHY O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144823 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| DENISE PERSON | EMERALD WB, LLC | 4/28/2014 | 144948 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| BARBARA BOLTZ | EMERALD WB, LLC | 4/28/2014 | 144841 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 2.2223 | 0.70000000 | 1.5556 | 20.0000% | 0.0000% | 80.0000% |
| BRANDON J O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144820 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 5.9256 | 0.70000000 | 4.1479 | 20.0000% | 0.0000% | 80.0000% |
| JENNIFER L KESSEL | EMERALD WB, LLC | 4/28/2014 | 144949 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 5.9256 | 0.70000000 | 4.1479 | 20.0000% | 0.0000% | 80.0000% |
| DANIELLE R O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144830 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 5.9256 | 0.70000000 | 4.1479 | 20.0000% | 0.0000% | 80.0000% |
| SANDRA RIXEN | EMERALD WB, LLC | 4/28/2014 | 144828 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 17.7778 | 0.70000000 | 12.4445 | 20.0000% | 0.0000% | 80.0000% |
| JIM O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144825 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 17.7778 | 0.70000000 | 12.4445 | 20.0000% | 0.0000% | 80.0000% |
| SHELLY EWONIUK | EMERALD WB, LLC | 4/28/2014 | 144824 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 17.7778 | 0.70000000 | 12.4445 | 20.0000% | 0.0000% | 80.0000% |
| DARNELL O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144943 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 17.7778 | 0.70000000 | 12.4445 | 20.0000% | 0.0000% | 80.0000% |
| LAUREEN BARNHART | EMERALD WB, LLC | 4/28/2014 | 144826 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 17.7778 | 0.70000000 | 12.4445 | 20.0000% | 0.0000% | 80.0000% |
| CAROLYN A & PAUL A HAYDEN | EMERALD WB, LLC | 4/28/2014 | 144945 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 26.6667 | 0.70000000 | 18.6667 | 20.0000% | 0.0000% | 80.0000% |
| EMIL A JR & DOROTHY SAUVAGEAU | EMERALD WB, LLC | 4/28/2014 | 144822 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 26.6667 | 0.70000000 | 18.6667 | 20.0000% | 0.0000% | 80.0000% |
| GWEN SAUVAGEAU | EMERALD WB, LLC | 4/28/2014 | 144827 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 26.6667 | 0.70000000 | 18.6667 | 20.0000% | 0.0000% | 80.0000% |
| SHARLEEN J & DONALD A STIGEN | EMERALD WB, LLC | 4/28/2014 | 144818 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 26.6667 | 0.70000000 | 18.6667 | 20.0000% | 0.0000% | 80.0000% |
| KEVIN ALBERT SCHICHEL | EMERALD WB, LLC | 4/28/2014 | 144819 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 35.5556 | 0.70000000 | 24.8889 | 20.0000% | 0.0000% | 80.0000% |
| CONNIE L LANGSETH | EMERALD WB, LLC | 4/28/2014 | 144838 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 35.5556 | 0.70000000 | 24.8889 | 20.0000% | 0.0000% | 80.0000% |
| KAREN KAY DICOSIMO | EMERALD WB, LLC | 4/28/2014 | 144946 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 35.5556 | 0.70000000 | 24.8889 | 20.0000% | 0.0000% | 80.0000% |
| ROSE O'BRIEN | EMERALD WB, LLC | 4/28/2014 | 144947 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 80.0001 | 0.70000000 | 56.0001 | 20.0000% | 0.0000% | 80.0000% |
| PATRICIA & ARNOLD E JOST | EMERALD WB, LLC | 4/28/2014 | 144821 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 106.6667 | 0.70000000 | 74.6667 | 20.0000% | 0.0000% | 80.0000% |
| KATHY M MORENO | EMERALD WB, LLC | 4/28/2014 | 144829 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 106.6667 | 0.70000000 | 74.6667 | 20.0000% | 0.0000% | 80.0000% |
| LOREN HAWKINSON | EMERALD WB, LLC | 4/28/2014 | 144951 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 0.7407 | 0.70000000 | 0.5185 | 20.0000% | 0.0000% | 80.0000% |
| LEE HAWKINSON | EMERALD WB, LLC | 4/28/2014 | 144950 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 0.7407 | 0.70000000 | 0.5185 | 20.0000% | 0.0000% | 80.0000% |
| LAURA MENDENHALL | EMERALD WB, LLC | 4/28/2014 | 144982 | 144N | 100W | 17 | 144N-100W-SEC17:ALL | BILLINGS | ND | 640.0000 | 0.7407 | 0.70000000 | 0.5185 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 18386 | LAWRENCE C. HARRIS | 11/17/1972 | N/A - FED | 141N | 102W | 33 | 141N-102W-SEC33:NE, SESE;RECORD TITLE ONLY | BILLINGS | ND | 200.0000 | 200.0000 | 0.00000000 | 0.0000 | 12.5000% | 1.0000% | |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 32 | 141N-102W-SEC32:N2NE, SENE, SW, N2SE, SWSE;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 29 | 141N-102W-SEC29:W2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 29 | 141N-102W-SEC29:E2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |

| Lessor | Lessee | Date | Number | Twp | Rng | Sec | Description | County | State | Gross | Net | Factor | Net | Royalty | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 30 | 141N-102W-SEC30:E2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 30 | 141N-102W-SEC30:LOTS 1-4 (SWSW-39.83), E2W2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 32329 | LAWRENCE C. HARRIS | 11/1/1975 | N/A - FED | 141N | 102W | 31 | 141N-102W-SEC31:LOTS 1-4 E2W2, E2;RECORD TITLE ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31259 | LOUISE K. KEY | 4/1/1975 | N/A - FED | 141N | 102W | 33 | 141N-102W-SEC33:N2SE, SWSE;RECORD TITLE ONLY | BILLINGS | ND | 120.0000 | 120.0000 | 0.00000000 | 0.0000 | 12.5000% | 5.0000% | |
| USA NDM 76201 | JUNE M HELLER | 7/1/1988 | N/A - FED | 142N | 100W | 26 | 142N-100W-SEC26:NWNW, S2NW, SW, SWSE;RECORD TITLE ONLY | BILLINGS | ND | 320.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 6.0000% | 81.5000% |
| USA NDM 76201 | JUNE M HELLER | 7/1/1988 | N/A - FED | 142N | 100W | 28 | T142N-R100W-SEC28:E2; RECORD TITLE ONLY | BILLINGS | ND | 320.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 6.0000% | 81.5000% |
| USA NDM 76193 | CLEM R. SIEMER | 9/1/1969 | N/A - FED | 141N | 100W | 12 | 141N-100W-SEC12:N2, W2SW, W2SE, BELOW 11,200 FEET;OPERATING RIGHTS ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 1.5000% | 86.0000% |
| USA NDM 76193 | CLEM R. SIEMER | 9/1/1969 | N/A - FED | 141N | 100W | 14 | 141N-100W-SEC14:S2SE, BELOW 11,200 FEET;OPERATING RIGHTS ONLY | BILLINGS | ND | 0.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 1.5000% | 86.0000% |
| RICHARD E SHANNON | DIVIDE RESOURCES, LLC | 4/5/2010 | 401243 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 46.6667 | 1.00000000 | 46.6667 | 18.7500% | 2.6250% | 78.6250% |
| RICHARD E SHANNON | DIVIDE RESOURCES, LLC | 4/5/2010 | 401243 | 149N | 102W | 6 | 149N-102W-SEC6:SE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.7500% | 0.6250% | 80.6250% |
| RICHARD E SHANNON | DIVIDE RESOURCES, LLC | 4/5/2010 | 401243 | 149N | 102W | 7 | 149N-102W-SEC7:N2NE, SWNE, NWSE, S2SE, SESW | MCKENZIE | ND | 280.0000 | 46.6667 | 1.00000000 | 46.6667 | 18.7500% | 0.6250% | 80.6250% |
| VIDA L SHANNON | DIVIDE RESOURCES, LLC | 4/20/2010 | 401247 | 149N | 102W | 4 | 149N-102W-SEC4:SW, SWNW, W2SE, SESE | MCKENZIE | ND | 320.0000 | 45.0000 | 1.00000000 | 45.0000 | 18.7500% | 0.6250% | 80.6250% |
| VIDA L SHANNON | DIVIDE RESOURCES, LLC | 4/20/2010 | 401247 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 29.1667 | 1.00000000 | 29.1667 | 18.7500% | 2.6250% | 78.6250% |
| VIDA L SHANNON | DIVIDE RESOURCES, LLC | 4/20/2010 | 401247 | 149N | 102W | 6 | 149N-102W-SEC6:SE | MCKENZIE | ND | 160.0000 | 16.6667 | 1.00000000 | 16.6667 | 18.7500% | 0.6250% | 80.6250% |
| VIDA L SHANNON | DIVIDE RESOURCES, LLC | 4/20/2010 | 401247 | 149N | 102W | 7 | 149N-102W-SEC7:N2NE, SWNE, NWSE, S2SE, SESW | MCKENZIE | ND | 280.0000 | 29.1667 | 1.00000000 | 29.1667 | 18.7500% | 0.6250% | 80.6250% |
| SHARI SATHER | DIVIDE RESOURCES, LLC | 4/10/2010 | 401245 | 149N | 102W | 4 | 149N-102W-SEC4:SW, SWNW, W2SE, SESE | MCKENZIE | ND | 320.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.7500% | 0.6250% | 80.6250% |
| SHARI SATHER | DIVIDE RESOURCES, LLC | 4/10/2010 | 401245 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 9.7222 | 1.00000000 | 9.7222 | 18.7500% | 2.6250% | 78.6250% |
| SHARI SATHER | DIVIDE RESOURCES, LLC | 4/10/2010 | 401245 | 149N | 102W | 6 | 149N-102W-SEC6:SE | MCKENZIE | ND | 160.0000 | 5.5556 | 1.00000000 | 5.5556 | 18.7500% | 0.6250% | 80.6250% |
| CAROL KRIEG | DIVIDE RESOURCES, LLC | 4/7/2010 | 401244 | 149N | 102W | 4 | 149N-102W-SEC4:SW, SWNW, W2SE, SESE | MCKENZIE | ND | 320.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.7500% | 0.6250% | 80.6250% |
| CAROL KRIEG | DIVIDE RESOURCES, LLC | 4/7/2010 | 401244 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 9.7222 | 1.00000000 | 9.7222 | 18.7500% | 2.6250% | 78.6250% |
| MARILYN TIMMONS | DIVIDE RESOURCES, LLC | 4/7/2010 | 401246 | 149N | 102W | 4 | 149N-102W-SEC4:SW, SWNW, W2SE, SESE | MCKENZIE | ND | 320.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.7500% | 0.6250% | 80.6250% |
| MARILYN TIMMONS | DIVIDE RESOURCES, LLC | 4/7/2010 | 401246 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 9.7222 | 1.00000000 | 9.7222 | 18.7500% | 2.6250% | 78.6250% |
| OKLAND INCORPORATED | 4-JW LTD. | 2/1/2010 | 401174 | 149N | 102W | 25 | 149N-102W-SEC25:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 16.6667% | 3.3333% | 80.0000% |
| OKLAND INCORPORATED | 4-JW LTD. | 2/1/2010 | 401174 | 149N | 102W | 36 | 149N-102W-SEC36:SW, LESS A 1.64 ACRE TRACT | MCKENZIE | ND | 158.3600 | 39.5900 | 1.00000000 | 39.5900 | 16.6667% | 3.3333% | 80.0000% |
| SOLVEIG J OKLAND TRUST | 4-JW LTD. | 2/1/2010 | 401175 | 149N | 102W | 36 | 149N-102W-SEC36:NW, SE, LESS A 1.64 ACRE TRACT | MCKENZIE | ND | 318.3600 | 159.1800 | 1.00000000 | 159.1800 | 16.6667% | 3.3333% | 80.0000% |
| SOLVEIG J OKLAND TRUST | 4-JW LTD. | 2/1/2010 | 401175 | 149N | 102W | 36 | 149N-102W-SEC36:SW, LESS A 1.64 ACRE TRACT | MCKENZIE | ND | 158.3600 | 3.9590 | 1.00000000 | 3.9590 | 16.6667% | 3.3333% | 80.0000% |
| CHARLES L CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408088 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 11.5361 | 1.00000000 | 11.5361 | 19.0000% | 3.6667% | 77.3333% |
| CHARLES L CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408088 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 17.3041 | 1.00000000 | 17.3041 | 19.0000% | 3.6667% | 77.3333% |
| CHARLES L CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408088 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 7.6907 | 1.00000000 | 7.6907 | 19.0000% | 3.5000% | 77.5000% |
| CHARLES L CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408088 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.9227 | 1.00000000 | 1.9227 | 19.0000% | 3.5000% | 77.5000% |
| RANDALL JOE CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408087 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 11.5361 | 1.00000000 | 11.5361 | 19.0000% | 3.6667% | 77.3333% |
| RANDALL JOE CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408087 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 17.3041 | 1.00000000 | 17.3041 | 19.0000% | 3.6667% | 77.3333% |
| RANDALL JOE CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408087 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 7.6907 | 1.00000000 | 7.6907 | 19.0000% | 3.5000% | 77.5000% |
| RANDALL JOE CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408087 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.9227 | 1.00000000 | 1.9227 | 19.0000% | 3.5000% | 77.5000% |
| CLARENCE CARPENTER | SLAWSON EXPLORATION COMPANY, INC. | 7/8/2010 | 408089 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 11.5361 | 1.00000000 | 11.5361 | 19.0000% | 3.6667% | 77.3333% |
| GREG ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408094 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| GREG ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408094 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| GREG ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408094 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |

| Name | Company | Date | Number | Twp | Rng | Sec | Description | County | State | Acres | Value | Factor | Value | Pct1 | Pct2 | Pct3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GREG ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408094 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| GAYLENE CURTIS | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408091 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| GAYLENE CURTIS | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408091 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| GAYLENE CURTIS | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408091 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |
| GAYLENE CURTIS | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408091 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| DAVID NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409141 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| DAVID NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409141 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| DAVID NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409141 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |
| DAVID NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409141 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| ALAN & BARBARA NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409130 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| ALAN & BARBARA NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409130 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| ALAN & BARBARA NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409130 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |
| ALAN & BARBARA NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 409130 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| CLIFFORD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 409131 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| CLIFFORD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 409131 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| CLIFFORD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 409131 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |
| CLIFFORD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 409131 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| MAXINE B NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408090 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| MAXINE B NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408090 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| MAXINE B NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408090 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |
| MAXINE B NELSON | SLAWSON EXPLORATION COMPANY, INC. | 7/16/2010 | 408090 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| DONALD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408097 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 7.4160 | 1.00000000 | 7.4160 | 19.0000% | 3.6667% | 77.3333% |
| DONALD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408097 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 11.1241 | 1.00000000 | 11.1241 | 19.0000% | 3.6667% | 77.3333% |
| DONALD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408097 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 19.0000% | 3.5000% | 77.5000% |
| DONALD ANDERSON | SLAWSON EXPLORATION COMPANY, INC. | 7/7/2010 | 408097 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.2360 | 1.00000000 | 1.2360 | 19.0000% | 3.5000% | 77.5000% |
| ADELINE C LEY MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 11/5/2010 | 411854 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 30.6959 | 1.00000000 | 30.6959 | 20.0000% | 3.0000% | 77.0000% |
| ADELINE C LEY MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 11/5/2010 | 411854 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 7.6740 | 1.00000000 | 7.6740 | 20.0000% | 3.0000% | 77.0000% |
| ARNE O & A JOYCE SKEDSVOLD H/W | SLAWSON EXPLORATION COMPANY, INC. | 11/5/2010 | 410113 | 149N | 102W | 22 | 149N-102W-SEC22:W2SE, SW | MCKENZIE | ND | 240.0000 | 46.0439 | 1.00000000 | 46.0439 | 20.0000% | 3.0000% | 77.0000% |
| ARNE O & A JOYCE SKEDSVOLD H/W | SLAWSON EXPLORATION COMPANY, INC. | 11/5/2010 | 410113 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 69.0658 | 1.00000000 | 69.0658 | 20.0000% | 3.0000% | 77.0000% |
| ARNE O & A JOYCE SKEDSVOLD H/W | SLAWSON EXPLORATION COMPANY, INC. | 11/5/2010 | 410113 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 30.6959 | 1.00000000 | 30.6959 | 20.0000% | 3.0000% | 77.0000% |
| ARNE O & A JOYCE SKEDSVOLD H/W | SLAWSON EXPLORATION COMPANY, INC. | 11/5/2010 | 410113 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 7.6740 | 1.00000000 | 7.6740 | 20.0000% | 3.0000% | 77.0000% |
| VICKI LYNN YEOMAN | TRANSCONTINENT OIL COMPANY | 4/23/2010 | 401830 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 3.6250% | 77.6250% |
| DALE HENRY & JOANN GARMAN | TRANSCONTINENT OIL COMPANY | 4/21/2010 | 402254 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 21.6667 | 1.00000000 | 21.6667 | 18.7500% | 3.6250% | 77.6250% |
| DENNIS DUANE & DEE GARMAN | TRANSCONTINENT OIL COMPANY | 4/21/2010 | 401818 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 21.6667 | 1.00000000 | 21.6667 | 18.7500% | 3.6250% | 77.6250% |
| DARRELL NOLAN GARMAN | TRANSCONTINENT OIL COMPANY | 4/21/2010 | 401827 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 21.6667 | 1.00000000 | 21.6667 | 18.7500% | 3.6250% | 77.6250% |
| DEREK L IRISH | TRANSCONTINENT OIL COMPANY | 4/22/2010 | 402250 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 5.4167 | 1.00000000 | 5.4167 | 18.7500% | 3.8333% | 77.4167% |
| MICHAEL D IRISH | TRANSCONTINENT OIL COMPANY | 4/22/2010 | 403135 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 5.4167 | 1.00000000 | 5.4167 | 18.7500% | 3.6250% | 77.6250% |

| Lessor | Lessee | Date | Doc | Twp | Rng | Sec | Legal | County | State | Acres | Net Acres | WI Factor | Net Acres 2 | Royalty | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DYLAN M IRISH | TRANSCONTINENT OIL COMPANY | 4/22/2010 | 402249 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 5.4167 | 1.00000000 | 5.4167 | 18.7500% | 3.6250% | 77.6250% |
| SHERI JOHNSON | TRANSCONTINENT OIL COMPANY | 4/22/2010 | 401820 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 10.8333 | 1.00000000 | 10.8333 | 18.7500% | 3.6250% | 77.6250% |
| LOIS ADOLPH SEALEY | TRANSCONTINENT OIL COMPANY | 4/23/2010 | 401832 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 10.8333 | 1.00000000 | 10.8333 | 18.7500% | 3.8333% | 77.4167% |
| JENELLE JOHNSON | TRANSCONTINENT OIL COMPANY | 4/22/2010 | 403136 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 10.8333 | 1.00000000 | 10.8333 | 18.7500% | 3.8333% | 77.4167% |
| JACOLE JOHNSON | TRANSCONTINENT OIL COMPANY | 4/22/2010 | 402244 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 10.8333 | 1.00000000 | 10.8333 | 18.7500% | 3.8333% | 77.4167% |
| PHILLIP & ANGELA OKLAND ET AL | TRANSCONTINENT OIL COMPANY | 4/12/2010 | 401444 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 16.0000 | 1.00000000 | 16.0000 | 18.7500% | 3.8333% | 77.4167% |
| ESTHER HEGGEN & JEROME HEGGEN | TRANSCONTINENT OIL COMPANY | 4/8/2010 | 401188 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 16.0000 | 1.00000000 | 16.0000 | 18.7500% | 3.8333% | 77.4167% |
| M L & LINDA L OKLAND FAMILY TR | TRANSCONTINENT OIL COMPANY | 4/12/2010 | 401183 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 16.0000 | 1.00000000 | 16.0000 | 18.7500% | 3.8333% | 77.4167% |
| DAVID I & BETTY L ROD H/W | TRANSCONTINENT OIL COMPANY | 5/21/2010 | 403614 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 0.6250 | 1.00000000 | 0.6250 | 18.7500% | 5.8333% | 75.4167% |
| DAVID I & BETTY L ROD H/W | TRANSCONTINENT OIL COMPANY | 5/21/2010 | 403614 | 149N | 102W | 17 | 149N-102W-SEC17:S2SW | MCKENZIE | ND | 80.0000 | 0.9375 | 1.00000000 | 0.9375 | 18.7500% | 5.8333% | 75.4167% |
| DAVID I & BETTY L ROD H/W | TRANSCONTINENT OIL COMPANY | 5/21/2010 | 403614 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 5.4167 | 1.00000000 | 5.4167 | 18.7500% | 3.0000% | 78.2500% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 20 | 149N-102W-SEC20:SE, SENE | MCKENZIE | ND | 200.0000 | 50.0000 | 1.00000000 | 50.0000 | 18.7500% | 5.8065% | 75.4435% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 0.2604 | 1.00000000 | 0.2604 | 18.7500% | 5.8065% | 75.4435% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 0.4956 | 1.00000000 | 0.4956 | 18.7500% | 5.8065% | 75.4435% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 21 | 149N-102W-SEC21:S2SW | MCKENZIE | ND | 80.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.8065% | 77.4435% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 21 | 149N-102W-SEC21:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.8065% | 77.4435% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 21 | 149N-102W-SEC21:SE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.8065% | 77.4435% |
| GERRY & DELORES ROD | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400392 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 58.3333 | 1.00000000 | 58.3333 | 18.7500% | 3.8065% | 77.4435% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 20 | 149N-102W-SEC20:SE, SENE | MCKENZIE | ND | 200.0000 | 50.0000 | 1.00000000 | 50.0000 | 18.7500% | 5.8333% | 75.4167% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 0.2608 | 1.00000000 | 0.2608 | 18.7500% | 5.8333% | 75.4167% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 0.4958 | 1.00000000 | 0.4958 | 18.7500% | 5.8333% | 75.4167% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 21 | 149N-102W-SEC21:S2SW | MCKENZIE | ND | 80.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.8333% | 77.4167% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 21 | 149N-102W-SEC21:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.8333% | 77.4167% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 21 | 149N-102W-SEC21:SE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.8333% | 77.4167% |
| DAVID I & BETTY L ROB H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/9/2010 | 400391 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 58.3333 | 1.00000000 | 58.3333 | 18.7500% | 5.8333% | 75.4167% |
| JIM & BONNIE EVANSON H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401814 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 3.1250 | 1.00000000 | 3.1250 | 18.7500% | 5.8333% | 75.4167% |
| JIM & BONNIE EVANSON H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401814 | 149N | 102W | 17 | 149N-102W-SEC17:S2SW | MCKENZIE | ND | 80.0000 | 4.6875 | 1.00000000 | 4.6875 | 18.7500% | 5.8333% | 75.4167% |
| JIM & BONNIE EVANSON H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401814 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 1.3021 | 1.00000000 | 1.3021 | 18.7500% | 5.8333% | 75.4167% |
| JIM & BONNIE EVANSON H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401814 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 2.4781 | 1.00000000 | 2.4781 | 18.7500% | 5.8333% | 75.4167% |
| JIM & BONNIE EVANSON H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401814 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 27.0833 | 1.00000000 | 27.0833 | 20.0000% | 3.0000% | 77.0000% |
| JESS & FRANKIE BURMAN H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401815 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 3.1250 | 1.00000000 | 3.1250 | 18.7500% | 5.8333% | 75.4167% |
| JESS & FRANKIE BURMAN H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401815 | 149N | 102W | 17 | 149N-102W-SEC17:S2SW | MCKENZIE | ND | 80.0000 | 4.6875 | 1.00000000 | 4.6875 | 18.7500% | 5.8333% | 75.4167% |
| JESS & FRANKIE BURMAN H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401815 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 1.3021 | 1.00000000 | 1.3021 | 18.7500% | 5.8333% | 75.4167% |
| JESS & FRANKIE BURMAN H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401815 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 2.4781 | 1.00000000 | 2.4781 | 18.7500% | 5.8333% | 75.4167% |
| JESS & FRANKIE BURMAN H/W | SLAWSON EXPLORATION COMPANY, INC. | 4/17/2010 | 401815 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 27.0833 | 1.00000000 | 27.0833 | 20.0000% | 3.0000% | 77.0000% |
| GILBERT O CHRISTIANSON | SLAWSON EXPLORATION COMPANY, INC. | 4/22/2010 | 401816 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 1.2500 | 1.00000000 | 1.2500 | 18.7500% | 5.8333% | 75.4167% |
| GILBERT O CHRISTIANSON | SLAWSON EXPLORATION COMPANY, INC. | 4/22/2010 | 401816 | 149N | 102W | 17 | 149N-102W-SEC17:S2SW | MCKENZIE | ND | 80.0000 | 1.8750 | 1.00000000 | 1.8750 | 18.7500% | 5.8333% | 75.4167% |
| GILBERT O CHRISTIANSON | SLAWSON EXPLORATION COMPANY, INC. | 4/22/2010 | 401816 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 0.5208 | 1.00000000 | 0.5208 | 18.7500% | 5.8333% | 75.4167% |
| GILBERT O CHRISTIANSON | SLAWSON EXPLORATION COMPANY, INC. | 4/22/2010 | 401816 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 0.9912 | 1.00000000 | 0.9912 | 18.7500% | 5.8333% | 75.4167% |

| | | | | | | Sec | Description | County | State | Acres | | Factor | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GILBERT O CHRISTIANSON | SLAWSON EXPLORATION COMPANY, INC. | 4/22/2010 | 401816 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 7.2224 | 1.00000000 | 7.2224 | 18.7500% | 3.0000% | 78.2500% |
| THE HAMILL FOUNDATION | CODY OIL & GAS CORPORATION | 3/18/2010 | 400499 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 3 (39.46), 4 (39.50), E2SW | MCKENZIE | ND | 158.9600 | 26.4967 | 1.00000000 | 26.4967 | 18.7500% | 4.0833% | 77.1667% |
| THE HAMILL FOUNDATION | CODY OIL & GAS CORPORATION | 3/18/2010 | 400499 | 149N | 102W | 19 | 149N-102W-SEC19:S2NE, N2SE | MCKENZIE | ND | 160.0000 | 35.4200 | 1.00000000 | 35.4200 | 18.7500% | 4.0833% | 77.1667% |
| THE HAMILL FOUNDATION | CODY OIL & GAS CORPORATION | 3/18/2010 | 400499 | 149N | 102W | 19 | 149N-102W-SEC19:LOTS 3 (39.57), 4 (39.59), E2SW | MCKENZIE | ND | 159.1600 | 26.5267 | 1.00000000 | 26.5267 | 18.7500% | 4.0833% | 77.1667% |
| THE HAMILL FOUNDATION | CODY OIL & GAS CORPORATION | 3/18/2010 | 400499 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 35.4167 | 1.00000000 | 35.4167 | 18.7500% | 6.2500% | 75.0000% |
| THE HAMILL FOUNDATION | CODY OIL & GAS CORPORATION | 3/18/2010 | 400499 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 8.9000 | 1.00000000 | 8.9000 | 18.7500% | 6.2500% | 75.0000% |
| THE HAMILL FOUNDATION | CODY OIL & GAS CORPORATION | 3/18/2010 | 400499 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.7500% | 4.2500% | 77.0000% |
| GERRY N & DELORES M ROD | SLAWSON EXPLORATION COMPANY, INC. | 5/21/2010 | 403615 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 0.6250 | 1.00000000 | 0.6250 | 18.7500% | 5.8333% | 75.4167% |
| GERRY N & DELORES M ROD | SLAWSON EXPLORATION COMPANY, INC. | 5/21/2010 | 403615 | 149N | 102W | 17 | 149N-102W-SEC17:S2SW | MCKENZIE | ND | 80.0000 | 0.9375 | 1.00000000 | 0.9375 | 18.7500% | 5.8333% | 75.4167% |
| GERRY N & DELORES M ROD | SLAWSON EXPLORATION COMPANY, INC. | 5/21/2010 | 403615 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 5.4167 | 1.00000000 | 5.4167 | 18.7500% | 3.0000% | 78.2500% |
| SCOTT D STRAND | SLAWSON EXPLORATION COMPANY, INC. | 4/10/2010 | 404422 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 0.9722 | 1.00000000 | 0.9722 | 18.7500% | 5.8333% | 75.4167% |
| JAMES E STRAND | SLAWSON EXPLORATION COMPANY, INC. | 4/10/2010 | 404421 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 0.9722 | 1.00000000 | 0.9722 | 18.7500% | 5.8333% | 75.4167% |
| SANDRA K ALTO | SLAWSON EXPLORATION COMPANY, INC. | 4/10/2010 | 404420 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 0.9722 | 1.00000000 | 0.9722 | 18.7500% | 5.8333% | 75.4167% |
| JUDITH A EGR | SLAWSON EXPLORATION COMPANY, INC. | 4/10/2010 | 404419 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 0.9722 | 1.00000000 | 0.9722 | 18.7500% | 5.8333% | 75.4167% |
| RSG PROPERTIES LTD | SLAWSON EXPLORATION COMPANY, INC. | 10/1/2011 | 424667 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 1.4400 | 1.00000000 | 1.4400 | 20.0000% | 5.0000% | 75.0000% |
| C & H INVESTMENT COMPANY | SLAWSON EXPLORATION COMPANY, INC. | 7/17/2012 | 437262 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 5.0000% | 75.0000% |
| PAUL PRIBULA | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406657 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 0.6667 | 1.00000000 | 0.6667 | 18.7500% | 5.8333% | 75.4167% |
| PAUL PRIBULA | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406657 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 1.3333 | 1.00000000 | 1.3333 | 18.7500% | 5.8333% | 75.4167% |
| GAYLEN D BACHMAN | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406656 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 0.1667 | 1.00000000 | 0.1667 | 18.7500% | 5.8333% | 75.4167% |
| GAYLEN D BACHMAN | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406656 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 0.3333 | 1.00000000 | 0.3333 | 18.7500% | 5.8333% | 75.4167% |
| ROCKY GORDER | SLAWSON EXPLORATION COMPANY, INC. | 8/2/2010 | 406660 | 149N | 102W | 17 | 149N-102W-SEC17:E2NW | MCKENZIE | ND | 80.0000 | 1.3474 | 1.00000000 | 1.3474 | 20.0000% | 5.0000% | 75.0000% |
| ROCKY GORDER | SLAWSON EXPLORATION COMPANY, INC. | 8/2/2010 | 406660 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.1659 | 1.00000000 | 1.1659 | 20.0000% | 5.0000% | 75.0000% |
| ROCKY GORDER | SLAWSON EXPLORATION COMPANY, INC. | 8/2/2010 | 406660 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 1.3474 | 1.00000000 | 1.3474 | 20.0000% | 5.0000% | 75.0000% |
| ROCKY GORDER | SLAWSON EXPLORATION COMPANY, INC. | 8/2/2010 | 406660 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 2.3318 | 1.00000000 | 2.3318 | 20.0000% | 5.0000% | 75.0000% |
| KATHARINE R CLARK | SLAWSON EXPLORATION COMPANY, INC. | 1/24/2011 | 414488 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 0.8334 | 1.00000000 | 0.8334 | 18.7500% | 5.8333% | 75.4167% |
| KATHARINE R CLARK | SLAWSON EXPLORATION COMPANY, INC. | 1/24/2011 | 414488 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 1.6667 | 1.00000000 | 1.6667 | 18.7500% | 5.8333% | 75.4167% |
| FRANCIS MONSON | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2010 | 404391 | 149N | 102W | 17 | 149N-102W-SEC17:E2NW | MCKENZIE | ND | 80.0000 | 1.7151 | 1.00000000 | 1.7151 | 18.7500% | 5.8333% | 75.4167% |
| FRANCIS MONSON | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2010 | 404391 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 1.7151 | 1.00000000 | 1.7151 | 18.7500% | 5.8333% | 75.4167% |
| LUCILLE PALUCK | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2010 | 404390 | 149N | 102W | 17 | 149N-102W-SEC17:E2NW | MCKENZIE | ND | 80.0000 | 1.7151 | 1.00000000 | 1.7151 | 18.7500% | 5.8333% | 75.4167% |
| LUCILLE PALUCK | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2010 | 404390 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 1.7151 | 1.00000000 | 1.7151 | 18.7500% | 5.8333% | 75.4167% |
| IRENE BELL | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2010 | 404392 | 149N | 102W | 17 | 149N-102W-SEC17:E2NW | MCKENZIE | ND | 80.0000 | 1.7151 | 1.00000000 | 1.7151 | 18.7500% | 5.8333% | 75.4167% |
| IRENE BELL | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2010 | 404392 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 1.7151 | 1.00000000 | 1.7151 | 18.7500% | 5.8333% | 75.4167% |
| BEN E COLLINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 404418 | 149N | 102W | 17 | 149N-102W-SEC17:E2NW | MCKENZIE | ND | 80.0000 | 1.1658 | 1.00000000 | 1.1658 | 18.7500% | 5.8333% | 75.4167% |
| BEN E COLLINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 404418 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.1658 | 1.00000000 | 1.1658 | 18.7500% | 5.8333% | 75.4167% |
| BEN E COLLINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 404418 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 1.1659 | 1.00000000 | 1.1659 | 18.7500% | 5.8333% | 75.4167% |

| Lessor | Lessee | Date | Doc# | Twp | Rng | Sec | Description | County | ST | Acres | Net Acres | Interest | Net Acres 2 | Royalty | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEN E COLLINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 404418 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 2.3317 | 1.00000000 | 2.3317 | 18.7500% | 5.8333% | 75.4167% |
| BEN E COLLINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 404418 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 4.6634 | 1.00000000 | 4.6634 | 18.7500% | 3.8333% | 77.4167% |
| KAREN B HOLTMEIER | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406659 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 0.1667 | 1.00000000 | 0.1667 | 18.7500% | 5.8333% | 75.4167% |
| KAREN B HOLTMEIER | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406659 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 0.3333 | 1.00000000 | 0.3333 | 18.7500% | 5.8333% | 75.4167% |
| DENNIS W YOCKIM | SLAWSON EXPLORATION COMPANY, INC. | 10/28/2010 | 409975 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 3.3334 | 1.00000000 | 3.3334 | 20.0000% | 5.0000% | 75.0000% |
| DENNIS W YOCKIM | SLAWSON EXPLORATION COMPANY, INC. | 10/28/2010 | 409975 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 20.0000% | 5.0000% | 75.0000% |
| DENNIS W YOCKIM | SLAWSON EXPLORATION COMPANY, INC. | 10/28/2010 | 409975 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 7.5002 | 1.00000000 | 7.5002 | 20.0000% | 3.0000% | 77.0000% |
| PERRY S CLARK | SLAWSON EXPLORATION COMPANY, INC. | 1/24/2011 | 414489 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 0.8334 | 1.00000000 | 0.8334 | 18.7500% | 5.8333% | 75.4167% |
| PERRY S CLARK | SLAWSON EXPLORATION COMPANY, INC. | 1/24/2011 | 414489 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 1.6667 | 1.00000000 | 1.6667 | 18.7500% | 5.8333% | 75.4167% |
| MICHAEL T FITZMAURICE | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416589 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.1667 | 1.00000000 | 1.1667 | 20.0000% | 5.0000% | 75.0000% |
| BAILLON OILGAS CORPORATION | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416588 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.1667 | 1.00000000 | 1.1667 | 20.0000% | 5.0000% | 75.0000% |
| BAILLON OILGAS CORPORATION | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416588 | 149N | 102W | 25 | 149N-102W-SEC25:NE | MCKENZIE | ND | 160.0000 | 87.8182 | 1.00000000 | 87.8182 | 20.0000% | 3.0000% | 77.0000% |
| BAILLON OILGAS CORPORATION | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416588 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 5.0000 | 1.00000000 | 5.0000 | 20.0000% | 5.0000% | 75.0000% |
| BAILLON OILGAS CORPORATION | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416588 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 9.0000 | 1.00000000 | 9.0000 | 20.0000% | 3.0000% | 77.0000% |
| SHEILA A FITZMAURICE | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416926 | 149N | 102W | 25 | 149N-102W-SEC25:NE | MCKENZIE | ND | 160.0000 | 27.8182 | 1.00000000 | 27.8182 | 20.0000% | 3.0000% | 77.0000% |
| SHEILA A FITZMAURICE | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416926 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 5.0000 | 1.00000000 | 5.0000 | 20.0000% | 5.0000% | 75.0000% |
| SHEILA A FITZMAURICE | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416926 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 9.0000 | 1.00000000 | 9.0000 | 20.0000% | 3.0000% | 77.0000% |
| KIMBERLY ANN SIEGLER | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2011 | 420840 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 5.3333 | 1.00000000 | 5.3333 | 20.0000% | 5.0000% | 75.0000% |
| KIMBERLY ANN SIEGLER | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2011 | 420840 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 8.6667 | 1.00000000 | 8.6667 | 20.0000% | 5.0000% | 75.0000% |
| KIMBERLY ANN SIEGLER | SLAWSON EXPLORATION COMPANY, INC. | 6/16/2011 | 420840 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 16.0000 | 1.00000000 | 16.0000 | 20.0000% | 5.0000% | 75.0000% |
| JUANITA C DAVIS REVOCABLE TR | SLAWSON EXPLORATION COMPANY, INC. | 3/6/2012 | 431622 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 15.0000 | 1.00000000 | 15.0000 | 18.7500% | 5.0000% | 76.2500% |
| CHARLENE JOHANNESON | SLAWSON EXPLORATION COMPANY, INC. | 3/21/2012 | 432288 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.0016 | 1.00000000 | 1.0016 | 20.0000% | 5.0000% | 75.0000% |
| DUANN RAE GREEN ET AL | SLAWSON EXPLORATION COMPANY, INC. | 5/16/2011 | 418710 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 2.0000 | 1.00000000 | 2.0000 | 20.0000% | 3.0000% | 77.0000% |
| DOUGLAS E SEILER | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 418602 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3125 | 1.00000000 | 0.3125 | 20.0000% | 3.0000% | 77.0000% |
| GEORGE STEELE | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 418603 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.9375 | 1.00000000 | 0.9375 | 20.0000% | 3.0000% | 77.0000% |
| VIOLET R GESSNER | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 418604 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.5000 | 1.00000000 | 0.5000 | 20.0000% | 3.0000% | 77.0000% |
| CHARLENE JOHANNESON | SLAWSON EXPLORATION COMPANY, INC. | 6/1/2011 | 419120 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3409 | 1.00000000 | 0.3409 | 20.0000% | 3.0000% | 77.0000% |
| BRUCE W SEILER | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 419447 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3125 | 1.00000000 | 0.3125 | 20.0000% | 3.0000% | 77.0000% |
| ROBERT A & ANN P CONNELL | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 419446 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.4688 | 1.00000000 | 0.4688 | 20.0000% | 3.0000% | 77.0000% |
| JANE LONG ESTATE | SLAWSON EXPLORATION COMPANY, INC. | 6/9/2011 | 419802 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3409 | 1.00000000 | 0.3409 | 20.0000% | 3.0000% | 77.0000% |
| MOLLY SILAS & JOSEPH VOCHKO | SLAWSON EXPLORATION COMPANY, INC. | 5/27/2011 | 422454 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.4688 | 1.00000000 | 0.4688 | 20.0000% | 3.0000% | 77.0000% |
| BENSON MINERAL GROUP INC | SLAWSON EXPLORATION COMPANY, INC. | 6/20/2012 | 436837 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.7412 | 1.00000000 | 0.7412 | 20.0000% | 3.0000% | 77.0000% |
| DALE L SCHWARZHOFF BY AIF | SLAWSON EXPLORATION COMPANY, INC. | 6/20/2012 | 436834 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.7412 | 1.00000000 | 0.7412 | 20.0000% | 3.0000% | 77.0000% |
| HELZEL LIVING TRUST BY AIF | SLAWSON EXPLORATION COMPANY, INC. | 6/20/2012 | 436836 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3706 | 1.00000000 | 0.3706 | 20.0000% | 3.0000% | 77.0000% |

| Lessor | Lessee | Date | Doc # | Twp | Rng | Sec | Legal Description | County | State | Acres | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HHK WILCOX COMPANY INC BY AIF | SLAWSON EXPLORATION COMPANY, INC. | 6/20/2012 | 436835 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3706 | 1.00000000 | 0.3706 | 20.0000% | 3.0000% | 77.0000% |
| EVELYN S HAPPENY | SLAWSON EXPLORATION COMPANY, INC. | 7/3/2012 | 437260 | 149N | 102W | 9 | 149N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 1.2500 | 1.00000000 | 1.2500 | 20.0000% | 3.0000% | 77.0000% |
| MARGARET S FOSTER | SLAWSON EXPLORATION COMPANY, INC. | 7/3/2012 | 437258 | 149N | 102W | 9 | 149N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 1.2500 | 1.00000000 | 1.2500 | 20.0000% | 3.0000% | 77.0000% |
| GEORGE K FLASKERUD | SLAWSON EXPLORATION COMPANY, INC. | 7/3/2012 | 437255 | 149N | 102W | 9 | 149N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 1.2500 | 1.00000000 | 1.2500 | 20.0000% | 3.0000% | 77.0000% |
| GLORIS K O'BRIEN | SLAWSON EXPLORATION COMPANY, INC. | 7/3/2012 | 437259 | 149N | 102W | 9 | 149N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 1.2500 | 1.00000000 | 1.2500 | 20.0000% | 3.0000% | 77.0000% |
| JAMES M & GEORGENA P OLSON H/W | SLAWSON EXPLORATION COMPANY, INC. | 2/11/2010 | 398599 | 149N | 102W | 28 | 149N-102W-SEC28:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 3.0000% | 78.2500% |
| STATE OF ND OG 09 01400 | SLAWSON EXPLORATION COMPANY, INC. | 11/3/2009 | N/A - STATE | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 80.0000 | 0.50000000 | 40.0000 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01401 | SLAWSON EXPLORATION COMPANY, INC. | 11/3/2009 | N/A - STATE | 149N | 102W | 36 | 149N-102W-SEC36:NW, LESS A 1.64 ACRE TRACT | MCKENZIE | | 160.0000 | 80.0000 | 0.50000000 | 40.0000 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01402 | SLAWSON EXPLORATION COMPANY, INC. | 11/3/2009 | N/A - STATE | 149N | 102W | 36 | 149N-102W-SEC36:SE, LESS A 1.64 ACRE TRACT | MCKENZIE | ND | 158.3600 | 79.1800 | 0.50000000 | 39.5900 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01402 | SLAWSON EXPLORATION COMPANY, INC. | 11/3/2009 | N/A - STATE | 149N | 102W | 36 | 149N-102W-SEC36:1.64 ACRE TRACT LYING IN THE SE | MCKENZIE | ND | 1.6400 | 1.6400 | 0.50000000 | 0.8200 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01403 | SLAWSON EXPLORATION COMPANY, INC. | 11/3/2009 | N/A - STATE | 149N | 102W | 36 | 149N-102W-SEC36:SW, LESS A 1.64 ACRE TRACT | MCKENZIE | ND | 158.3600 | 79.1800 | 0.50000000 | 39.5900 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01403 | SLAWSON EXPLORATION COMPANY, INC. | 11/3/2009 | N/A - STATE | 149N | 102W | 36 | 149N-102W-SEC36:1.64 ACRE TRACT IN THE SW | MCKENZIE | ND | 1.6400 | 1.6400 | 0.50000000 | 0.8200 | 16.6667% | 6.0000% | 77.3333% |
| USA NDM 93412 | RINCON EXPLORATION LLC | 6/1/2004 | 357253 | 149N | 103W | 35 | 149N-103W-SEC35:N2, N2SW, SWSW | MCKENZIE | ND | 440.0000 | 440.0000 | 0.76166754 | 335.1337 | 12.5000% | 10.5000% | 77.0000% |
| USA NDM 93412 | RINCON EXPLORATION LLC | 6/1/2004 | 357253 | 149N | 103W | 35 | 149N-103W-SEC35:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.76166754 | 121.8668 | 12.5000% | 10.5000% | 77.0000% |
| USA NDM 93412 | RINCON EXPLORATION LLC | 6/1/2004 | 357253 | 149N | 103W | 25 | 149N-103W-SEC25:NW, S2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.11250000 | 54.0000 | 12.5000% | 10.5000% | 77.0000% |
| WALTER A & SUSAN M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397461 | 149N | 102W | 5 | 149N-102W-SEC5:LOT 4 (40.00), SWNW, SE | MCKENZIE | ND | 240.0000 | 168.0000 | 1.00000000 | 168.0000 | 18.7500% | 5.7813% | 75.4688% |
| WALTER A & SUSAN M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397461 | 149N | 102W | 8 | 149N-102W-SEC8:NE | MCKENZIE | ND | 160.0000 | 112.0000 | 1.00000000 | 112.0000 | 18.7500% | 5.7813% | 75.4688% |
| WALTER A & SUSAN M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397461 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 28.0000 | 1.00000000 | 28.0000 | 18.7500% | 3.7813% | 77.4688% |
| WALTER A & SUSAN M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397461 | 149N | 102W | 9 | 149N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 84.0000 | 1.00000000 | 84.0000 | 18.7500% | 3.7813% | 77.4688% |
| WALTER & SUSAN LINK FAM MIN TR | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397460 | 149N | 102W | 5 | 149N-102W-SEC5:LOT 4 (40.00), SWNW, SE | MCKENZIE | ND | 240.0000 | 72.0000 | 1.00000000 | 72.0000 | 18.7500% | 5.7813% | 75.4688% |
| WALTER & SUSAN LINK FAM MIN TR | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397460 | 149N | 102W | 8 | 149N-102W-SEC8:NE | MCKENZIE | ND | 160.0000 | 48.0000 | 1.00000000 | 48.0000 | 18.7500% | 5.7813% | 75.4688% |
| WALTER & SUSAN LINK FAM MIN TR | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397460 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 12.0000 | 1.00000000 | 12.0000 | 18.7500% | 3.7813% | 77.4688% |
| WALTER & SUSAN LINK FAM MIN TR | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397460 | 149N | 102W | 9 | 149N-102W-SEC9:SE | MCKENZIE | | 160.0000 | 36.0000 | 1.00000000 | 36.0000 | 18.7500% | 3.7813% | 77.4688% |
| FLOYD BAYE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400340 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.4090 | 1.00000000 | 3.4090 | 18.7500% | 3.8333% | 77.4167% |
| GEORGE B BAYE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400336 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.9091 | 1.00000000 | 10.9091 | 18.7500% | 3.8333% | 77.4167% |
| KIRK BAYE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400342 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 2.7274 | 1.00000000 | 2.7274 | 18.7500% | 3.8333% | 77.4167% |
| LEON BAYE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400339 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.7500% | 3.8333% | 77.4167% |
| LORRAINE A BAYE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400334 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.9091 | 1.00000000 | 10.9091 | 18.7500% | 3.8333% | 77.4167% |
| MORRIS & VIOLA BAYE H/W | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400338 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 3.8333% | 77.4167% |
| SHARON PAINTER MINDT | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400341 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| BETTY STEINER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400335 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.9091 | 1.00000000 | 10.9091 | 18.7500% | 3.8333% | 77.4167% |
| JANET THOMPSON | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400337 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.8182 | 1.00000000 | 10.8182 | 18.7500% | 3.8333% | 77.4167% |
| MARVIN DAVID JOHNSON SR | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400457 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.8182 | 1.00000000 | 10.8182 | 18.7500% | 3.8333% | 77.4167% |
| WAYNE BAYE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400458 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 2.7274 | 1.00000000 | 2.7274 | 18.7500% | 3.8333% | 77.4167% |
| CARLOTTA BERDAHL | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400459 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 2.7274 | 1.00000000 | 2.7274 | 18.7500% | 3.8333% | 77.4167% |

| Name | Lessee | Date | Doc # | Twp | Rng | Sec | Legal | County | State | Acres | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINDA KIESON | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400463 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 2.7274 | 1.00000000 | 2.7274 | 18.7500% | 3.8333% | 77.4167% |
| PATRICIA SEILER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401160 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.4688 | 1.00000000 | 0.4688 | 18.7500% | 3.8333% | 77.4167% |
| WARREN NELSON | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401161 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.6819 | 1.00000000 | 0.6819 | 18.7500% | 3.8333% | 77.4167% |
| JUNE F TOMPKINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401162 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.0000 | 1.00000000 | 1.0000 | 18.7500% | 3.8333% | 77.4167% |
| LISA KALFELL | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401163 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| MELODY PAINTER COPELAND | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400461 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| CARLA PAINTER HOUCHEN | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400462 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| LEWIS PAINTER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401165 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| RONDA PAINTER WELNEL | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401166 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| MARVA PAINTER HERMAN | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401167 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| PATTY PAINTER LAKEY | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401168 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| GARY L PAINTER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400460 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| MELTON & SHELLY ANN DAVIS H/W | SLAWSON EXPLORATION COMPANY, INC. | 8/13/2010 | 408113 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 4.0000 | 1.00000000 | 4.0000 | 18.7500% | 3.8333% | 77.4167% |
| JONES FAMILY TRUST | SLAWSON EXPLORATION COMPANY, INC. | 10/25/2010 | 409976 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 3.0000% | 77.0000% |
| NORRIS FAMILY TRUST ET AL | SLAWSON EXPLORATION COMPANY, INC. | 10/25/2010 | 410489 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 20.0000% | 3.0000% | 77.0000% |
| JAMES T MOODEY TRUST ET AL | SLAWSON EXPLORATION COMPANY, INC. | 10/25/2010 | 410488 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 20.0000% | 3.0000% | 77.0000% |
| JUDY G COLLINS LIVING TRUST | SLAWSON EXPLORATION COMPANY, INC. | 10/25/2010 | 410729 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 20.0000% | 3.0000% | 77.0000% |
| STUART L THOMPSON | SLAWSON EXPLORATION COMPANY, INC. | 3/28/2011 | 416155 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| CHARLES G THOMPSON | SLAWSON EXPLORATION COMPANY, INC. | 3/28/2011 | 416157 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| WAYNE W THOMPSON | SLAWSON EXPLORATION COMPANY, INC. | 3/25/2011 | 416156 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| RUTH JUNE KNUTH | SLAWSON EXPLORATION COMPANY, INC. | 3/29/2011 | 416158 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 3.8333% | 77.4167% |
| CAUKER REVOCABLE LIVING TRUST | SLAWSON EXPLORATION COMPANY, INC. | 5/9/2011 | 422453 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 20.0000% | 3.0000% | 77.0000% |
| GERALD HOMSTAND | TRANSCONTINENT OIL COMPANY | 4/19/2010 | 401442 | 149N | 102W | 17 | 149N-102W-SEC17:NWSE, S2SE | MCKENZIE | ND | 120.0000 | 60.0000 | 0.48920000 | 29.3520 | 18.7500% | 6.2500% | 75.0000% |
| GERALD HOMSTAND | TRANSCONTINENT OIL COMPANY | 4/19/2010 | 401442 | 149N | 102W | 20 | 149N-102W-SEC20:N2NE, SWNE | MCKENZIE | ND | 120.0000 | 60.0000 | 0.48920000 | 29.3520 | 18.7500% | 6.2500% | 75.0000% |
| CLARENCE HOMSTAD | TRANSCONTINENT OIL COMPANY | 4/19/2010 | 401824 | 149N | 102W | 17 | 149N-102W-SEC17:NWSE, S2SE | MCKENZIE | ND | 120.0000 | 60.0000 | 0.48920000 | 29.3520 | 18.7500% | 6.2500% | 75.0000% |
| CLARENCE HOMSTAD | TRANSCONTINENT OIL COMPANY | 4/19/2010 | 401824 | 149N | 102W | 20 | 149N-102W-SEC20:N2NE, SWNE | MCKENZIE | ND | 120.0000 | 60.0000 | 0.48920000 | 29.3520 | 18.7500% | 6.2500% | 75.0000% |
| DAVID G KEUP | SLAWSON EXPLORATION COMPANY, INC. | 4/4/2011 | 416153 | 149N | 102W | 25 | 149N-102W-SEC25:NE | MCKENZIE | ND | 160.0000 | 0.7273 | 1.00000000 | 0.7273 | 20.0000% | 3.0000% | 77.0000% |
| JOHNSON FAMILY TRUST | SLAWSON EXPLORATION COMPANY, INC. | 3/26/2012 | 432289 | 149N | 102W | 25 | 149N-102W-SEC25:NE | MCKENZIE | ND | 160.0000 | 1.8182 | 1.00000000 | 1.8182 | 20.0000% | 3.0000% | 77.0000% |
| JAMES R & BARBARA R JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398592 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.7500% | 5.8333% | 75.4167% |
| JAMES R & BARBARA R JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398592 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.7500% | 5.8333% | 75.4167% |
| JOHN G HINMAN REVOC LIVING TR | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398591 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.7500% | 5.8333% | 75.4167% |
| JOHN G HINMAN REVOC LIVING TR | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398591 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.7500% | 5.8333% | 75.4167% |
| KAREN G ZAJIC | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398594 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.7500% | 5.8333% | 75.4167% |
| KAREN G ZAJIC | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398594 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.7500% | 5.8333% | 75.4167% |
| GINGER MITCHELL | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398595 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 5.8333% | 75.4167% |
| GINGER MITCHELL | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398595 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 5.8333% | 75.4167% |

| Name | Lessee | Date | Instrument | Twp | Rng | Sec | Description | County | State | Acres | Net Acres | Int | Net Acres 2 | Royalty | Override | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARY A GILMORE | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398596 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 5.8333% | 75.4167% |
| MARY A GILMORE | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398596 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 5.8333% | 75.4167% |
| JOHN M JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398598 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 5.8333% | 75.4167% |
| JOHN M JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398598 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 5.8333% | 75.4167% |
| JANET L STEVENSON | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398597 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 5.8333% | 75.4167% |
| JANET L STEVENSON | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 398597 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 5.8333% | 75.4167% |
| GEORGA K PARCHEM | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 399496 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 5.8333% | 75.4167% |
| GEORGA K PARCHEM | SLAWSON EXPLORATION COMPANY, INC. | 2/19/2010 | 399496 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 5.8333% | 75.4167% |
| ROCKY GORDER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 401164 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.1774 | 1.00000000 | 1.1774 | 18.7500% | 3.8333% | 77.4167% |
| KATHLEEN BURDICK | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402411 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 10.9091 | 1.00000000 | 10.9091 | 18.7500% | 3.8333% | 77.4167% |
| RYAN PAINTER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402412 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| ANDERSON FAMILY MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402413 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.0000 | 1.00000000 | 3.0000 | 18.7500% | 3.8333% | 77.4167% |
| LISA GIESE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402414 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.1704 | 1.00000000 | 0.1704 | 18.7500% | 3.8333% | 77.4167% |
| PENELOPE L IRELAND | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402405 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.4090 | 1.00000000 | 3.4090 | 18.7500% | 3.8333% | 77.4167% |
| CHERYL A KIRCHNER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402410 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.0000 | 1.00000000 | 1.0000 | 18.7500% | 3.8333% | 77.4167% |
| DAVI JO PAINTER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 402407 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.7500% | 3.8333% | 77.4167% |
| EVERETT GIBBINS | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 400333 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 16.8182 | 1.00000000 | 16.8182 | 18.7500% | 3.8333% | 77.4167% |
| MICHAEL R SHAW | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 406990 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.6668 | 1.00000000 | 1.6668 | 18.7500% | 3.8333% | 77.4167% |
| WILLIAM B SHAW | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 406989 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.6668 | 1.00000000 | 1.6668 | 18.7500% | 3.8333% | 77.4167% |
| JAMII M YANICK | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 406991 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.6668 | 1.00000000 | 1.6668 | 18.7500% | 3.8333% | 77.4167% |
| MONA PAINTER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 411856 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.2500 | 1.00000000 | 1.2500 | 18.7500% | 3.8333% | 77.4167% |
| KRISTINA PIERCE | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 411859 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.6944 | 1.00000000 | 0.6944 | 18.7500% | 3.8333% | 77.4167% |
| BYRAN PAINTER | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 411857 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.6944 | 1.00000000 | 0.6944 | 18.7500% | 3.8333% | 77.4167% |
| STEPHANIE STOCKTON | SLAWSON EXPLORATION COMPANY, INC. | 3/13/2010 | 411858 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.6944 | 1.00000000 | 0.6944 | 18.7500% | 3.8333% | 77.4167% |
| JOHN OLSON | SLAWSON EXPLORATION COMPANY, INC. | 10/3/2010 | 409810 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 4.2046 | 1.00000000 | 4.2046 | 18.7500% | 3.8333% | 77.4167% |
| CARL JOHNSON | SLAWSON EXPLORATION COMPANY, INC. | 10/3/2010 | 409808 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 4.2046 | 1.00000000 | 4.2046 | 18.7500% | 3.8333% | 77.4167% |
| ALPHA SMITH | SLAWSON EXPLORATION COMPANY, INC. | 10/3/2010 | 409807 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 4.2046 | 1.00000000 | 4.2046 | 18.7500% | 3.8333% | 77.4167% |
| GAYLE JOHNSON | SLAWSON EXPLORATION COMPANY, INC. | 10/3/2010 | 409806 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 4.2046 | 1.00000000 | 4.2046 | 18.7500% | 3.8333% | 77.4167% |
| RICHARD JORE | SLAWSON EXPLORATION COMPANY, INC. | 4/4/2011 | 416587 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.6364 | 1.00000000 | 3.6364 | 20.0000% | 3.0000% | 77.0000% |
| DOUGLAS ROEN | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416586 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.6364 | 1.00000000 | 3.6364 | 20.0000% | 3.0000% | 77.0000% |
| JAMES & RITA GRANTIER | SLAWSON EXPLORATION COMPANY, INC. | 4/15/2011 | 416585 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 3.6364 | 1.00000000 | 3.6364 | 20.0000% | 3.0000% | 77.0000% |
| OPAL HOLTE | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 418727 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.6818 | 1.00000000 | 0.6818 | 20.0000% | 3.0000% | 77.0000% |
| MYLES LONG | SLAWSON EXPLORATION COMPANY, INC. | 5/18/2011 | 418724 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.1705 | 1.00000000 | 0.1705 | 20.0000% | 3.0000% | 77.0000% |
| CHRIS HEALY | SLAWSON EXPLORATION COMPANY, INC. | 5/25/2011 | 418706 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 1.0000 | 1.00000000 | 1.0000 | 20.0000% | 3.0000% | 77.0000% |

| Owner | Operator | Date | Doc | Twp | Rng | Sec | Legal Description | County | State | Gross | Net | Factor | Net2 | Royalty | Override | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTHONY F INSERRA | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 404393 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 1.0000 | 1.00000000 | 1.0000 | 18.7500% | 5.8333% | 75.4167% |
| THOMAS C HEALY | SLAWSON EXPLORATION COMPANY, INC. | 6/15/2010 | 406658 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 1.0000 | 1.00000000 | 1.0000 | 18.7500% | 5.8333% | 75.4167% |
| MYRNA & LARRY R POWELL W/H | MJ OIL, LLC | 4/26/2011 | 420815 | 149N | 102W | 2 | 149N-102W-SEC2:LOTS 1 (40.12), 2 (40.04), 4 (39.88), SWNW, SW | MCKENZIE | ND | 320.0400 | 133.3500 | 0.50000000 | 66.6750 | 20.0000% | 3.0000% | 77.0000% |
| LANCE POWELL MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 396995 | 149N | 102W | 11 | 149N-102W-SEC11:NENE, W2NE, NENW | MCKENZIE | ND | 160.0000 | 50.0000 | 1.00000000 | 50.0000 | 18.7500% | 3.8333% | 77.4167% |
| LANCE POWELL MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 396995 | 149N | 102W | 11 | 149N-102W-SEC11:SENE, SENW, S2, W2NW | MCKENZIE | ND | 480.0000 | 60.0000 | 1.00000000 | 60.0000 | 18.7500% | 3.8333% | 77.4167% |
| LANCE POWELL MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 396995 | 149N | 102W | 15 | 149N-102W-SEC15:NENE, W2NE, SW, W2SE, SESE | MCKENZIE | ND | 400.0000 | 125.0000 | 1.00000000 | 125.0000 | 18.7500% | 3.8333% | 77.4167% |
| BARBARA JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 396996 | 149N | 102W | 11 | 149N-102W-SEC11:NENE, W2NE, NENW | MCKENZIE | ND | 160.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.7500% | 3.8333% | 77.4167% |
| BARBARA JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 396996 | 149N | 102W | 11 | 149N-102W-SEC11:SENE, SENW, S2, W2NW | MCKENZIE | ND | 480.0000 | 60.0000 | 1.00000000 | 60.0000 | 18.7500% | 3.8333% | 77.4167% |
| BARBARA JACOBSON | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 396996 | 149N | 102W | 15 | 149N-102W-SEC15:NENE, W2NE, SW, W2SE, SESE | MCKENZIE | ND | 400.0000 | 75.0000 | 1.00000000 | 75.0000 | 18.7500% | 3.8333% | 77.4167% |
| DENNIS POWELL | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 398185 | 149N | 102W | 11 | 149N-102W-SEC11:NENE, W2NE, NENW | MCKENZIE | ND | 160.0000 | 50.0000 | 1.00000000 | 50.0000 | 18.7500% | 3.8333% | 77.4167% |
| DENNIS POWELL | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 398185 | 149N | 102W | 11 | 149N-102W-SEC11:SENE, SENW, S2, W2NW | MCKENZIE | ND | 480.0000 | 60.0000 | 1.00000000 | 60.0000 | 18.7500% | 3.8333% | 77.4167% |
| DENNIS POWELL | SLAWSON EXPLORATION COMPANY, INC. | 12/17/2009 | 398185 | 149N | 102W | 15 | 149N-102W-SEC15:NENE, W2NE, SW, W2SE, SESE | MCKENZIE | ND | 400.0000 | 125.0000 | 1.00000000 | 125.0000 | 18.7500% | 3.8333% | 77.4167% |
| LINK FAMILY MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397463 | 149N | 102W | 11 | 149N-102W-SEC11:NENE, W2NE, NENW | MCKENZIE | ND | 160.0000 | 9.0000 | 1.00000000 | 9.0000 | 18.7500% | 3.8333% | 77.4167% |
| LINK FAMILY MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397463 | 149N | 102W | 11 | 149N-102W-SEC11:SENE, SENW, S2, W2NW | MCKENZIE | ND | 480.0000 | 18.0000 | 1.00000000 | 18.0000 | 18.7500% | 3.8333% | 77.4167% |
| LINK FAMILY MINERAL TRUST | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397463 | 149N | 102W | 15 | 149N-102W-SEC15:NENE, W2NE, SW, W2SE, SESE | MCKENZIE | ND | 400.0000 | 22.5000 | 1.00000000 | 22.5000 | 18.7500% | 3.8333% | 77.4167% |
| WALTER A & SUSAM M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397462 | 149N | 102W | 11 | 149N-102W-SEC11:NENE, W2NE, NENW | MCKENZIE | ND | 160.0000 | 21.0000 | 1.00000000 | 21.0000 | 18.7500% | 3.8333% | 77.4167% |
| WALTER A & SUSAM M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397462 | 149N | 102W | 11 | 149N-102W-SEC11:SENE, SENW, S2, W2NW | MCKENZIE | ND | 480.0000 | 42.0000 | 1.00000000 | 42.0000 | 18.7500% | 3.8333% | 77.4167% |
| WALTER A & SUSAM M LINK H/W | SLAWSON EXPLORATION COMPANY, INC. | 1/16/2010 | 397462 | 149N | 102W | 15 | 149N-102W-SEC15:NENE, W2NE, SW, W2SE, SESE | MCKENZIE | ND | 400.0000 | 52.5000 | 1.00000000 | 52.5000 | 18.7500% | 3.8333% | 77.4167% |
| SUNBEHM GAS INC | EMERALD WB, LLC | 11/2/2012 | 445402 | 149N | 102W | 5 | 149N-102W-SEC5:LOTS 1 (40.00), 2 (40.00), 3 (40.00) | MCKENZIE | ND | 120.0000 | 15.0000 | 1.00000000 | 15.0000 | 22.0000% | 2.0000% | 76.0000% |
| SUNBEHM GAS INC | EMERALD WB, LLC | 11/2/2012 | 445402 | 149N | 102W | 5 | 149N-102W-SEC5:S2NE, SENW, SW | MCKENZIE | ND | 280.0000 | 54.4444 | 1.00000000 | 54.4444 | 22.0000% | 2.0000% | 76.0000% |
| SUNBEHM GAS INC | EMERALD WB, LLC | 11/2/2012 | 445402 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 29.0215 | 1.00000000 | 29.0215 | 22.0000% | 2.0000% | 76.0000% |
| BARBARA J MARSCHKE | EMERALD OIL, INC. | 2/1/2013 | 447931 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 20.0000% | 0.0000% | 80.0000% |
| MARILYN A ARNDT | EMERALD OIL, INC. | 2/1/2013 | 456068 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 20.0000% | 0.0000% | 80.0000% |
| GERALD T HENDRICKS | EMERALD OIL, INC. | 2/1/2013 | 447932 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 20.0000% | 0.0000% | 80.0000% |
| JANET L SLAGEL | IRISH OIL & GAS, INC. | 2/25/2010 | 399164 | 149N | 102W | 5 | 149N-102W-SEC5:LOTS 1 (40.00), 2 (40.00), 3 (40.00) | MCKENZIE | ND | 120.0000 | 45.0000 | 1.00000000 | 45.0000 | 16.6667% | 8.3333% | 75.0000% |
| DENNIS R SKORPIL | IRISH OIL & GAS, INC. | 2/25/2010 | 399163 | 149N | 102W | 5 | 149N-102W-SEC5:LOTS 1 (40.00), 2 (40.00), 3 (40.00) | MCKENZIE | ND | 120.0000 | 45.0000 | 1.00000000 | 45.0000 | 16.6667% | 8.3333% | 75.0000% |
| HAROLD MATT & MYRNA RAE MONSON | IRISH OIL & GAS, INC. | 2/23/2010 | 399170 | 149N | 102W | 17 | 149N-102W-SEC17:E2NW | MCKENZIE | ND | 80.0000 | 14.8015 | 1.00000000 | 14.8015 | 17.0000% | 8.0000% | 75.0000% |
| HAROLD MATT & MYRNA RAE MONSON | IRISH OIL & GAS, INC. | 2/23/2010 | 399170 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 32.0000 | 1.00000000 | 32.0000 | 17.0000% | 8.0000% | 75.0000% |
| HAROLD MATT & MYRNA RAE MONSON | IRISH OIL & GAS, INC. | 2/23/2010 | 399170 | 149N | 102W | 8 | 149N-102W-SEC8:E2SW | MCKENZIE | ND | 80.0000 | 14.8015 | 1.00000000 | 14.8015 | 17.0000% | 8.0000% | 75.0000% |
| HAROLD MATT & MYRNA RAE MONSON | IRISH OIL & GAS, INC. | 2/23/2010 | 399170 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 52.0000 | 1.00000000 | 52.0000 | 17.0000% | 8.0000% | 75.0000% |
| HAROLD MATT & MYRNA RAE MONSON | IRISH OIL & GAS, INC. | 2/23/2010 | 399170 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 16.0000 | 1.00000000 | 16.0000 | 17.0000% | 8.0000% | 75.0000% |
| MARVIN C SKOGEN | IRISH OIL & GAS, INC. | 2/23/2010 | 399171 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 5.3333 | 1.00000000 | 5.3333 | 17.0000% | 8.0000% | 75.0000% |
| MARVIN C SKOGEN | IRISH OIL & GAS, INC. | 2/23/2010 | 399171 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 8.6667 | 1.00000000 | 8.6667 | 17.0000% | 8.0000% | 75.0000% |
| MARVIN C SKOGEN | IRISH OIL & GAS, INC. | 2/23/2010 | 399171 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 16.0000 | 1.00000000 | 16.0000 | 17.0000% | 8.0000% | 75.0000% |
| DALE & TAMMY SPONHEIM H/W | IRISH OIL & GAS, INC. | 2/23/2010 | 399167 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.7778 | 1.00000000 | 1.7778 | 17.0000% | 8.0000% | 75.0000% |
| DALE & TAMMY SPONHEIM H/W | IRISH OIL & GAS, INC. | 2/23/2010 | 399167 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 2.8889 | 1.00000000 | 2.8889 | 17.0000% | 8.0000% | 75.0000% |
| DALE & TAMMY SPONHEIM H/W | IRISH OIL & GAS, INC. | 2/23/2010 | 399167 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 5.3333 | 1.00000000 | 5.3333 | 17.0000% | 8.0000% | 75.0000% |
| LYLE & CONNIE SPONHEIM H/W | IRISH OIL & GAS, INC. | 2/23/2010 | 399165 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.7778 | 1.00000000 | 1.7778 | 17.0000% | 8.0000% | 75.0000% |
| LYLE & CONNIE SPONHEIM H/W | IRISH OIL & GAS, INC. | 2/23/2010 | 399165 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 2.8889 | 1.00000000 | 2.8889 | 17.0000% | 8.0000% | 75.0000% |
| LYLE & CONNIE SPONHEIM H/W | IRISH OIL & GAS, INC. | 2/23/2010 | 399165 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 5.3333 | 1.00000000 | 5.3333 | 17.0000% | 8.0000% | 75.0000% |
| ALICE H FRANCIS | IRISH OIL & GAS, INC. | 2/23/2010 | 400588 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 5.3333 | 1.00000000 | 5.3333 | 17.0000% | 8.0000% | 75.0000% |
| ALICE H FRANCIS | IRISH OIL & GAS, INC. | 2/23/2010 | 400588 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 8.6667 | 1.00000000 | 8.6667 | 17.0000% | 8.0000% | 75.0000% |

| Name | Lessee | Date | Doc | Twp | Rng | Sec | Description | County | State | Gross Acres | Net Acres | Interest | Net | Royalty | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALICE H FRANCIS | IRISH OIL & GAS, INC. | 2/23/2010 | 400588 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 16.0000 | 1.00000000 | 16.0000 | 17.0000% | 8.0000% | 75.0000% |
| ARLENE & LAWRENCE H WILLIS W/H | IRISH OIL & GAS, INC. | 2/23/2010 | 400589 | 149N | 102W | 17 | 149N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 1.7778 | 1.00000000 | 1.7778 | 17.0000% | 8.0000% | 75.0000% |
| ARLENE & LAWRENCE H WILLIS W/H | IRISH OIL & GAS, INC. | 2/23/2010 | 400589 | 149N | 102W | 8 | 149N-102W-SEC8:NW | MCKENZIE | ND | 160.0000 | 2.8889 | 1.00000000 | 2.8889 | 17.0000% | 8.0000% | 75.0000% |
| ARLENE & LAWRENCE H WILLIS W/H | IRISH OIL & GAS, INC. | 2/23/2010 | 400589 | 149N | 102W | 8 | 149N-102W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 5.3333 | 1.00000000 | 5.3333 | 17.0000% | 8.0000% | 75.0000% |
| MERVIN GAJEWSKI | IRISH OIL & GAS, INC. | 3/9/2010 | 399169 | 149N | 102W | 4 | 149N-102W-SEC4:LOTS 1 (39.86), 2 (39.90), 3 (39.94), 4 (39.98), S2NE | MCKENZIE | ND | 279.6800 | 46.6133 | 1.00000000 | 46.6133 | 17.0000% | 6.0000% | 77.0000% |
| ARDEN S GAJEWSKI | IRISH OIL & GAS, INC. | 3/9/2010 | 400583 | 149N | 102W | 4 | 149N-102W-SEC4:LOTS 1 (39.86), 2 (39.90), 3 (39.94), 4 (39.98), S2NE | MCKENZIE | ND | 279.6800 | 93.2267 | 1.00000000 | 93.2267 | 17.0000% | 6.0000% | 77.0000% |
| LILLIA GAJEWSKI & ERIC JOHNSON | IRISH OIL & GAS, INC. | 3/9/2010 | 400584 | 149N | 102W | 4 | 149N-102W-SEC4:LOTS 1 (39.86), 2 (39.90), 3 (39.94), 4 (39.98), S2NE | MCKENZIE | ND | 279.6800 | 46.6133 | 1.00000000 | 46.6133 | 17.0000% | 6.0000% | 77.0000% |
| NAOMI GAJEWSKI | IRISH OIL & GAS, INC. | 3/9/2010 | 400585 | 149N | 102W | 4 | 149N-102W-SEC4:LOTS 1 (39.86), 2 (39.90), 3 (39.94), 4 (39.98), S2NE | MCKENZIE | ND | 279.6800 | 46.6133 | 1.00000000 | 46.6133 | 17.0000% | 6.0000% | 77.0000% |
| LORNA GAJEWSKI | IRISH OIL & GAS, INC. | 3/9/2010 | 400586 | 149N | 102W | 4 | 149N-102W-SEC4:LOTS 1 (39.86), 2 (39.90), 3 (39.94), 4 (39.98), S2NE | MCKENZIE | ND | 279.6800 | 46.6133 | 1.00000000 | 46.6133 | 17.0000% | 6.0000% | 77.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 102W | 17 | 148N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 102W | 18 | 148N-102W-SEC18:E2NE, SWNE | MCKENZIE | ND | 120.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 102W | 7 | 148N-102W-SEC7:SESE | MCKENZIE | ND | 40.0000 | 1.6700 | 1.00000000 | 1.6700 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 7.6133 | 1.00000000 | 7.6133 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 22.2222 | 1.00000000 | 22.2222 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 11 | 148N-103W-SEC11:NE, E2SE | MCKENZIE | ND | 240.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 12 | 148N-103W-SEC12:NE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 22.2222 | 1.00000000 | 22.2222 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 12 | 148N-103W-SEC12:SW, SE | MCKENZIE | ND | 320.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 3.7333 | 1.00000000 | 3.7333 | 18.0000% | 3.8946% | 78.1054% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 148N | 103W | 2 | 148N-103W-SEC2:S2NE, S2SW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 3.8946% | 78.1054% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 149N | 102W | 27 | 149N-102W-SEC27:SW | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 149N | 102W | 28 | 149N-102W-SEC28:N2 | MCKENZIE | ND | 320.0000 | 53.3334 | 1.00000000 | 53.3334 | 18.0000% | 2.0000% | 80.0000% |
| ROBERT M CROSS | XTO ENERGY INC. | 12/30/2009 | 397424 | 149N | 102W | 33 | 149N-102W-SEC33:SE4 | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 102W | 17 | 148N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 102W | 18 | 148N-102W-SEC18:E2NE, SWNE | MCKENZIE | ND | 120.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 102W | 7 | 148N-102W-SEC7:SESE | MCKENZIE | ND | 40.0000 | 1.6700 | 1.00000000 | 1.6700 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 7.6133 | 1.00000000 | 7.6133 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 22.2222 | 1.00000000 | 22.2222 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 11 | 148N-103W-SEC11:NE, E2SE | MCKENZIE | ND | 240.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 12 | 148N-103W-SEC12:NE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 22.2222 | 1.00000000 | 22.2222 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 12 | 148N-103W-SEC12:SW, SE | MCKENZIE | ND | 320.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 3.7333 | 1.00000000 | 3.7333 | 18.0000% | 3.8946% | 78.1054% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 148N | 103W | 2 | 148N-103W-SEC2:S2NE, S2SW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 3.8946% | 78.1054% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 149N | 102W | 27 | 149N-102W-SEC27:SW | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 149N | 102W | 28 | 149N-102W-SEC28:N2 | MCKENZIE | ND | 320.0000 | 53.3334 | 1.00000000 | 53.3334 | 18.0000% | 2.0000% | 80.0000% |
| JAMES P CROSS | XTO ENERGY INC. | 12/30/2009 | 397425 | 149N | 102W | 33 | 149N-102W-SEC33:SE4 | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 102W | 17 | 148N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 102W | 18 | 148N-102W-SEC18:E2NE, SWNE | MCKENZIE | ND | 120.0000 | 7.5000 | 1.00000000 | 7.5000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 102W | 7 | 148N-102W-SEC7:SESE | MCKENZIE | ND | 40.0000 | 2.5000 | 1.00000000 | 2.5000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 11.4200 | 1.00000000 | 11.4200 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 11 | 148N-103W-SEC11:NE, E2SE | MCKENZIE | ND | 240.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 3.8946% | 78.1054% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 12 | 148N-103W-SEC12:NE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 12 | 148N-103W-SEC12:SW, SE | MCKENZIE | ND | 320.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 5.6000 | 1.00000000 | 5.6000 | 18.0000% | 3.8946% | 78.1054% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 148N | 103W | 2 | 148N-103W-SEC2:S2NE, S2SW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 27 | 149N-102W-SEC27:SW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 28 | 149N-102W-SEC28:N2 | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 28 | 149N-102W-SEC28:SE | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 29 | 149N-102W-SEC29:SE | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 32 | 149N-102W-SEC32:NESE, S2SE | MCKENZIE | ND | 120.0000 | 15.0000 | 1.00000000 | 15.0000 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 32 | 149N-102W-SEC32:NWSE, S2NE, NENE | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 32 | 149N-102W-SEC32:S2NW, NENW, NWNE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RODNEY M & LEAH CROSS | XTO ENERGY INC. | 12/30/2009 | 397426 | 149N | 102W | 33 | 149N-102W-SEC33:SW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 102W | 17 | 148N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 102W | 18 | 148N-102W-SEC18:E2NE, SWNE | MCKENZIE | ND | 120.0000 | 7.5000 | 1.00000000 | 7.5000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 102W | 7 | 148N-102W-SEC7:SESE | MCKENZIE | ND | 40.0000 | 2.5000 | 1.00000000 | 2.5000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 11.4200 | 1.00000000 | 11.4200 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 11 | 148N-103W-SEC11:NE, E2SE | MCKENZIE | ND | 240.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 3.8946% | 78.1054% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 12 | 148N-103W-SEC12:NE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 12 | 148N-103W-SEC12:SW, SE | MCKENZIE | ND | 320.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 5.6000 | 1.00000000 | 5.6000 | 18.0000% | 3.8946% | 78.1054% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 148N | 103W | 2 | 148N-103W-SEC2:S2NE, S2SW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 27 | 149N-102W-SEC27:SW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 28 | 149N-102W-SEC28:N2 | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 28 | 149N-102W-SEC28:SE | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 29 | 149N-102W-SEC29:SE | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 32 | 149N-102W-SEC32:NESE, S2SE | MCKENZIE | ND | 120.0000 | 15.0000 | 1.00000000 | 15.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 32 | 149N-102W-SEC32:NWSE, S2NE, NENE | MCKENZIE | ND | 160.0000 | 33.3333 | 1.00000000 | 33.3333 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 32 | 149N-102W-SEC32:S2NW, NENW, NWNE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| IVA A LAGASSE | XTO ENERGY INC. | 12/30/2009 | 397427 | 149N | 102W | 33 | 149N-102W-SEC33:SW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| KENNETH J HAUGEN ET AL | XTO ENERGY INC. | 12/30/2009 | 397430 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| KENNETH J HAUGEN ET AL | XTO ENERGY INC. | 12/30/2009 | 397430 | 149N | 102W | 22 | 149N-102W-SEC22:E2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| KENNETH J HAUGEN ET AL | XTO ENERGY INC. | 12/30/2009 | 397430 | 149N | 102W | 26 | 149N-102W-SEC26:E2 | MCKENZIE | ND | 320.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| KENNETH J HAUGEN ET AL | XTO ENERGY INC. | 12/30/2009 | 397430 | 149N | 102W | 26 | 149N-102W-SEC26:W2 | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| KENNETH J HAUGEN ET AL | XTO ENERGY INC. | 12/30/2009 | 397430 | 149N | 102W | 27 | 149N-102W-SEC27:E2NE, NESE | MCKENZIE | ND | 120.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 2.0000% | 80.0000% |
| KENNETH J HAUGEN ET AL | XTO ENERGY INC. | 12/30/2009 | 397430 | 149N | 102W | 33 | 149N-102W-SEC33:NW4 | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.0000% | 2.0000% | 80.0000% |
| COATS FAMILY TRUST | XTO ENERGY, INC. | 12/30/2009 | 397433 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| COATS FAMILY TRUST | XTO ENERGY, INC. | 12/30/2009 | 397433 | 149N | 102W | 22 | 149N-102W-SEC22:E2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| COATS FAMILY TRUST | XTO ENERGY, INC. | 12/30/2009 | 397433 | 149N | 102W | 26 | 149N-102W-SEC26:W2 | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| COATS FAMILY TRUST | XTO ENERGY, INC. | 12/30/2009 | 397433 | 149N | 102W | 27 | 149N-102W-SEC27:E2NE, NESE | MCKENZIE | ND | 120.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 102W | 17 | 148N-102W-SEC17:W2NW | MCKENZIE | ND | 80.0000 | 3.3333 | 1.00000000 | 3.3333 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 102W | 18 | 148N-102W-SEC18:E2NE, SWNE | MCKENZIE | ND | 120.0000 | 5.0000 | 1.00000000 | 5.0000 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 102W | 7 | 148N-102W-SEC7:SESE | MCKENZIE | ND | 40.0000 | 1.6700 | 1.00000000 | 1.6700 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 7.6133 | 1.00000000 | 7.6133 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 22.2222 | 1.00000000 | 22.2222 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 11 | 148N-103W-SEC11:NE, E2SE | MCKENZIE | ND | 240.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 12 | 148N-103W-SEC12:NE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 22.2222 | 1.00000000 | 22.2222 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 12 | 148N-103W-SEC12:SW, SE | MCKENZIE | ND | 320.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 3.7333 | 1.00000000 | 3.7333 | 18.0000% | 3.8946% | 78.1054% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 148N | 103W | 2 | 148N-103W-SEC2:S2NE, S2SW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 3.8946% | 78.1054% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 149N | 102W | 27 | 149N-102W-SEC27:SW | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 149N | 102W | 28 | 149N-102W-SEC28:N2 | MCKENZIE | ND | 320.0000 | 53.3334 | 1.00000000 | 53.3334 | 18.0000% | 2.0000% | 80.0000% |
| CAROL P MEINCKE | XTO ENERGY INC. | 12/30/2009 | 397435 | 149N | 102W | 33 | 149N-102W-SEC33:SE4 | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.0000% | 2.0000% | 80.0000% |
| JOAN M CROSS | XTO ENERGY INC. | 12/30/2009 | 397436 | 149N | 102W | 29 | 149N-102W-SEC29:SE | MCKENZIE | ND | 160.0000 | 66.6667 | 1.00000000 | 66.6667 | 18.0000% | 2.0000% | 80.0000% |
| JOAN M CROSS | XTO ENERGY INC. | 12/30/2009 | 397436 | 149N | 102W | 32 | 149N-102W-SEC32:NESE, S2SE | MCKENZIE | ND | 120.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 2.0000% | 80.0000% |
| JOAN M CROSS | XTO ENERGY INC. | 12/30/2009 | 397436 | 149N | 102W | 32 | 149N-102W-SEC32:NWSE, S2NE, NENE | MCKENZIE | ND | 160.0000 | 66.6667 | 1.00000000 | 66.6667 | 18.0000% | 2.0000% | 80.0000% |
| JOAN M CROSS | XTO ENERGY INC. | 12/30/2009 | 397436 | 149N | 102W | 32 | 149N-102W-SEC32:NWNE, S2NW, NENW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| JOAN M CROSS | XTO ENERGY INC. | 12/30/2009 | 397436 | 149N | 102W | 33 | 149N-102W-SEC33:SW | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 22.8400 | 1.00000000 | 22.8400 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 12 | 148N-103W-SEC12:SE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 11.2000 | 1.00000000 | 11.2000 | 18.0000% | 3.8946% | 78.1054% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 148N | 103W | 2 | 148N-103W-SEC2:S2NE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 149N | 102W | 29 | 149N-102W-SEC29:SE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 149N | 102W | 32 | 149N-102W-SEC32:NWSE, S2NE, NENE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| DOUGLAS O CROSS | XTO ENERGY INC. | 12/30/2009 | 397437 | 149N | 102W | 32 | 149N-102W-SEC32:S2NW, NENW, NWNE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| PAUL D HAUGEN | XTO ENERGY, INC. | 12/30/2009 | 397438 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| PAUL D HAUGEN | XTO ENERGY, INC. | 12/30/2009 | 397438 | 149N | 102W | 22 | 149N-102W-SEC22:E2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| PAUL D HAUGEN | XTO ENERGY, INC. | 12/30/2009 | 397438 | 149N | 102W | 26 | 149N-102W-SEC26:W2 | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |

| Lessor | Lessee | Date | Doc | Twp | Rng | Sec | Description | County | State | Gross | Net | Interest | Net2 | Royalty | Override | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAUL D HAUGEN | XTO ENERGY, INC. | 12/30/2009 | 397438 | 149N | 102W | 27 | 149N-102W-SEC27:E2NE, NESE | MCKENZIE | ND | 120.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 2.0000% | 80.0000% |
| PAUL D HAUGEN | XTO ENERGY, INC. | 12/30/2009 | 397438 | 149N | 102W | 33 | 149N-102W-SEC33:NE4 | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 1 | 148N-103W-SEC1:LOTS 1-4 | MCKENZIE | ND | 91.3600 | 22.8400 | 1.00000000 | 22.8400 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 1 | 148N-103W-SEC1:S2N2, SE | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 1 | 148N-103W-SEC1:SW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 12 | 148N-103W-SEC12:NW | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 12 | 148N-103W-SEC12:SE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 1-2 | MCKENZIE | ND | 44.8000 | 11.2000 | 1.00000000 | 11.2000 | 18.0000% | 3.8946% | 78.1054% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 3.8946% | 78.1054% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 149N | 102W | 29 | 149N-102W-SEC29:SE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 149N | 102W | 32 | 149N-102W-SEC32:NWSE, S2NE, NENE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.0000% | 2.0000% | 80.0000% |
| C LOUISE CROSS BY AIF | XTO ENERGY INC. | 12/30/2009 | 397439 | 149N | 102W | 32 | 149N-102W-SEC32:S2NW, NENW, NWNE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.0000% | 2.0000% | 80.0000% |
| SUSAN M SCHUMACHER | XTO ENERGY, INC. | 12/30/2009 | 397441 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| SUSAN M SCHUMACHER | XTO ENERGY, INC. | 12/30/2009 | 397441 | 149N | 102W | 22 | 149N-102W-SEC22:E2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 18.0000% | 2.0000% | 80.0000% |
| SUSAN M SCHUMACHER | XTO ENERGY, INC. | 12/30/2009 | 397441 | 149N | 102W | 26 | 149N-102W-SEC26:W2 | MCKENZIE | ND | 320.0000 | 80.0000 | 1.00000000 | 80.0000 | 18.0000% | 2.0000% | 80.0000% |
| SUSAN M SCHUMACHER | XTO ENERGY, INC. | 12/30/2009 | 397441 | 149N | 102W | 27 | 149N-102W-SEC27:E2NE, NESE | MCKENZIE | ND | 120.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 2.0000% | 80.0000% |
| RAEANN M & D WAYNE GRANSBERY | XTO ENERGY INC. | 12/30/2009 | 397444 | 149N | 102W | 28 | 149N-102W-SEC28:SE | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.0000% | 2.0000% | 80.0000% |
| WILLISTON STATE COLLEGE | XTO ENERGY INC. | 3/16/2010 | 400661 | 148N | 103W | 11 | 148N-103W-SEC11:NE, E2SE | MCKENZIE | ND | 240.0000 | 90.0000 | 1.00000000 | 90.0000 | 18.0000% | 3.8946% | 78.1054% |
| WILLISTON STATE COLLEGE | XTO ENERGY INC. | 3/16/2010 | 400661 | 148N | 103W | 12 | 148N-103W-SEC12:SW | MCKENZIE | ND | 160.0000 | 60.0000 | 1.00000000 | 60.0000 | 18.0000% | 3.8946% | 80.0000% |
| WILLISTON STATE COLLEGE | XTO ENERGY INC. | 3/16/2010 | 400661 | 148N | 103W | 2 | 148N-103W-SEC2:S2SW | MCKENZIE | ND | 80.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.0000% | 3.8946% | 78.1054% |
| CLARENCE CARPENTER | XTO ENERGY, INC. | 5/5/2010 | 403145 | 149N | 102W | 27 | 149N-102W-SEC27:NW, W2E2, SESE | MCKENZIE | ND | 360.0000 | 17.3041 | 1.00000000 | 17.3041 | 18.7500% | 1.2500% | 80.0000% |
| USA NDM 94704 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 17 | 148N-102W-SEC17:E2NW, N2SW, E2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.50000000 | 240.0000 | 16.6667% | 5.0000% | 78.3333% |
| USA NDM 94704 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 18 | 148N-102W-SEC18:LOTS 2 (33.89), 3 (34.03), 4 (34.17) | MCKENZIE | ND | 102.0900 | 102.0900 | 0.50000000 | 51.0450 | 16.6667% | 5.0000% | 78.3333% |
| USA NDM 94704 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 18 | 148N-102W-SEC18:NWNE, E2W2, SE | MCKENZIE | ND | 360.0000 | 360.0000 | 0.50000000 | 180.0000 | 16.6667% | 5.0000% | 78.3333% |
| USA NDM 94705 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 19 | 148N-102W-SEC19:E2, E2W2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.50000000 | 240.0000 | 16.6667% | 5.0000% | 78.3333% |
| USA NDM 94705 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 19 | 148N-102W-SEC19:LOTS 1 (34.27), 2 (34.33), 3 (34.39), 4 (34.45) | MCKENZIE | ND | 137.4400 | 137.4400 | 0.50000000 | 68.7200 | 16.6667% | 5.0000% | 78.3333% |
| USA NDM 94705 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 20 | 148N-102W-SEC20:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.50000000 | 160.0000 | 16.6667% | 5.0000% | 78.3333% |
| USA NDM 94706 | COPPERHEAD CORPORATION | 7/1/2005 | N/A - FED | 148N | 102W | 20 | 148N-102W-SEC20:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.50000000 | 160.0000 | 16.6667% | 5.0000% | 78.3333% |
| THEA L THIRUD DUNN MORGAN | COPPERHEAD CORPORATION | 2/21/2005 | 357610 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 32.0000 | 1.00000000 | 32.0000 | 18.0000% | 4.0000% | 78.0000% |
| RUTH THIRUD SANDS | COPPERHEAD CORPORATION | 3/25/2005 | 357623 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 32.0000 | 1.00000000 | 32.0000 | 18.0000% | 2.0000% | 80.0000% |
| JOAN THIRUD ORR | COPPERHEAD CORPORATION | 2/21/2005 | 357600 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 32.0000 | 1.00000000 | 32.0000 | 18.0000% | 2.0000% | 80.0000% |
| JEAN THIRUD | COPPERHEAD CORPORATION | 2/21/2005 | 357616 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 8.0000 | 1.00000000 | 8.0000 | 18.0000% | 2.0000% | 80.0000% |
| GARY R HAGBERRY | COPPERHEAD CORPORATION | 2/21/2005 | 357614 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 10.6667 | 1.00000000 | 10.6667 | 18.0000% | 2.0000% | 80.0000% |
| BRUCE R HAGBERRY | COPPERHEAD CORPORATION | 2/21/2005 | 357618 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 10.6667 | 1.00000000 | 10.6667 | 18.0000% | 2.0000% | 80.0000% |
| DENNIS KEITH HAGBERRY | COPPERHEAD CORPORATION | 2/21/2005 | 357619 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 10.6667 | 1.00000000 | 10.6667 | 18.0000% | 2.0000% | 80.0000% |
| LISA LUCAS | COPPERHEAD CORPORATION | 2/21/2005 | 357620 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 8.0000 | 1.00000000 | 8.0000 | 18.0000% | 2.0000% | 80.0000% |
| DAUN T WICK | COPPERHEAD CORPORATION | 2/21/2005 | 357621 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 8.0000 | 1.00000000 | 8.0000 | 18.0000% | 2.0000% | 80.0000% |
| MARK THIRUD | COPPERHEAD CORPORATION | 2/21/2005 | 357622 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 8.0000 | 1.00000000 | 8.0000 | 18.0000% | 2.0000% | 80.0000% |
| STATE OF ND OG 10 02271 | CONTINENTAL RESOURCES, INC. | 5/5/2010 | 404048 | 149N | 102W | 16 | 149N-102W-SEC16:SW | MCKENZIE | ND | 160.0000 | 80.0000 | 1.00000000 | 80.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND OG 10 02270 | CONTINENTAL RESOURCES, INC. | 5/5/2010 | 404049 | 149N | 102W | 16 | 149N-102W-SEC16:SE | MCKENZIE | ND | 160.0000 | 80.0000 | 1.00000000 | 80.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND OG 10 02269 | CONTINENTAL RESOURCES, INC. | 5/5/2010 | 404050 | 149N | 102W | 16 | 149N-102W-SEC16:NW | MCKENZIE | ND | 160.0000 | 80.0000 | 1.00000000 | 80.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND OG 10 02268 | CONTINENTAL RESOURCES, INC. | 5/5/2010 | 404052 | 149N | 102W | 16 | 149N-102W-SEC16:NE | MCKENZIE | ND | 160.0000 | 80.0000 | 1.00000000 | 80.0000 | 16.6667% | 3.3333% | 80.0000% |
| STATE OF ND 90 804 | KERR-MCGEE CORPORATION | 11/6/1990 | 308255 | 148N | 102W | 5 | 148N-102W-SEC5:E2SW | MCKENZIE | ND | 80.0000 | 40.0000 | 1.00000000 | 40.0000 | 16.0000% | 0.0000% | 84.0000% |
| STATE OF ND 90 803 | KERR-MCGEE CORPORATION | 11/6/1990 | 308256 | 148N | 102W | 5 | 148N-102W-SEC5:SWSE | MCKENZIE | ND | 40.0000 | 20.0000 | 1.00000000 | 20.0000 | 16.0000% | 0.0000% | 84.0000% |
| STATE OF ND 148 102 5 | GETTY OIL COMPANY | 8/23/1977 | 208891 | 148N | 102W | 5 | 148N-102W-SEC5:NWSE | MCKENZIE | ND | 40.0000 | 20.0000 | 0.93422700 | 18.6845 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 30.0000 | 0.37904950 | 11.3715 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 3 (23.23), 4 (23.37), S2NW | MCKENZIE | ND | 126.6000 | 84.6340 | 0.17175150 | 14.5360 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 4 | 148N-102W-SEC4:NWSW | MCKENZIE | ND | 40.0000 | 26.7406 | 0.37904950 | 10.1360 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 4 | 148N-102W-SEC4:SE | MCKENZIE | ND | 160.0000 | 26.9632 | 0.37904750 | 10.2203 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 40.0000 | 0.38082850 | 15.2331 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 9 | 148N-102W-SEC9:W2NW | MCKENZIE | ND | 80.0000 | 53.3360 | 0.38082850 | 20.3119 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:E2SW | MCKENZIE | ND | 80.0000 | 40.0000 | 0.83320000 | 33.3280 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:NESE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.83320000 | 33.3280 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:NWSE | MCKENZIE | ND | 40.0000 | 6.7408 | 0.83320000 | 5.6164 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:NWSW | MCKENZIE | ND | 40.0000 | 40.0000 | 0.83320000 | 33.3280 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 10.0000 | 0.83320000 | 8.3320 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:SWSE | MCKENZIE | ND | 40.0000 | 20.0000 | 0.83320000 | 16.6640 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | 148N-102W-SEC5:SWSW | MCKENZIE | ND | 40.0000 | 10.0000 | 0.83320000 | 8.3320 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 6 | 148N-102W-SEC6:LOTS 1 (23.61), 2 (23.49), 3 (23.36), 4 (19.16), 5 (33.03), | MCKENZIE | ND | 429.0100 | 429.0100 | 0.58315000 | 250.1772 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 6 | 148N-102W-SEC6:E2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 0.58315000 | 11.6630 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 8 | 148N-102W-SEC8:E2NW, W2NE | MCKENZIE | ND | 160.0000 | 80.0000 | 0.58315000 | 46.6520 | 12.5000% | 0.0000% | 87.5000% |

| Lessor | Lessee | Date | Instrument | Twp | Rng | Sec | Description | County | State | Gross | Net | Rate | Net2 | Roy | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 8 | 148N-102W-SEC8:NENE | MCKENZIE | ND | 40.0000 | 26.6668 | 0.58315000 | 15.5507 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 8 | 148N-102W-SEC8:NESW | MCKENZIE | ND | 40.0000 | 20.0000 | 0.58589000 | 11.7178 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 8 | 148N-102W-SEC8:SENE | MCKENZIE | ND | 40.0000 | 13.2300 | 0.58315000 | 7.7151 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 8 | 148N-102W-SEC8:SESW, W2SW | MCKENZIE | ND | 120.0000 | 120.0000 | 0.58589000 | 70.3068 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 8 | 148N-102W-SEC8:W2NW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.58315000 | 46.6520 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 30.0000 | 0.41215850 | 12.3648 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 31.5100 | 0.52679900 | 16.5994 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 40.0000 | 0.41393950 | 16.5576 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 10.0000 | 0.83320000 | 8.3320 | 12.5000% | 0.0000% | 87.5000% |
| FLORENCE HAUGEN HINMAN | DEKA MINERALS | 4/30/1979 | 218068 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 6.3020 | 0.65000000 | 4.0963 | 12.5000% | 0.0000% | 87.5000% |
| LESLIE CURTIS HAUGEN | DEKA MINERALS | 4/30/1979 | 218064 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 6.3020 | 0.65000000 | 4.0963 | 12.5000% | 0.0000% | 87.5000% |
| KAY LOUISE HAUGEN | DEKA MINERALS | 4/30/1979 | 218056 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 6.3020 | 0.65000000 | 4.0963 | 12.5000% | 0.0000% | 87.5000% |
| LAURA LEE & GARVIN GULLICKSON | DEKA MINERALS | 4/30/1979 | 218072 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 6.3020 | 0.65000000 | 4.0963 | 12.5000% | 0.0000% | 87.5000% |
| JUDITH M & GARY A GIERKE | DEKA MINERALS | 4/30/1979 | 218060 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 6.3020 | 0.65000000 | 4.0963 | 12.5000% | 0.0000% | 87.5000% |
| H S MONTGOMERY | A. G. GOLDEN | 1/7/1974 | 195754 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 4.9380 | 0.49595000 | 2.4490 | 12.5000% | 0.0000% | 87.5000% |
| H S MONTGOMERY | A. G. GOLDEN | 1/7/1974 | 195754 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | | 126.0400 | 5.1865 | 0.49595000 | 2.5722 | 12.5000% | 0.0000% | 87.5000% |
| H S MONTGOMERY | A. G. GOLDEN | 1/7/1974 | 195754 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 6.5840 | 0.49595000 | 3.2653 | 12.5000% | 0.0000% | 87.5000% |
| H S MONTGOMERY | A. G. GOLDEN | 1/7/1974 | 195754 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 1.6460 | 0.76300000 | 1.2559 | 12.5000% | 0.0000% | 87.5000% |
| H A BEYER | A. G. GOLDEN | 1/2/1974 | 195785 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 7.5000 | 0.49595000 | 3.7196 | 12.5000% | 0.0000% | 87.5000% |
| H A BEYER | A. G. GOLDEN | 1/2/1974 | 195785 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 7.8762 | 0.49595000 | 3.9062 | 12.5000% | 0.0000% | 87.5000% |
| H A BEYER | A. G. GOLDEN | 1/2/1974 | 195785 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 9.9984 | 0.49595000 | 4.9587 | 12.5000% | 0.0000% | 87.5000% |
| H A BEYER | A. G. GOLDEN | 1/2/1974 | 195785 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 2.4996 | 0.76300000 | 1.9072 | 12.5000% | 0.0000% | 87.5000% |
| RAY G MILLER | A. G. GOLDEN | 1/21/1974 | 195755 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 7.5000 | 0.49595000 | 3.7196 | 12.5000% | 0.0000% | 87.5000% |
| RAY G MILLER | A. G. GOLDEN | 1/21/1974 | 195755 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 7.8788 | 0.49595000 | 3.9075 | 12.5000% | 0.0000% | 87.5000% |
| RAY G MILLER | A. G. GOLDEN | 1/21/1974 | 195755 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 10.0016 | 0.49595000 | 4.9603 | 12.5000% | 0.0000% | 87.5000% |
| RAY G MILLER | A. G. GOLDEN | 1/21/1974 | 195755 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 2.5004 | 0.76300000 | 1.9078 | 12.5000% | 0.0000% | 87.5000% |
| FRANK MONTGOMERY | A. G. GOLDEN | 1/2/1974 | 195753 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 25.0620 | 0.49595000 | 12.4295 | 12.5000% | 0.0000% | 87.5000% |
| FRANK MONTGOMERY | A. G. GOLDEN | 1/2/1974 | 195753 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 26.3235 | 0.49595000 | 13.0551 | 12.5000% | 0.0000% | 87.5000% |
| FRANK MONTGOMERY | A. G. GOLDEN | 1/2/1974 | 195753 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 33.4160 | 0.49595000 | 16.5727 | 12.5000% | 0.0000% | 87.5000% |
| FRANK MONTGOMERY | A. G. GOLDEN | 1/2/1974 | 195753 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 8.3540 | 0.76300000 | 6.3741 | 12.5000% | 0.0000% | 87.5000% |
| R T GERMAN | A. G. GOLDEN | 1/30/1974 | 196028 | 148N | 102W | 4 | 148N-102W-SEC4:E2SW, SWSW | MCKENZIE | ND | 120.0000 | 15.0000 | 0.49595000 | 7.4393 | 12.5000% | 0.0000% | 87.5000% |
| R T GERMAN | A. G. GOLDEN | 1/30/1974 | 196028 | 148N | 102W | 4 | 148N-102W-SEC4:LOTS 1 (22.95), 2 (23.09), S2NE | MCKENZIE | ND | 126.0400 | 15.7550 | 0.49595000 | 7.8137 | 12.5000% | 0.0000% | 87.5000% |
| R T GERMAN | A. G. GOLDEN | 1/30/1974 | 196028 | 148N | 102W | 9 | 148N-102W-SEC9:W2NE, E2NW | MCKENZIE | ND | 160.0000 | 20.0000 | 0.49595000 | 9.9190 | 12.5000% | 0.0000% | 87.5000% |
| R T GERMAN | A. G. GOLDEN | 1/30/1974 | 196028 | 148N | 102W | 5 | 148N-102W-SEC5:SESE | MCKENZIE | ND | 40.0000 | 5.0000 | 0.76300000 | 3.8150 | 12.5000% | 0.0000% | 87.5000% |
| LUCY G MOSES | VAL-CAM RESOURCES | 3/8/1989 | 297770 | 148N | 102W | 9 | 148N-102W-SEC9:W2NW | MCKENZIE | ND | 80.0000 | 13.3336 | 0.48750000 | 6.5001 | 18.7500% | 0.0000% | 81.2500% |
| LUCY G MOSES | VAL-CAM RESOURCES | 3/8/1989 | 297770 | 148N | 102W | 8 | 148N-102W-SEC8:NENE | MCKENZIE | ND | 40.0000 | 6.6668 | 0.75000000 | 5.0001 | 18.7500% | 0.0000% | 81.2500% |
| MOSES FOUNDATION TRUST | VAL-CAM RESOURCES | 3/8/1989 | 297769 | 148N | 102W | 9 | 148N-102W-SEC9:W2NW | MCKENZIE | ND | 80.0000 | 13.3336 | 0.48750000 | 6.5001 | 18.7500% | 0.0000% | 81.2500% |
| MOSES FOUNDATION TRUST | VAL-CAM RESOURCES | 3/8/1989 | 297769 | 148N | 102W | 8 | 148N-102W-SEC8:NENE | MCKENZIE | ND | 40.0000 | 6.6668 | 0.75000000 | 5.0001 | 18.7500% | 0.0000% | 81.2500% |
| ARMSTRONG REITSCH TRUST | KERR-MCGEE CORPORATION | 1/24/1992 | 312958 | 148N | 102W | 5 | 148N-102W-SEC5:SWSW | MCKENZIE | ND | 40.0000 | 30.0000 | 0.89711000 | 26.9133 | 18.7500% | 0.0000% | 81.2500% |
| JOHN W JR & VERLA M LAW ET AL | RAINBOW RESOURCES, INC. | 8/19/1974 | 197101 | 148N | 102W | 9 | 148N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.37371750 | 59.7948 | 12.5000% | 0.0000% | 87.5000% |
| JOHN W JR & VERLA M LAW ET AL | RAINBOW RESOURCES, INC. | 8/19/1974 | 197101 | 148N | 102W | 8 | 148N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.57495000 | 91.9920 | 12.5000% | 0.0000% | 87.5000% |
| BURLINGTON NORTHERN INC | KERR-MCGEE CORPORATION AND INEXCO OIL COMPANY | 9/16/1974 | 197186 | 148N | 102W | 15 | 148N-102W-SEC15:S2SW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.76300000 | 61.0400 | 12.5000% | 0.0000% | 87.5000% |
| AGRIBANK FCB 20739 | G.G. ROSE, L.L.C. | 10/7/2009 | 393697 | 149N | 102W | 21 | 149N-102W-SEC21:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 80.0000 | 0.15000000 | 12.0000 | 17.0000% | 5.0000% | 78.0000% |
| SUNBEHM GAS INC | EMERALD WB LLC | 4/30/2013 | 452972 | 149N | 102W | 4 | 149N-102W-SEC4:SW, SWNW, W2SE, SESE;BAKKEN SHALE TO BASE OF THREE FORKS | MCKENZIE | ND | 320.0000 | 50.0000 | 1.00000000 | 50.0000 | 22.0000% | 0.0000% | 78.0000% |
| SUNBEHM GAS INC | EMERALD WB LLC | 4/30/2013 | 452972 | 149N | 102W | 9 | 149N-102W-SEC9:N2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | | 320.0000 | 31.8180 | 1.00000000 | 31.8180 | 17.0000% | 0.0000% | 83.0000% |
| USA NDM 99694 | STX OIL AND GAS, INC. | 3/1/2010 | N/A - FED | 149N | 103W | 30 | 149N-103W-SEC30:E2SE | MCKENZIE | ND | 80.0000 | 80.0000 | 1.00000000 | 80.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 99694 | STX OIL AND GAS, INC. | 3/1/2010 | N/A - FED | 149N | 103W | 29 | 149N-103W-SEC29:SWSW | MCKENZIE | ND | 40.0000 | 40.0000 | 1.00000000 | 40.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | N/A - FED | 149N | 103W | 2 | 149N-103W-SEC2:N2NE, S2NE, S2 | MCKENZIE | ND | 480.1600 | 480.1600 | 0.32500000 | 156.0520 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | N/A - FED | 149N | 103W | 11 | 149N-103W-SEC11:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.32500000 | 208.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | N/A - FED | 149N | 103W | 1 | 149N-103W-SEC1:N2NW, S2NW, SW, SWSE | MCKENZIE | ND | 360.2400 | 360.2400 | 0.50000000 | 180.1200 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93409 | MARATHON OIL COMPANY | 6/1/2004 | N/A - FED | 149N | 103W | 12 | 149N-103W-SEC12:N2, SW, W2SE | MCKENZIE | ND | 560.0000 | 560.0000 | 0.50000000 | 280.0000 | 12.5000% | 7.5000% | 80.0000% |

| Lessor | Operator | Date | Serial | Twp | Rng | Sec | Description | County | State | Gross | Net | Rate | Net Ac | R1 | R2 | R3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 93410 | MARATHON OIL COMPANY | 6/1/2004 | N/A - FED | 149N | 103W | 3 | 149N-103W-SEC3:N2N2, S2N2, S2 | MCKENZIE | ND | 639.6800 | 639.6800 | 0.32500000 | 207.8960 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93410 | MARATHON OIL COMPANY | 6/1/2004 | N/A - FED | 149N | 103W | 10 | 149N-103W-SEC10:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.32500000 | 208.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94970 | HERCO | 9/1/2005 | N/A - FED | 149N | 103W | 26 | 149N-103W-SEC26:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.40000000 | 256.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94970 | HERCO | 9/1/2005 | N/A - FED | 149N | 103W | 20 | 149N-103W-SEC20:N2, SE | MCKENZIE | ND | 480.0000 | 480.0000 | 0.50000000 | 240.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94970 | HERCO | 9/1/2005 | N/A - FED | 149N | 103W | 23 | 149N-103W-SEC23:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.50000000 | 320.0000 | 12.5000% | 7.5000% | 80.0000% |
| STATE OF ND 00 00351 | CODY OIL & GAS CORPORATION | 8/1/2000 | 337763 | 149N | 102W | 2 | 149N-102W-SEC2:S2NE | MCKENZIE | ND | 80.0000 | 40.0000 | 0.87341786 | 34.9367 | 16.6667% | 6.3333% | 77.0000% |
| STATE OF ND 00 00352 | CODY OIL & GAS CORPORATION | 8/1/2000 | 337764 | 149N | 102W | 2 | 149N-102W-SEC2:LOT 3 (39.96), SENW | MCKENZIE | ND | 79.9600 | 39.9800 | 0.87341786 | 34.9192 | 16.6667% | 6.3333% | 77.0000% |
| STATE OF ND 00 00353 | CODY OIL & GAS CORPORATION | 8/1/2000 | 337765 | 149N | 102W | 2 | 149N-102W-SEC2:SE | MCKENZIE | ND | 160.0000 | 80.0000 | 0.87341786 | 69.8734 | 16.6667% | 6.3333% | 77.0000% |
| DENNIS POWELL ET AL | CODY OIL & GAS CORPORATION | 1/14/2004 | 351500 | 149N | 102W | 2 | 149N-102W-SEC2:LOT 3 (39.96), SENW, S2NE, SE | MCKENZIE | ND | 319.9600 | 20.0000 | 0.87341786 | 17.4684 | 16.6667% | 6.3333% | 77.0000% |
| DENNIS POWELL ET AL | CODY OIL & GAS CORPORATION | 1/14/2004 | 351501 | 149N | 102W | 2 | 149N-102W-SEC2:LOT 3 (39.96), SENW, S2NE, SE | MCKENZIE | ND | 319.9600 | 20.0000 | 0.87341786 | 17.4684 | 16.6667% | 6.3333% | 77.0000% |
| WALTER & SUSAN MAE LINK H/W | CODY OIL & GAS CORPORATION | 1/14/2004 | 351502 | 149N | 102W | 2 | 149N-102W-SEC2:LOT 3 (39.96), SENW, S2NE, SE | MCKENZIE | ND | 319.9600 | 20.0000 | 0.87341786 | 17.4684 | 16.6667% | 6.3333% | 77.0000% |
| BARBARA JACOBSON | CODY OIL & GAS CORPORATION | 1/14/2004 | 351503 | 149N | 102W | 2 | 149N-102W-SEC2:LOT 3 (39.96), SENW, S2NE, SE | MCKENZIE | ND | 319.9600 | 20.0000 | 0.87341786 | 17.4684 | 16.6667% | 6.3333% | 77.0000% |
| VIRGINIA H POWELL | CODY OIL & GAS CORPORATION | 1/14/2004 | 351504 | 149N | 102W | 2 | 149N-102W-SEC2:LOT 3 (39.96), SENW, S2NE, SE | MCKENZIE | ND | 319.9600 | 79.9900 | 0.87341786 | 69.8647 | 16.6667% | 6.3333% | 77.0000% |
| KATHLEEN A & SCOTT ROWE W/H | CODY OIL & GAS CORPORATION | 1/20/2004 | 351507 | 149N | 102W | 2 | 149N-102W-SEC2:LOTS 1 (40.12), 2 (40.04), 4 (39.88), SWNW, SW | MCKENZIE | ND | 320.0400 | 53.3400 | 0.87341786 | 46.5881 | 16.6667% | 6.3333% | 77.0000% |
| GENE MARVIN & KAREN J HELLE | CODY OIL & GAS CORPORATION | 2/17/2004 | 351508 | 149N | 102W | 2 | 149N-102W-SEC2:LOTS 1 (40.12), 2 (40.04), 4 (39.88), SWNW, SW | MCKENZIE | ND | 320.0400 | 133.3500 | 0.87341786 | 116.4703 | 16.6667% | 6.3333% | 77.0000% |
| BARBARA J MARSCHKE | DIAMOND RESOURCES, INC. | 1/31/2005 | 354430 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 26.6667 | 0.45000000 | 12.0000 | 16.6667% | 6.3333% | 77.0000% |
| MARILYN A ARNDT | DIAMOND RESOURCES, INC. | 1/31/2005 | 354434 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 26.6667 | 0.45000000 | 12.0000 | 16.6667% | 6.3333% | 77.0000% |
| GERALD T HENDRICKS | DIAMOND RESOURCES, INC. | 1/31/2005 | 354435 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 26.6667 | 0.45000000 | 12.0000 | 16.6667% | 6.3333% | 77.0000% |
| JENNIFER POWERS SMITH | MJ OIL, LLC | 11/17/2009 | 397139 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 2.2222 | 1.00000000 | 2.2222 | 18.7500% | 3.2500% | 78.0000% |
| JENNIFER POWERS SMITH | MJ OIL, LLC | 11/17/2009 | 397139 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 2.2222 | 1.00000000 | 2.2222 | 18.7500% | 3.2500% | 78.0000% |
| JEFFREY POWERS | MJ OIL, LLC | 11/17/2009 | 397140 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 2.2222 | 1.00000000 | 2.2222 | 18.7500% | 3.2500% | 78.0000% |
| JEFFREY POWERS | MJ OIL, LLC | 11/17/2009 | 397140 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 2.2222 | 1.00000000 | 2.2222 | 18.7500% | 3.2500% | 78.0000% |
| JANA L & MARK J CLINTON | MJ OIL, LLC | 11/17/2009 | 397141 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 18.7500% | 3.2500% | 78.0000% |
| JANA L & MARK J CLINTON | MJ OIL, LLC | 11/17/2009 | 397141 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 18.7500% | 3.2500% | 78.0000% |
| DEBRA D & JOHN T HOLLISTER | MJ OIL, LLC | 11/17/2009 | 397142 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 18.7500% | 3.2500% | 78.0000% |
| DEBRA D & JOHN T HOLLISTER | MJ OIL, LLC | 11/17/2009 | 397142 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 18.7500% | 3.2500% | 78.0000% |
| MICHAEL G MILLER | MJ OIL, LLC | 11/17/2009 | 397143 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 18.7500% | 3.2500% | 78.0000% |
| MICHAEL G MILLER | MJ OIL, LLC | 11/17/2009 | 397143 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 6.6667 | 1.00000000 | 6.6667 | 18.7500% | 3.2500% | 78.0000% |
| KRISTIN & CHARLES B POWERS | MJ OIL, LLC | 11/17/2009 | 397157 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 13.3333 | 1.00000000 | 13.3333 | 18.7500% | 3.2500% | 78.0000% |
| KRISTIN & CHARLES B POWERS | MJ OIL, LLC | 11/17/2009 | 397157 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 13.3300 | 1.00000000 | 13.3300 | 18.7500% | 3.2500% | 78.0000% |
| STEFANI POWERS | MJ OIL, LLC | 11/17/2009 | 398181 | 149N | 102W | 17 | 149N-102W-SEC17:NE | MCKENZIE | ND | 160.0000 | 2.2222 | 1.00000000 | 2.2222 | 18.7500% | 3.2500% | 78.0000% |
| STEFANI POWERS | MJ OIL, LLC | 11/17/2009 | 398181 | 149N | 102W | 8 | 149N-102W-SEC8:SE | MCKENZIE | ND | 160.0000 | 2.2222 | 1.00000000 | 2.2222 | 18.7500% | 3.2500% | 78.0000% |
| J R CHITWOOD TRUST | DIAMOND RESOURCES, INC. | 4/5/2010 | 401099 | 149N | 102W | 25 | 149N-102W-SEC25:NE | MCKENZIE | ND | 160.0000 | 40.0000 | 0.87600000 | 35.0400 | 18.7500% | 3.2500% | 78.0000% |
| J R CHITWOOD TRUST | DIAMOND RESOURCES, INC. | 4/5/2010 | 401099 | 149N | 102W | 22 | 149N-102W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 106.8000 | 0.87600000 | 93.5568 | 18.7500% | 3.2500% | 78.0000% |
| J R CHITWOOD TRUST | DIAMOND RESOURCES, INC. | 4/5/2010 | 401099 | 149N | 102W | 21 | 149N-102W-SEC21:NE | MCKENZIE | ND | 160.0000 | 53.4000 | 0.87600000 | 46.7784 | 18.7500% | 3.2500% | 78.0000% |
| THE LEEK FAMILY TRUST A | DIAMOND RESOURCES, INC. | 4/13/2010 | 401100 | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 35.5000 | 0.87600000 | 31.0980 | 18.7500% | 3.2500% | 78.0000% |
| THE LEEK FAMILY TRUST B | DIAMOND RESOURCES, INC. | 4/13/2010 | 401101 | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 35.5000 | 0.87600000 | 31.0980 | 18.7500% | 3.2500% | 78.0000% |
| DEBARAH C NOTTESTAD | DIAMOND RESOURCES, INC. | 4/13/2010 | 401102 | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 2.0000 | 0.87600000 | 1.7520 | 18.7500% | 3.2500% | 78.0000% |
| GARY NOTTESTAD | DIAMOND RESOURCES, INC. | 4/13/2010 | 401103 | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 2.0000 | 0.87600000 | 1.7520 | 18.7500% | 3.2500% | 78.0000% |
| KATHLEEN A & SCOTT ROWE W/H | DIAMOND RESOURCES, INC. | 4/22/2010 | 401683 | 149N | 102W | 4 | 149N-102W-SEC4:NESE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.87600000 | 35.0400 | 18.7500% | 3.2500% | 78.0000% |
| BAUSTIAN REVOCABLE LIVING TR | DIAMOND RESOURCES, INC. | 4/29/2010 | 401919 | 149N | 102W | 9 | 149N-102W-SEC9:SW | MCKENZIE | ND | 160.0000 | 10.0000 | 0.87600000 | 8.7600 | 18.7500% | 3.2500% | 78.0000% |
| RYAN KEITH NOTTESTAD | DIAMOND RESOURCES, INC. | 4/13/2010 | 403027 | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 1.0000 | 0.87600000 | 0.8760 | 18.7500% | 3.2500% | 78.0000% |
| KENNETH HAUGEN MARITAL TRUST | DIAMOND RESOURCES, INC. | 5/17/2010 | 403028 | 149N | 102W | 15 | 149N-102W-SEC15:NW | MCKENZIE | ND | 160.0000 | 8.0000 | 0.45000000 | 3.6000 | 18.7500% | 3.2500% | 78.0000% |
| THE LEEK CHILDREN TRUST | DIAMOND RESOURCES, INC. | 4/29/2010 | 403454 | 149N | 102W | 36 | 149N-102W-SEC36:NE | MCKENZIE | ND | 160.0000 | 4.0000 | 0.87600000 | 3.5040 | 18.7500% | 3.2500% | 78.0000% |
| LINDA A MONSON | DIAMOND RESOURCES, INC. | 6/9/2010 | 405816 | 149N | 102W | 5 | 149N-102W-SEC5:LOTS 1 (40.00), 2 (40.00), 3 (40.00) | MCKENZIE | ND | 120.0000 | 15.0000 | 0.45000000 | 6.7500 | 20.0000% | 4.0000% | 76.0000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 20 | 147N-103W-SEC20:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 29 | 147N-103W-SEC29:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 31 | 147N-103W-SEC31:ALL | MCKENZIE | ND | 575.8400 | 575.8400 | 0.70000000 | 403.0880 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94110 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 32 | 147N-103W-SEC32:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94106 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 8 | 147N-103W-SEC8:W2NW, S2SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94107 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 8 | 147N-103W-SEC8:NE, E2W2, N2SE | MCKENZIE | ND | 400.0000 | 400.0000 | 0.70000000 | 280.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94107 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 9 | 147N-103W-SEC9:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 26 | 147N-103W-SEC26:E2, NESW | MCKENZIE | ND | 360.0000 | 360.0000 | 0.70000000 | 252.0000 | 16.6667% | 7.5000% | 75.8333% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 27 | 147N-103W-SEC27:SWNW, W2SW, E2SE | MCKENZIE | ND | 200.0000 | 200.0000 | 0.70000000 | 140.0000 | 16.6667% | 7.5000% | 75.8333% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 28 | 147N-103W-SEC28:N2NE, W2, S2SE | MCKENZIE | ND | 480.0000 | 480.0000 | 0.70000000 | 336.0000 | 16.6667% | 7.5000% | 75.8333% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 34 | 147N-103W-SEC34:N2, E2SE | MCKENZIE | ND | 400.0000 | 400.0000 | 0.70000000 | 280.0000 | 16.6667% | 7.5000% | 75.8333% |
| USA NDM 94112 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 35 | 147N-103W-SEC35:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 16.6667% | 7.5000% | 75.8333% |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458440 | 147N | 103W | 33 | 147N-103W-SEC33:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94969 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 147N | 103W | 26 | 147N-103W-SEC26:SWNW, NWSW, S2SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94967 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 147N | 103W | 26 | 147N-103W-SEC26:E2NW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94109 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 12 | 147N-103W-SEC12:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93766 | KASTNER LAND SERVICES LLC | 9/1/2004 | N/A - FED | 148N | 102W | 30 | 148N-102W-SEC30:ALL | MCKENZIE | ND | 618.8800 | 618.8800 | 0.70000000 | 433.2160 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93766 | KASTNER LAND SERVICES LLC | 9/1/2004 | N/A - FED | 148N | 102W | 32 | 148N-102W-SEC32:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458443 | 148N | 102W | 31 | 148N-102W-SEC31:ALL | MCKENZIE | ND | 620.4800 | 620.4800 | 1.00000000 | 620.4800 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458437 | 148N | 102W | 29 | 148N-102W-SEC29:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 1.00000000 | 640.0000 | 20.0000% | 0.0000% | 80.0000% |
| STATE OF ND OG 09 01335 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 147N | 104W | 36 | 147N-104W-SEC36:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01336 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 147N | 104W | 36 | 147N-104W-SEC36:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01333 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 147N | 104W | 36 | 147N-104W-SEC36:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 6.0000% | 77.3333% |
| STATE OF ND OG 09 01334 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 147N | 104W | 36 | 147N-104W-SEC36:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 6.0000% | 77.3333% |
| USA NDM 94116 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 104W | 17 | 147N-104W-SEC17:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94116 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 104W | 21 | 147N-104W-SEC21:NE, SW | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458436 | 147N | 104W | 21 | 147N-104W-SEC21:NW, SE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458442 | 146N | 103W | 5 | 146N-103W-SEC5:ALL | MCKENZIE | ND | 641.6000 | 641.6000 | 0.70000000 | 449.1200 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94964 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 146N | 103W | 14 | 146N-103W-SEC14:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94964 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 146N | 103W | 26 | 146N-103W-SEC26:SENE, NWSE, S2SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94964 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 146N | 103W | 8 | 146N-103W-SEC8:N2N2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458439 | 146N | 103W | 23 | 146N-103W-SEC23:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458444 | 146N | 103W | 13 | 146N-103W-SEC13:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94965 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 146N | 103W | 24 | 146N-103W-SEC24:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94965 | KIRK D. MARTINEZ | 9/1/2005 | N/A - FED | 146N | 103W | 34 | 146N-103W-SEC34:NE, S2SW, SWSE | MCKENZIE | ND | 280.0000 | 280.0000 | 0.70000000 | 196.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458445 | 146N | 103W | 27 | 146N-103W-SEC27:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458446 | 146N | 103W | 35 | 146N-103W-SEC35:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458447 | 146N | 103W | 25 | 146N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| STATE OF ND OG 09 01326 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 146N | 103W | 36 | 146N-103W-SEC36:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 5.3333% | 78.0000% |
| STATE OF ND OG 09 01325 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 146N | 103W | 36 | 146N-103W-SEC36:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 5.3333% | 78.0000% |
| STATE OF ND OG 09 01328 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 146N | 103W | 36 | 146N-103W-SEC36:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 5.3333% | 78.0000% |
| STATE OF ND OG 09 01327 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 146N | 103W | 36 | 146N-103W-SEC36:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 5.3333% | 78.0000% |
| USA NDM 94098 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 146N | 102W | 18 | 146N-102W-SEC18:LOTS 1, 2, 3, SENW, E2SW, S2SE | MCKENZIE | ND | 312.9800 | 312.9800 | 0.70000000 | 219.0860 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458441 | 146N | 102W | 19 | 146N-102W-SEC19:ALL | MCKENZIE | ND | 632.0000 | 632.0000 | 0.70000000 | 442.4000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94101 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 146N | 102W | 34 | 146N-102W-SEC34:SWNE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.70000000 | 28.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94102 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 146N | 102W | 34 | 146N-102W-SEC34:NW, S2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.70000000 | 336.0000 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458448 | 146N | 101W | 5 | 146N-101W-SEC5:ALL | MCKENZIE | ND | 621.6000 | 621.6000 | 0.70000000 | 435.1200 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 94253 | BURLINGTON RESOURCES OIL & GAS COMPANY LP | 3/1/2005 | N/A - FED | 146N | 101W | 8 | 146N-101W-SEC8:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94253 | BURLINGTON RESOURCES OIL & GAS COMPANY LP | 3/1/2005 | N/A - FED | 146N | 101W | 18 | 146N-101W-SEC18:LOTS 1, 2, 3, 4, E2, E2W2 | MCKENZIE | ND | 637.6000 | 637.6000 | 0.70000000 | 446.3200 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 94095 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 145N | 101W | 2 | 145N-101W-SEC2:LOTS 1, 2, 3, 4, S2N2 | MCKENZIE | ND | 305.9200 | 305.9200 | 0.70000000 | 214.1440 | 12.5000% | 7.5000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 458438 | 147N | 101W | 5 | 147N-101W-SEC5:ALL | MCKENZIE | ND | 640.4800 | 640.4800 | 0.70000000 | 448.3360 | 20.0000% | 0.0000% | 80.0000% |
| REL DIEZ INC | EMERALD WB, LLC | 8/28/2013 | 457173 | 148N | 102W | 2 | 148N-102W-SEC2:S2NE, SENW, LOTS 1 (21.96), 2 (22.04) | MCKENZIE | ND | 164.0000 | 9.0000 | 1.00000000 | 9.0000 | 17.0000% | 0.0000% | 83.0000% |
| ARMSTRONG REITSCH TRUST | EMERALD WB, LLC | 9/24/2013 | 458130 | 148N | 102W | 6 | 148N-102W-SEC6:E2SE | MCKENZIE | ND | 80.0000 | 60.0000 | 1.00000000 | 60.0000 | 20.0000% | 0.0000% | 80.0000% |
| CLARENCE CARPENTER | EMERALD WB, LLC | 6/18/2013 | 453608 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 2.1380 | 1.00000000 | 2.1380 | 22.0000% | 1.8946% | 76.1054% |
| CLARENCE CARPENTER | EMERALD WB, LLC | 6/18/2013 | 453608 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 7.6907 | 1.00000000 | 7.6907 | 22.0000% | 1.8946% | 76.1054% |
| CLARENCE CARPENTER | EMERALD WB, LLC | 6/18/2013 | 453608 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 7.6907 | 1.00000000 | 7.6907 | 22.0000% | 0.0000% | 78.0000% |
| CLARENCE CARPENTER | EMERALD WB, LLC | 6/18/2013 | 453608 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.9227 | 1.00000000 | 1.9227 | 22.0000% | 0.0000% | 78.0000% |
| TERRENCE H OVERMOE TRUST | EMERALD WB, LLC | 7/26/2013 | 455308 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 20.5714 | 1.00000000 | 20.5714 | 20.0000% | 1.8946% | 78.1054% |
| FAYE GRAVES | EMERALD WB, LLC | 7/26/2013 | 455309 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 23.2381 | 1.00000000 | 23.2381 | 20.0000% | 1.8946% | 78.1054% |
| BETTY J MOEN | EMERALD WB, LLC | 7/26/2013 | 455310 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 20.5714 | 1.00000000 | 20.5714 | 20.0000% | 1.8946% | 78.1054% |

EXHIBIT A

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVIS M LARSON | EMERALD WB, LLC | 7/26/2013 | 455311 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 20.5714 | 1.00000000 | 20.5714 | 20.0000% | 1.8946% | 78.1054% |
| JULICE ANN WINTER TRUST | EMERALD WB, LLC | 7/26/2013 | 455312 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 20.5714 | 1.00000000 | 20.5714 | 20.0000% | 1.8946% | 78.1054% |
| GRADY REVOCABLE LIVING TRUST | EMERALD WB, LLC | 7/26/2013 | 455313 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 12.5714 | 1.00000000 | 12.5714 | 20.0000% | 1.8946% | 78.1054% |
| PATRICIA J HIGGINS ET AL | EMERALD WB, LLC | 7/26/2013 | 455306 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 20.9524 | 1.00000000 | 20.9524 | 20.0000% | 1.8946% | 78.1054% |
| LEAH ANN HOWARD | EMERALD WB, LLC | 7/26/2013 | 455307 | 148N | 103W | 2 | 148N-103W-SEC2:SE | MCKENZIE | ND | 160.0000 | 20.9524 | 1.00000000 | 20.9524 | 20.0000% | 1.8946% | 78.1054% |
| A JAY SEILER | EMERALD WB, LLC | 9/16/2013 | 459735 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3125 | 1.00000000 | 0.3125 | 20.0000% | 0.0000% | 80.0000% |
| TANNA MITTEN | MJ OIL, LLC | 11/22/2013 | 397101 448 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 2.2857 | 1.00000000 | 2.2857 | 16.6700% | 3.3300% | 80.0000% |
| DONALD R BURDA | MJ OIL, LLC | 11/22/2009 | 397105 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 1.5238 | 1.00000000 | 1.5238 | 18.7500% | 3.3333% | 77.9167% |
| NORMA MITTEN | MJ OIL, LLC | 11/22/2013 | 397106 448 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 13.0612 | 1.00000000 | 13.0612 | 16.6700% | 3.3300% | 80.0000% |
| SUSAN K & RANDALL C MOSSER | MJ OIL, LLC | 11/22/2009 | 397152 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 27.4286 | 1.00000000 | 27.4286 | 18.7500% | 3.3300% | 77.9200% |
| ROLENE DINSDALE | MJ OIL, LLC | 11/22/2009 | 397100 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 1.5238 | 1.00000000 | 1.5238 | 18.7500% | 3.3333% | 77.9167% |
| C M LAMB | MJ OIL, LLC | 11/22/2009 | 397112 449 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 1.5238 | 1.00000000 | 1.5238 | 18.7500% | 3.3300% | 77.9200% |
| DAVE LAMB | MJ OIL, LLC | 11/22/2013 | 397114 448 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 1.5238 | 1.00000000 | 1.5238 | 16.6700% | 3.3300% | 80.0000% |
| VICKIE SCHUSSMAN | MJ OIL, LLC | 11/21/2013 | 397113 448 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 1.5328 | 1.00000000 | 1.5328 | 16.6700% | 3.3300% | 80.0000% |
| HENRY W MADISON | MJ OIL, LLC | 11/19/2009 | 397119 | 146N | 103W | 10 | 146N-103W-SEC10:SW | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 16.6667% | 3.3300% | 80.0033% |
| NIKKI QUILLING PATTON | MJ OIL, LLC | 11/19/2009 | 398159 | 146N | 103W | 10 | 146N-103W-SEC10:SW | MCKENZIE | ND | 160.0000 | 13.3333 | 0.70000000 | 9.3333 | 16.6667% | 3.3300% | 80.0033% |
| NIKKI QUILLING PATTON | MJ OIL, LLC | 11/19/2009 | 398159 | 146N | 103W | 34 | 146N-103W-SEC34:N2S2, SESE | MCKENZIE | ND | 200.0000 | 25.0000 | 0.70000000 | 17.5000 | 16.6700% | 3.3300% | 80.0000% |
| NIKKI QUILLING PATTON | MJ OIL, LLC | 11/19/2009 | 398159 | 146N | 103W | 34 | 146N-103W-SEC34:W2NW, SENW | MCKENZIE | ND | 120.0000 | 15.0000 | 0.70000000 | 10.5000 | 16.6700% | 3.3300% | 80.0000% |
| SHANE QUILLING | MJ OIL, LLC | 11/19/2009 | 398158 | 146N | 103W | 10 | 146N-103W-SEC10:SW | MCKENZIE | ND | 160.0000 | 13.3333 | 0.70000000 | 9.3333 | 16.6667% | 3.3300% | 80.0033% |
| SHANE QUILLING | MJ OIL, LLC | 11/19/2009 | 398158 | 146N | 103W | 34 | 146N-103W-SEC34:N2S2, SESE | MCKENZIE | ND | 200.0000 | 25.0000 | 0.70000000 | 17.5000 | 16.6700% | 3.3300% | 80.0000% |
| SHANE QUILLING | MJ OIL, LLC | 11/19/2009 | 398158 | 146N | 103W | 34 | 146N-103W-SEC34:W2NW, SENW | MCKENZIE | ND | 120.0000 | 15.0000 | 0.70000000 | 10.5000 | 16.6700% | 3.3300% | 80.0000% |
| DOUGLAS & TAMARA QUILLING | MJ OIL, LLC | 11/19/2009 | 398587 | 146N | 103W | 10 | 146N-103W-SEC10:SW | MCKENZIE | ND | 160.0000 | 20.0000 | 0.70000000 | 14.0000 | 16.6700% | 3.3300% | 80.0000% |
| DOUGLAS & TAMARA QUILLING | MJ OIL, LLC | 11/19/2009 | 398587 | 146N | 103W | 34 | 146N-103W-SEC34:N2S2, SESE | MCKENZIE | ND | 200.0000 | 12.5000 | 0.70000000 | 8.7500 | 16.6700% | 3.3300% | 80.0000% |
| DOUGLAS & TAMARA QUILLING | MJ OIL, LLC | 11/19/2009 | 398587 | 146N | 103W | 34 | 146N-103W-SEC34:W2NW, SENW | MCKENZIE | ND | 120.0000 | 7.5000 | 0.70000000 | 5.2500 | 16.6700% | 3.3300% | 80.0000% |
| LEIGH QUILLING MERRITT | MJ OIL, LLC | 11/19/2009 | 398155 | 146N | 103W | 10 | 146N-103W-SEC10:SW | MCKENZIE | ND | 160.0000 | 13.3333 | 0.70000000 | 9.3333 | 16.6667% | 3.3300% | 80.0033% |
| LEIGH QUILLING MERRITT | MJ OIL, LLC | 11/19/2009 | 398155 | 146N | 103W | 34 | 146N-103W-SEC34:N2S2, SESE | MCKENZIE | ND | 200.0000 | 25.0000 | 0.70000000 | 17.5000 | 16.6700% | 3.3300% | 80.0000% |
| LEIGH QUILLING MERRITT | MJ OIL, LLC | 11/19/2009 | 398155 | 146N | 103W | 34 | 146N-103W-SEC34:W2NW, SENW | MCKENZIE | ND | 120.0000 | 15.0000 | 0.70000000 | 10.5000 | 16.6700% | 3.3300% | 80.0000% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 21 | 147N-103W-SEC21:W2 | MCKENZIE | ND | 320.0000 | 106.6667 | 0.70000000 | 74.6667 | 18.7500% | 0.0000% | 81.2500% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 16 | 147N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 16 | 147N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 16 | 147N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 16 | 147N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 21 | 147N-103W-SEC21:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 0.0000% | 81.2500% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 17 | 147N-103W-SEC17:W2 | MCKENZIE | ND | 320.0000 | 106.6667 | 1.00000000 | 106.6667 | 20.0000% | 0.0000% | 80.0000% |
| GARY J & GEORGIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382616 | 147N | 103W | 17 | 147N-103W-SEC17:E2 | MCKENZIE | ND | 320.0000 | 53.3334 | 1.00000000 | 53.3334 | 20.0000% | 0.0000% | 80.0000% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 21 | 147N-103W-SEC21:W2 | MCKENZIE | ND | 320.0000 | 106.6667 | 0.70000000 | 74.6667 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 16 | 147N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 16 | 147N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 16 | 147N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 16 | 147N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 21 | 147N-103W-SEC21:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 17 | 147N-103W-SEC17:W2 | MCKENZIE | ND | 320.0000 | 106.6667 | 1.00000000 | 106.6667 | 18.7500% | 0.0000% | 81.2500% |
| JOE LELAND | STX OIL AND GAS INCORPORATED | 9/30/2008 | 382617 | 147N | 103W | 17 | 147N-103W-SEC17:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 1.00000000 | 53.3333 | 18.7500% | 0.0000% | 81.2500% |
| MYRON K & ARDEHL A LELAND H/W | ELKOTA RESOURCES, INC. | 10/1/2011 | 419593 | 147N | 103W | 16 | 147N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| MYRON K & ARDEHL A LELAND H/W | ELKOTA RESOURCES, INC. | 10/1/2011 | 419593 | 147N | 103W | 16 | 147N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| MYRON K & ARDEHL A LELAND H/W | ELKOTA RESOURCES, INC. | 10/1/2011 | 419593 | 147N | 103W | 16 | 147N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| MYRON K & ARDEHL A LELAND H/W | ELKOTA RESOURCES, INC. | 10/1/2011 | 419593 | 147N | 103W | 16 | 147N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| MYRON K & ARDEHL A LELAND H/W | ELKOTA RESOURCES, INC. | 10/1/2011 | 419593 | 147N | 103W | 21 | 147N-103W-SEC21:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 0.0000% | 81.2500% |
| MYRON K & ARDEHL A LELAND H/W | ELKOTA RESOURCES, INC. | 10/1/2011 | 419593 | 147N | 103W | 17 | 147N-103W-SEC17:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 1.00000000 | 53.3333 | 20.0000% | 0.0000% | 80.0000% |
| LEROY AND VIRGINIA LELAND | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382613 | 147N | 103W | 16 | 147N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| LEROY AND VIRGINIA LELAND | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382613 | 147N | 103W | 16 | 147N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| LEROY AND VIRGINIA LELAND | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382613 | 147N | 103W | 16 | 147N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| LEROY AND VIRGINIA LELAND | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382613 | 147N | 103W | 16 | 147N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| LEROY AND VIRGINIA LELAND | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382613 | 147N | 103W | 21 | 147N-103W-SEC21:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 21 | 147N-103W-SEC21:W2 | MCKENZIE | ND | 320.0000 | 106.6667 | 0.70000000 | 74.6667 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 16 | 147N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 16 | 147N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 16 | 147N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 16 | 147N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 16.0000 | 0.70000000 | 11.2000 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 21 | 147N-103W-SEC21:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 0.0000% | 81.2500% |
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 17 | 147N-103W-SEC17:W2 | MCKENZIE | ND | 320.0000 | 106.6667 | 1.00000000 | 106.6667 | 20.0000% | 0.0000% | 80.0000% |

| Lessor | Lessee | Date | Book/Page | Twp | Rng | Sec | Legal Description | County | State | Gross Ac | Net Ac | Royalty | NMA | Roy% | ORRI% | NRI% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAYMOND & JEANIE LELAND H/W | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382615 | 147N | 103W | 17 | 147N-103W-SEC17:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 1.00000000 | 53.3333 | 20.0000% | 0.0000% | 80.0000% |
| LYNN SIMS CO TRUSTEE | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382618 384 | 147N | 103W | 21 | 147N-103W-SEC21:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 0.0000% | 81.2500% |
| LYNN SIMS CO TRUSTEE | STX OIL AND GAS, INCORPORATED | 9/30/2008 | 382618 384 | 147N | 103W | 17 | 147N-103W-SEC17:E2 | MCKENZIE | ND | 320.0000 | 53.3333 | 1.00000000 | 53.3333 | 20.0000% | 0.0000% | 80.0000% |
| STATE OF ND OG 08 01164 | HEADINGTON OIL COMPANY LLC | 11/4/2008 | 386144 | 147N | 103W | 16 | 147N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 08 01163 | HEADINGTON OIL COMPANY LLC | 11/4/2008 | 386143 | 147N | 103W | 16 | 147N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 08 01165 | HEADINGTON OIL COMPANY LLC | 11/4/2008 | 386145 | 147N | 103W | 16 | 147N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 08 01166 | HEADINGTON OIL COMPANY LLC | 11/4/2008 | 386146 | 147N | 103W | 16 | 147N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 16.6667% | 0.0000% | 83.3333% |
| MYRON K & ARDEHL A LELAND | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381078 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.35000000 | 28.0000 | 16.6667% | 0.0000% | 83.3333% |
| JOE LELAND | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381083 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.35000000 | 28.0000 | 16.6667% | 0.0000% | 83.3333% |
| GARY LELAND ET UX | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381081 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.35000000 | 28.0000 | 16.6667% | 0.0000% | 83.3333% |
| RAYMOND LELAND ET UX | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381085 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.35000000 | 28.0000 | 16.6667% | 0.0000% | 83.3333% |
| LEROY & VIRGINIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381080 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.35000000 | 28.0000 | 16.6667% | 0.0000% | 83.3333% |
| LYNN SIMMS CO TRUSTEE | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381074 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.35000000 | 28.0000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 08 00826 | HEADINGTON OIL COMPANY LLC | 8/5/2008 | 382077 | 147N | 103W | 36 | 147N-103W-SEC36:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 08 00827 | HEADINGTON OIL COMPANY LLC | 8/5/2008 | 382078 | 147N | 103W | 36 | 147N-103W-SEC36:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| MYRON K & ARDEHL A LELAND | HEADINGTON OIL COMPANY LLC | 10/28/2009 | 394142 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 40.0000 | 0.70000000 | 28.0000 | 16.6700% | 0.0000% | 83.3300% |
| RAYMOND & JEANIE LELAND | HEADINGTON OIL COMPANY LLC | 10/28/2009 | 394145 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 40.0000 | 0.70000000 | 28.0000 | 16.6700% | 0.0000% | 83.3300% |
| JOE LELAND | HEADINGTON OIL COMPANY LLC | 10/28/2009 | 394146 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 40.0000 | 0.70000000 | 28.0000 | 16.6700% | 0.0000% | 83.3300% |
| LEROY E & VIRGINIA LELAND | HEADINGTON OIL COMPANY LLC | 10/28/2009 | 394144 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 40.0000 | 0.70000000 | 28.0000 | 16.6700% | 0.0000% | 83.3300% |
| GARY J & GEORGIA LELAND | HEADINGTON OIL COMPANY LLC | 10/28/2009 | 394148 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 40.0000 | 0.70000000 | 28.0000 | 16.6700% | 0.0000% | 83.3300% |
| CRIGHTON FAMILY TRUST | HEADINGTON OIL COMPANY LLC | 10/28/2009 | 394147 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 40.0000 | 0.70000000 | 28.0000 | 16.6700% | 0.0000% | 83.3300% |
| PAT LIGHT | URSA RESOURCES GROUP LLC | 6/2/2010 | 410149 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 8.0000 | 0.70000000 | 5.6000 | 16.6700% | 0.0000% | 83.3300% |
| RUSSELL T RUDY ENERGY LLC | URSA RESOURCES GROUP LLC | 8/27/2010 | 408783 | 147N | 103W | 15 | 147N-103W-SEC15:S2 | MCKENZIE | ND | 320.0000 | 72.0000 | 0.70000000 | 50.4000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 90967 | INTOIL, INC. | 7/1/2001 | N/A - FED | 147N | 103W | 15 | 147N-103W-SEC15:N2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 12.5000% | 75.0000% |
| GORDON DALE & TERI MCRAE H/W | MJ OIL, LLC | 10/26/2009 | 395839 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 3.3300% | 77.9200% |
| MARYLIN KAY LINGLE | MJ OIL, LLC | 10/26/2009 | 395838 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 3.3300% | 77.9200% |
| DONNA J & WILLIAM LEWIS W/H | MJ OIL, LLC | 10/26/2009 | 396442 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 3.3300% | 77.9200% |
| DARCY YVETTE DARNIELLE | MJ OIL, LLC | 10/26/2009 | 397124 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 8.8889 | 0.70000000 | 6.2222 | 18.7500% | 3.3300% | 77.9200% |
| DEAN & BARBARA MCRAE H/W | MJ OIL, LLC | 10/26/2009 | 395834 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 3.3300% | 77.9200% |
| GENE SCOTT MCRAE | MJ OIL, LLC | 10/26/2009 | 395836 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 53.3333 | 0.70000000 | 37.3333 | 18.7500% | 3.3300% | 77.9200% |
| SHERYL SMITH & ROBERT W ELMORE | MJ OIL, LLC | 10/26/2009 | 395837 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 8.8889 | 0.70000000 | 6.2222 | 18.7500% | 3.3300% | 77.9200% |
| JODI LANETTE SMITH | MJ OIL, LLC | 10/26/2009 | 395840 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 8.8889 | 0.70000000 | 6.2222 | 18.7500% | 3.3300% | 77.9200% |
| CORBY ARLEN & DEBBIE SMITH H/W | MJ OIL, LLC | 10/26/2009 | 395835 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 8.8889 | 0.70000000 | 6.2222 | 18.7500% | 3.3300% | 77.9200% |
| DARIN VAUGHN SMITH | MJ OIL, LLC | 10/26/2009 | 397125 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 8.8889 | 0.70000000 | 6.2222 | 18.7500% | 3.3300% | 77.9200% |
| ROBERT ALAN SMITH | MJ OIL, LLC | 10/26/2009 | 399501 | 147N | 103W | 22 | 147N-103W-SEC22:N2 | MCKENZIE | ND | 320.0000 | 8.8889 | 0.70000000 | 6.2222 | 18.7500% | 3.3300% | 77.9200% |
| USA NDM 94108 | WESTERN LAND SERVICES, INC | 2/1/2005 | N/A - FED | 147N | 103W | 22 | 147N-103W-SEC22:SW, N2SE, SWSE | MCKENZIE | ND | 280.0000 | 280.0000 | 0.70000000 | 196.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 94111 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 22 | 147N-103W-SEC22:SESE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.70000000 | 28.0000 | 12.5000% | 0.0000% | 87.5000% |
| HARRIET & W O ANDERSON W/H | CHEROKEE LAND COMPANY, INC. | 10/2/1972 | 192408 | 147N | 104W | 6 | 147N-104W-SEC6:LOTS 1-7, S2NE, SENW, E2SW, SE, BEING ALL OF SEC 6 | MCKENZIE | ND | 633.4900 | 633.4900 | 0.47308100 | 299.6921 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 103003 | KODIAK OIL & GAS | 3/1/2012 | N/A - FED | 147N | 104W | 25 | 147N-104W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 2 | 147N-105W-SEC2:LOTS 1 (41.72). 2 (41.80), 3 (41.88), 4 (41.96), S2N2, SW | MCKENZIE | ND | 487.3600 | 487.3600 | 0.47308100 | 230.5608 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 3 | 147N-105W-SEC3:LOTS 1-5, SENE, E2SE | MCKENZIE | ND | 344.7800 | 344.7800 | 0.47308100 | 163.1089 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 11 | 147N-105W-SEC11:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.42875000 | 274.4000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 94278 | KODIAK OIL & GAS (USA) INC., AND HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 147N | 105W | 12 | 147N-105W-SEC12:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.42875000 | 137.2000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 95207 | LONETREE ENERGY & ASSOCIATES, LLC | 1/1/2006 | 366407 | 147N | 105W | 2 | 147N-105W-SEC2:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.47308100 | 75.6930 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 90116 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 9 | 148N-104W-SEC9:E2, N2NW | MCKENZIE | ND | 400.0000 | 400.0000 | 0.42000000 | 168.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 90116 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 4 | 148N-104W-SEC4:LOTS 1 (18.70), 2 (18.66), S2NE, E2SW | MCKENZIE | ND | 197.3600 | 197.3600 | 0.42000000 | 82.8912 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 1 | 148N-104W-SEC1:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.15676500 | 25.0824 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 4 | 148N-104W-SEC4:SWSW, SE | MCKENZIE | ND | 200.0000 | 200.0000 | 0.15676500 | 31.3530 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 9 | 148N-104W-SEC9:W2SW, SESW | MCKENZIE | ND | 120.0000 | 120.0000 | 0.15676500 | 18.8118 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 24 | 148N-104W-SEC24:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.15676500 | 25.0824 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 016768 | F. J. BRADSHAW | 12/1/1970 | N/A - FED | 148N | 104W | 25 | 148N-104W-SEC25:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.15676500 | 25.0824 | 12.5000% | 7.5000% | 80.0000% |

EXHIBIT A

| Lease | Lessee | Date | Number | Twp | Rng | Sec | Description | County | State | Gross | Net | Rate | NRA | Royalty | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 90119 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 15 | 148N-104W-SEC15:N2, SE | MCKENZIE | ND | 480.0000 | 480.0000 | 0.42000000 | 201.6000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 90120 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 22 | 148N-104W-SEC22:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.42000000 | 134.4000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 90121 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 22 | 148N-104W-SEC22:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.42000000 | 67.2000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 90118 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 24 | 148N-104W-SEC24:N2, SW | MCKENZIE | ND | 480.0000 | 480.0000 | 0.42000000 | 201.6000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 90118 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 13 | 148N-104W-SEC13:E2, S2NW, SW | MCKENZIE | ND | 560.0000 | 560.0000 | 0.42000000 | 235.2000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 90122 | NANCE PETROLEUM CORPORATION | 8/1/2000 | N/A - FED | 148N | 104W | 25 | 148N-104W-SEC25:N2, SW | MCKENZIE | ND | 480.0000 | 480.0000 | 0.42000000 | 201.6000 | 12.5000% | 5.0000% | 82.5000% |
| STATE OF ND 0G 09 01361 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 148N | 104W | 36 | 148N-104W-SEC36:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.42000000 | 67.2000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND 0G 09 01362 | RED ROCKS COMPANY LLC | 11/3/2009 | N/A - STATE | 148N | 104W | 36 | 148N-104W-SEC36:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.42000000 | 67.2000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 11 01008 | KODIAK OIL & GAS (USA) INC | 8/2/2011 | N/A - STATE | 148N | 104W | 36 | 148N-104W-SEC36:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| STATE OF ND OG 11 01009 | KODIAK OIL & GAS (USA) INC. | 8/2/2011 | N/A - STATE | 148N | 104W | 36 | 148N-104W-SEC36:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| USA NDM 94280 | KODIAK OIL & GAS (USA) INC. & HALLADOR PETROLEUM COMPANY | 4/1/2005 | 401796 | 148N | 105W | 27 | 148N-105W-SEC27:LOTS 1 (45.28), 2 (45.28), 3 (45.28), 4 (45.28) | MCKENZIE | ND | 181.1200 | 181.1200 | 0.42875000 | 77.6552 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 90975 | NANCE PETROLEUM CORPORATION | 7/1/2001 | N/A - FED | 148N | 105W | 27 | 148N-105W-SEC27:E2E2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.43750000 | 70.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 90975 | NANCE PETROLEUM CORPORATION | 7/1/2001 | N/A - FED | 148N | 105W | 26 | 148N-105W-SEC26:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.42000000 | 134.4000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 85631 | NANCE PETROLEUM CORPORATION | 10/1/1996 | N/A - FED | 148N | 105W | 34 | 148N-105W-SEC34:LOTS 1-4, E2E2;LIMITED FROM THE SURFACE DOWN TO 10,915' | MCKENZIE | ND | 340.3200 | 340.3200 | 0.42875000 | 145.9122 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 85631 | NANCE PETROLEUM CORPORATION | 10/1/1996 | N/A - FED | 148N | 105W | 35 | 148N-105W-SEC35:NWSW, S2SW | MCKENZIE | ND | 120.0000 | 120.0000 | 0.24609375 | 29.5313 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 85631 | NANCE PETROLEUM CORPORATION | 10/1/1996 | N/A - FED | 148N | 105W | 34 | 148N-105W-SEC34:LOTS 1-4, E2E2;LIMITED IN DEPTH TO 10,915' & BELOW | MCKENZIE | ND | 0.0000 | 0.0000 | 0.32156250 | 0.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 91458 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 6 | 147N-102W-SEC6:LOTS 1-7, S2NE, SENW, E2SW, SE | MCKENZIE | ND | 620.6600 | 620.6600 | 0.70000000 | 434.4620 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 8 | 147N-102W-SEC8:S2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 18 | 147N-102W-SEC18:LOTS 1 (35.76), 2 (35.92), E2, E2NW | MCKENZIE | ND | 471.6800 | 471.6800 | 0.70000000 | 330.1760 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 19 | 147N-102W-SEC19:LOTS 1 (36.30), 2 (36.26), 3 (36.22), 4 (36.18), E2, E2W2 | MCKENZIE | ND | 624.9600 | 624.9600 | 0.70000000 | 437.4720 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91459 | WESTERN STATES MINING CONSULTANTS, P.C. | 1/1/2002 | N/A - FED | 147N | 102W | 20 | 147N-102W-SEC20:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91462 | NORTHERN ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 102W | 26 | 147N-102W-SEC26:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 6.0000% | 81.5000% |
| USA NDM 91462 | NORTHERN ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 102W | 28 | 147N-102W-SEC28:NE, E2NW, N2SE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 6.0000% | 81.5000% |
| WILLIAM M SHOLL ET AL | MJ OIL, LLC | 10/29/2009 | 396441 | 147N | 103W | 18 | 147N-103W-SEC18:NE | MCKENZIE | ND | 160.0000 | 17.7778 | 1.00000000 | 17.7778 | 20.0000% | 3.3300% | 76.6700% |
| MICHAEL D VAN WAGNER | MJ OIL, LLC | 1/8/2010 | 398165 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3702 | 0.70000000 | 1.6591 | 20.0000% | 3.3300% | 76.6700% |
| RONALD VAN WAGNER | MJ OIL, LLC | 1/8/2010 | 398166 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3704 | 0.70000000 | 1.6593 | 20.0000% | 3.3300% | 76.6700% |
| BRIAN VAN WAGNER | MJ OIL, LLC | 1/8/2010 | 397137 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3702 | 0.70000000 | 1.6591 | 20.0000% | 3.3300% | 76.6700% |
| BARRY VAN WAGNER | MJ OIL, LLC | 1/8/2010 | 397135 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3702 | 0.70000000 | 1.6591 | 20.0000% | 3.3300% | 76.6700% |
| JAMES & JOANNE FRANK | MJ OIL, LLC | 1/29/2010 | 397138 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 1.7779 | 0.70000000 | 1.2445 | 18.7500% | 3.3300% | 77.9200% |
| JOAN LARSON | MJ OIL, LLC | 1/29/2010 | 398167 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 1.7779 | 0.70000000 | 1.2445 | 18.7500% | 3.3300% | 77.9200% |
| PAMELA MERCER | MJ OIL, LLC | 1/29/2010 | 398168 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 1.7778 | 0.70000000 | 1.2445 | 18.7500% | 3.3300% | 77.9200% |
| ANDREA PITMAN | MJ OIL, LLC | 1/8/2010 | 397136 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3702 | 0.70000000 | 1.6591 | 20.0000% | 3.3300% | 76.6700% |
| WAYNE H FRANK | MJ OIL, LLC | 1/29/2010 | 398164 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 1.7779 | 0.70000000 | 1.2445 | 18.7500% | 3.3300% | 77.9200% |
| JUDY TRUSCHEL | MJ OIL, LLC | 12/21/2009 | 398163 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 18.7500% | 3.3300% | 77.9200% |
| YVONNE & JERRY STORHAUG | MJ OIL, LLC | 12/21/2009 | 397129 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 3.3300% | 76.6700% |
| GINA M WILHELM | MJ OIL, LLC | 12/21/2009 | 399489 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 3.3333 | 1.00000000 | 3.3333 | 20.0000% | 3.3300% | 76.6700% |
| TRACY L GIETZEN | MJ OIL, LLC | 12/21/2009 | 397131 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 3.3333 | 1.00000000 | 3.3333 | 20.0000% | 3.3300% | 76.6700% |
| JAMES A HANSON | MJ OIL, LLC | 12/21/2009 | 397128 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 3.3300% | 76.6700% |
| LANA R G DUFNER | MJ OIL, LLC | 12/21/2009 | 400329 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 3.3333 | 1.00000000 | 3.3333 | 20.0000% | 3.3300% | 76.6700% |
| BRET & LORIS POTTS | MJ OIL, LLC | 1/8/2010 | 397094 | 146N | 102W | 12 | 146N-102W-SEC12:LOT 2 (54.40), LOT 3 (30.00), LOT 4 (43.80), SENW | MCKENZIE | ND | 168.2000 | 14.0170 | 0.70000000 | 9.8119 | 20.0000% | 2.0000% | 78.0000% |
| ARLENE & DENNIS COLE | MJ OIL, LLC | 1/8/2010 | 397092 | 146N | 102W | 12 | 146N-102W-SEC12:LOT 2 (54.40), LOT 3 (30.00), LOT 4 (43.80), SENW | MCKENZIE | ND | 168.2000 | 14.0167 | 0.70000000 | 9.8117 | 20.0000% | 2.0000% | 78.0000% |
| LEO & KRISTEN POTTS | MJ OIL, LLC | 1/8/2010 | 397095 | 146N | 102W | 12 | 146N-102W-SEC12:LOT 2 (54.40), LOT 3 (30.00), LOT 4 (43.80), SENW | MCKENZIE | ND | 168.2000 | 14.0167 | 0.70000000 | 9.8117 | 20.0000% | 2.0000% | 78.0000% |

| Name | Lessee | Date | Doc | Twp | Rng | Sec | Description | County | State | Gross Acres | Net Acres | Factor | Net | RI | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRENT A POTTS | MJ OIL, LLC | 1/8/2010 | 397091 | 146N | 102W | 12 | 146N-102W-SEC12:LOT 2 (54.40), LOT 3 (30.00), LOT 4 (43.80), SENW | MCKENZIE | ND | 168.2000 | 14.0167 | 0.70000000 | 9.8117 | 20.0000% | 2.0000% | 78.0000% |
| RICK L POTTS | MJ OIL, LLC | 1/8/2010 | 397096 | 146N | 102W | 12 | 146N-102W-SEC12:LOT 2 (54.40), LOT 3 (30.00), LOT 4 (43.80), SENW | MCKENZIE | ND | 168.2000 | 14.0167 | 0.70000000 | 9.8117 | 18.0000% | 2.0000% | 80.0000% |
| JOHN & ELSIE TROTTER | MJ OIL, LLC | 12/9/2009 | 397098 | 146N | 102W | 34 | 146N-102W-SEC34:N2NE, SENE | MCKENZIE | ND | 120.0000 | 30.0000 | 1.00000000 | 30.0000 | 18.7500% | 3.3300% | 77.9200% |
| DORIS MURRAY | MJ OIL, LLC | 12/9/2009 | 397097 | 146N | 102W | 34 | 146N-102W-SEC34:N2NE, SENE | MCKENZIE | ND | 120.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 3.3300% | 77.9200% |
| MARGARET KREIS | MJ OIL, LLC | 12/9/2009 | 397099 | 146N | 102W | 34 | 146N-102W-SEC34:N2NE, SENE | MCKENZIE | ND | 120.0000 | 10.0000 | 1.00000000 | 10.0000 | 18.7500% | 3.3300% | 77.9200% |
| KAY LOUISE GLICK | EMERALD WB LLC | 1/8/2014 | 461738 | 148N | 102W | 6 | 148N-102W-SEC6:SENE | MCKENZIE | ND | 40.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.5000% | 0.0000% | 79.5000% |
| KAY LOUISE GLICK | EMERALD WB LLC | 12/30/2013 | 461196 | 148N | 102W | 7 | 148N-102W-SEC7:LOTS 1-4, NENW, NE, N2SE | MCKENZIE | ND | 413.9200 | 103.4800 | 1.00000000 | 103.4800 | 20.5000% | 0.0000% | 79.5000% |
| KAY LOUISE GLICK | EMERALD WB LLC | 12/30/2013 | 461195 | 148N | 102W | 18 | 148N-102W-SEC18:LOT 1 (33.75) | MCKENZIE | ND | 33.7500 | 4.2188 | 1.00000000 | 4.2188 | 20.5000% | 0.0000% | 79.5000% |
| LESLIE & SHELLY HAUGEN H/W | EMERALD WB LLC | 1/8/2014 | 461736 | 148N | 102W | 6 | 148N-102W-SEC6:SENE | MCKENZIE | ND | 40.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.5000% | 0.0000% | 79.5000% |
| LESLIE C & SHELLY M HAUGEN | EMERALD WB LLC | 12/30/2013 | 461441 | 148N | 102W | 7 | 148N-102W-SEC7:LOTS 1-4, NENW, NE, N2SE | MCKENZIE | ND | 413.9200 | 103.4800 | 1.00000000 | 103.4800 | 20.5000% | 0.0000% | 79.5000% |
| LESLIE C & SHELLY M HAUGEN | EMERALD WB LLC | 12/30/2013 | 461442 | 148N | 102W | 18 | 148N-102W-SEC18:LOT 1 (33.75) | MCKENZIE | ND | 33.7500 | 4.2188 | 1.00000000 | 4.2188 | 20.5000% | 0.0000% | 79.5000% |
| LAURA LEE GULLICKSON | EMERALD WB LLC | 1/8/2014 | 461737 | 148N | 102W | 6 | 148N-102W-SEC6:SENE | MCKENZIE | ND | 40.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.5000% | 0.0000% | 79.5000% |
| LAURA LEE GULLICKSON | EMERALD WB LLC | 12/30/2013 | 461439 | 148N | 102W | 7 | 148N-102W-SEC7:LOTS 1-4, NENW, NE, N2SE | MCKENZIE | ND | 413.9200 | 103.4800 | 1.00000000 | 103.4800 | 20.5000% | 0.0000% | 79.5000% |
| LAURA LEE GULLICKSON | EMERALD WB LLC | 12/30/2013 | 461440 | 148N | 102W | 18 | 148N-102W-SEC18:LOT 1 (33.75) | MCKENZIE | ND | 33.7500 | 4.2188 | 1.00000000 | 4.2188 | 20.5000% | 0.0000% | 79.5000% |
| JUDITH M & GARY A GIERKE | EMERALD WB LLC | 1/8/2014 | 461578 | 148N | 102W | 6 | 148N-102W-SEC6:SENE | MCKENZIE | ND | 40.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.5000% | 0.0000% | 79.5000% |
| JUDITH M & GARY A GIERKE | EMERALD WB LLC | 12/30/2013 | 461198 | 148N | 102W | 7 | 148N-102W-SEC7:LOTS 1-4, NENW, NE, N2SE | MCKENZIE | ND | 413.9200 | 103.4800 | 1.00000000 | 103.4800 | 20.5000% | 0.0000% | 79.5000% |
| JUDITH M & GARY A GIERKE | EMERALD WB LLC | 12/30/2013 | 461197 | 148N | 102W | 18 | 148N-102W-SEC18:LOT 1 (33.75) | MCKENZIE | ND | 33.7500 | 4.2188 | 1.00000000 | 4.2188 | 20.5000% | 0.0000% | 79.5000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 8 | 147N-103W-SEC8:W2SW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 14 | 147N-103W-SEC14:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 27 | 147N-103W-SEC27:E2NE, W2E2, E2W2, NWNW | MCKENZIE | ND | 440.0000 | 440.0000 | 0.70000000 | 308.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 107143 | WESTERN LAND SERVICES, INC. | 2/1/2005 | N/A - FED | 147N | 103W | 30 | 147N-103W-SEC30:W2NESE | MCKENZIE | ND | 20.0000 | 20.0000 | 0.70000000 | 14.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91455 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 8 | 147N-101W-SEC8:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91455 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 32 | 147N-101W-SEC32:SENW, E2SW, SESE; SEC33:S2S2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91455 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 33 | 147N-101W-SEC33:S2S2 | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91684 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 2 | 146N-103W-SEC2:LOTS 2 (39.89), 3 (39.87), 4 (39.85), SWNE, S2NW, SW | MCKENZIE | | 399.6100 | 399.6100 | 0.70000000 | 279.7270 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91684 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 4 | 146N-103W-SEC4:LOTS 1 (40.08), 2 (40.24), 3 (40.40), 4 (40.56), S2N2, S2 | MCKENZIE | ND | 641.2800 | 641.2800 | 0.70000000 | 448.8960 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91686 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 10 | 146N-103W-SEC10:E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91686 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 14 | 146N-103W-SEC14:W2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91687 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 22 | 146N-103W-SEC22:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91687 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 26 | 146N-103W-SEC26:N2N2, SENE, SWNW, NWSW, NESE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91688 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 26 | 146N-103W-SEC26:SENW, NESW, S2SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91688 | NANCE PETROLEUM CORPORATION | 5/1/2002 | N/A - FED | 146N | 103W | 28 | 146N-103W-SEC28:SENW, SWSW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% | 7.5000% | 80.0000% |
| OSCAR WOLLEN JR | EMERALD WB LLC | 12/30/2013 | 461739 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| PAUL WOLLEN | EMERALD WB LLC | 12/30/2013 | 461581 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| RANDY WOLLEN | EMERALD WB LLC | 12/30/2013 | 461740 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 3.3334 | 1.00000000 | 3.3334 | 20.0000% | 0.0000% | 80.0000% |
| RUTH MIDDLETON | EMERALD WB LLC | 12/30/2013 | 461857 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 3.3334 | 1.00000000 | 3.3334 | 20.0000% | 0.0000% | 80.0000% |
| DENNIS WOLLEN | EMERALD WB LLC | 12/30/2013 | 461582 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| GARRY WOLLEN | EMERALD WB LLC | 12/30/2013 | 461580 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| LISA GRUENFELDER | EMERALD WB LLC | 12/30/2013 | 461858 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| MIKE STRAWDER | EMERALD WB LLC | 12/30/2013 | 461856 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 5.0000 | 1.00000000 | 5.0000 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 18 | 147N-101W-SEC18:LOTS 1 (37.98), 2 (38.1), 3 (38.22), 4 (38.34) | MCKENZIE | ND | 312.6400 | 312.6400 | 0.70000000 | 218.8480 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 20 | 147N-101W-SEC20:S2NE, E2SW, SE | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 24 | 147N-101W-SEC24:N2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 26 | 147N-101W-SEC26:W2NW, S2, LOTS 1-6 | MCKENZIE | ND | 555.5000 | 555.5000 | 0.70000000 | 388.8500 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 91456 | POWERS ENERGY CORPORATION | 1/1/2002 | N/A - FED | 147N | 101W | 30 | 147N-101W-SEC30:S2NE, SENW, NESW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 7.5000% | 80.0000% |
| ANN LONBORG | EMERALD WB LLC | 12/30/2013 | 461579 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| CHRIS STRAWDER | EMERALD WB LLC | 12/30/2013 | 461893 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 5.0000 | 1.00000000 | 5.0000 | 20.0000% | 0.0000% | 80.0000% |
| JERRY WOLLEN | EMERALD WB LLC | 12/30/2013 | 461855 | 148N | 102W | 10 | 148N-102W-SEC10:W2NW | MCKENZIE | ND | 80.0000 | 3.3334 | 1.00000000 | 3.3334 | 20.0000% | 0.0000% | 80.0000% |
| BRUCE O LEY ROTH IRA | EMERALD WB LLC | 3/10/2014 | 465498 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 2.8445 | 1.00000000 | 2.8445 | 20.0000% | 1.8946% | 78.1054% |

| Lessor | Lessee | Date | Doc | Twp | Rng | Sec | Description | County | State | Gross | Net | Factor | Net | Royalty | Pct | Pct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRUCE O LEY ROTH IRA | EMERALD WB LLC | 3/10/2014 | 465498 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 10.2320 | 1.00000000 | 10.2320 | 20.0000% | 1.8946% | 78.1054% |
| BRUCE O LEY ROTH IRA | EMERALD WB LLC | 3/10/2014 | 465498 | 148N | 103W | 3 | 148N-103W-SEC3:LOTS 1 (22.03), 2 (21.77), S2NE | MCKENZIE | ND | 123.8000 | 10.4967 | 1.00000000 | 10.4967 | 20.0000% | 0.0000% | 80.0000% |
| BRUCE O LEY ROTH IRA | EMERALD WB, LLC | 11/10/2014 | 465512 | 149N | 102W | 31 | 149N-102W-SEC31:SE | MCKENZIE | ND | 160.0000 | 10.2320 | 1.00000000 | 10.2320 | 20.0000% | 0.0000% | 80.0000% |
| ROBIN C LENART | KODIAK OIL & GAS (USA) INC. | 10/27/2013 | 461043 | 147N | 103W | 18 | 147N-103W-SEC18:NE | MCKENZIE | ND | 160.0000 | 11.8519 | 1.00000000 | 11.8519 | 16.6667% | 3.3300% | 80.0033% |
| PAULINE ECONOMAN | EMERALD WB, LLC | 6/3/2014 | 465500 | 148N | 102W | 14 | 148N-102W-SEC14:S2NW, SWNE, NESW, NWSE | MCKENZIE | ND | 200.0000 | 50.0000 | 1.00000000 | 50.0000 | 20.0000% | 0.0000% | 80.0000% |
| PAULINE ECONOMAN | EMERALD WB, LLC | 5/15/2014 | 465503 | 149N | 102W | 29 | 149N-102W-SEC29:NW | MCKENZIE | ND | 160.0000 | 48.3333 | 1.00000000 | 48.3333 | 20.0000% | 0.0000% | 80.0000% |
| PAULINE ECONOMAN | EMERALD WB, LLC | 5/15/2014 | 465509 | 149N | 102W | 31 | 149N-102W-SEC31:NE | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 20.0000% | 0.0000% | 80.0000% |
| LYNETTE R NYGAARD REV LIV TR | EMERALD WB, LLC | 6/3/2014 | 465502 | 148N | 102W | 14 | 148N-102W-SEC14:S2NW, SWNE, NESW, NWSE | MCKENZIE | ND | 200.0000 | 25.0000 | 1.00000000 | 25.0000 | 20.0000% | 0.0000% | 80.0000% |
| LYNETTE R NYGAARD REV TR | EMERALD WB, LLC | 5/15/2014 | 465505 | 149N | 102W | 29 | 149N-102W-SEC29:NW | MCKENZIE | ND | 160.0000 | 24.1667 | 1.00000000 | 24.1667 | 20.0000% | 0.0000% | 80.0000% |
| LYNETTE R NYGAARD REV TR | EMERALD WB, LLC | 5/15/2014 | 465511 | 149N | 102W | 31 | 149N-102W-SEC31:NE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 20.0000% | 0.0000% | 80.0000% |
| KATHERINE B GRAY FAMILY TRUST | EMERALD WB, LLC | 7/30/2014 | 468680 | 149N | 102W | 19 | 149N-102W-SEC19:S2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| KATHERINE B GRAY FAMILY TRUST | EMERALD WB, LLC | 7/30/2014 | 468680 | 149N | 102W | 30 | 149N-102W-SEC30:N2NE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| WILLIAM W BERGHUIS | EMERALD WB, LLC | 7/30/2014 | 468681 | 149N | 102W | 19 | 149N-102W-SEC19:S2SE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| WILLIAM W BERGHUIS | EMERALD WB, LLC | 7/30/2014 | 468681 | 149N | 102W | 30 | 149N-102W-SEC30:N2NE | MCKENZIE | ND | 80.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| JASON P LEY | EMERALD WB, LLC | 3/10/2014 | 467565 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 2.8445 | 1.00000000 | 2.8445 | 20.0000% | 1.8946% | 78.1054% |
| JASON P LEY | EMERALD WB, LLC | 3/10/2014 | 467565 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 10.2320 | 1.00000000 | 10.2320 | 20.0000% | 1.8946% | 78.1054% |
| JASON P LEY | EMERALD WB, LLC | 3/10/2014 | 467565 | 148N | 103W | 3 | 148N-103W-SEC3:LOTS 1 (22.03), 2 (21.77), S2NE | MCKENZIE | ND | 123.8000 | 7.9170 | 1.00000000 | 7.9170 | 20.0000% | 0.0000% | 80.0000% |
| JOAN K NYGAARD | EMERALD WB, LLC | 6/3/2014 | 465704 | 148N | 102W | 14 | 148N-102W-SEC14:S2NW, SWNE, NESW, NWSE | MCKENZIE | ND | 200.0000 | 50.0000 | 1.00000000 | 50.0000 | 20.0000% | 0.0000% | 80.0000% |
| JOAN K NYGAARD | EMERALD WB, LLC | 5/15/2014 | 465705 | 149N | 102W | 29 | 149N-102W-SEC29:NW | MCKENZIE | ND | 160.0000 | 48.3333 | 1.00000000 | 48.3333 | 20.0000% | 0.0000% | 80.0000% |
| JOAN K NYGAARD | EMERALD WB, LLC | 5/15/2014 | 465707 | 149N | 102W | 31 | 149N-102W-SEC31:NE | MCKENZIE | ND | 160.0000 | 53.3333 | 1.00000000 | 53.3333 | 20.0000% | 0.0000% | 80.0000% |
| JOSHUA A LEY | EMERALD WB LLC | 3/10/2014 | 465703 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 2.8446 | 1.00000000 | 2.8446 | 20.0000% | 1.8946% | 78.1054% |
| JOSHUA A LEY | EMERALD WB LLC | 3/10/2014 | 465703 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 10.2320 | 1.00000000 | 10.2320 | 20.0000% | 1.8946% | 78.1054% |
| JOSHUA A LEY | EMERALD WB LLC | 3/10/2014 | 465703 | 148N | 103W | 3 | 148N-103W-SEC3:LOTS 1 (22.03), 2 (21.77), S2NE | MCKENZIE | ND | 123.8000 | 7.9170 | 1.00000000 | 7.9170 | 20.0000% | 0.0000% | 80.0000% |
| SUSAN M LINK | EMERALD WB, LLC | 4/16/2014 | 467564 | 149N | 103W | 1 | 149N-103W-SEC1:LOTS 1 (40.02), 2 (40.06), S2NE, N2SE, SESE | MCKENZIE | ND | 280.0800 | 98.0300 | 1.00000000 | 98.0300 | 20.0000% | 0.0000% | 80.0000% |
| SUSAN M LINK | EMERALD WB, LLC | 4/16/2014 | 467564 | 149N | 103W | 12 | 149N-103W-SEC12:E2SE | MCKENZIE | ND | 80.0000 | 28.0000 | 1.00000000 | 28.0000 | 20.0000% | 0.0000% | 80.0000% |
| LINK FAMILY MINERAL TR | EMERALD WB, LLC | 4/16/2014 | 467562 | 149N | 103W | 1 | 149N-103W-SEC1:LOTS 1 (40.02), 2 (40.06), S2NE, N2SE, SESE | MCKENZIE | ND | 280.0800 | 84.0300 | 1.00000000 | 84.0300 | 20.0000% | 0.0000% | 80.0000% |
| LINK FAMILY MINERAL TR | EMERALD WB, LLC | 4/16/2014 | 467562 | 149N | 103W | 12 | 149N-103W-SEC12:E2SE | MCKENZIE | ND | 80.0000 | 24.0000 | 1.00000000 | 24.0000 | 20.0000% | 0.0000% | 80.0000% |
| KENNETH & LOUISE HAUGEN MIN TR | EMERALD WB, LLC | 3/26/2014 | 465499 | 149N | 102W | 19 | 149N-102W-SEC19:S2SE | MCKENZIE | ND | 80.0000 | 40.0000 | 1.00000000 | 40.0000 | 20.0000% | 0.0000% | 80.0000% |
| KENNETH & LOUISE HAUGEN MIN TR | EMERALD WB, LLC | 3/26/2014 | 465499 | 149N | 102W | 30 | 149N-102W-SEC30:N2NE | MCKENZIE | ND | 80.0000 | 40.0000 | 1.00000000 | 40.0000 | 20.0000% | 0.0000% | 80.0000% |
| JESS & FRANKIE BURMAN | EMERALD WB LLC | 4/23/2014 | 466521 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 1 (39.38 - NWNW), 2 (39.42 - SWNW), E2NW | MCKENZIE | ND | 158.8000 | 6.4667 | 1.00000000 | 6.4667 | 20.0000% | 0.0000% | 80.0000% |
| JESS & FRANKIE BURMAN | EMERALD WB LLC | 4/23/2014 | 466521 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 3 (39.46), 4 (39.50), E2SW | MCKENZIE | ND | 158.9600 | 7.6909 | 1.00000000 | 7.6909 | 20.0000% | 0.0000% | 80.0000% |
| JESS & FRANKIE BURMAN | EMERALD WB LLC | 4/23/2014 | 466521 | 149N | 102W | 19 | 149N-102W-SEC19:S2NE, N2SE | MCKENZIE | ND | 160.0000 | 1.3890 | 1.00000000 | 1.3890 | 20.0000% | 0.0000% | 80.0000% |
| JESS & FRANKIE BURMAN | EMERALD WB LLC | 4/23/2014 | 466521 | 149N | 102W | 19 | 149N-102W-SEC19:LOTS 3 (39.57), 4 (39.59), E2SW | MCKENZIE | ND | 159.1600 | 7.7006 | 1.00000000 | 7.7006 | 20.0000% | 0.0000% | 80.0000% |
| JIM & BONNIE EVANSON | EMERALD WB LLC | 4/23/2014 | 466520 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 1 (39.38 - NWNW), 2 (39.42 - SWNW), E2NW | MCKENZIE | ND | 158.8000 | 6.4667 | 1.00000000 | 6.4667 | 20.0000% | 0.0000% | 80.0000% |
| JIM & BONNIE EVANSON | EMERALD WB LLC | 4/23/2014 | 466520 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 3 (39.46), 4 (39.50), E2SW | MCKENZIE | ND | 158.9600 | 7.6909 | 1.00000000 | 7.6909 | 20.0000% | 0.0000% | 80.0000% |
| JIM & BONNIE EVANSON | EMERALD WB LLC | 4/23/2014 | 466520 | 149N | 102W | 19 | 149N-102W-SEC19:S2NE, N2SE | MCKENZIE | ND | 160.0000 | 1.3890 | 1.00000000 | 1.3890 | 20.0000% | 0.0000% | 80.0000% |
| JIM & BONNIE EVANSON | EMERALD WB LLC | 4/23/2014 | 466520 | 149N | 102W | 19 | 149N-102W-SEC19:LOTS 3 (39.57), 4 (39.59), E2SW | MCKENZIE | ND | 159.1600 | 7.7006 | 1.00000000 | 7.7006 | 20.0000% | 0.0000% | 80.0000% |
| JOSHUA A LEY | EMERALD WB LLC | 11/10/2014 | 465702 | 149N | 102W | 31 | 149N-102W-SEC31:SE | MCKENZIE | ND | 160.0000 | 10.2400 | 1.00000000 | 10.2400 | 20.0000% | 0.0000% | 80.0000% |
| JASON P LEY | EMERALD WB, LLC | 11/10/2014 | 468678 | 149N | 102W | 31 | 149N-102W-SEC31:SE | MCKENZIE | ND | 160.0000 | 10.2320 | 1.00000000 | 10.2320 | 20.0000% | 0.0000% | 80.0000% |
| WALTER A LINK ESTATE | EMERALD WB, LLC | 4/16/2014 | 467563 | 149N | 103W | 1 | 149N-103W-SEC1:LOTS 1 (40.02), 2 (40.06), S2NE, N2SE, SESE | MCKENZIE | ND | 280.0800 | 98.0300 | 1.00000000 | 98.0300 | 20.0000% | 0.0000% | 80.0000% |
| WALTER A LINK ESTATE | EMERALD WB, LLC | 4/16/2014 | 467563 | 149N | 103W | 12 | 149N-103W-SEC12:E2SE | MCKENZIE | ND | 80.0000 | 28.0000 | 1.00000000 | 28.0000 | 20.0000% | 0.0000% | 80.0000% |
| PAULINE ECONOMAN | EMERALD WB, LLC | 5/15/2014 | 465506 | 149N | 102W | 30 | 149N-102W-SEC30:LOTS 3 (39.75), 4 (39.81), E2SW | MCKENZIE | ND | 159.5600 | 53.1867 | 1.00000000 | 53.1867 | 20.0000% | 0.0000% | 80.0000% |
| LYNETTE R NYGAARD REV TR | EMERALD WB, LLC | 5/15/2014 | 465508 | 149N | 102W | 30 | 149N-102W-SEC30:LOTS 3 (39.75), 4 (39.81), E2SW | MCKENZIE | ND | 159.5600 | 26.5933 | 1.00000000 | 26.5933 | 20.0000% | 0.0000% | 80.0000% |
| PETER A NYGAARD JR REV TR | EMERALD WB, LLC | 5/15/2014 | 465504 | 149N | 102W | 29 | 149N-102W-SEC29:NW | MCKENZIE | ND | 160.0000 | 24.1667 | 1.00000000 | 24.1667 | 20.0000% | 0.0000% | 80.0000% |
| PETER A NYGAARD JR REV TR | EMERALD WB, LLC | 5/15/2014 | 465507 | 149N | 102W | 30 | 149N-102W-SEC30:LOTS 3 (39.75), 4 (39.81), E2SW | MCKENZIE | ND | 159.5600 | 26.5933 | 1.00000000 | 26.5933 | 20.0000% | 0.0000% | 80.0000% |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PETER A NYGAARD JR REV TR | EMERALD WB, LLC | 5/15/2014 | 465510 | 149N | 102W | 31 | 149N-102W-SEC31:NE | MCKENZIE | ND | 160.0000 | 26.6667 | 1.00000000 | 26.6667 | 20.0000% | 0.0000% | 80.0000% |
| JOAN K NYGAARD | EMERALD WB, LLC | 5/15/2014 | 465706 | 149N | 102W | 30 | 149N-102W-SEC30:LOTS 3 (39.75), 4 (39.81), E2SW | MCKENZIE | ND | 159.5600 | 53.1867 | 1.00000000 | 53.1867 | 20.0000% | 0.0000% | 80.0000% |
| PETER A NYGAARD JR REV LIV TR | EMERALD WB, LLC | 6/3/2014 | 465501 | 148N | 102W | 14 | 148N-102W-SEC14:S2NW, SWNE, NESW, NWSE | MCKENZIE | ND | 200.0000 | 25.0000 | 1.00000000 | 25.0000 | 20.0000% | 0.0000% | 80.0000% |
| CINDY L BLIKRE GST TRUST | ALS ENERGY RESOURCES, LLC | 7/28/2014 | 470050 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 1 (39.38 - NWNW), 2 (39.42 - SWNW), E2NW | MCKENZIE | ND | 158.8000 | 9.9250 | 1.00000000 | 9.9250 | 20.0000% | 0.0000% | 80.0000% |
| DAVID G LARSON | ALS ENERGY RESOURCES, LLC | 7/14/2014 | 471444 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 1 (39.38 - NWNW), 2 (39.42 - SWNW), E2NW | MCKENZIE | ND | 158.8000 | 19.8500 | 1.00000000 | 19.8500 | 20.0000% | 0.0000% | 80.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471122 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 1 (39.38 - NWNW), 2 (39.42 - SWNW), E2NW | MCKENZIE | ND | 158.8000 | 30.0000 | 1.00000000 | 30.0000 | 20.0000% | 0.0000% | 80.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471122 | 149N | 102W | 18 | 149N-102W-SEC18:LOTS 3 (39.46), 4 (39.50), E2SW | MCKENZIE | ND | 158.9600 | 16.5584 | 1.00000000 | 16.5584 | 20.0000% | 0.0000% | 80.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471122 | 149N | 102W | 19 | 149N-102W-SEC19:S2NE, N2SE | MCKENZIE | ND | 160.0000 | 25.4167 | 1.00000000 | 25.4167 | 20.0000% | 0.0000% | 80.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471122 | 149N | 102W | 19 | 149N-102W-SEC19:LOTS 3 (39.57), 4 (39.59), E2SW | MCKENZIE | ND | 159.1600 | 16.5792 | 1.00000000 | 16.5792 | 20.0000% | 0.0000% | 80.0000% |
| ROY CHARLES MITTEN | EMERALD WB, LLC | 4/1/2014 | 465886 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 2.2857 | 0.70000000 | 1.6000 | 18.7500% | 0.0000% | 81.2500% |
| ZIEBARTH FAMILY TRUST | EMERALD WB, LLC | 5/15/2014 | 467867 | 146N | 103W | 10 | 146N-103W-SEC10:SW | MCKENZIE | ND | 160.0000 | 80.0000 | 0.70000000 | 56.0000 | 20.0000% | 0.0000% | 80.0000% |
| ZIEBARTH FAMILY TRUST | EMERALD WB, LLC | 5/15/2014 | 467867 | 146N | 103W | 34 | 146N-103W-SEC34:NWNW, S2NW, N2S2, SESE | MCKENZIE | ND | 320.0000 | 160.0000 | 0.70000000 | 112.0000 | 20.0000% | 0.0000% | 80.0000% |
| LAMB FAMILY TRUST | EMERALD WB, LLC | 3/27/2014 | 467521 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 22.8571 | 0.70000000 | 16.0000 | 18.7500% | 0.0000% | 81.2500% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471747 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 1.8963 | 1.00000000 | 1.8963 | 20.0000% | 1.8946% | 78.1054% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471747 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 6.8213 | 1.00000000 | 6.8213 | 20.0000% | 1.8946% | 78.1054% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471748 | 148N | 103W | 3 | 148N-103W-SEC3:LOTS 1 (22.03), 2 (21.77) | MCKENZIE | ND | 43.8000 | 1.8673 | 1.00000000 | 1.8673 | 20.0000% | 0.0000% | 80.0000% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471748 | 148N | 103W | 3 | 148N-103W-SEC3:S2NE4 | MCKENZIE | ND | 80.0000 | 3.4107 | 1.00000000 | 3.4107 | 20.0000% | 0.0000% | 80.0000% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471749 | 149N | 102W | 29 | 149N-102W-SEC29:SW | MCKENZIE | ND | 160.0000 | 6.8213 | 1.00000000 | 6.8213 | 20.0000% | 0.0000% | 80.0000% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471750 | 149N | 102W | 31 | 149N-102W-SEC31:SE | MCKENZIE | ND | 160.0000 | 6.8213 | 1.00000000 | 6.8213 | 20.0000% | 0.0000% | 80.0000% |
| ANNE MRACHEK REV TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471751 | 149N | 102W | 32 | 149N-102W-SEC32:NWNW | MCKENZIE | ND | 40.0000 | 1.7053 | 1.00000000 | 1.7053 | 20.0000% | 0.0000% | 80.0000% |
| SKEDSVOLD FAMILY TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471745 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 3.7927 | 1.00000000 | 3.7927 | 20.0000% | 1.8946% | 78.1054% |
| SKEDSVOLD FAMILY TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471745 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 13.6426 | 1.00000000 | 13.6426 | 20.0000% | 1.8946% | 78.1054% |
| SKEDSVOLD FAMILY TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471746 | 148N | 103W | 3 | 148N-103W-SEC3:LOTS 1 (22.03), 2 (21.77) | MCKENZIE | ND | 43.8000 | 3.7347 | 1.00000000 | 3.7347 | 20.0000% | 0.0000% | 80.0000% |
| SKEDSVOLD FAMILY TRUST | ALS ENERGY RESOURCES, LLC | 6/24/2014 | 471746 | 148N | 103W | 3 | 148N-103W-SEC3:S2NE4 | MCKENZIE | ND | 80.0000 | 6.8213 | 1.00000000 | 6.8213 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 98501 | MINNA SCHNELL | 12/1/1978 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.75000000 | 120.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 12 | T147N-R102W-SEC12:ALL;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 640.0000 | 640.0000 | 0.52500000 | 336.0000 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 22 | T147N-R102W-SEC22:NWNE, NW, SESW, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 24 | T147N-R102W-SEC24:N2N2, SWNW, N2SW, SWSW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 28 | T147N-R102W-SEC28:SW, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 240.0000 | 240.0000 | 0.52500000 | 126.0000 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 28 | T147N-R102W-SEC28:W2NW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 80.0000 | 80.0000 | 0.17500000 | 14.0000 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 98502 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 28 | T147N-R102W-SEC28:W2NW;RECORD TITLE | MCKENZIE | ND | 80.0000 | 0.0000 | 0.00000000 | 0.0000 | 12.5000% | 6.2500% | |
| USA NDM 98503 | ST. MARY LAND & EXPLORATION COMPANY | 3/1/2008 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 6 | 146N-102W-SEC6:LOT 7;BAKKEN AND THREE FORKS ONLY OP RIGHTS ONLY | MCKENZIE | ND | 36.8700 | 36.8700 | 0.17500000 | 6.4523 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 6 | 146N-102W-SEC6:S2SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 80.0000 | 80.0000 | 0.13798351 | 11.0387 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 8 | T146N-R102W-SEC8:SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.52500000 | 84.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 8 | T146N-R102W-SEC8:SW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 5.0000% | 82.5000% |

| Lease | Name | Date | Title | Twp | Rng | Sec | Description | County | State | Gross | Net | Fraction | Net Acres | Royalty | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 20 | T146N-R102W-SEC20:E2;BAKKEN AND THREE FORKS ONLY; OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 32 | T146N-R102W-SEC32:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.52500000 | 336.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 6 | 146N-102W-SEC6:LOT 7;RECORD TITLE ONLY | MCKENZIE | ND | 36.8700 | 0.0000 | 0.25000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 8 | T146N-R102W-SEC8:SE;RECORD TITLE | MCKENZIE | ND | 160.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 8 | T146N-R102W-SEC8:SW;RECORD TITLE | MCKENZIE | ND | 160.0000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 31563 | KANORADO CORPORATION | 6/1/1975 | N/A - FED | 146N | 102W | 20 | T146N-R102W-SEC20:E2;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42054 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 2 | T147N-R102W-SEC2:S2N2;LOTS 1-4;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY | MCKENZIE | ND | 320.6400 | 320.6400 | 0.70000000 | 224.4480 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 42054 | J. D. BUELL | 12/1/1978 | N/A - FED | 147N | 102W | 2 | T147N-R102W-SEC2:S2N2;RECORD TITLE, LOTS 1-4 | MCKENZIE | ND | 320.6400 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 42055 | MINNA SCHNELL | 12/1/1978 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:NE. RECORD TITLE | MCKENZIE | ND | 160.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% | 0.0000% | 100.0000% |
| USA NDM 42055 | MINNA SCHNELL | 12/1/1978 | N/A - FED | 148N | 102W | 34 | T148N-R102W-SEC34:NE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% | 0.0000% | 100.0000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 14 | T147N-R101W-SEC14:S2S2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.52500000 | 84.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 100W | 30 | T147N-R100W-SEC30:LOTS 1-4,8,NESW;BAKKEN AND THREE FORKS ONLY;OP RGHTS ONLY | MCKENZIE | ND | 188.9100 | 188.9100 | 0.52500000 | 99.1778 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 12 | T147N-R101W-SEC12:ALL;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 14 | T147N-R101W-SEC14:S2S2;RECORD TITLE: | MCKENZIE | ND | 160.0000 | 0.0000 | 0.00000000 | 0.0000 | 12.5000% | 5.0000% | |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 100W | 30 | T147N-R100W-SEC30:LOTS 1-4,8,NESW;RECORD TITLE | MCKENZIE | ND | 188.9100 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42066 | ANDREW KREUSER | 12/1/1978 | N/A - FED | 147N | 101W | 12 | T147N-R101W-SEC12:ALL;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.75000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 18 | 147N-101W-SEC18:E2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.66062500 | 211.4000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 20 | T147N-R101W-SEC20:N2NE | MCKENZIE | ND | 80.0000 | 80.0000 | 0.70000000 | 56.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 20 | T147N-R101W-SEC20:NW, W2SW | MCKENZIE | ND | 240.0000 | 240.0000 | 0.52500000 | 126.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 28 | T147N-R101W-SEC28:LOT 4(NWSE-38.30), S2NE | MCKENZIE | ND | 118.3000 | 118.3000 | 0.52500000 | 62.1075 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 42067 | WILLIAM T. KEETON | 12/1/1978 | N/A - FED | 147N | 101W | 18 | T147N-R101W-SEC18:E2;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.87500000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 85937 | PATRICIA P. MARKS | 12/1/1975 | N/A - FED | 145N | 101W | 2 | 145N-101W-SEC2:S2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.12500000 | 40.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 85937 | PATRICIA P. MARKS | 12/1/1975 | N/A - FED | 145N | 101W | 4 | 145N-101W-SEC4:LOTS 3-4,SW;OPERATING RIGHTS ONLY | MCKENZIE | ND | 312.8000 | 312.8000 | 1.00000000 | 312.8000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 22 | 147N-101W-SEC22:LOTS 5-7, NW | MCKENZIE | ND | 239.3000 | 239.3000 | 0.52500000 | 125.6325 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 22 | 147N-101W-SEC22:LOTS 1-2,4, N2NE;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY | MCKENZIE | ND | 175.6000 | 175.6000 | 0.70000000 | 122.9200 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 24 | T147N-R101W-SEC24:LOTS 1,2,5,N2SE,SESE | MCKENZIE | ND | 236.3000 | 236.3000 | 0.52500000 | 124.0575 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 28 | T147N-R101W-SEC28:NW, NWNE, N2SW, SWSW | MCKENZIE | ND | 320.0000 | 320.0000 | 0.52500000 | 168.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 30 | T147N-R101W-SEC30:LOTS 2-11 | MCKENZIE | ND | 260.5400 | 260.5400 | 0.52500000 | 136.7835 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 32 | T147N-R101W-SEC32:LOTS 1-6, SWSE | MCKENZIE | ND | 236.7000 | 236.7000 | 0.52500000 | 124.2675 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 39510 | RUSSELL E. JOHNSON, JR. | 3/1/1978 | 211728 | 147N | 101W | 22 | 147N-101W-SEC22:LOTS 1-2, 4,N2NE;BAKKEN AND THREE FORKS ONLY;REC TITLE ONLY | MCKENZIE | ND | 175.6000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 23760 | DAVID A. PROVINSE | 5/1/1975 | N/A - FED | 147N | 101W | 22 | 147N-101W-22:LOTS 1-7;LTL MS RVR;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 37.1870 | 37.1870 | 0.35000000 | 13.0155 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 23760 | DAVID A. PROVINSE | 5/1/1975 | N/A - FED | 147N | 101W | 22 | T147N-R101W-SEC22:LOTS 1-7, RECORD TITLE:BED OF THE LTL MS RVR RIPARIAN | MCKENZIE | ND | 37.1870 | 0.0000 | 0.50000000 | 0.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 10 | 148N-102W-SEC10:S2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.72979300 | 233.5338 | 12.5000% | 3.0000% | 84.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NE, N2SE;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 240.0000 | 240.0000 | 0.72979300 | 175.1503 | 12.5000% | 3.0000% | 84.5000% |

| Lessor | Lessee | Date | Ref | Twp | Rng | Sec | Description | County | State | Gross Acres | Net Acres | Royalty | NRA | Burden | ORRI | NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NE, N2SE. RECORD TITLE. | MCKENZIE | ND | 240.0000 | 0.0000 | 0.10664100 | 0.0000 | 12.5000% | 3.0000% | 84.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 10 | 148N-102W-SEC10:S2. RECORD TITLE. | MCKENZIE | ND | 320.0000 | 0.0000 | 0.10664063 | 0.0000 | 12.5000% | 3.0000% | 100.0000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 13 | 148N-102W-SEC13:N2, N2S2 | MCKENZIE | ND | 480.0000 | 480.0000 | 0.72979300 | 350.3006 | 12.5000% | 3.0000% | 84.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 14 | 148N-102W-SEC14:N2N2, SENE, NWSW, NESE, S2S2 | MCKENZIE | ND | 440.0000 | 440.0000 | 0.72979300 | 321.1089 | 12.5000% | 3.0000% | 84.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NW, N2SW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | | 240.0000 | 240.0000 | 0.72979300 | 175.1503 | 12.5000% | 3.0000% | 84.5000% |
| USA NDM 5880 | ELAINE WOLF | 2/1/1968 | N/A - FED | 148N | 102W | 15 | 148N-102W-SEC15:NW, N2SW. RECORD TITLE. | MCKENZIE | ND | 240.0000 | 0.0000 | 0.62315300 | 0.0000 | 12.5000% | 3.0000% | 84.5000% |
| JOHN W JR & VERLA M LAW ET AL | RAINBOW RESOURCES INC | 8/19/1974 | 197101 | 148N | 102W | 9 | T148N-R102W-SEC9:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.06931641 | 11.0906 | 12.5000% | 0.0000% | 87.5000% |
| JOHN W JR & VERLA M LAW ET AL | RAINBOW RESOURCES INC | 8/19/1974 | 197101 | 148N | 102W | 8 | T148N-R102W-SEC8:SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.10664063 | 17.0625 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 87027 | CHOCTAW II OIL AND GAS, LTD | 7/1/1997 | N/A - FED | 149N | 102W | 31 | 149N-102W-SEC31:LOT3(NWSW 39.94), NESW. RECORD TITLE. | MCKENZIE | ND | 79.9400 | 0.0000 | 0.06250000 | 0.0000 | 12.5000% | 5.5000% | 100.0000% |
| USA NDM 87027 | CHOCTAW II OIL AND GAS, LTD | 7/1/1997 | N/A - FED | 149N | 102W | 31 | 149N-102W-SEC31:LOT3,NESW;BAKKEN AND THREE FORKS ONLY;OP RIGHTS ONLY | MCKENZIE | ND | 79.9400 | 79.9400 | 0.55937000 | 44.7160 | 12.5000% | 17.3333% | 70.1667% |
| USA NDM 60621 | BRADLEY JOEL OKERLUND | 4/1/1985 | N/A - FED | 146N | 101W | 32 | T146N-R101W-SEC32:N2;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 12.5000% | 5.0000% | 82.5000% |
| USA NDM 82091 | MERIDIAN OIL INC | 6/1/1993 | N/A - FED | 146N | 101W | 19 | T146N-R101W-SEC19:LOTS 1-3,E2,E2W2 | MCKENZIE | ND | 597.4800 | 597.4800 | 0.70000000 | 418.2360 | 12.5000% | 0.0000% | 87.5000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343810 | 147N | 102W | 3 | T147N-R102W-SEC3:LOTS 1-2,S2NE, SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.2000 | 320.2000 | 0.70000000 | 224.1400 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343811 | 148N | 102W | 35 | T148N-R102W-SEC35:ALL;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 640.0000 | 640.0000 | 1.00000000 | 640.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343812 | 146N | 102W | 5 | T146N-R102W-SEC5:LOTS 3-4, S2NW, SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.3200 | 320.3200 | 0.70000000 | 224.2240 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343813 | 146N | 102W | 7 | T146N-R102W-SEC7:LOTS 1-4, E2W2,SE, NE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 628.9600 | 628.9600 | 0.70000000 | 440.2720 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343815 | 146N | 102W | 23 | 146N-102W-23:LOTS1,4,5,13,RVRBED THERETO;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 115.0682 | 115.0682 | 0.70000000 | 80.5477 | 0.0000% | 0.0000% | 100.0000% |
| USA NDM 82099 | MERIDIAN OIL INC | 7/1/1993 | 317633 | 146N | 102W | 14 | 146N-102W-14:LOTS1,6,BED LTL MS RVR;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 46.0740 | 46.0740 | 0.70000000 | 32.2518 | 12.5000% | 3.5000% | 84.0000% |
| USA NDM 82099 | MERIDIAN OIL INC | 7/1/1993 | 317633 | 146N | 102W | 14 | 146N-102W-SEC14:LOTS 1 & 6,BED LTL MS RVR RIP;RECORD TITLE ONLY | MCKENZIE | ND | 46.0740 | 46.0740 | 0.00000000 | 0.0000 | 12.5000% | 3.5000% | |
| BURLINGTON RESOURCES | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343818 | 147N | 102W | 31 | T147N-R102W-SEC31:LOTS 1-4, E2W2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 306.4000 | 306.4000 | 0.70000000 | 214.4800 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343817 | 147N | 102W | 31 | T147N-R102W-SEC31:E2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343843 | 147N | 101W | 15 | T147N-R101W-SEC15:E2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343844 | 147N | 101W | 23 | T147N-R101W-SEC23:NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 0.0000% | 0.0000% | 100.0000% |
| USA NDM 42072 | EDWARD J ACKMAN | 12/1/1978 | N/A - FED | 147N | 102W | 30 | 147N-102W-30:LOTS 3-4, E2SW, NWSE;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 192.6800 | 192.6800 | 0.70000000 | 134.8760 | 12.5000% | 6.2500% | 81.2500% |
| USA NDM 42072 | EDWARD J ACKMAN | 12/1/1978 | N/A - FED | 147N | 102W | 30 | T147N-R102W-SEC30:LOTS 1 (NWNW 36.19), 2 (SWNW 36.25), E2NW, N2NE, SWNE | MCKENZIE | ND | 272.4400 | 272.4400 | 0.00000000 | 0.0000 | 12.5000% | 6.2500% | |
| USA NDM 42069 | COLMAN M. MOCKLER, JR. | 12/1/1978 | N/A - FED | 146N | 102W | 8 | 146N-102W-SEC8:NW;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 74557 | MERIDIAN OIL INC | 12/1/1987 | 288724 | 146N | 102W | 14 | 146N-102W-SEC14:LOT 5, E2SW, NWSE;BAKKEN AND THREE FORKS ONLY;OP RTS ONLY | MCKENZIE | ND | 159.2000 | 159.2000 | 0.70000000 | 111.4400 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 74557 | MERIDIAN OIL INC | 12/1/1987 | 288724 | 146N | 102W | 14 | 146N-102W-SEC14:LOT 5, E2SW, NWSE;RECORD TITLE ONLY | MCKENZIE | ND | 159.2000 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 74558 | MERIDIAN OIL INC | 12/1/1987 | 288725 | 146N | 102W | 14 | 146N-102W-14:LOT 5 LTL MS RVR BED;BAKKEN AND TF ONLY;OP RTS ONLY | MCKENZIE | ND | 5.9460 | 5.9460 | 0.70000000 | 4.1622 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 74558 | MERIDIAN OIL INC | 12/1/1987 | 288725 | 146N | 102W | 14 | 146N-102W-14:LOT 5 LTL MS RVR BED;BAKKEN AND TF ONLY;RECORD TITLE ONLY | MCKENZIE | ND | 5.9460 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 0.0000% | 87.5000% |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343845 | 147N | 102W | 9 | T147N-R102W-SEC9:N2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343846 | 145N | 102W | 5 | T145N-R102W-SEC 5: LOTS 1-4, S2N2, S2 | MCKENZIE | ND | 638.2400 | 638.2400 | 0.70000000 | 446.7680 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343847 | 145N | 102W | 7 | T145N-R102W-SEC7:LOTS 1-4, E2W2, E2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 636.9600 | 636.9600 | 0.70000000 | 445.8720 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343852 | 145N | 102W | 27 | T145N-R102W-SEC 27: ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343855 | 145N | 101W | 5 | T145N-R101W-SEC 5: LOTS 3(NENW-36.45), 4(NWNW-36.47), S2NW, SW | MCKENZIE | ND | 312.9200 | 312.9200 | 0.70000000 | 219.0440 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343856 | 145N | 101W | 3 | T145N-R101W-SEC3:LOTS1-4,S2N2,S2;SURF TO 100' BELOW BASE OF RED RIVER FORM | MCKENZIE | ND | 626.0800 | 626.0800 | 0.70000000 | 438.2560 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343860 | 146N | 102W | 13 | T146N-R102W-SEC13:W2;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| USA NDM 91191 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 30 | T148N-R101W-SEC30:LOTS 3-4, NE, SENW, E2SW, N2SE, SWSE | MCKENZIE | ND | 473.2400 | 473.2400 | 0.33250000 | 157.3523 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 91190 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 30 | T148N-R101W-SEC30:LOTS 2(SWNW-36.47), NENW, SESE | MCKENZIE | ND | 116.4700 | 116.4700 | 0.33250000 | 38.7263 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 91189 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 30 | T148N-R101W-SEC30:LOT 1(NWNW-36.37) | MCKENZIE | ND | 36.3700 | 36.3700 | 0.33250000 | 12.0930 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 91189 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 148N | 101W | 32 | T148N-R101W-SEC32:ALL;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 640.0000 | 640.0000 | 0.33250000 | 212.8000 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 91176 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 147N | 100W | 6 | T147N-R100W-SEC6:LOTS 4(NWNW-24.01), 5(SWNW-24.15), S2SE | MCKENZIE | ND | 128.1600 | 128.1600 | 0.33250000 | 42.6132 | 12.5000% | 0.0000% | 87.5000% |
| USA NDM 91175 | TRUE OIL COMPANY | 9/1/2001 | N/A - FED | 147N | 100W | 6 | T147N-R100W-SEC6:LOTS 1-3,6-7, S2NE, SENW, E2SW, N2SE | MCKENZIE | ND | 447.0500 | 447.0500 | 0.33250000 | 148.6441 | 12.5000% | 0.0000% | 87.5000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 344051 | 146N | 102W | 9 | T146N-R102W-SEC 9: E2 | MCKENZIE | ND | 320.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 344052 | 147N | 102W | 33 | T147N-R102W-SEC33:ALL;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 0.0000% | 0.0000% | 100.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 7/1/2002 | 344053 | 148N | 101W | 19 | T148N-R101W-SEC19:LOTS 1-2, E2NW, NE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 312.0400 | 312.0400 | 0.70000000 | 218.4280 | 0.0000% | 1.4649% | 98.5351% |
| ST ND OG 85-00103 | MILESTONE PETROLEUM | 2/5/1985 | N/A - STATE | 147N | 103W | 36 | T147N-R103W-SEC36:SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| ST ND OG 85-00104 | MILESTONE PETROLEUM | 2/5/1985 | N/A - STATE | 147N | 103W | 36 | T147N-R103W-SEC36:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| CHRIST STENSRUD AND EVELYN C. | RAINBOW RESOURCES INC | 5/5/1978 | 211234 | 146N | 102W | 14 | 146N-102W-14:LOTS2,3,4,W2NE,RIVRBD LTL MS RVR;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 188.7800 | 188.7800 | 0.66226566 | 125.0225 | 12.5000% | 3.5000% | 84.0000% |
| CHRIST STENSRUD AND EVELYN C. | RAINBOW RESOURCES INC | 5/5/1978 | 211234 | 146N | 102W | 14 | T146N-R102W-SEC14:NW, W2SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 240.0000 | 240.0000 | 0.66226566 | 158.9438 | 12.5000% | 3.5000% | 84.0000% |
| ST ND OG 88-00365 | MERIDIAN OIL INC | 8/2/1988 | 293165 | 145N | 102W | 8 | T145N-R102W-SEC8:NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| ST ND OG 88-00367 | MERIDIAN OIL INC | 8/2/1988 | 293166 | 145N | 102W | 8 | T145N-R102W-SEC8:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 16.6667% | 0.0000% | 83.3333% |
| USA NDM 97567 | NANCE PETROLEUM CORPORATION | 2/1/2008 | N/A - FED | 146N | 101W | 22 | T146N-R101W-SEC22:E2;BAKKEN AND THREE FORKS ONLY;OPERATING RIGHTS ONLY | MCKENZIE | ND | 320.0000 | 320.0000 | 1.00000000 | 320.0000 | 16.6667% | 0.0000% | 83.3333% |
| USA NDM 97567 | NANCE PETROLEUM CORPORATION | 2/1/2008 | N/A - FED | 146N | 101W | 22 | T146N-R101W-SEC22:E2;RECORD TITLE | MCKENZIE | ND | 320.0000 | 0.0000 | 0.00000000 | 0.0000 | 16.6667% | 0.0000% | |
| USA NDM 97731 | ST. MARY LAND & EXPLORATION COMPANY | 3/1/2008 | N/A - FED | 148N | 102W | 34 | 148N-102W-SEC34:SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 12.5000% | 0.0000% | 100.0000% |
| DEANNA JEAN FAY | ST. MARY LAND & EXPLORATION COMPANY | 4/5/2010 | 401311 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 3, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 125.8070 | 6.2904 | 0.70000000 | 4.4033 | 18.7500% | 0.0000% | 81.2500% |
| ELDON MARTIN NELSON | ST. MARY LAND & EXPLORATION COMPANY | 4/5/2010 | 401624 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 3, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 18.8711 | 0.70000000 | 13.2098 | 18.7500% | 0.0000% | 81.2500% |
| TILLMAN & TWYLA NELSON | ST. MARY LAND & EXPLORATION COMPANY | 4/5/2010 | 401623 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 3, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 25.1614 | 0.70000000 | 17.6130 | 18.7500% | 0.0000% | 81.2500% |
| PALMER NELSON TRUST | ST. MARY LAND & EXPLORATION COMPANY | 4/5/2010 | 401846 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 3, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 25.1614 | 0.70000000 | 17.6130 | 18.7500% | 0.0000% | 81.2500% |
| ANNA SOGGE | ST. MARY LAND & EXPLORATION COMPANY | 4/5/2010 | 401845 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 3, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 25.1614 | 0.70000000 | 17.6130 | 18.7500% | 0.0000% | 81.2500% |
| ALVIN AND KAYE NELSON | ST. MARY LAND & EXPLORATION COMPANY | 4/5/2010 | 403014 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 3, S2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 25.1614 | 0.70000000 | 17.6130 | 18.7500% | 0.0000% | 81.2500% |
| JOYCE A. EVANSON AND HANS E. | SHELL OIL COMPANY | 8/25/1977 | 207686 | 148N | 100W | 7 | T148N-R100W-SEC7:LOTS 1-2, E2NW;BELOW 13,906 FEET | MCKENZIE | ND | 124.7200 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 0.0000% | 87.5000% |

| Lessor | Lessee | Date | Doc # | Twp | Rng | Sec | Description | County | State | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOIS E. MONSEN AND CARMEN L. | SHELL OIL COMPANY | 8/25/1977 | 208158 | 148N | 100W | 7 | T148N-R100W-SEC7:LOT 1-2, E2NW;BELOW 13,906 FEET | MCKENZIE | ND | 124.7200 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 0.0000% | 87.5000% |
| ARLENE F. GUSTAFSON AND | SHELL OIL COMPANY | 8/25/1977 | 208159 | 148N | 100W | 7 | T148N-R100W-SEC7:LOTS1-2, E2NW;BELOW 13,906 FEET | MCKENZIE | ND | 124.7200 | 0.0000 | 1.00000000 | 0.0000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 4 | 148N-102W-SEC4:SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 26.9600 | 0.05687500 | 1.5334 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 4 | T148N-R102W-SEC4:NWSW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 13.2320 | 0.05687500 | 0.7526 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 9 | T148N-R102W-SEC9:W2NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 80.0000 | 53.3333 | 0.05687500 | 3.0333 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 9 | T148N-R102W-SEC9:W2NE, E2NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 40.0000 | 0.05687500 | 2.2750 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 4 | T148N-R102W-SEC4:NESW, S2SW; BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 120.0000 | 30.0000 | 0.05687500 | 1.7063 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC8:E2NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 80.0000 | 40.0000 | 0.08750000 | 3.5000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC8:W2NE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 80.0000 | 40.0000 | 0.08750000 | 3.5000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC8:NENE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 26.6667 | 0.08750000 | 2.3333 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC8:SENE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 13.4611 | 0.08750000 | 1.1778 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:E2SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 80.0000 | 40.0000 | 0.08750000 | 3.5000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:NWSW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 40.0000 | 0.08750000 | 3.5000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:SWSW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 10.0000 | 0.08750000 | 0.8750 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:NESE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 40.0000 | 0.08750000 | 3.5000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:NWSE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 6.7390 | 0.08750000 | 0.5897 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:SWSE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 20.0000 | 0.08750000 | 1.7500 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 5 | T148N-R102W-SEC5:SESE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 40.0000 | 10.0000 | 0.08750000 | 0.8750 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 6 | T148N-R102W-SEC6:LOTS 3-7, SENW;E2SW | MCKENZIE | ND | 261.9100 | 261.9100 | 0.10664060 | 27.9302 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 6 | T148N-R102W-SEC6:LOTS 1-2, SWNE, W2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 167.1000 | 167.1000 | 0.10664060 | 17.8196 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 6 | T148N-R102W-SEC6:E2SE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 80.0000 | 20.0000 | 0.10664060 | 2.1328 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC 8: S2SW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.08750000 | 7.0000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC 8: NWSW | MCKENZIE | ND | 40.0000 | 40.0000 | 0.08750000 | 3.5000 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC 8: NESW | MCKENZIE | ND | 40.0000 | 20.0000 | 0.08750000 | 1.7500 | 12.5000% | 0.0000% | 87.5000% |
| LUTHER & FLORENCE HAUGEN | RAINBOW RESOURCES INC | 10/6/1971 | 188969 | 148N | 102W | 8 | T148N-R102W-SEC8:W2NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 80.0000 | 80.0000 | 0.08750000 | 7.0000 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 9 | T148N-R102W-SEC9:W2NE, E2NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 40.0000 | 0.05687500 | 2.2750 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 5 | T148N-R102W-SEC5:SESE;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 10.0000 | 0.08750000 | 0.8750 | 12.5000% | 0.0000% | 87.5000% |
| ALICE C & OSCAR WOLLEN | CHEROKEE LAND COMPANY, INC. | 11/15/1972 | 193036 | 148N | 102W | 4 | T148N-R102W-SEC4:NESW, S2SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 120.0000 | 30.0000 | 0.05687500 | 1.7063 | 12.5000% | 0.0000% | 87.5000% |
| MORRIS O. CROSS ESTATE | CHOCTAW II OIL AND GAS LTD. | 3/20/2000 | 336730 | 149N | 102W | 32 | T149N-R102W-SEC32:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 160.0000 | 40.0000 | 0.25000000 | 10.0000 | 15.0000% | 3.0000% | 82.0000% |
| DOUGLAS CROSS | CHOCTAW II OIL AND GAS LTD. | 3/20/2000 | 336731 | 149N | 102W | 32 | T149N-R102W-SEC32:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 40.0000 | 0.25000000 | 10.0000 | 15.0000% | 3.0000% | 82.0000% |
| IVA CROSS & RODNEY CROSS | CHOCTAW II OIL AND GAS LTD. | 3/20/2000 | 336733 | 149N | 102W | 32 | T149N-R102W-SEC32:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 40.0000 | 0.25000000 | 10.0000 | 15.0000% | 3.0000% | 82.0000% |
| C. LOUISE CROSS | CHOCTAW II OIL AND GAS LTD. | 3/20/2000 | 336732 | 149N | 102W | 32 | T149N-R102W-SEC32:SW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 0.0000 | 40.0000 | 0.25000000 | 10.0000 | 15.0000% | 3.0000% | 82.0000% |
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343850 | 145N | 102W | 15 | T145N-R102W-SEC 15: ALL | MCKENZIE | ND | 640.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| MERIDIAN OIL INC | CONOCO INC | 4/25/1994 | 320189 | 145N | 102W | 21 | T145N-R102W-SEC21:ALL;SURFACE TO BASE OF BAKKEN | MCKENZIE | ND | 640.0000 | 320.0000 | 0.00000000 | 0.0000 | 18.7500% | 0.0000% | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BURLINGTON RESOURCES OIL & | NANCE PETROLEUM CORPORATION | 12/4/2002 | 343851 | 145N | 102W | 21 | T145N-R102W-SEC 21: ALL | MCKENZIE | ND | 640.0000 | 320.0000 | 0.70000000 | 224.0000 | 0.0000% | 0.0000% | 100.0000% |
| ALVIN C. NELSON AND KAYE | MERIDIAN OIL INC | 9/2/1987 | 287327 | 146N | 102W | 23 | T146N-R102W-SEC23:LOTS 2, 3, 6-12, NWSE, NW; BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 524.9318 | 131.2330 | 0.70000000 | 91.8631 | 14.0000% | 0.0000% | 86.0000% |
| MAURICE D. PIERCE AND ROSE M. | MERIDIAN OIL INC | 9/6/1987 | 287671 | 146N | 102W | 23 | T146N-R102W-SEC23:LOTS 2, 3, 6-12, NWSE, NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 524.9318 | 196.8494 | 0.70000000 | 137.7946 | 14.0000% | 0.0000% | 86.0000% |
| BEN A. PIERCE AND KATHLEEN A. | MERIDIAN OIL INC | 9/6/1987 | 288046 | 146N | 102W | 23 | T146N-R102W-SEC23:LOTS 2, 3, 6-12, NWSE, NW;BAKKEN AND THREE FORKS ONLY | MCKENZIE | ND | 524.9318 | 196.8494 | 0.70000000 | 137.7946 | 14.0000% | 0.0000% | 86.0000% |
| EUGENE SANGSTON | SEQUEL ENERGY LLC | 7/12/2013 | 456366 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 160.0000 | 0.6531 | 0.70000000 | 0.4572 | 18.7500% | 0.0000% | 81.2500% |
| WILLOW MEYERS | SEQUEL ENERGY LLC | 7/12/2013 | 457845 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 0.3810 | 0.70000000 | 0.2667 | 18.7500% | 0.0000% | 81.2500% |
| DONNA BANDY | SEQUEL ENERGY LLC | 7/15/2013 | 457851 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 3.8095 | 0.70000000 | 2.6667 | 20.0000% | 0.0000% | 80.0000% |
| MARILYN TROY | SEQUEL ENERGY LLC | 7/15/2013 | 457850 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 3.8095 | 0.70000000 | 2.6667 | 20.0000% | 0.0000% | 80.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471121 | 149N | 102W | 17 | 149N-102W-SEC17:N2SW | MCKENZIE | ND | 80.0000 | 35.0000 | 1.00000000 | 35.0000 | 20.0000% | 2.0000% | 78.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471121 | 149N | 102W | 20 | 149N-102W-SEC20:SW | MCKENZIE | ND | 160.0000 | 25.4167 | 1.00000000 | 25.4167 | 20.0000% | 2.0000% | 78.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471121 | 149N | 102W | 20 | 149N-102W-SEC20:WEST 881.1 FEET OF THE W2NW | MCKENZIE | ND | 53.4000 | 5.5625 | 1.00000000 | 5.5625 | 20.0000% | 2.0000% | 78.0000% |
| BLACK STONE MINERALS CO LP | EMERALD WB, LLC | 7/8/2014 | 471120 | 149N | 102W | 29 | 149N-102W-SEC29:NE | MCKENZIE | ND | 160.0000 | 16.6667 | 1.00000000 | 16.6667 | 20.0000% | 0.0000% | 80.0000% |
| HARRY L STONE | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473781 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 5.0000 | 0.70000000 | 3.5000 | 18.7500% | 0.0000% | 81.2500% |
| HARRY L STONE | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473781 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 19.5950 | 0.70000000 | 13.7165 | 18.7500% | 0.0000% | 81.2500% |
| HARRY L STONE | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473781 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 15.0000 | 1.00000000 | 15.0000 | 18.7500% | 0.0000% | 81.2500% |
| PATRICIA M BOWMAN TRUST | ALS ENERGY RESOURCES, LLC | 11/13/2014 | 475026 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 20.0000 | 0.70000000 | 14.0000 | 18.7500% | 0.0000% | 81.2500% |
| PATRICIA M BOWMAN TRUST | ALS ENERGY RESOURCES, LLC | 11/13/2014 | 475026 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 78.3800 | 0.70000000 | 54.8660 | 18.7500% | 0.0000% | 81.2500% |
| PATRICIA M BOWMAN TRUST | ALS ENERGY RESOURCES, LLC | 11/13/2014 | 475026 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 60.0000 | 1.00000000 | 60.0000 | 18.7500% | 0.0000% | 81.2500% |
| JOHN W BELL JR | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 472102 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 5.0000 | 0.70000000 | 3.5000 | 18.7500% | 0.0000% | 81.2500% |
| JOHN W BELL JR | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 472102 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 19.5950 | 0.70000000 | 13.7165 | 18.7500% | 0.0000% | 81.2500% |
| JOHN W BELL JR | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 472102 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 15.0000 | 1.00000000 | 15.0000 | 18.7500% | 0.0000% | 81.2500% |
| VIRGINIA B HARRIS | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 471744 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 5.0000 | 0.70000000 | 3.5000 | 18.7500% | 0.0000% | 81.2500% |
| VIRGINIA B HARRIS | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 471744 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 19.5950 | 0.70000000 | 13.7165 | 18.7500% | 0.0000% | 81.2500% |
| VIRGINIA B HARRIS | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 471744 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 15.0000 | 1.00000000 | 15.0000 | 18.7500% | 0.0000% | 81.2500% |
| ROGER PICKEL | SEQUEL ENERGY LLC | 7/15/2013 | 457849 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 1.9048 | 0.70000000 | 1.3334 | 20.0000% | 0.0000% | 80.0000% |
| SHERRY DENURE | SEQUEL ENERGY LLC | 7/15/2013 | 457848 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 1.9048 | 0.70000000 | 1.3334 | 20.0000% | 0.0000% | 80.0000% |
| LUCILLE MCCOY | SEQUEL ENERGY LLC | 7/12/2013 | 457847 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 0.6531 | 0.70000000 | 0.4572 | 18.7500% | 0.0000% | 81.2500% |
| RUTH ANN JARRARD | SEQUEL ENERGY LLC | 7/15/2013 | 457846 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 3.8095 | 0.70000000 | 2.6667 | 20.0000% | 0.0000% | 80.0000% |
| LUELLA PICKEL | SEQUEL ENERGY LLC | 7/15/2013 | 457852 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 3.8095 | 0.70000000 | 2.6667 | 20.0000% | 0.0000% | 80.0000% |
| LARRY DAUGHETEE | SEQUEL ENERGY LLC | 7/15/2013 | 457853 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 3.8095 | 0.70000000 | 2.6667 | 20.0000% | 0.0000% | 80.0000% |
| DOLORES PETERSON | SEQUEL ENERGY LLC | 7/12/2013 | 457854 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 0.6531 | 0.70000000 | 0.4572 | 18.7500% | 0.0000% | 81.2500% |
| DOUGLAS C MCLEOD | SEQUEL ENERGY LLC | 7/12/2013 | 457855 | 147N | 102W | 30 | T147N-R102W-SEC30:SENE, E2SE, SWSE;BAKKEN FORMATION ONLY | MCKENZIE | ND | 160.0000 | 17.4286 | 0.70000000 | 12.2000 | 20.0000% | 0.0000% | 80.0000% |
| PAMELA LEAL | SEQUEL ENERGY LLC | 7/18/2013 | 458409 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 0.3810 | 0.70000000 | 0.2667 | 18.7500% | 0.0000% | 81.2500% |
| GENEVIEVE PUJDA | SEQUEL ENERGY LLC | 12/4/2013 | 464595 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 0.6531 | 0.70000000 | 0.4572 | 18.7500% | 0.0000% | 81.2500% |
| GRACE DAUGHETEE | SEQUEL ENERGY LLC | 7/15/2013 | 463569 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 3.8095 | 0.70000000 | 2.6667 | 20.0000% | 0.0000% | 80.0000% |
| ALLAN R SANGSTON | SEQUEL ENERGY LLC | 12/4/2013 | 463570 | 147N | 102W | 30 | T147N-R102W-SEC 30: SENE, E2SE, SWSE | MCKENZIE | ND | 0.0000 | 0.6531 | 0.70000000 | 0.4572 | 18.7500% | 0.0000% | 81.2500% |
| ALVIN AND KAYE NELSON | SEQUEL ENERGY LLC | 7/18/2013 | 456368 | 147N | 101W | 22 | 147N-101W-SEC22:LOT 8 AND BED OF LITTLE MISSOURI RIVER RIPARIAN TO LOT 8 | MCKENZIE | ND | 62.1060 | 12.4212 | 0.70000000 | 8.6948 | 18.7500% | 0.0000% | 81.2500% |

| Owner | Lessee | Date | Number | Twp | Rng | Sec | Description | County | State | Gross | Net | Rate | Net Royalty | Royalty % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELDON MARTIN NELSON | SEQUEL ENERGY LLC | 7/18/2013 | 456365 | 147N | 101W | 22 | 147N-101W-SEC22:LOT 8 AND BED OF LITTLE MISSOURI RIVER RIPARIAN TO LOT 8 | MCKENZIE | ND | 0.0000 | 9.3159 | 0.70000000 | 6.5211 | 18.7500% | 0.0000% | 81.2500% |
| TILLMAN & TWYLA NELSON | SEQUEL ENERGY LLC | 7/12/2013 | 456370 | 147N | 101W | 22 | 147N-101W-SEC22:LOT 8 AND BED OF LITTLE MISSOURI RIVER RIPARIAN TO LOT 8 | MCKENZIE | ND | 0.0000 | 12.4212 | 0.70000000 | 8.6948 | 18.7500% | 0.0000% | 81.2500% |
| ANNA SOGGE | SEQUEL ENERGY LLC | 7/18/2013 | 456367 | 147N | 101W | 22 | 147N-101W-SEC22:LOT 8 AND BED OF LITTLE MISSOURI RIVER RIPARIAN TO LOT 8 | MCKENZIE | ND | 0.0000 | 12.4212 | 0.70000000 | 8.6948 | 18.7500% | 0.0000% | 81.2500% |
| DEANNA JEAN FAY | SEQUEL ENERGY LLC | 7/18/2013 | 456369 | 147N | 101W | 22 | T147N-R101W-SEC22:LOT 8 AND BED OF LITTLE MISSOURI RIVER RIPARIAN TO LOT 8 | MCKENZIE | ND | 62.1060 | 3.1053 | 0.70000000 | 2.1737 | 18.7500% | 0.0000% | 81.2500% |
| THE MOE RESIDUAL TRUST | KODIAK OIL & GAS (USA) INC. | 12/21/2013 | 463866 | 147N | 102W | 32 | 147N-102W-SEC32:NE | MCKENZIE | ND | 160.0000 | 40.0000 | 1.00000000 | 40.0000 | 20.0000% | 3.3300% | 76.6700% |
| PATSY LYNN MORSTAD | ALS ENERGY RESOURCES, LLC | 10/28/2014 | 472326 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 10.0000 | 0.70000000 | 7.0000 | 18.7500% | 0.0000% | 81.2500% |
| PATSY LYNN MORSTAD | ALS ENERGY RESOURCES, LLC | 10/28/2014 | 472326 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 10.0000 | 0.70000000 | 7.0000 | 18.7500% | 0.0000% | 81.2500% |
| CAROL KAY JOHNSON | ALS ENERGY RESOURCES, LLC | 10/28/2014 | 472238 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 10.0000 | 0.70000000 | 7.0000 | 18.7500% | 0.0000% | 81.2500% |
| CAROL KAY JOHNSON | ALS ENERGY RESOURCES, LLC | 10/28/2014 | 472238 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 10.0000 | 0.70000000 | 7.0000 | 18.7500% | 0.0000% | 81.2500% |
| GARY JOHN NORBO | ALS ENERGY RESOURCES, LLC | 10/28/2014 | 472327 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 10.0000 | 0.70000000 | 7.0000 | 18.7500% | 0.0000% | 81.2500% |
| GARY JOHN NORBO | ALS ENERGY RESOURCES, LLC | 10/28/2014 | 472327 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 10.0000 | 0.70000000 | 7.0000 | 18.7500% | 0.0000% | 81.2500% |
| USA NDM 99688 | YATES PETROLEUM CORPORATION; YATES DRILLING COMPANY; MYCO INDUSTRIES, | 3/1/2010 | N/A - FED | 148N | 103W | 11 | 148N-103W-SEC11:N2NW, SENW, SW, W2SE | MCKENZIE | ND | 360.0000 | 360.0000 | 0.80000000 | 288.0000 | 12.5000% | 1.8946% | 85.6054% |
| USA NDM 99689 | YATES PETROLEUM CORPORATION; YATES DRILLING COMPANY; ABO PETROLEUM | 3/1/2010 | N/A - FED | 148N | 103W | 11 | 148N-103W-SEC11:SWNW | MCKENZIE | ND | 40.0000 | 40.0000 | 0.80000000 | 32.0000 | 12.5000% | 1.8946% | 85.6054% |
| JAMES GRAHAM KOLB | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473521 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 1.0000 | 0.70000000 | 0.7000 | 18.7500% | 0.0000% | 81.2500% |
| JAMES GRAHAM KOLB | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473521 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 3.9190 | 0.70000000 | 2.7433 | 18.7500% | 0.0000% | 81.2500% |
| JAMES GRAHAM KOLB | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473521 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 3.0000 | 1.00000000 | 3.0000 | 18.7500% | 0.0000% | 81.2500% |
| PEGGY SUE COATS | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473520 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 1.0000 | 0.70000000 | 0.7000 | 18.7500% | 0.0000% | 81.2500% |
| PEGGY SUE COATS | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473520 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 3.9190 | 0.70000000 | 2.7433 | 18.7500% | 0.0000% | 81.2500% |
| PEGGY SUE COATS | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473520 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 3.0000 | 1.00000000 | 3.0000 | 18.7500% | 0.0000% | 81.2500% |
| FARREN PARKER STONE | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 474888 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 1.0000 | 0.70000000 | 0.7000 | 18.7500% | 0.0000% | 81.2500% |
| FARREN PARKER STONE | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 474888 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 3.9190 | 0.70000000 | 2.7433 | 18.7500% | 0.0000% | 81.2500% |
| FARREN PARKER STONE | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 474888 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 3.0000 | 1.00000000 | 3.0000 | 18.7500% | 0.0000% | 81.2500% |
| JAMES FLOYD STONE III | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473782 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 1.0000 | 0.70000000 | 0.7000 | 18.7500% | 0.0000% | 81.2500% |
| JAMES FLOYD STONE III | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473782 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 3.9190 | 0.70000000 | 2.7433 | 18.7500% | 0.0000% | 81.2500% |
| JAMES FLOYD STONE III | ALS ENERGY RESOURCES, LLC | 11/2/2014 | 473782 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 3.0000 | 1.00000000 | 3.0000 | 18.7500% | 0.0000% | 81.2500% |
| ROBERT HAYWARD STONE | ALS ENERGY RESOURCES, LLC | 9/25/2014 | 473522 | 148N | 104W | 2 | 148N-104W-SEC2:SENE | MCKENZIE | ND | 40.0000 | 1.0000 | 0.70000000 | 0.7000 | 18.7500% | 0.0000% | 81.2500% |
| ROBERT HAYWARD STONE | ALS ENERGY RESOURCES, LLC | 9/25/2014 | 473522 | 148N | 104W | 1 | 148N-104W-SEC1:LOTS 3 (18.33), 4 (18.43), S2NW, SWNE | MCKENZIE | ND | 156.7600 | 3.9190 | 0.70000000 | 2.7433 | 18.7500% | 0.0000% | 81.2500% |
| ROBERT HAYWARD STONE | ALS ENERGY RESOURCES, LLC | 9/25/2014 | 473522 | 149N | 103W | 33 | 149N-103W-SEC33:S2SW, SWSE | MCKENZIE | ND | 120.0000 | 3.0000 | 1.00000000 | 3.0000 | 18.7500% | 0.0000% | 81.2500% |
| USA NDM 93772 | MARSHALL & WINSTON, INC. | 9/1/2004 | N/A - FED | 148N | 103W | 10 | 148N-103W-SEC10:ALL | MCKENZIE | ND | 640.0000 | 640.0000 | 1.00000000 | 640.0000 | 12.5000% | 7.5000% | 80.0000% |
| NANCY C & THOMAS A HEINDEL | EMERALD WB, LLC | 9/15/2014 | 473708 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3704 | 0.70000000 | 1.6593 | 18.7500% | 0.0000% | 81.2500% |
| LINDA L JOHNSON | EMERALD WB, LLC | 9/15/2014 | 473709 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3704 | 0.70000000 | 1.6593 | 18.7500% | 0.0000% | 81.2500% |
| ROY & NORMA MITTEN FAM TR | EMERALD WB, LLC | 6/25/2014 | 471248 | 146N | 103W | 10 | 146N-103W-SEC10:NW | MCKENZIE | ND | 160.0000 | 11.4286 | 0.70000000 | 8.0000 | 20.0000% | 0.0000% | 80.0000% |
| HENRY W MADISON JR | EMERALD WB, LLC | 12/23/2014 | 474518 | 147N | 103W | 34 | 147N-103W-SEC34:SW, W2SE | MCKENZIE | ND | 240.0000 | 120.0000 | 0.70000000 | 84.0000 | 20.0000% | 0.0000% | 80.0000% |
| GEORGE E MOSS JR | EMERALD WB, LLC | 10/11/2014 | 474514 | 147N | 103W | 34 | 147N-103W-SEC34:SW, W2SE | MCKENZIE | ND | 240.0000 | 0.2812 | 0.70000000 | 0.1968 | 18.7500% | 0.0000% | 81.2500% |
| TIMOTHY R LEE | EMERALD WB, LLC | 10/20/2014 | 474517 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 14.0200 | 0.70000000 | 9.8140 | 20.0000% | 0.0000% | 80.0000% |
| ROBERTA A & TIMOTHY S CROSH | EMERALD WB, LLC | 10/14/2014 | 474516 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 2.3800 | 0.70000000 | 1.6660 | 20.0000% | 0.0000% | 80.0000% |
| MARTHA J LEE | EMERALD WB, LLC | 10/8/2014 | 474335 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 14.0200 | 0.70000000 | 9.8140 | 20.0000% | 0.0000% | 80.0000% |
| KAREN A PETRON | EMERALD WB, LLC | 10/8/2014 | 474336 | 147N | 102W | 32 | 147N-102W-SEC32:S2 | MCKENZIE | ND | 320.0000 | 35.5550 | 0.70000000 | 24.8885 | 18.7500% | 0.0000% | 81.2500% |
| JOHN K MOSS | EMERALD WB, LLC | 10/11/2014 | 474515 | 147N | 103W | 34 | 147N-103W-SEC34:SW, W2SE | MCKENZIE | ND | 240.0000 | 0.2812 | 0.70000000 | 0.1968 | 18.7500% | 0.0000% | 81.2500% |
| VICTORIA L DOUGLAS | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475488 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| VICTORIA L DOUGLAS | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475488 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| RAYETTA J BELL | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 474885 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| RAYETTA J BELL | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 474885 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| CASSANDRA F PIERSON | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475025 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| CASSANDRA F PIERSON | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475025 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| ROBERT W SWIGART | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475027 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| ROBERT W SWIGART | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475027 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| JEANNINE K VOLBRECHT | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475771 | 148N | 104W | 14 | 148N-104W-SEC14:S2NE, N2NW, N2SE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| JEANNINE K VOLBRECHT | ALS ENERGY RESOURCES, LLC | 11/12/2014 | 475771 | 148N | 104W | 12 | 148N-104W-SEC12:E2SE, NE | MCKENZIE | ND | 240.0000 | 6.0000 | 0.70000000 | 4.2000 | 18.7500% | 0.0000% | 81.2500% |
| THE ESPERANZA CORPORATION | EMERALD WB, LLC | 7/14/2014 | 475908 | 149N | 102W | 9 | 149N-102W-SEC9:N2 | MCKENZIE | ND | 320.0000 | 0.3924 | 1.00000000 | 0.3924 | 20.0000% | 0.0000% | 80.0000% |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRIGHTON FAMILY TRUST | EMERALD WB, LLC | 11/10/2014 | 474658 | 147N | 103W | 30 | 147N-103W-SEC30:LOTS1(22.39), 2(22.69), E2NW, NE, E2NESE | MCKENZIE | ND | 305.0800 | 50.8467 | 0.70000000 | 35.5927 | 20.0000% | 0.0000% | 80.0000% |
| GARY & GEORGIA LELAND | EMERALD WB, LLC | 11/10/2014 | 474689 | 147N | 103W | 30 | 147N-103W-SEC30:LOTS1(22.39), 2(22.69), E2NW, NE, E2NESE | MCKENZIE | ND | 305.0800 | 50.8467 | 0.70000000 | 35.5927 | 20.0000% | 0.0000% | 80.0000% |
| JOE LELAND | EMERALD WB, LLC | 11/10/2014 | 474656 | 147N | 103W | 30 | 147N-103W-SEC30:LOTS1(22.39), 2(22.69), E2NW, NE, E2NESE | MCKENZIE | ND | 305.0800 | 50.8467 | 0.70000000 | 35.5927 | 20.0000% | 0.0000% | 80.0000% |
| MYRON & ARDEHL LELAND | EMERALD WB, LLC | 11/10/2014 | 474660 | 147N | 103W | 30 | 147N-103W-SEC30:LOTS1(22.39), 2(22.69), E2NW, NE, E2NESE | MCKENZIE | ND | 305.0800 | 50.8467 | 0.70000000 | 35.5927 | 20.0000% | 0.0000% | 80.0000% |
| JEANIE LELAND | EMERALD WB, LLC | 11/10/2014 | 474657 | 147N | 103W | 30 | 147N-103W-SEC30:LOTS1(22.39), 2(22.69), E2NW, NE, E2NESE | MCKENZIE | ND | 305.0800 | 50.8467 | 0.70000000 | 35.5927 | 20.0000% | 0.0000% | 80.0000% |
| LEROY & VIRGINIA LELAND | EMERALD WB, LLC | 11/10/2014 | 474659 | 147N | 103W | 30 | 147N-103W-SEC30:LOTS1(22.39), 2(22.69), E2NW, NE, E2NESE | MCKENZIE | ND | 305.0800 | 50.8467 | 0.70000000 | 35.5927 | 20.0000% | 0.0000% | 80.0000% |
| STATE OF ND OG 14 00634 | EMERALD WB LLC | 11/4/2014 | 477626 | 148N | 103W | 16 | 148N-103W-SEC16:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00635 | EMERALD WB LLC | 11/4/2014 | 477629 | 148N | 103W | 16 | 148N-103W-SEC16:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00636 | EMERALD WB LLC | 11/4/2014 | 477627 | 148N | 103W | 16 | 148N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00637 | EMERALD WB LLC | 11/4/2014 | 477628 | 148N | 103W | 16 | 148N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00638 | EMERALD WB LLC | 11/4/2014 | 477630 | 148N | 103W | 36 | 148N-103W-SEC36:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00639 | EMERALD WB LLC | 11/4/2014 | 477631 | 148N | 103W | 36 | 148N-103W-SEC36:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00640 | EMERALD WB LLC | 11/4/2014 | 477632 | 148N | 103W | 36 | 148N-103W-SEC36:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00641 | EMERALD WB LLC | 11/4/2014 | 477633 | 148N | 103W | 36 | 148N-103W-SEC36:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00642 | EMERALD WB LLC | 11/4/2014 | 477634 | 148N | 104W | 16 | 148N-104W-SEC16:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00643 | EMERALD WB LLC | 11/4/2014 | 477635 | 148N | 104W | 16 | 148N-104W-SEC16:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00644 | EMERALD WB LLC | 11/4/2014 | 477636 | 148N | 104W | 16 | 148N-104W-SEC16:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00645 | EMERALD WB LLC | 11/4/2014 | 477637 | 148N | 104W | 16 | 148N-104W-SEC16:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00648 | EMERALD WB LLC | 11/4/2014 | 477638 | 149N | 103W | 16 | 149N-103W-SEC16:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00649 | EMERALD WB LLC | 11/4/2014 | 477639 | 149N | 103W | 16 | 149N-103W-SEC16:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 1.00000000 | 160.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00650 | EMERALD WB LLC | 11/4/2014 | 477640 | 149N | 104W | 16 | 149N-104W-SEC16:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00651 | EMERALD WB LLC | 11/4/2014 | 477641 | 149N | 104W | 16 | 149N-104W-SEC16:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00652 | EMERALD WB LLC | 11/4/2014 | 477642 | 149N | 104W | 16 | 149N-104W-SEC16:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00653 | EMERALD WB LLC | 11/4/2014 | 477643 | 149N | 104W | 16 | 149N-104W-SEC16:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00654 | EMERALD WB LLC | 11/4/2014 | 477644 | 149N | 104W | 36 | 149N-104W-SEC36:NE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00655 | EMERALD WB LLC | 11/4/2014 | 477645 | 149N | 104W | 36 | 149N-104W-SEC36:NW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00656 | EMERALD WB LLC | 11/4/2014 | 477646 | 149N | 104W | 36 | 149N-104W-SEC36:SE | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| STATE OF ND OG 14 00657 | EMERALD WB LLC | 11/4/2014 | 477647 | 149N | 104W | 36 | 149N-104W-SEC36:SW | MCKENZIE | ND | 160.0000 | 160.0000 | 0.70000000 | 112.0000 | 18.7500% | 0.0000% | 81.2500% |
| DONALD AND DEBORAH ANDERSON | EMERALD WB LLC | 9/30/2014 | 475772 | 148N | 103W | 2 | 148N-103W-SEC2:LOTS 3 (22.28), 4 (22.20) | MCKENZIE | ND | 44.4800 | 1.3744 | 1.00000000 | 1.3744 | 20.0000% | 1.8946% | 78.1054% |
| DONALD AND DEBORAH ANDERSON | EMERALD WB LLC | 9/30/2014 | 475772 | 148N | 103W | 2 | 148N-103W-SEC2:S2NW, N2SW | MCKENZIE | ND | 160.0000 | 4.9440 | 1.00000000 | 4.9440 | 20.0000% | 1.8946% | 78.1054% |
| DONALD AND DEBORAH ANDERSON | EMERALD WB LLC | 9/30/2014 | 475772 | 149N | 102W | 31 | 149N-102W-SEC31:SE | MCKENZIE | ND | 160.0000 | 4.9441 | 1.00000000 | 4.9441 | 20.0000% | 0.0000% | 80.0000% |
| DONALD AND DEBORAH ANDERSON | EMERALD WB LLC | 9/30/2014 | 475772 | 148N | 103W | 3 | 148N-103W-SEC3:LOTS 1 (22.03), 2 (21.77), S2NE | MCKENZIE | ND | 123.8000 | 3.8255 | 1.00000000 | 3.8255 | 20.0000% | 0.0000% | 80.0000% |
| KEITH D & PATRICIA WINTER | EMERALD WB LLC | 7/17/2014 | 470292 | 149N | 104W | 12 | 149N-104W-SEC12:NESW | MCKENZIE | ND | 40.0000 | 40.0000 | 0.70000000 | 28.0000 | 20.0000% | 0.0000% | 80.0000% |
| RONALD CRIGHTON | EMERALD WB LLC | 3/19/2015 | 481418 | 147N | 103W | 28 | 147N-103W-SEC28:S2NE, N2SE | MCKENZIE | ND | 160.0000 | 120.0000 | 0.70000000 | 84.0000 | 18.7500% | 0.0000% | 81.2500% |
| M SUSAN TRAVIS TRUST | EMERALD WB LLC | 3/19/2015 | 481417 | 147N | 103W | 28 | 147N-103W-SEC28:S2NE, N2SE | MCKENZIE | ND | 160.0000 | 3.0000 | 0.70000000 | 2.1000 | 18.7500% | 0.0000% | 81.2500% |
| ARLENE SCHMIDTKE TRUST | EMERALD WB, LLC | 10/5/2015 | 486196 | 149N | 102W | 19 | 149N-102W-SEC19:LOTS 1(39.53), 2 (39.55), E2NW | MCKENZIE | ND | 159.0800 | 159.0800 | 1.00000000 | 159.0800 | 20.0000% | 0.0000% | 80.0000% |
| AGRIBANK FCB 10598 | EMERALD WB, LLC | 10/1/2015 | 486911 | 148N | 102W | 4 | 148N-102W-SEC4:SE | MCKENZIE | ND | 160.0500 | 80.0000 | 1.00000000 | 80.0000 | 20.0000% | 0.0000% | 80.0000% |
| DON R & PHYLLIS J LINK, H/W | EXTERRA RESOURCES, LLC | 6/24/2010 | 404034 | 149N | 102W | 16 | 149N-102W-SEC16:ALL | MCKENZIE | ND | 640.0000 | 160.0000 | 0.42600000 | 68.1600 | 20.0000% | 2.0000% | 78.0000% |
| PAULINE ECONOMON | EMERALD WB, LLC | 10/1/2015 | 487822 | 149N | 102W | 31 | 149N-102W-SEC31:LOTS1(39.86), 2(39.90), E2NW | MCKENZIE | ND | 159.7600 | 53.2600 | 1.00000000 | 53.2600 | 18.7500% | 0.0000% | 77.9167% |
| P A AND L R NYGAARD LLLP | EMERALD WB, LLC | 10/1/2015 | 487821 | 149N | 102W | 31 | 149N-102W-SEC31:LOTS1(39.86), 2(39.90), E2NW | MCKENZIE | ND | 159.7600 | 53.2600 | 1.00000000 | 53.2600 | 18.7500% | 0.0000% | 77.9167% |
| JOAN K NYGAARD | EMERALD WB, LLC | 10/1/2015 | 487823 | 149N | 102W | 31 | 149N-102W-SEC31:LOTS1(39.86), 2(39.90), E2NW | MCKENZIE | ND | 159.7600 | 53.2600 | 1.00000000 | 53.2600 | 18.7500% | 0.0000% | 77.9167% |
| DANIEL AND VIRGINIA CHAUSSEE | EMERALD WB, LLC | 10/7/2015 | 487815 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| WILLIAM A CHAUSSEE | EMERALD WB, LLC | 10/7/2015 | 487814 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| JEROME AND SUSAN CHAUSSEE | EMERALD WB, LLC | 10/7/2015 | 487819 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| PAUL AND DEBRA CHAUSSEE | EMERALD WB, LLC | 10/7/2015 | 487817 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| HALCROW REV TRUST 6/26/2012 | EMERALD WB, LLC | 10/7/2015 | 487816 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 20.0000 | 1.00000000 | 20.0000 | 20.0000% | 0.0000% | 80.0000% |
| CLAUDINE & STEVEN WASSERSTROM | EMERALD WB, LLC | 10/7/2015 | 487818 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| AARON AND KIMBERLY CHAUSSEE | EMERALD WB, LLC | 10/7/2015 | 487820 | 148N | 102W | 9 | 148N-102W-SEC9:SE | MCKENZIE | ND | 160.0000 | 10.0000 | 1.00000000 | 10.0000 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 3113130 | 139N | 97W | 9 | 139N-97W-SEC9:ALL | STARK | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |
| BURLINGTON RESOURCES OIL & GAS | EMERALD OIL, INC. | 9/18/2013 | 3113129 | 140N | 98W | 35 | 140N-98W-SEC35:ALL | STARK | ND | 640.0000 | 640.0000 | 0.70000000 | 448.0000 | 20.0000% | 0.0000% | 80.0000% |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST WENCESLAUS CATHOLIC CHURCH | EMERALD WB, LLC | 3/14/2014 | 3117045 | 139N | 97W | 4 | 139N-97W-SEC4:LOTS 3, 4, S2NW | STARK | ND | 157.9700 | 78.9850 | 0.70000000 | 55.2895 | 20.0000% | 0.0000% | 80.0000% |
| USA NDM 93558 | SAVANT RESOURCES LLC | 10/1/2004 | N/A - FED | 149N | 104W | 1 | NESW, N2NE | MCKENZIE | ND | 120.0000 | 120.0000 | 0.75000000 | 90.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93558 | SAVANT RESOURCES LLC | 10/1/2004 | N/A - FED | 149N | 104W | 1 | E2SE, SENE, SWNW | MCKENZIE | ND | 80.0000 | 80.0000 | 0.75000000 | 60.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 071496 | DORIS L. ASTLEY | 2/1/1966 | N/A - FED | 149N | 104W | 12 | NWNE, SENE, SWNW | MCKENZIE | ND | 120.0000 | 120.0000 | 1.00000000 | 120.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93559 | MARATHON OIL COMPANY | 10/1/2004 | N/A - FED | 149N | 104W | 1 | LOTS 3 (40.00), 4 (40.00 | MCKENZIE | ND | 360.0000 | 360.0000 | 0.75000000 | 270.0000 | 12.5000% | 7.5000% | 80.0000% |
| USA NDM 93559 | MARATHON OIL COMPANY | 10/1/2004 | N/A - FED | 149N | 104W | 12 | NENE | MCKENZIE | ND | 40.0000 | 40.0000 | 0.75000000 | 30.0000 | 12.5000% | 7.5000% | 80.0000% |
| PATSY LYNN MORSTAD | MJ OIL, LLC | 10/28/2009 | 395846 | 148N | 104W | 13 | 148N-104W-SEC13:N2NW | MCKENZIE | ND | 80.0000 | 3.3333 | 0.60000000 | 2.0000 | 16.6667% | 0.0000% | 83.3333% |
| MARVIN & DOROTHY WAMB | MJ OIL, LLC | 10/27/2009 | 399492 | 148N | 104W | 13 | 148N-104W-SEC13:N2NW | MCKENZIE | ND | 80.0000 | 20.0000 | 0.60000000 | 12.0000 | 16.6667% | 0.0000% | 83.3333% |
| GARY JOHN NORBO | MJ OIL LLC | 10/28/2009 | 395844 | 148N | 104W | 13 | 148N-104W-SEC13:N2NW | MCKENZIE | ND | 80.0000 | 3.3333 | 0.60000000 | 2.0000 | 16.6667% | 0.0000% | 83.3333% |
| CAROL KAY JOHNSON | MJ OIL, LLC | 10/28/2009 | 395845 | 148N | 104W | 13 | 148N-104W-SEC13:N2NW | MCKENZIE | ND | 80.0000 | 3.3333 | 0.60000000 | 2.0000 | 16.6667% | 0.0000% | 83.3333% |
| | | | | | | | **\*START EMERALD OVERRIDES BELOW\*** | | | | | | | | | |
| USA NDM 52730 | CHERYL M. SURBER | 5/1/1982 | UNRECORDED | 146N | 101W | 30 | T146N-R101W-SEC30:ORRI ONLY,LOTS 1-4,S2NE, SESW, S2SE | MCKENZIE | ND | 316.44 | 316.44 | 0.0000% | 0.0000000 | 12.5000% | 2.5000% | N/A |
| BARBARA OVERLAND | AMERICAN LAND SERVICES, LLC | 4/7/4029 | 777700 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 4.50 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| BRENT M. BIBLER | AMERICAN LAND SERVICES, LLC | 4/7/4030 | 778065 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 8.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| CANTARINE REV TR AGMT | AMERICAN LAND SERVICES, LLC | 4/8/4029 | 777701 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 0.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| CANTARINE TR DATED 2/21/2002 | AMERICAN LAND SERVICES, LLC | 4/9/4029 | 777702 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 1.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| CHARLES V. BIBLER | AMERICAN LAND SERVICES, LLC | 4/6/4029 | 777699 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 8.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| CHRISTOPHER T. CANTARINE | AMERICAN LAND SERVICES, LLC | 778510 | 778510 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 0.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| FLINT M. BIBLER | AMERICAN LAND SERVICES, LLC | 4/4/4029 | 777697 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 8.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| SHIRLEY HAGEN | AMERICAN LAND SERVICES, LLC | 778508 | 778508 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 4.50 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Jeraldine R. Thompson | AMERICAN LAND SERVICES, LLC | 4/4/4029 | 777697 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 8.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| MARY E. BURDICK FRIZAT | AMERICAN LAND SERVICES, LLC | 3/3/4025 | 776204 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 0.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| ROBERT WILLIAM BURDICK | AMERICAN LAND SERVICES, LLC | 778509 | 778509 | 159 N | 96 W | 26 | SWNW, NWSW | WILLIAMS | ND | 80.00 | 0.25 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| BENSON MINERAL GROUP INC | AMERICAN LAND SERVICES, LLC | 3/22/4022 | 775127 | 159 N | 96 W | 27 | S2NE | WILLIAMS | ND | 80.00 | 0.96 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| DALE L. SCHWARZHOFF | AMERICAN LAND SERVICES, LLC | 3/23/4022 | 775128 | 159 N | 96 W | 27 | S2NE | WILLIAMS | ND | 80.00 | 0.96 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| HELZEL LIVING TR | AMERICAN LAND SERVICES, LLC | 3/24/4022 | 775129 | 159 N | 96 W | 27 | S2NE | WILLIAMS | ND | 80.00 | 0.48 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| HHK WILCOX COMPANY INC | AMERICAN LAND SERVICES, LLC | 3/25/4022 | 775130 | 159 N | 96 W | 27 | S2NE | WILLIAMS | ND | 80.00 | 0.48 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| J.E. AND ELEANOR GUTSCHMIDT FAMILY TRUST, American State Bank & Trust Company of Williston , Trustee | AMERICAN LAND SERVICES, LLC | 5/25/4020 | 774461 | 159 N | 96 W | 27 | NESE | WILLIAMS | ND | 40.00 | 6.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Carol Sharbono, a single woman | Eco Resources, LP | 391265 | 391265 | 150N | 99W | 31 | SESE | MCKENZIE | ND | 40.00 | 1.67 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Marvin G. Erickson and Ethel Rose Erickson, husband and wife | Beyond Horizon, LLC | 401296 | 401296 | 152N | 103W | 26 | NE, E2NW | MCKENZIE | ND | 240.00 | 53.33 | 0.0000% | 0.0000000 | 18.7500% | 1.6250% | N/A |
| Dorothy Larsen and Carmin Larsen, wife and husband | Divide Resources, LLC | 401248 | 401248 | 151N | 101W | 31 | S2NE, N2SE | MCKENZIE | ND | 160.00 | 60.00 | 0.0000% | 0.0000000 | 18.0000% | 1.0000% | N/A |
| Dorothy Larsen and Carmin Larsen, wife and husband | Divide Resources, LLC | 4/8/2010 | 401248 | 151N | 101W | 31 | S2SE | MCKENZIE | ND | 80.00 | 60.00 | 0.0000% | 0.0000000 | 18.0000% | 1.0000% | N/A |
| James V. Woehl ad Peggy J. Woehl, husband and wife | Divide Resources, LLC | 401249 | 401249 | 151N | 101W | 31 | S2NE, N2SE | MCKENZIE | ND | 160.00 | 20.00 | 0.0000% | 0.0000000 | 18.0000% | 1.0000% | N/A |
| James V. Woehl ad Peggy J. Woehl, husband and wife | Divide Resources, LLC | 401249 | 401249 | 151N | 101W | 31 | S2SE | MCKENZIE | ND | 80.00 | 20.00 | 0.0000% | 0.0000000 | 18.0000% | 1.0000% | N/A |
| Claudette Waters, a widow | Divide Resources, LLC | 401250 | 401250 | 151N | 101W | 31 | S2NE, N2SE | MCKENZIE | ND | 160.00 | 20.00 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Marianna Bader, a widow | Voyager Oil & Gas, Onc | 416882 | 416882 | 148N | 101W | 13 | N2NE, SE | MCKENZIE | ND | 240.00 | 10.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Monte Bader, a married man dealing in his sole and separate property | Voyager Oil & Gas, Onc | 416881 | 416881 | 148N | 101W | 13 | N2NE, SE | MCKENZIE | ND | 240.00 | 10.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Kasimer R. Schmalz, a widower | Divide Resources, LLC | 418571 | 418571 | 145N | 99W | 11 | SW | MCKENZIE | ND | 160.00 | 13.33 | 0.0000% | 0.0000000 | 20.0000% | 0.5000% | N/A |
| Brenda D. Rojas, Trustee of the Brenda D. Rojas Trust under Trust Declaration of Trust dated August 19, 2009 | Voyager O&G | 420748 | 420748 | 149N | 101W | 9 | N2NE | MCKENZIE | ND | 80.00 | 5.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Elmer A. Schindel, Trustee of the Bonnie Schindel Living Trust Agreement | Plains Energy Investments | 370298 | 370298 | 155N | 94W | 22 | ALL | MOUNTRAIL | ND | 640.00 | 4.44 | 0.0000% | 0.0000000 | 19.0000% | 2.0000% | N/A |
| Elmer A. Schindel, Trustee of the Bonnie Schindel Living Trust Agreement | Plains Energy Investments | 370298 | 370298 | 155N | 94W | 27 | N2NE, NENW | MOUNTRAIL | ND | 120.00 | 0.83 | 0.0000% | 0.0000000 | 19.0000% | 2.0000% | N/A |
| Brian P. Kurth, a single man | Voyager Oil and Gas, Inc. | 555982 | 555982 | 26N | 58E | 11 | S2NE, SENW, NWSW, S2SW, SE | RICHLAND | MT | 400.00 | 40.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Brian P. Kurth, a single man | Voyager Oil and Gas, Inc. | 555982 | 555982 | 26N | 58E | 14 | N2NE, SWNE, NWSE, NENW | RICHLAND | MT | 200.00 | 18.33 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Stewart Geological Inc., a Montana Corporation | Voyager Oil and Gas, Inc. | 555983 | 555983 | 26N | 58E | 11 | S2NE, SENW, NWSW, S2SW, SE | RICHLAND | MT | 400.00 | 120.00 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |
| Stewart Geological Inc., a Montana Corporation | Voyager Oil and Gas, Inc. | 555983 | 555983 | 26N | 58E | 14 | N2NE, SWNE, NWSE, NENW | RICHLAND | MT | 200.00 | 1.67 | 0.0000% | 0.0000000 | 20.0000% | 1.0000% | N/A |

EXHIBIT A

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Linda Leininger, fka Linda Salsbury | BTC Oil Properties, LLC | 554630 | 554630 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 18.18 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Mildred R. Martin, Trustee of the Mildred R. Martin Trust | BTC Oil Properties, LLC | 554648 | 554648 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 7.27 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Marion B. Martin, Trustee of the Marion B. Martin Trust | BTC Oil Properties, LLC | 554631 | 554631 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 7.27 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Farrel J. Salsbury | BTC Oil Properties, LLC | 554647 | 554647 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 4.38 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Steven A. Salsbury | BTC Oil Properties, LLC | 554640 | 554640 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 4.38 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Scott S. Smith | BTC Oil Properties, LLC | 554641 | 554641 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 3.64 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Kristin L. Sitzman | BTC Oil Properties, LLC | 554642 | 554642 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 3.64 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Stacy J. Strand | BTC Oil Properties, LLC | 554643 | 554643 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 3.64 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Juliana R. Smith | BTC Oil Properties, LLC | 554902 | 554902 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 3.64 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Leonard Darrel Salsbury | BTC Oil Properties, LLC | 554901 | 554901 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 13.91 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Gary E. Salsbury | BTC Oil Properties, LLC | 555479 | 555479 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 13.91 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Six T LLC | Divide Resources, LLC | 562388 | 562388 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 10.62 | 0.0000% | 0.0000000 | 19.0000% | 0.5000% | N/A |
| Six T LLC | Divide Resources, LLC | 562388 | 562388 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 2.65 | 0.0000% | 0.0000000 | 19.0000% | 0.5000% | N/A |
| Six T LLC | Divide Resources, LLC | 562388 | 562388 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 2.65 | 0.0000% | 0.0000000 | 19.0000% | 0.5000% | N/A |
| Jacalyn Roberts, a/k/a Jackie Roberts, and Rodney Roberts, wife and husband | Divide Resources, LLC | 562310 | 562310 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 8.77 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Randall K. Salsbury and Kim R. Salsbury, husband and wife | Divide Resources, LLC | 562391 | 562391 | 26N | 58E | 26 | N2NW, SENW | RICHLAND | MT | 120.00 | 4.38 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Will L. Niles, Jr., a married man | Divide Resources, LLC | 562392 | 562392 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 42.46 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Will L. Niles, Jr., a married man | Divide Resources, LLC | 5/17/3440 | 562612 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 10.16 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Will L. Niles, Jr., a married man | Divide Resources, LLC | 562392 | 562392 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 10.62 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Robert C. Bawden and Elaine M. Bawden, husband and wife | Divide Resources, LLC | 562685 | 562685 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 4.44 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Robert C. Bawden and Elaine M. Bawden, husband and wife | Divide Resources, LLC | 562685 | 562685 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Robert C. Bawden and Elaine M. Bawden, husband and wife | Divide Resources, LLC | 562685 | 562685 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| John William Bawden, a single man | Divide Resources, LLC | 562682 | 562682 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 4.44 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| John William Bawden, a single man | Divide Resources, LLC | 562682 | 562682 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| John William Bawden, a single man | Divide Resources, LLC | 562682 | 562682 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Mary Jo Zwang, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562693 | 562693 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 4.44 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Mary Jo Zwang, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562693 | 562693 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 1.11 | | | 18.7500% | 0.5000% | N/A |
| Mary Jo Zwang, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562693 | 562693 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 1.11 | | | 18.7500% | 0.5000% | N/A |
| Julie A. Slotsve, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562683 | 562683 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 4.44 | | | 18.7500% | 0.5000% | N/A |
| Julie A. Slotsve, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562683 | 562683 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Julie A. Slotsve, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562683 | 562683 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Bette Joy Abelman, an unmarried woman dealing in her sole and separate property | Divide Resources, LLC | 562684 | 562684 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 4.44 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Bette Joy Abelman, an unmarried woman dealing in her sole and separate property | Divide Resources, LLC | 562684 | 562684 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Bette Joy Abelman, an unmarried woman dealing in her sole and separate property | Divide Resources, LLC | 562684 | 562684 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Kathrynn J. Grosulak, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562733 | 562733 | 26N | 58E | 15 | N2NE, SENE, E2W2, SWSW | RICHLAND | MT | 320.00 | 4.44 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |

EXHIBIT A

| Owner | Lessee/Company | | | Twp | Rng | Sec | Description | County | State | Acres | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kathrynn J. Grosulak, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562733 | 562733 | 26N | 58E | 15 | SE | RICHLAND | MT | 160.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Kathrynn J. Grosulak, a married woman dealing in her sole and separate property | Divide Resources, LLC | 562733 | 562733 | 26N | 58E | 22 | N2NW | RICHLAND | MT | 80.00 | 1.11 | 0.0000% | 0.0000000 | 18.7500% | 0.5000% | N/A |
| Hancock Enterprises | South Fork Exploration | 681211 | 681211 | 153N | 100W | 4 | Lots 1(40.45), 2(40.32), S2NE | WILLIAMS | ND | 160.77 | 5.02 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Hancock Enterprises | South Fork Exploration | 681211 | 681211 | 153N | 103W | 30 | Lots 3(39.50), 4(39.62), E2SW, SE | WILLIAMS | ND | 319.12 | 9.97 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Hancock Enterprises | South Fork Exploration | 681211 | 681211 | 153N | 103W | 31 | Lots 1(39.72), 2(39.80), NE, E2NW | WILLIAMS | ND | 319.52 | 9.99 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Scott Barkie and Claudia Barkie, individually and as husband and wife | South Fork Exploration, LLC | 680057 | 680057 | 156N | 102W | 22 | SW | WILLIAMS | ND | 160.00 | 4.00 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Dennis L. Barkie, a/k/a Dennis Barkie and Bethanne Barkie, individually and as husband and wife | South Fork Exploration, LLC | 680056 | 680056 | 156N | 102W | 22 | SW | WILLIAMS | ND | 160.00 | 4.00 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Dale and Connie Barkie, individually and as husband and wife | South Fork Exploration, LLC | 680058 | 680058 | 156N | 102W | 22 | SW | WILLIAMS | ND | 160.00 | 4.00 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| Daren G. Barkie, a single man | South Fork Exploration, LLC | 680059 | 680059 | 156N | 102W | 22 | SW | WILLIAMS | ND | 160.00 | 3.47 | 0.0000% | 0.0000000 | 18.7500% | 1.0000% | N/A |
| H. D. Stockman, aka Don Stockman, a married man dealing in his sole and separate property | Hoyt Oil Properties, LLC | 684649 | 684649 | 156N | 101W | 21 | NW | WILLIAMS | ND | 160.00 | 24.00 | 0.0000% | 0.0000000 | 17.0000% | 2.5000% | N/A |
| Shirley E. Groth, a married woman dealing in her sole and separate property | Hoyt Oil Properties, LLC | 683794 | 683794 | 156N | 101W | 21 | NW | WILLIAMS | ND | 160.00 | 24.00 | 0.0000% | 0.0000000 | 17.0000% | 2.5000% | N/A |
| Marilyn F. Mitchell, a married woman dealing in her sole and separate property | Hoyt Oil Properties, LLC | 683796 | 683796 | 156N | 101W | 21 | NW | WILLIAMS | ND | 160.00 | 24.00 | 0.0000% | 0.0000000 | 17.0000% | 2.5000% | N/A |
| Richard W. Stockman, a married man dealing in his sole and separate property | Hoyt Oil Properties, LLC | 683793 | 683793 | 156N | 101W | 21 | NW | WILLIAMS | ND | 160.00 | 24.00 | 0.0000% | 0.0000000 | 17.0000% | 2.5000% | N/A |
| Rae LaVon Sletton, a married woman dealing in her sole and separate property | Hoyt Oil Properties, LLC | 683795 | 683795 | 156N | 101W | 21 | NW | WILLIAMS | ND | 160.00 | 24.00 | 0.0000% | 0.0000000 | 17.0000% | 2.5000% | N/A |
| Clifford D. Wehrman and Ann L. Wehrman, husband and wife | Divide Resources, LLC | 685582 | 685582 | 158N | 99W | 31 | SE | WILLIAMS | ND | 160.00 | 11.85 | 0.0000% | 0.0000000 | 18.7500% | 1.6250% | N/A |
| Gregory Scott Sletten, a married man dealing in his sole and separate property | Divide Resources, LLC | 687205 | 687205 | 158N | 99W | 31 | SE | WILLIAMS | ND | 160.00 | 11.85 | 0.0000% | 0.0000000 | 18.7500% | 1.6250% | N/A |
| Wayne Eugene Sletten, a married man dealing in his sole and separate property | Divide Resources, LLC | 685581 | 685581 | 158N | 99W | 31 | SE | WILLIAMS | ND | 160.00 | 11.85 | 0.0000% | 0.0000000 | 18.7500% | 1.6250% | N/A |
| Fortin Enterprises, Inc., a Florida Corporation | Voyager Oil & Gas | 693144 | 693144 | 155N | 97W | 27 | S2S2 | WILLIAMS | ND | 160.00 | 4.03 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Fortin Enterprises, Inc., a Florida Corporation | Voyager Oil & Gas | 693144 | 693144 | 155N | 97W | 34 | NWNE | WILLIAMS | ND | 40.00 | 1.01 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Donald L. Long and Ladora M. Long, husband and wife | Voyager Oil & Gas | 693147 | 693147 | 155N | 97W | 27 | S2S2 | WILLIAMS | ND | 160.00 | 4.03 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Donald L. Long and Ladora M. Long, husband and wife | Voyager Oil & Gas | 693147 | 693147 | 155N | 97W | 34 | NWNE | WILLIAMS | ND | 40.00 | 1.01 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Donald L. Long and Ladora M. Long, husband and wife | Voyager Oil & Gas | 693147 | 693147 | 155N | 97W | 28 | SESE | WILLIAMS | ND | 40.00 | 0.21 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Sutton Family Revocable Trust dated January 10, 1985, Keith P. Sutton, Turstee | Voyager Oil & Gas | 693143 | 693143 | 155N | 97W | 27 | S2S2 | WILLIAMS | ND | 160.00 | 4.03 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Sutton Family Revocable Trust dated January 10, 1985, Keith P. Sutton, Turstee | Voyager Oil & Gas | 693143 | 693143 | 155N | 97W | 34 | NWNE | WILLIAMS | ND | 40.00 | 1.01 | 0.0000% | 0.0000000 | 18.7500% | 2.2500% | N/A |
| Timothy Allen Bruun, a single man | Cody Oil & Gas Corporation | 694121 | 694121 | 158N | 101W | 13 | NE | WILLIAMS | ND | 160.00 | 29.33 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| Sharla Faye Bruun, a single woman | Cody Oil & Gas Corporation | 694122 | 694122 | 158N | 101W | 13 | NE | WILLIAMS | ND | 160.00 | 29.33 | 0.0000% | 0.0000000 | 16.6667% | 1.0000% | N/A |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | Lots 1 (23.47), 2 (23.53), SWNE | MCKENZIE | ND | 87.00 | 14.66 | 0.0000% | 0.0000000 | 12.5000% | 3.3884% | N/A |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | SENE | MCKENZIE | ND | 40.00 | 6.74 | 0.0000% | 0.0000000 | 12.5000% | 3.3884% | N/A |
| LUTHER C & FLORENCE M HAUGEN | RAINBOW RESOURCES, INC. | 10/6/1971 | 188969 | 148N | 102W | 5 | Lots 3 (23.59), 4 (23.65), S2NW | MCKENZIE | ND | 127.24 | 127.24 | 0.0000% | 0.0000000 | 12.5000% | 3.3884% | N/A |
| MYRON K & ARDEHL A LELAND | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381078 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.0000% | 0.0000000 | 16.6667% | 1.6667% | N/A |

EXHIBIT A

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOE LELAND | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381083 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.0000% | 0.0000000 | 16.6667% | 1.6667% | N/A |
| GARY LELAND ET UX | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381081 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.0000% | 0.0000000 | 16.6667% | 1.6667% | N/A |
| RAYMOND LELAND ET UX | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381085 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.0000% | 0.0000000 | 16.6667% | 1.6667% | N/A |
| LEROY & VIRGINIA LELAND H/W | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381080 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.0000% | 0.0000000 | 16.6667% | 1.6667% | N/A |
| LYNN SIMMS CO TRUSTEE | STX OIL AND GAS, INCORPORATED | 8/6/2008 | 381074 | 147N | 103W | 25 | 147N-103W-SEC25:ALL | MCKENZIE | ND | 640.0000 | 80.0000 | 0.0000% | 0.0000000 | 16.6667% | 1.6667% | N/A |

EXHIBIT B

| WELL ID | WELL NAME | OPERATOR | STATUS | PROSPECT | COUNTY | ST | TWP | RNG | SEC 1 | SEC 2 | API Number | BPO GWI | BPO NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10291 | ARSENAL (FED) 1-17-20H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 17 | 20 | 33053044290000 | 0.9005347 | 0.7099407 |
| 10739 | BILLY RAY VALENTINE 1-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | 8 | 33053057750000 | 0.7664731 | 0.6522981 |
| 10736 | BILLY RAY VALENTINE 2-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | 8 | 33053057740000 | 0.7664731 | 0.6522981 |
| 10737 | BILLY RAY VALENTINE 3-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | 8 | 33053056750000 | 0.7664731 | 0.6522981 |
| 10734 | CAMERON FRYE 2-36-25H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 103 | 25 | 36 | 33053057700000 | 1.0000000 | 0.7900000 |
| 10283 | CAPER 1-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053047730000 | 0.6689079 | 0.5252190 |
| 10286 | CAPER 2-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053052320000 | 0.6689077 | 0.5252190 |
| 10290 | CAPER 3-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053052330000 | 0.9983312 | 0.7905243 |
| 10284 | CAPER 4-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053052340000 | 0.6689077 | 0.5252190 |
| 10292 | CAPER 5-22-15H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053050770000 | 0.6689077 | 0.5252190 |
| 10287 | CAPER 6-22-15H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053050760000 | 0.6689077 | 0.5252190 |
| 11247 | CINNAMON CREEK 11-5H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 5 | x | 33053024500000 | 1.0000000 | 1.0000000 |
| 11243 | CINNAMON CREEK 12-15H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 15 | x | 33053024130000 | 0.5000000 | 0.5000000 |
| *11244 | CINNAMON CREEK 14-9HR | EMERALD OIL INC | Awaiting TA | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 9 | x | 33053024220000 | 0.5000000 | N/A |
| 11242 | CINNAMON CREEK 22-21H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 21 | x | 33053024410000 | 0.5000000 | 0.5000000 |
| 11246 | CINNAMON CREEK 31-7H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 7 | x | 33053022510000 | 1.0000000 | 1.0000000 |
| 11241 | CINNAMON CREEK 44-27H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 27 | x | 33053023930000 | 1.0000000 | 1.0000000 |
| 11245 | CINNAMON CREEK STATE 12-8H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 8 | x | 33053024360000 | 0.5000000 | 0.4166667 |
| 10570 | CLARK GRISWOLD FEDERAL 3-17-20 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 17 | 20 | 33053066510000 | 1.0000000 | 0.8462500 |
| 10508 | D ANNUNZIO 3-7-6H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 6 | 7 | 33053058310000 | 0.8300231 | 0.6900471 |
| 10509 | D ANNUNZIO 4-7-6H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 6 | 7 | 33053058300000 | 0.8300231 | 0.6900471 |
| 10510 | D ANNUNZIO 5-7-6H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 6 | 7 | 33053058290000 | 0.8300231 | 0.6900471 |
| 11088 | DAGNY TAGGART 3-21-16H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 16 | 21 | 33053064360000 | 0.7000000 | 0.5723958 |
| 10513 | DEAN WORMER 1-33-28H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 28 | 33 | 33053053650000 | 0.9375000 | 0.7478125 |
| 10514 | DEAN WORMER 2-33-28H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 28 | 33 | 33053053640000 | 0.9906250 | 0.7903125 |
| 10525 | DUDLEY DAWSON 6-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 2 | 11 | 33053060410000 | 0.9634427 | 0.7792896 |
| 10526 | DUDLEY DAWSON 7-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 2 | 11 | 33053060390000 | 0.9313659 | 0.7536281 |
| 10896 | EAST GRIZZLY FED 3-25-13-3H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 104 | 13 | 24 | 33053032550000 | 0.8639312 | 0.7114576 |
| 10897 | EAST GRIZZLY FED 3-25-36-15H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 104 | 25 | 36 | 33053032560000 | 0.9029940 | 0.7401033 |
| 10918 | ERIC STRATTON FEDERAL 5-36-25H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 104 | 25 | 36 | 33053061020000 | 0.7000000 | 0.5792500 |
| 10295 | EXCALIBUR 1-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053052100000 | 0.5808781 | 0.4575785 |
| 10298 | EXCALIBUR 2-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053052090000 | 0.5808781 | 0.4575785 |
| 10300 | EXCALIBUR 3-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053050020000 | 0.5808781 | 0.4575785 |
| 10296 | EXCALIBUR 4-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053050030000 | 0.6352726 | 0.4997719 |
| 10301 | EXCALIBUR 5-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053050040000 | 0.5933781 | 0.4673285 |
| 10299 | EXCALIBUR 6-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053058770000 | 0.9101562 | 0.7269111 |
| 10297 | EXCALIBUR 7-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053058760000 | 0.9101562 | 0.7269111 |
| *10631 | KODIAK FEDERAL 12-15 | EMERALD OIL INC | Awaiting PA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 15 | x | 33053025250000 | 0.6544235 | N/A |
| 11231 | FEDERAL 21-14HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 14 | x | 33053024160000 | 1.0000000 | 0.8319042 |
| *10893 | KODIAK FEDERAL 4-11H | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 147 | 105 | 2 | 3 | 33053027090000 | 0.5238422 | N/A |
| 11248 | FLAT TOP BUTTE 22-5H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 101 | 5 | x | 33053023530000 | 1.0000000 | 1.0000000 |
| 11232 | FLAT TOP BUTTE 24-13H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 13 | x | 33053024340000 | 1.0000000 | 1.0000000 |

*Well is awaiting TA or PA; GWI figure stated reflects liability without carried interests (APO).

WEIL:\95921204\1\39110.0004

| WELL ID | WELL NAME | OPERATOR | STATUS | PROSPECT | COUNTY | ST | TWP | RNG | SEC 1 | SEC 2 | API Number | BPO GWI | BPO NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *11236 | FLAT TOP BUTTE 31-29HR | EMERALD OIL INC | Awaiting TA | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 29 | x | 33053023920000 | 0.5000000 | N/A |
| 11249 | FLAT TOP BUTTE 31-3H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 101 | 3 | x | 33053023730000 | 1.0000000 | 1.0000000 |
| *11237 | FLAT TOP BUTTE 41-21H | EMERALD OIL INC | Awaiting TA | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 21 | x | 33053023450000 | 0.5000000 | N/A |
| *11132 | FLAT TOP BUTTE FEDERAL 14-4H | EMERALD OIL INC | TA | LEWIS & CLARK | MCKENZIE | ND | 145 | 101 | 4 | x | 33053023980000 | 0.9775000 | N/A |
| 11238 | FLAT TOP BUTTE FEDERAL 23-19HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 19 | x | 33053024650000 | 0.9387255 | 0.8213848 |
| 11235 | FLAT TOP BUTTE FEDERAL 34-32H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 32 | x | 33053023830000 | 0.5000000 | 0.4125000 |
| 11107 | GREG MARMALARD FED 3-28-33H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 28 | 33 | 33053064380000 | 0.6973828 | 0.5589025 |
| *10894 | KODIAK GRIZZLY 13-6H | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 147 | 104 | 6 | X | 33053027070000 | 0.6689555 | N/A |
| 10900 | GRIZZLY 147-103-14-22-15-4H3 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 15 | 22 | 33053042000000 | 1.0000000 | 0.8075000 |
| 10901 | GRIZZLY 147-103-16-21-16-1H3 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 16 | 21 | 33053044440000 | 1.0000000 | 0.8177083 |
| *10899 | GRIZZLY 149-104-15-12-1-2H | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 149 | 104 | 1 | 12 | 33053038170000 | 0.4765625 | N/A |
| 10895 | GRIZZLY FEDERAL 1-27H-R | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 105 | 27 | 34 | 33053031470000 | 0.7375000 | 0.6000976 |
| 10758 | HARRY DUNNE 5-26-35H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 140 | 98 | 26 | 35 | 33089008390000 | 0.9287500 | 0.7605007 |
| *10626 | HAUGEN 2-9 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053022770000 | 0.6912463 | N/A |
| *10628 | HAUGEN 3-9 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053025370000 | 0.6912463 | N/A |
| *10623 | HAUGEN COATES 1-4 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 4 | x | 33053010590000 | 0.3984217 | N/A |
| *10624 | HAUGEN COATES 2-4 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 4 | x | 33053025760000 | 0.6050463 | N/A |
| 10625 | HAUGEN COATES 2-5 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | x | 33053023700000 | 0.9299763 | 0.7862071 |
| 11233 | HAY DRAW 33-9HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 9 | x | 33053023520000 | 1.0000000 | 1.0000000 |
| 10302 | HOT ROD 1-27-26H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 26 | 27 | 33053041050000 | 0.7823670 | 0.6177987 |
| 10304 | HOT ROD 4-27-26H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 26 | 27 | 33053051090000 | 0.7823674 | 0.6177987 |
| *10629 | J W LAW 1 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053006510000 | 0.6187000 | N/A |
| *10627 | J W LAW 2 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053023670000 | 0.6187000 | N/A |
| 10898 | JEANIE 25-46-2H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 25 | 36 | 33053032090000 | 0.4375000 | 0.3645833 |
| 10545 | JOEL GOODSEN 5-32-29H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 29 | 32 | 33053060400000 | 0.8907813 | 0.7066934 |
| 10546 | JOEL GOODSEN 6-32-29H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 29 | 32 | 33053060380000 | 0.8907813 | 0.7066934 |
| 10547 | JOEL GOODSEN 7-32-29H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 29 | 32 | 33053060370000 | 0.8907813 | 0.7066934 |
| 11222 | KIT 11-15H-1522-147101-MB | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 101 | 15 | 22 | 33053049280000 | 1.0000000 | 0.8271818 |
| 10760 | LLOYD CHRISTMAS 1-4-9H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 139 | 97 | 4 | 9 | 33089008300000 | 0.8120115 | 0.6682297 |
| 10761 | LLOYD CHRISTMAS 2-4-9H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 139 | 97 | 4 | 9 | 33089008290000 | 0.8120115 | 0.6682297 |
| 10763 | LLOYD CHRISTMAS 4-4-9H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 139 | 97 | 4 | 9 | 33089008350000 | 0.8120115 | 0.6682297 |
| 10766 | MARY SAMSONITE 1-16-21H | EMERALD OIL INC | Active | PRONGHORN | BILLINGS | ND | 141 | 99 | 16 | 21 | 33007018330000 | 0.8265066 | 0.6612053 |
| 10768 | MARY SAMSONITE 3-16-21H | EMERALD OIL INC | Active | PRONGHORN | BILLINGS | ND | 141 | 99 | 16 | 21 | 33007018350000 | 0.8265066 | 0.6612053 |
| 11221 | MOE 24-31H-3031-147102-BTF | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 102 | 30 | 31 | 33053049290000 | 0.9480099 | 0.8646940 |
| 10271 | MONGOOSE 1-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 5 | 8 | 33053033390000 | 0.9462723 | 0.7215473 |
| 10557 | NOONAN FEDERAL 3-18-19H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 18 | 19 | 33053065560000 | 1.0000000 | 0.8438282 |
| *10632 | NORTH DAKOTA STATE 4 | EMERALD OIL INC | Awaiting PA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 16 | x | 33053023660000 | 0.5744690 | N/A |
| *10633 | NORTH DAKOTA STATE 6-16 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 16 | x | 33053025320000 | 0.5749500 | N/A |
| *11166 | NYGAARD 1-31 (MCKENZIE COUNTY) | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 149 | 102 | 31 | x | 33053025860000 | 0.4963731 | N/A |
| 11234 | PIERRE CREEK 44-7H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | x | 7 | 33053022650000 | 1.0000000 | 1.0000000 |
| 11230 | PIERRE CREEK NELSON 44-23HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 23 | x | 33053023910000 | 1.0000000 | 0.8851712 |
| 10281 | PIRATE 1-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053046930000 | 0.6721798 | 0.5223614 |
| 10313 | PIRATE 2-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053053780000 | 0.6721798 | 0.5223614 |
| 10315 | PIRATE 3-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053053790000 | 0.8315548 | 0.6498614 |
| 10282 | PIRATE 4-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053053800000 | 0.6721798 | 0.5223614 |
| 10316 | PIRATE 5-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053052380000 | 0.6721798 | 0.5223614 |
| 10314 | PIRATE 6-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053052390000 | 0.6721798 | 0.5223614 |
| 10630 | SHEEP FEDERAL 1A | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 15 | x | 33053021840000 | 0.7257906 | 0.6090551 |

2

| WELL ID | WELL NAME | OPERATOR | STATUS | PROSPECT | COUNTY | ST | TWP | RNG | SEC 1 | SEC 2 | API Number | BPO GWI | BPO NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10317 | SLUGGER 1-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053048790000 | 0.6127497 | 0.4972488 |
| 10327 | SLUGGER 3-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055540000 | 0.6127497 | 0.4972488 |
| 10329 | SLUGGER 5-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055500000 | 0.6127498 | 0.4972488 |
| 10325 | SLUGGER 6-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055730000 | 0.9994159 | 0.8093495 |
| 10321 | SLUGGER 7-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055710000 | 0.6505029 | 0.5277306 |
| *11220 | STATE 43-36HR | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 147 | 103 | 36 | x | 33053022450000 | 1.0000000 | N/A |
| 10318 | TALON 1-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053048800000 | 0.8042723 | 0.6299462 |
| 10328 | TALON 3-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055550000 | 0.7176029 | 0.5980964 |
| 10330 | TALON 5-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055510000 | 0.7176029 | 0.5980964 |
| 10326 | TALON 6-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055740000 | 0.9365201 | 0.7400299 |
| 10322 | TALON 7-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055720000 | 0.7201451 | 0.6003794 |
| 10589 | TY WEBB 1-1-12H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 1 | 12 | 33053053630000 | 0.9834896 | 0.7867917 |
| 10591 | TY WEBB 3-1-12H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 1 | 12 | 33053053610000 | 0.9834896 | 0.7867917 |
| 10011 | CROSSBOW 1-7-6H | SLAWSON EXPLORATION COMPANY, INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 6 | 7 | 33053033420000 | 0.0935962 | 0.0754619 |

3

**EXHIBIT C – Assigned Contracts**

| TITLE OF CONTRACT | CONTRACT AREA OR PURPOSE | TERM REMAINING | SELLER ENTITY | COUNTERPARTY |
|---|---|---|---|---|
| MEMO OF OP AGMT & FINANCING STATEMENT | 147N-103W-SEC16&21 | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| MEMO OF OP AGMT & FINANCING STATEMENT | 147N-103W-SEC28&33 | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| MEMO OF OP AGMT & FINANCING STATEMENT | 147N-104W-SEC25&36 | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| COMMUNITIZATION AGMT | Annie USA 11-29TFH | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Arsenal 1-17-20H (NDM106975) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | EAST GRIZZLY FEDERAL 3-25-13-3H (NDM103474) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | EAST GRIZZLY FEDERAL 3-25-36-15H (NDM103475) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Dudley Dawson 7-2-11H | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Eric Stratton Federal 5-36-25H | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Federal 21-14HR | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Federal Rivet 6-7 | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Federal Rivet 6-7 (NDM79190) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Flat Top Butte Federal 23-19HR (NDM82199) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Flat Top Butte Ferderal 23-19HR | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Griswold DSU McKenzie County ND / 148-102-17&20 (NDM108284) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Grizzly 147-103-14-22-15-4H3 (NDM104701) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Grizzly 149-104-15-12-1-2H (NDM103909) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Kit 11-15H-1522-147101-MB | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| COMMUNITIZATION AGMT | Nygaard 1-31 (NDM-93644) | Until Terminated | Emerald WB LLC | Bureau of Land Management |
| POOLING AGMT VOLUNTARY | Slugger 1-16-21H | Until Terminated | Emerald Oil, Inc. | State of North Dakota |
| POOLING AGMT VOLUNTARY | Eric Stratton Federal 5-36-25H | Until Terminated | Emerald Oil, Inc. | State of North Dakota |
| POOLING AGMT | Nelson Pierre Creek 31-26H | Until Terminated | Emerald WB LLC | State of North Dakota |
| UNIT AGREEMENT | Mondak (with Approval Letter 1.21.15) | Until Terminated | Emerald Oil, Inc. | Bureau of Land Management |
| JOA (JOINT OPERATING AGMT) | Cinnamon Creek 14-9 | Until Terminated | Emerald Oil, Inc. | Nance Petroleum Corporation |
| JOA (JOINT OPERATING AGMT) | Cinnamon Creek 14-9HR | Until Terminated | Emerald Oil, Inc. | Nance Petroleum Corporation |

**EXHIBIT C – Assigned Contracts**

| | | | | |
|---|---|---|---|---|
| JOA (JOINT OPERATING AGMT) | Dagny Taggart 3-21-16H | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| JOA (JOINT OPERATING AGMT) | E Grizzly Federal 3-25-13-3H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | E Grizzly Federal 3-25-36-15H (RATIFICATION) | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Eric Stratton Federal 5-36-25H | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| JOA (JOINT OPERATING AGMT) | Flat Top Butte Federal 23-19HR | Until Terminated | Emerald Oil, Inc. | Meridian Oil Inc |
| JOA (JOINT OPERATING AGMT) | Flat Top Butte Federal 34-32H | Until Terminated | Emerald Oil, Inc. | Meridian Oil Inc |
| JOA (JOINT OPERATING AGMT) | Greg Marmalard 3-28-33H | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| JOA (JOINT OPERATING AGMT) | Grizzly 1-27H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 13-6H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 149-104-15-12-1-H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Grizzly 4-11H | Until Terminated | Emerald Oil, Inc. | Kodiak Oil And Gas (USA) Inc |
| JOA (JOINT OPERATING AGMT) | Haugen 3-9 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 1-4 | Until Terminated | Emerald Oil, Inc. | Sunbehm Gas Inc |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-4 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Haugen-Coates 2-5 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | J. W. Law 2 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | North Dakota State 6-16 | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| JOA (JOINT OPERATING AGMT) | Nygaard 1-31 | Until Terminated | Emerald Oil, Inc. | Nearburg Producing Company |
| JOA (JOINT OPERATING AGMT) | Sheep Federal 1A | Until Terminated | Emerald Oil, Inc. | Kerr-McGee Corporation |
| Severance Agreement | | | Emerald Oil, Inc. | James Muchmore |
| Severance Agreement | | | Emerald Oil, Inc. | Ian Myers |
| Severance Agreement | | | Emerald Oil, Inc. | Brittany Rothe |
| Severance Agreement | | | Emerald Oil, Inc. | McAndrew Rudisill |
| Severance Agreement | | | Emerald Oil, Inc. | Ryan Smith |
| Master Agreement | Master Agreement for Trucking, Well Service, Roustabout/Construction, Environmental | Evergreen | Emerald Oil, Inc. | Cache Trucking, LLC |

**EXHIBIT C – Assigned Contracts**

| | | | | |
|---|---|---|---|---|
| MEMO OF DEDICATION - CORRECTION | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Until Terminated | Emerald Oil, Inc. | Dakota Fluid Solutions, LLC |
| MEMO OF DEDICATION - CORRECTION | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Until Terminated | Emerald Oil, Inc. | Dakota Midstream LLC |
| MEMO OF DEDICATION - CORRECTION | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Until Terminated | Emerald Oil, Inc. | Dakota Energy Connection, LLC |
| Amended and Restated Water Dedication and Gathering Agreement | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. and Emerald WB LLC | Dakota Fluid Solutions, LLC |
| Amended and Restated Gas Dedication and Gathering Agreement | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. and Emerald WB LLC | Dakota Midstream LLC |
| Amended and Restated Disposal Well Service Agreement | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through July 1, 2024 | Emerald Oil, Inc. | Dakota Fluid Solutions, LLC |
| Amended and Restated Crude Oil Dedication & Throughput Commitment Transportation Agreement | McKenzie County – 148N-102W, 148N-103W, 149N-102W, 149N-103W | Primary Term through June 2029 | Emerald Oil, Inc. and Emerald WB LLC | Dakota Midstream LLC and Dakota Energy Connection, LLC |
| PSA (PURCHASE & SALE AGMT) | Various ND & MT Leases and Wells | Until Terminated | Emerald Oil, Inc. | Koch Exploration Company LLC |
| FARMOUT AGMT | Federal 21-14HR | Until Terminated | Emerald WB LLC | Koch Exploration Company LLC |
| Base Contract | Sale and Purchase of Natural Gas | | Emerald Oil, Inc. | True Oil, Inc. |
| Transportation Services Agreement, as amended by the Amendment to Transportation Services Agreement | Transportation by pipe of Crude Petroleum | Primary Term through October 17, 2023 | Emerald Oil, Inc. | USG Wheatland Pipeline, LLC |
| Partial Release | Partial Release of Surface Damage, Access and Easement Agreement | | Emerald Oil, Inc. | Donald R. Link and Dakota Energy Connection, LLC |
| Surface Damage, Access and Easement Agreement | Surface Damage, Access and Easement Agreement | | Emerald Oil, Inc. | Donald R. Link and Dakota Energy Connection, LLC |
| Road Access Agreement | Road Access Agreement | | Emerald Oil, Inc. | Dakota Energy Connection, LLC |
| All of the leases set forth on Exhibit A. | | | | |

**ASSIGNMENT AND ASSUMPTION AGREEMENT**

This ASSIGNMENT AND ASSUMPTION AGREEMENT (this "Agreement") is executed as of the 1st day of November, 2016 (the "Closing Date"), and is from Emerald Oil, Inc., a Delaware corporation, Emerald WB, LLC, a Colorado limited liability company, Emerald NWB LLC, a Delaware limited liability company, Emerald DB, LLC, a Delaware limited liability company, and EOX Marketing, LLC, a Delaware limited liability company (collectively, "Assignors"), to New Emerald Energy, LLC, a Texas limited liability company ("Assignee"). Assignors and Assignee may be referred to herein, individually, as a "Party" and, collectively, as the "Parties."

This Agreement is being delivered in connection with the Closing under the Asset Purchase Agreement dated as of November 1, 2016, by and among Assignors, as sellers, and Assignee, as buyer, and the other parties thereto (the "Asset Purchase Agreement"). Capitalized terms used but not defined in this Assignment have the meanings given such terms in the Asset Purchase Agreement.

**I.**

**ASSIGNMENT AND ASSUMPTION**

1.1.    Assignment. For the consideration set forth in the Asset Purchase Agreement, the receipt and sufficiency of which Assignors and Assignees hereby acknowledge, Assignors have transferred and assigned, and do hereby transfer and assign, to Assignee, effective as of the Closing Date, all of Assignors' rights, titles, and interests in and to the Assigned Contracts.

1.2.    Excluded Assets. Assignors except, reserve, and exclude all of Assignors' right, title and interest in, to and under the Excluded Assets, as provided in Section 1.2 of the Asset Purchase Agreement.

1.3.    Assumed Liabilities. Subject to the terms of the Asset Purchase Agreement, Assignee hereby assumes and agrees to pay, perform, discharge or otherwise satisfy, when due, the Assumed Liabilities, as provided in Section 1.3 of the Asset Purchase Agreement.

**II.**

**MISCELLANEOUS**

2.1.    Asset Purchase Agreement. This Agreement is expressly made subject to the terms of the Asset Purchase Agreement. The delivery of this Agreement shall not affect, enlarge, diminish, or otherwise impair any of the representations, warranties, covenants, indemnities, terms, or provisions of the Asset Purchase Agreement. The representations, warranties, covenants, indemnities, terms, and provisions contained in the Asset Purchase Agreement shall not be merged with or into this Agreement but shall survive the execution and delivery of this Agreement to the extent, and in the manner, set forth in the Asset Purchase Agreement.

2.2.    Successors and Assigns. The provisions of this Agreement shall bind and inure to the benefit of Assignors and Assignee and their respective successors and assigns.  If at any time

Assignors liquidate or otherwise have a trustee or other representative appointed by the Bankruptcy Court, then such trustee or other representative shall be entitled to exercise the rights of Assignors under this Agreement.

2.3.    Governing Law; Consent to Jurisdiction and Venue; Jury Trial Waiver

(a)    Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware applicable to contracts made and to be performed entirely in such state without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of Delaware applicable hereto; provided that Sections 4.20 and 4.21 under the Asset Purchase Agreement and the determination of any breach thereof or any Cure with respect thereto (and any determination with respect to any definition related to any of the foregoing), shall be governed by, and construed in accordance with, the laws of the State of North Dakota without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of North Dakota applicable thereto.

(b)    Without limitation of any Party's right to appeal any Order of the Bankruptcy Court, (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from, or be connected with, the Transaction Documents, any breach or default thereunder, or the transactions contemplated thereby and (ii) any and all claims relating to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the Parties hereby consent and submit to the exclusive jurisdiction and venue of the Bankruptcy Court and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Action or Proceeding; provided that, if the Bankruptcy Case is closed, all Actions and Proceedings arising out of or relating to the Transaction Documents (including this Agreement) shall be heard and determined in a Delaware state court or a federal court sitting in the state of Delaware, and the Parties hereby irrevocably submit to the exclusive jurisdiction and venue of such courts in any such Action or Proceeding and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Action or Proceeding.  The Parties consent to service of process by mail (in accordance with Section 12.3 of the Asset Purchase Agreement) or any other manner permitted by law.

(c)    THE PARTIES HEREBY IRREVOCABLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED IN CONTRACT, TORT OR OTHERWISE) ARISING OUT OF OR RELATING TO THE TRANSACTION DOCUMENTS (INCLUDING THIS AGREEMENT) OR THE ACTIONS OF ANY OF THE PARTIES THERETO OR THEIR RESPECTIVE REPRESENTATIVES IN THE NEGOTIATION OR PERFORMANCE THEREOF.

2.4.    Captions. The captions and article and section numbers in this Agreement are for convenience only and shall not be considered a part of or affect the construction or interpretation of any provision of this Agreement. References in this Agreement to articles and sections are to articles and sections of this Agreement unless otherwise specified.

2.5.    <u>Counterparts</u>. This Agreement may be executed in one or more originals, including by portable document format (".pdf") or other electronic form, but all of which together shall constitute one and the same instrument.

[*signature pages follow*]

EXECUTED on the Closing Date, to be EFFECTIVE as of the Closing Date.

**ASSIGNORS:**

EMERALD OIL, INC.


By: _____
Name:  McAndrew Rudisill
Title:   CEO/President

EMERALD WB LLC,


By: _____
Name:  McAndrew Rudisill
Title:   CEO/President

EMERALD NWB, LLC


By: _____
Name:  McAndrew Rudisill
Title:   CEO/President

EMERALD DB, LLC


By: _____
Name:  McAndrew Rudisill
Title:   CEO/President

EOX MARKETING, LLC


By: _____
Name:  Jeremy Weenhoff
Title:   V.P. of Marketing & Hedging

**ASSIGNEE:**

New Emerald Energy, LLC


By:_____

Name:_____

Title:_____

5

**EXHIBIT E**
**FORM OF QUITCLAIM DEED AND BILL OF SALE**

STATE OF [●]                 §

COUNTY OF [●]           §

**QUITCLAIM DEED AND BILL OF SALE**

This QUITCLAIM DEED AND BILL OF SALE (this "Deed") is executed and effective as of the 1st day of November, 2016 (the "Closing Date") and is from Emerald Oil, Inc., a Delaware corporation, Emerald WB LLC, a Colorado limited liability company, Emerald NWB, LLC, a Delaware limited liability company, Emerald DB, LLC, a Delaware limited liability company, and EOX Marketing LLC, a Delaware limited liability company, each having as its address 200 Columbine Street, Suite 500, Denver, Colorado 80206 (individually and collectively, "Grantor"), to New Emerald Energy, LLC, a Texas limited liability company, having as its address c/o Crestline Investors, Inc., 201 Main Street, Suite 1900, Fort Worth, TX 76102 ("Grantee").  Grantor and Grantee may be referred to herein, individually, as a "Party" and, collectively, as the "Parties."

This Deed is being delivered in connection with the Closing under the Asset Purchase Agreement dated as of November 1, 2016, by and among Emerald Oil, Inc., a Delaware corporation (the "Company"), Emerald WB LLC, a Colorado limited liability company ("Emerald WB"), Emerald NWB, LLC, a Delaware limited liability company ("Emerald NWB"), Emerald DB, LLC, a Delaware limited liability company ("Emerald DB"), EOX Marketing, LLC, a Delaware limited liability company ("EOX" and together with the Company, Emerald WB, Emerald NWB, and Emerald DB, each a "Seller" and collectively, "Sellers"), New Emerald Energy, LLC, a Texas limited liability company ("Purchaser") and Cortland Capital Market Services LLC, a Delaware limited liability company ("Cortland") in its capacity as Administrative Agent under and as defined in the Credit Documents and not in its individual capacity (Cortland, in such capacity, the "Agent") (as amended, the "Asset Purchase Agreement").  Capitalized terms used but not otherwise defined herein shall have the meanings given such terms in Section 3.1, or if not defined in this Deed and defined in the Asset Purchase Agreement, shall have the meanings given such terms in the Asset Purchase Agreement (including Section 13.1).

**I.**
**GRANTING AND RESERVATION**

1.1.    Grant.

(a)    For the consideration set forth in the Asset Purchase Agreement, the receipt and sufficiency of which Grantor hereby acknowledges, Grantor has RELEASED AND FOREVER QUITCLAIMED AND CONVEYED and by these presents does hereby RELEASE AND FOREVER QUITCLAIM AND CONVEY unto Grantee, effective as of the 12:01 a.m., Central Standard Time, on the Closing Date, subject to the terms and conditions of the Asset Purchase Agreement, the Assumption Agreement, and the Sale Order, all of Grantor's right, title, and interest in and to the following assets and properties owned by Grantor (the "Assets").

KE 44217731.1

(b)      The Assets shall include all right, title and interest of Grantor in, to or under all assets and properties, of any kind and description, owned, licensed, leased or otherwise held by Grantor, including without limitation all after acquired title, including (but, in all cases, excluding the Excluded Assets):

(i)      all Leases and Mineral Interests, including those described on Exhibit A attached hereto and, to the extent permitted by applicable Legal Requirements, the Applicable BLM Leases (in each case, whether completely or correctly described on Exhibit A), and those Lease interests and Mineral Interests located in, under or that may be produced from or attributable to (A) the lands covered by either or both the Leases and Mineral Interests described on Exhibit A attached hereto, and (B) the Leases and lands included in any units with which the Leases, the Mineral Interests or the lands covered thereby may have been pooled, unitized or communitized (collectively, the "Quitclaimed Leases and Interests");

(ii)      all of the oil, gas, water, disposal, observation, injection or other wells (including, to the extent permitted by applicable Legal Requirements, the Applicable BLM Wells), associated equipment and related property necessary to operate the wells on the same basis they are currently operated, including all LACTS, tankage and associated infrastructure, equipment and vehicles necessary to ensure the continued operation of each producing unit located on the Quitclaimed Leases and Interests, on lands pooled, unitized or communitized with any portion thereof, on lands located within any governmental drilling or spacing unit (if applicable) which includes any portion thereof, or on portions thereof associated with proved undeveloped reserves, whether producing, non-producing, plugged, unplugged, shut-in or temporarily abandoned, including those described on Exhibit B (collectively, the "Wells", and together with the Quitclaimed Leases and Interests, the "Properties");

(iii)      all Hydrocarbons produced from or attributable to the Properties, whether produced before, on or after the Closing Date, and all proceeds attributable thereto;

(iv)      all equipment, machinery, fixtures and other tangible personal property and improvements located on, primarily used or held for use, or otherwise obtained in connection with the ownership or operation of the Properties, including tanks, boilers, plants, buildings, field offices and other structures, fixtures, injection facilities, saltwater disposal facilities, compressors and other compression facilities (whether installed or not), pumping units, flow lines, pipelines, gathering systems, Hydrocarbon treating or processing systems or facilities, meters, machinery, pumps, motors, gauges, valves, power and other utility lines, roads, computer and automation equipment, telecommunications equipment, field radio telemetry and associated frequencies and licenses, pressure transmitters, central processing equipment and other appurtenances, improvements and facilities (collectively, the "Equipment");

(v)      all pipes, casing, tubing, tubulars, fittings, and other spare parts, supplies, tools, and materials located on, used or held for use on or held as inventory in connection with the ownership or operation of the Properties and Equipment;

(vi)      to the extent transferable pursuant to applicable Legal Requirements, all governmental (whether federal, state or local) permits, licenses, authorizations, franchises, grants, easements, variances, exceptions, consents, certificates, approvals and related

2

instruments or rights of any Governmental Authority or other third party, and any writ, judgment, decree, award, order, injunction or similar order, ruling, directive or other requirement of any Governmental Authority (in each such case whether preliminary or final) required of any Seller for the ownership, operation or use of the Properties or Equipment (collectively, the "Permits");

(vii)    all Contracts (other than the Excluded Contracts), including sales and purchase contracts, operating agreements, exploration agreements, development agreements, balancing agreements, farmout agreements, service agreements, transportation, processing, treatment and gathering agreements, equipment leases and other contracts, agreements and instruments, including the Contracts described on Exhibit C attached hereto, insofar as they relate to any other Asset (collectively, the "Quitclaimed Contracts"; provided Excluded Contracts shall not constitute Quitclaimed Contracts unless and until assigned to Purchaser pursuant to Section 6.6(c) of the Asset Purchase Agreement);

(viii)   all Surface Rights;

(ix)    except with respect to the Excluded Assets and the Excluded Liabilities, all claims, refunds, abatements, variances, allocations, causes of action, claims for relief, choses in action, rights of recovery, rights of set-off, rights of indemnity, contribution or recoupment, counter-claims, cross-claims and defenses of Grantor or any Seller under the Asset Purchase Agreement to the extent related to the Assets and arising or relating to events occurring from and after the Closing Date or related to the Assumed Liabilities;

(x)    all information, books, databases, files, records and data (other than the Excluded Records), whether in written or electronic format, relating to any Asset or to any Assumed Liabilities (collectively, the "Records"), which Records shall include all reservoir, land, operation and production files and records, inclusive of lease records, well records, division order records, property ownership reports and files, contract files and records, well files, title records (including abstracts of title, title opinions and memoranda, and title curative documents), correspondence, production records, prospect files and other prospect information, supplier lists and files, customer lists and files; and all other data including proprietary and non-proprietary engineering, geological, geophysical and seismic data, files and records (but only to the extent transferable without material restriction (including a material restriction against assignment without prior consent)), inclusive of maps, logs, core analysis, formation tests, cost estimates, studies, plans, prognoses, surveys and reports, and including raw data and any interpretive data or information relating to the foregoing, and any other proprietary data in the actual possession or control of Grantor or which Grantor has the right to obtain (either without the payment of money or delivery of other consideration or unduly burdensome effort or, upon Grantee's written election, at Grantee's expense) and relating to the ownership, operation, development, maintenance or repair of, or the production, gathering, treatment, processing, storing, sale or disposal of Hydrocarbons or produced water from, the other Assets; provided that if any Records can only be assigned to Grantee with a fee or penalty, Grantee shall bear responsibility for such fee or penalty;

(xi)    all access agreements, rights of way, roads, power purchase agreements, and pipeline rights of way;

3

(xii)     all undeveloped leaseholds and right and title to agreements associated with Quitclaimed Leases and Interests, as well as any federal extensions received;

(xiii)    all system software and reserve valuation software used to manage assets, including Daily Production Reports, Daily LOEs, Daily BATMANs, EPLogic, Schlumberger OIP maps, all subsurface 3D, 3D Seismic data and licenses, Petrel data, eoxmaps.com, all mapping data, Daily Ops Report, WINR, entire sequel database holding all daily well data since inception, a fully replicated PURE storage array where data is housed, and all hardware on which such software and data is maintained (in each case, only to the extent not subject to a material restriction against assignment without prior counterparty written consent);

(xiv)    the assets and contracts (to be assumed and assigned) of EOX Marketing, LLC including all software, refinery and pipeline agreements (including extension options), including EMK3 custom management system and existing data Contracts;

(xv)     Central tank facility at Wheatland pipe inlet;

(xvi)    Frac pond at Talon;

(xvii)   the Koch JV and all interests part of and subject thereto;

(xviii) all cash, deposits, letters of credit, or other security or collateral securing the Seller Credit Obligations, to the extent Grantee has assumed such Seller Credit Obligations or has obtained the release thereof pursuant to Section 7.5(c) of the Asset Purchase Agreement or such collateral is otherwise released from such Seller Credit Obligations (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Court);

(xix)    all trade credits, accounts receivable (including accounts receivable with respect to Hydrocarbons produced and sold before the Closing Date), unearned accounts receivable from Hydrocarbons, notes receivable, take or pay amounts receivable, and other receivables, with respect to any period of time;

(xx)     all claims and rights of any Grantor or Seller in and any recovery arising out of Adversary Proceeding No. 16-51031 ("AP 16 51031"), styled *Emerald Oil, Inc. v. Dickinson (In re Emerald Oil, Inc.)*, Ch. 11 Case No. 16-10704, Adv. No. 16-51041 (KG) (Bankr. D. Del.) and pending in the Bankruptcy Court; and

(xxi)    funds received by any Grantor or Seller under the Asset Purchase Agreement (in their capacity as operator with respect to the Properties operated by a Grantor or Seller) as prepayments for items under operating agreements that constitute Assigned Contracts.

TO HAVE AND TO HOLD, all of Grantor's right, title and interest in and to the Assets to Grantee, and to its successors and assigns forever, so that neither Grantor nor Grantor's legal representatives, successors or assigns shall have any claim, or demand any right to the Assets or any part thereof.

4

1.2.   Excluded Assets.   Notwithstanding the foregoing, the Assets shall not include, and there is excepted, reserved and excluded from the transaction contemplated hereby, all of Grantor's right, title and interest in, to and under (collectively, the "Excluded Assets"):

(a)   the Purchase Price delivered to the Sellers pursuant to the Asset Purchase Agreement;

(b)   all cash and cash equivalents, including checks, commercial paper, treasury bills, certificates of deposit, bank accounts and other bank deposits as of the Closing Date under the Asset Purchase Agreement (for clarification, all cash and cash equivalents that are or secure Seller Credit Obligations are not Excluded Assets, to the extent Purchaser (or its designee) has assumed such Seller Credit Obligations or has obtained the release thereof pursuant to Section 7.5(c) of the Asset Purchase Agreement or such collateral is otherwise released from such Seller Credit Obligations, in each case, prior to or at the Closing (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Court));

(c)   any shares of capital stock or other equity interest of any Grantor or Seller under the Asset Purchase Agreement or any of their respective Affiliates or Subsidiaries or any securities convertible into, exchangeable or exercisable for shares of capital stock or other equity interest of any such parties;

(d)   all minute books, stock ledgers, corporate seals and stock certificates of any Grantor or Seller under the Asset Purchase Agreement;

(e)   all Excluded Records;

(f)   all Excluded Contracts;

(g)   all rights to any refunds of Taxes (or other related costs or expenses) that are borne by or the responsibility of any Grantor or Seller under the Asset Purchase Agreement, attributable to any Tax asset or income Taxes of any such Grantor or Seller, or to which any such party may otherwise be entitled under the Asset Purchase Agreement;

(h)   any refunds due to any Grantor or any Seller under the Asset Purchase Agreement by a third party for any overpayment of rentals, royalties, excess royalty interests or production payments attributable to the Assets, except to the extent necessary to offset any underpayment to a third party of rentals, royalties, excess royalty interests or production payments attributable to the Assets, with respect to any period of time prior to the Closing Date;

(i)   subject to Section 7.9(b) of the Asset Purchase Agreement, all insurance policies and rights to proceeds thereof and refunds of premiums therefor (for clarification, all insurance policies and proceeds thereof and refunds of premiums therefor that are or secure Seller Credit Obligations are not Excluded Assets to the extent Purchaser (or its designee) has assumed such Seller Credit Obligations or has obtained the release thereof pursuant to Section 7.5(c) of the Asset Purchase Agreement or such collateral is otherwise released from such Seller Credit Obligations, in each case, at or prior to the Closing (including, if applicable, pursuant to the Sale Order or other Order of the Bankruptcy Court));

5

(j)      all Permits and pending applications therefor to the extent related to any Excluded Asset or the Excluded Liabilities;

(k)      all prepayments, good faith and other bid deposits submitted by any third party under the terms of the Bidding Procedures Order;

(l)      other than as to AP 16-51031, all claims against former employees of any Seller (not employed by any Seller as of the date hereof) and all claims against Continental Resources, Inc. (and any Affiliates) for unpaid joint interest billings and other receivables;

(m)      other than as to AP 16-51031, all rights, claims or causes of action by or in the right of any Grantor or any Seller under the Asset Purchase Agreement against any current or former director or officer of Grantor or such Seller;

(n)      all rights to the use of deposits and retainers to the extent held and applied by any professionals retained by any Grantor or Seller under the Asset Purchase Agreement on or before sixty (60) days after the earlier to occur of (i) the effective date of a plan of reorganization or liquidation, (ii) the conversion of the Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code or (iii) the dismissal of the Bankruptcy Case by the Bankruptcy Court;

(o)      the Avoidance Actions (as defined in the Asset Purchase Agreement), including any proceeds thereof;

(p)      all Benefit Plans;

(q)      any rights, claims or causes of action of any Grantor or Seller under the Asset Purchase Agreement (i) arising from acts, omissions, or events, or damage to or destruction of property occurring prior to the Closing Date, or (ii) relating to any of the Excluded Assets; and

(r)      any rights, claims or causes of action of any Grantor or Seller under the Asset Purchase Agreement or any other Transaction Document; including, for the avoidance of doubt, the right of any Grantor or Seller to return of the August MVC payment (in the amount of approximately $620,000) and the return of one half of the escrowed DMS withheld crude proceeds (of approximately $422,357).

1.3.    Assumed Liabilities.  From and after the Closing Date, Grantee assumes and shall pay, perform, discharge, or otherwise satisfy when due all Assumed Liabilities (including Cure Costs) attributable to the Assets after the Closing Date, in accordance with the terms and conditions of the Assumption Agreement, Asset Purchase Agreement, and Sale Order.

1.4.    Excluded Liabilities.  Subject to the Assumption Agreement and Sale Order, Grantee shall not assume and shall not be obligated to assume or be obliged to pay, perform, discharge or otherwise satisfy any Liability of Grantor other than the Assumed Liabilities, including any Liability associated with the Excluded Assets (any such Liability other than the Assumed Liabilities, the "Excluded Liabilities").

6

## II.
## DISCLAIMERS

2.1.   Acknowledgment.   Grantee acknowledges and agrees that the Assets have been quit-claimed and conveyed to Grantee without representation and warranty of title, condition, quality or otherwise, accepts the Assets subject to the following express disclaimers of Grantor, and agrees to release, indemnify, and hold harmless Grantor, its Affiliates, and Representatives from any Assumed Liabilities related to the Assets as further provided in Section 2.

(a)   GRANTOR DOES NOT MAKE, AND GRANTEE IS NOT RELYING ON, ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER, AND GRANTOR EXPRESSLY DISCLAIMS ALL LIABILITY AND RESPONSIBILITY FOR, AND GRANTEE IS NOT RELYING ON, ANY REPRESENTATION, WARRANTY, STATEMENT OR INFORMATION MADE OR COMMUNICATED (ORALLY OR IN WRITING) TO GRANTEE (INCLUDING ANY OPINION, INFORMATION, OR ADVICE THAT MAY HAVE BEEN PROVIDED TO GRANTEE BY ANY RESPECTIVE AFFILIATE OR REPRESENTATIVE OF GRANTOR OR BY ANY INVESTMENT BANK OR INVESTMENT BANKING FIRM, ANY PETROLEUM ENGINEER OR ENGINEERING FIRM, GRANTOR'S COUNSEL, OR ANY OTHER AGENT, CONSULTANT, OR REPRESENTATIVE OF GRANTOR).   GRANTOR FURTHER DOES NOT MAKE, AND GRANTEE IS NOT RELYING ON, ANY REPRESENTATION, COVENANT OR WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR COMPLETENESS OF ANY FILES, RECORDS OR DATA HERETOFORE OR HEREAFTER FURNISHED IN CONNECTION WITH THE ASSETS, OR AS TO THE QUALITY OR QUANTITY OF HYDROCARBON RESERVES (IF ANY) ATTRIBUTABLE TO THE ASSETS, OR THE ABILITY OF THE ASSETS TO PRODUCE HYDROCARBONS.   ANY AND ALL SUCH FILES, RECORDS AND DATA FURNISHED BY GRANTOR ARE PROVIDED AS A CONVENIENCE, AND ANY RELIANCE ON OR USE OF THE SAME SHALL BE AT GRANTEE'S SOLE RISK.   WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, GRANTOR EXPRESSLY DISCLAIMS AND NEGATES, AND GRANTEE IS NOT RELYING ON, ANY REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, AT COMMON LAW, BY STATUTE, OR OTHERWISE, RELATING TO (A) THE TITLE TO ANY OF THE ASSETS, (B) THE CONDITION OF THE ASSETS (INCLUDING ANY IMPLIED OR EXPRESS WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR CONFORMITY TO MODELS OR SAMPLES OF MATERIALS), IT BEING DISTINCTLY UNDERSTOOD THAT THE ASSETS ARE BEING SOLD "AS IS," "WHERE IS," AND "WITH ALL FAULTS AS TO ALL MATTERS," (C) ANY INFRINGEMENT BY GRANTOR OR ANY AFFILIATE OR REPRESENTATIVE OF GRANTOR OF ANY PATENT OR PROPRIETARY RIGHT OF ANY THIRD PARTY, (D) ANY INFORMATION, DATA, OR OTHER MATERIALS (WRITTEN OR ORAL) FURNISHED TO GRANTEE BY OR ON BEHALF OF GRANTOR (INCLUDING WITHOUT LIMITATION, IN RESPECT OF ANY SEISMIC DATA, THE EXISTENCE OR EXTENT OF HYDROCARBONS OR THE MINERAL RESERVES, THE RECOVERABILITY OF SUCH RESERVES, ANY PRODUCT PRICING ASSUMPTIONS, AND THE ABILITY TO SELL HYDROCARBON PRODUCTION AFTER THE CLOSING), AND (E) THE ENVIRONMENTAL CONDITION AND OTHER CONDITION OF THE ASSETS AND ANY POTENTIAL LIABILITY (INCLUDING ANY ENVIRONMENTAL LIABILITY) ARISING FROM OR RELATED TO THE ASSETS.

(b)   Grantee acknowledges and affirms that it has made its own independent investigation, analysis, and evaluation of the transactions contemplated hereby and the Assets (including Grantee's own estimate and appraisal of the extent and value of Grantor's Hydrocarbon reserves attributable to the Assets and an independent assessment and appraisal of the environmental risks associated with the acquisition of the Assets). Grantee acknowledges that in accepting this Quitclaim Deed, it has relied only on the aforementioned investigation. Grantee

7

hereby irrevocably covenants to refrain from, directly or indirectly, asserting any claim, or commencing, instituting, or causing to be commenced, any Action or Proceeding of any kind against Grantor or any of its Affiliates, Subsidiaries, or Representatives, alleging facts contrary to the disclaimers, acknowledgments, and other matters set forth in this Article II.

(c)     GRANTEE ACKNOWLEDGES THAT THE ASSETS HAVE BEEN USED FOR EXPLORATION, DEVELOPMENT AND PRODUCTION OF OIL, GAS AND WATER AND THAT THERE MAY BE PETROLEUM, PRODUCED WATER, WASTES OR OTHER HAZARDOUS SUBSTANCES LOCATED ON, UNDER OR ASSOCIATED WITH THE ASSETS. THE ASSETS MAY CONTAIN PREVIOUSLY PLUGGED AND ABANDONED WELLS, BURIED PIPELINES, STORAGE TANKS, AND OTHER EQUIPMENT, WHETHER OR NOT OF A SIMILAR NATURE, WHICH MAY NOT BE KNOWN BY GRANTOR OR BE READILY APPARENT BY A PHYSICAL INSPECTION OF THE ASSETS. GRANTEE FURTHER ACKNOWLEDGES THAT THE EQUIPMENT AND SITES INCLUDED IN THE ASSETS MAY CONTAIN NORM. NORM MAY AFFIX OR ATTACH ITSELF TO THE INSIDE OF WELLS, MATERIALS AND EQUIPMENT AS SCALE, OR IN OTHER FORMS; THE WELLS, MATERIALS AND EQUIPMENT LOCATED ON OR INCLUDED IN THE ASSETS MAY CONTAIN NORM AND OTHER WASTES OR HAZARDOUS SUBSTANCES; AND NORM CONTAINING MATERIAL AND OTHER WASTES OR HAZARDOUS SUBSTANCES MAY HAVE BEEN BURIED, COME IN CONTACT WITH THE SOIL OR OTHERWISE BEEN DISPOSED OF ON OR AROUND THE ASSETS. SPECIAL PROCEDURES MAY BE REQUIRED FOR THE REMEDIATION, REMOVAL, TRANSPORTATION OR DISPOSAL OF WASTES, ASBESTOS, HAZARDOUS SUBSTANCES, INCLUDING HYDROGEN SULFIDE GAS AND NORM FROM THE ASSETS. AS FURTHER PROVIDED IN THE ASSUMPTION AGREEMENT AND SALE ORDER, BY ITS ACCEPTANCE OF THIS DEED, GRANTEE ASSUMES ALL RESPONSIBILITY FOR THE CONTROL, STORAGE, HANDLING, TRANSPORTING AND DISPOSING OF OR DISCHARGE OF ALL MATERIALS, SUBSTANCES AND WASTES FROM THE ASSETS (INCLUDING PRODUCED WATER, HYDROGEN SULFIDE GAS, DRILLING FLUIDS, NORM AND OTHER WASTES), PRESENT AT OR AFTER THE CLOSING DATE, IN A SAFE AND PRUDENT MANNER AND IN ACCORDANCE WITH ALL APPLICABLE ENVIRONMENTAL LAWS.

(d)     PURCHASER HEREBY EXPRESSLY WAIVES ANY AND ALL RIGHTS OR REMEDIES WITH RESPECT TO ANY DEFECT IN TITLE OR ANY OTHER MATTER WITH RESPECT TO THE ASSETS UPON THE TERMS AND SUBJECT TO THE CONDITIONS OF THE SALE ORDER AND THE ASSUMPTION AGREEMENT.

2.2.    Release and Indemnification.

(a)     From and after the Closing Date, subject to the terms and conditions of the Assumption Agreement and Sale Order, Grantee shall defend, indemnify, release, and hold harmless Grantor, any of its Affiliates and Subsidiaries, and all of its and their respective officers, directors, equity owners, investors, members, employees, agents, and other Representatives, and the successors and assigns of any of the foregoing, in each case from and against all Assumed Liabilities, known or unknown, with respect to the Assets (including without limitation, such Liabilities related to or associated with (i) environmental issues, (ii) well and gathering line plugging and abandonment, and (iii) obligations under the Quitclaimed Leases and Interests and the Quitclaimed Contracts. THE INDEMNIFICATION AND RELEASE PROVISIONS PROVIDED FOR IN THIS DEED SHALL BE APPLICABLE WHETHER OR NOT THE LIABILITIES, LOSSES, COSTS, EXPENSES, AND DAMAGES IN QUESTION AROSE OR RESULTED SOLELY OR IN PART FROM THE

8

SOLE, ACTIVE, PASSIVE, CONCURRENT OR COMPARATIVE NEGLIGENCE, STRICT LIABILITY, OR OTHER FAULT OR VIOLATION OF LAW OF OR BY ANY INDEMNIFIED PARTY.

(b)      Without limitation of the foregoing, none of the Parties, or any of their respective Affiliates, solely in their respective capacities as Parties to this Deed, shall have any rights or claims against any lender or agent for the lenders to any Seller under the Asset Purchase Agreement or any Affiliate thereof, solely in their respective capacities as lenders or agent for the lenders to any Seller(s) or any Affiliate thereof, in connection with this Deed, whether at law or equity, in contract, in tort or otherwise.

2.3.    Conspicuous Statements.  Grantee and Grantor acknowledge and agree that the disclaimers in Section 2.1 and the foregoing indemnification and release provisions in Section 2.2 constitute "conspicuous" statements for purposes of the express negligence rule and any other applicable Legal Requirement.

## III.
## MISCELLANEOUS

3.1.    Additional Definitions.  In addition to the terms defined elsewhere in this Deed, for purposes hereof, the following expressions and terms shall have the meanings set forth in this Section 3.1, unless expressly stated otherwise:

(a)      "Action" means any legal action, suit or arbitration, or legal proceeding, by or before any Governmental Authority.

(b)      "Affiliate" means, with respect to any Person, any other Person controlling, controlled by, or under common control with, such Person as of the date on which, or at any time during the period for which, the determination of affiliation is being made. For purposes of this definition, the term "control" (including the correlative meanings of the terms "controlled by" and "under common control with"), as used with respect to any Person, means the possession, directly or indirectly, of the power to direct or cause the direction of the management policies of such Person, whether through the ownership of voting securities, by contract or otherwise.

(c)      "Assumption Agreement" means an agreement to be entered into at Closing, in the form attached as Exhibit D to the Asset Purchase Agreement, governing in greater detail Grantee's obligations in connection with the Assumed Liabilities post-Closing.

(d)      "Encumbrance" means any lien, mortgage, deed of trust, pledge, security interest or other similar encumbrance.

(e)      "Environmental Laws" means all Legal Requirements pertaining to pollution or protection of the environment, including all Legal Requirements pertaining to the generation, handling, use, transportation, treatment, storage, disposal, emission, discharge, clean-up, release, or threatened release of pollutants, contaminants, NORM, chemicals, or Hazardous Substances, including the Clean Air Act (Air Pollution Control Act), the Clean Water Act (CWA), the Federal Water Pollution Act, the Rivers and Harbors Act, the Safe Drinking Water Act, the National Environmental Policy Act of 1969 (NEPA), the Endangered

9

Species Act (ESA), the Fish and Wildlife Conservation Act of 1980, the Fish and Wildlife Coordination Act (FWCA), the Oil Pollution Act, the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the Superfund Amendments and Reauthorization Act of 1986 (SARA), the Resources Conservation and Recovery Act (RCRA), the Toxic Substance Control Act, the Emergency Planning and Community Right-To-Know Act (EPCRA), the Hazardous Materials Transportation Act, the Hazardous and Solid Waste Amendments of 1984 (HSWA).

(f)    "Excluded Records" means (a) the general corporate files and records of Grantor or any Seller under the Asset Purchase Agreement, insofar as they relate to such Person's business generally and are not required for the future ownership or operation of the Assets, (b) all legal files and records (other than title opinions), (c) such Person's federal or state income, franchise or margin tax files and records, (d) employee files, (e) reserve evaluation information or economic projections, (f) records relating to the sale of the Assets, including competing bids, (g) proprietary data, information and data under contractual restrictions on assignment or disclosure, (h) privileged information and (i) any other files or records to the extent relating to any Excluded Assets.

(g)    "Governmental Authority" means any court or tribunal (including an arbitrator or arbitral panel) in any jurisdiction (domestic or foreign) or any federal, tribal, state, county, municipal or other governmental or quasi-governmental body, agency, authority, department, board, commission, bureau, official or other authority or instrumentality.

(h)    "Hazardous Substance" means any material defined or regulated as a hazardous substance, hazardous waste, hazardous material, or toxic substance, or with words of similar meaning and regulatory effect, in each case under any Environmental Law.

(i)    "Hydrocarbons" means oil, gas, minerals, and other gaseous and liquid hydrocarbons, or any combination of the foregoing, produced from and attributable to the Properties.

(j)    "Legal Requirement" means any federal, state, provincial, local, municipal, foreign, international, multinational, or other administrative Order, constitution, law, ordinance, principle of common law, regulation, statute or treaty.

(k)    "Liability" means any and all claims, rights, demands, causes of action, liabilities (including civil fines), obligations, damages, losses, fines, penalties, sanctions of every kind and character (including reasonable fees and expenses of attorneys, technical experts and expert witnesses), judgments or proceedings of any kind or character whatsoever, whether known or unknown, asserted or unasserted, absolute or contingent, accrued or unaccrued, liquidated or unliquidated, or due or to become due, and whether arising or founded in law, equity, statute, contract, tort, strict liability or voluntary settlement, and all reasonable expenses, costs and fees (including reasonable attorneys' fees) in connection therewith.

(l)    "Lease" means any existing oil and gas lease, oil, gas and mineral lease or sublease, and other leasehold interest, and the leasehold estates created thereby,  including

10

carried interests, rights of recoupment, options, reversionary interests, convertible interests and rights to reassignment..

(m)    "NORM" means naturally occurring radioactive materials.

(n)    "Order" means any award, writ, injunction, judgment, order or decree entered, issued, made, or rendered by any Governmental Authority

(o)    "Permitted Encumbrances" has the meaning set forth in the Asset Purchase Agreement.

(p)    "Person" means any individual, corporation (including any non-profit corporation), limited liability company, partnership, joint venture, estate, trust, Governmental Authority, or any other form of entity.

(q)    "Proceeding" means any Action, investigation, or litigation (whether civil, criminal, or administrative) commenced, brought, conducted, or heard by or before, or otherwise involving, any Governmental Authority.

(r)    "Representative" means, with respect to a particular Person, any director, officer, member, manager, partner, employee, agent, consultant, advisor, investor, shareholder, contractor, subcontractor or other representative of such Person, including legal counsel, accountants and financial advisors.

(s)    "Sale Order" means an Order of the Bankruptcy Court pursuant to, *inter alia*, sections 105, 363 and 365 of the Bankruptcy Code authorizing and approving, *inter alia*, the conveyance of the Assets to Grantee on the terms and conditions set forth herein.

(t)    "Subsidiary" means any entity with respect to which a specified Person (or a Subsidiary thereof) has the power, through the ownership of securities or otherwise, to elect a majority of the directors or similar managing body.

(u)    "Surface Rights" means all surface leases, subsurface leases, rights-of-way, licenses, easements and other surface or subsurface rights agreements applicable to, or used or held in connection with the ownership, operation, maintenance or repair of, or the production, gathering, treatment, processing, storing, sale or disposal of Hydrocarbons or produced water from, the Properties, together with all surface fee interests in the lands covered by the Quitclaimed Leases and Interests.

(v)    "Tax" or "Taxes" (and with correlative meaning, "Taxable" and "Taxing") means any federal, state, provincial, local, foreign or other income, alternative, minimum, add-on minimum, accumulated earnings, personal holding company, franchise, capital stock, net worth, capital, profits, intangibles, windfall profits, gross receipts, value added, sales, use, goods and services, excise, customs duties, transfer, conveyance, mortgage, registration, stamp, documentary, recording, premium, severance, environmental (including taxes under section 59A of the Code), natural resources, real property, personal property, ad valorem, intangibles, rent, occupancy, license, occupational, employment, unemployment insurance, social security, disability, workers' compensation, payroll, health care, withholding, estimated or

11

other tax of any kind whatsoever, whether computed on a separate or consolidated, unitary or combined basis, or in any other manner, including any interest, penalty or addition thereto, whether disputed or not.

(w)    "Transaction Documents" means the Asset Purchase Agreement, the Assumption Agreement, this Deed and the other agreements, instruments or documents contemplated to be entered into pursuant to the Asset Purchase Agreement.

3.2.    Subject to Sale Order and Transaction Documents.  This Deed is expressly made subject to the terms of the Sale Order and the other Transaction Documents. The delivery of this Deed shall not affect, enlarge, diminish, or otherwise impair any of the terms, conditions, or provisions of any of the foregoing. The representations, warranties, covenants, terms, and provisions contained in the Sale Order and Transaction Documents shall not be merged with or into this Quitclaim Deed.

3.3.    Successors and Assigns; Liquidating Trustee.  The provisions of this Deed shall be covenants running with the land, and this Deed shall bind and inure to the benefit of Grantor and Grantee and their respective successors and assigns.  If at any time Grantor liquidates or otherwise has a trustee or other representative appointed by the Bankruptcy Court, then such trustee or other representative shall be entitled to exercise the rights of Grantor under this Agreement

3.4.    Governing Law; Consent to Jurisdiction and Venue; Jury Trial Waiver.

(a)    Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Deed shall be governed by, and construed in accordance with, the laws of the State of Delaware applicable to contracts made and to be performed entirely in such state without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of Delaware applicable hereto; provided that Sections 4.20 and 4.21 under the Asset Purchase Agreement and the determination of any breach thereof or any Cure with respect thereto (and any determination with respect to any definition related to any of the foregoing), shall be governed by, and construed in accordance with, the laws of the State of North Dakota without regard to principles of conflicts or choice of laws or any other law that would make the laws of any other jurisdiction other than the State of North Dakota applicable thereto.

(b)    Without limitation of any Party's right to appeal any Order of the Bankruptcy Court, (i) the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Deed and to decide any claims or disputes which may arise or result from, or be connected with, the Transaction Documents, any breach or default thereunder, or the transactions contemplated thereby and (ii) any and all claims relating to the foregoing shall be filed and maintained only in the Bankruptcy Court, and the Parties hereby consent and submit to the exclusive jurisdiction and venue of the Bankruptcy Court and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Action or Proceeding; provided that, if the Bankruptcy Case is closed, all Actions and Proceedings arising out of or relating to the Transaction Documents (including this Deed) shall be heard and determined in a Delaware state court or a federal court sitting in the state of Delaware, and the Parties hereby irrevocably submit

12

to the exclusive jurisdiction and venue of such courts in any such Action or Proceeding and irrevocably waive the defense of an inconvenient forum to the maintenance of any such Action or Proceeding.  The Parties consent to service of process by mail (in accordance with Section 12.3 of the Asset Purchase Agreement) or any other manner permitted by law.

(c)   THE PARTIES HEREBY IRREVOCABLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED IN CONTRACT, TORT OR OTHERWISE) ARISING OUT OF OR RELATING TO THE TRANSACTION DOCUMENTS (INCLUDING THIS DEED) OR THE ACTIONS OF ANY OF THE PARTIES THERETO OR THEIR RESPECTIVE REPRESENTATIVES IN THE NEGOTIATION OR PERFORMANCE THEREOF.

3.5.   Exhibits.   All exhibits attached hereto are hereby made a part hereof and incorporated herein by this reference. References in such exhibits to instruments on file in the public records are notice of such instruments for all purposes.  Unless provided otherwise, all recording references in such exhibits are to the appropriate records of the counties in which the lands covered by the Lease are located.

3.6.   Governmental Forms.   Grantor and Grantee may execute separate governmental form assignments of the Assets on officially approved forms, in sufficient counterparts to satisfy applicable statutory and regulatory requirements. Those assignments shall be deemed to contain all of the exceptions, reservations, warranties, rights, titles, powers, and privileges set forth herein as fully as though they were set forth in each such assignment. The interests conveyed by such separate assignments are the same, and not in addition to, the Assets conveyed herein.

3.7.   Further Assurances.   The Parties agree to (a) furnish upon request to each other such further information, (b) execute, acknowledge and deliver to each other such other documents and (c) do such other acts and things, all as the other Party may reasonably request for the purpose of effectuating the transactions contemplated by the Transaction Documents; provided that Grantor's covenants and obligations after Closing shall be limited to the extent Grantor has employees and resources available for such purpose; provided further that nothing in this Section 3.7 shall prohibit Grantor from ceasing operations or winding up its affairs following the Closing.

3.8.   Captions.   The captions and article and section numbers in this Conveyance are for convenience only and shall not be considered a part of or affect the construction or interpretation of any provision of this Deed. References in this Deed to articles, sections, and exhibits are to articles, sections, and exhibits of this Deed unless otherwise specified.

3.9.   Counterparts.   This Deed may be executed in one or more originals, but all of which together shall constitute one and the same instrument.

*[signature pages follow]*

13

EXECUTED and EFFECTIVE on the Closing Date.

**<u>GRANTOR:</u>**

**Emerald Oil, Inc.**

By:
Name:  McAndrew Rudisill
Title:   CEO/President

**Emerald WB LLC**

By:
Name:  McAndrew Rudisill
Title:   CEO/President

**Emerald NWB, LLC**

By:
Name:  McAndrew Rudisill
Title:   CEO/President

**Emerald DB, LLC**

By:
Name:  McAndrew Rudisill
Title:   CEO/President

**EOX Marketing, LLC**

By:
Name:  Jeremy Weemhoff
Title:   V.P. of Marketing & Hedging

*Grantor Signature Page to Quitclaim Deed and Bill of Sale*

**ACKNOWLEDGEMENT**

STATE OF COLORADO            §
                             §
COUNTY OF DENVER             §

On this __ day of November, 2016, before me, the undersigned Notary Public, appeared McAndrew Rudisill as CEO and President of Emerald Oil, Inc., a Delaware corporation, Emerald WB LLC, a Colorado limited liability company, Emerald NWB, LLC, a Delaware limited liability company and Emerald DB, LLC, a Delaware limited liability company, and Jeremy Weemhoff, as Vice President of Marketing & Hedging of EOX Marketing, LLC, a Delaware limited liability company, each for and on behalf of such Grantor or Grantors by authority of such Grantor or Grantors and that McAndrew Rudisill and Jeremy Weemhoff acknowledged the instrument to be the free act and deed of each Grantor.

_____

Notary Public

Printed Name of Notary Public:

_____

My commission expires: _____

15

EXECUTED and EFFECTIVE on the Closing Date.

**GRANTEE:**

New Emerald Energy, LLC

By: New Emerald Energy Holdings, LLC,
its sole manager

By: _____
Name:  John S. Cochran
Title:   Vice President

**ACKNOWLEDGEMENT**

STATE OF _____                )
                                                      )
COUNTY OF _____            )

        This instrument was acknowledged before me, the undersigned Notary Public, on this __ day of November, 2016, by John S. Cochran, as Vice President of New Emerald Energy Holdings, LLC, a Delaware limited liability company as the sole manager of New Emerald Energy, LLC, a Texas limited liability company, on behalf of and by the authority of Grantee and its sole manager, and that John S. Cochran acknowledged the instrument to be the free act and deed of Grantee.

Witness my hand and official seal.

        My commission expires: _____

_____
Notary Public

_____
Printed Name of Notary Public

*Grantee Signature Page to Quitclaim Deed and Bill of Sale*

**Exhibit A**

**Quitclaimed Leases and Interests**

[To be provided]

**Exhibit B**

**Quitclaimed Wells**

[To be provided]

*Exhibit B-1*

**Exhibit C**

**Quitclaimed Contracts**

[To be provided]

*Exhibit C-1*

## FORM OF CONTRACT OPERATING AGREEMENT

This Contract Operating Agreement (the "Agreement") is executed to be effective as of the 1st day of November, 2016 (the "Effective Date"), by and between New Emerald Energy, LLC, a Texas limited liability company ("Buyer"), and Emerald Oil, Inc., a Delaware corporation ("Operator") (each a "Party," and collectively, the "Parties").

WHEREAS, Operator serves as Operator of the oil and gas wells named on Exhibit A attached hereto and made a part hereof (the "Wells") for and on behalf of the other working interest owners therein;

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of October 28, 2016, by and among Buyer, Operator and the other parties thereto (the "Purchase Agreement"), Buyer acquired Operator's and its affiliates' interest in the Wells and the leases under which such Wells are held (the "Leases");

WHEREAS, pursuant to Section 7.10 of the Purchase Agreement, Operator has agreed to perform certain services as operator with respect to the Wells on and subject to the terms of this Agreement; and

WHEREAS, this Agreement shall also cover any additional wells or leases drilled or acquired during the term of this Agreement in which Buyer has an interest.

NOW, THEREFORE, in consideration of the above premises and the agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the parties hereto, intending to be legally bound, do hereby agree as follows:

1.      Buyer hereby engages, appoints and designates Operator to act for and on its behalf to perform certain acts and deeds and exercise certain of the operating rights and privileges with respect to the Wells and Leases (which terms shall include, and this Agreement shall cover, any additional wells or leases (as applicable) drilled on and/or acquired within the lands covered by the Leases in which Buyer has an interest pursuant to the Purchase Agreement), all as more particularly described in Section 2 below.

2.      (a)     Operator shall perform the following rights, responsibilities and obligations with respect to the Wells and Leases (collectively, with the services provided under Section 2(e), the "Services"), subject to the terms and provisions of any applicable joint or unit operating agreements ("Operating Agreements"), governmental orders, designations, or agreements establishing pools or units ("Orders"), drilling or operating permits ("Permits") and applicable laws and regulations that, in each case, govern ownership or operation of the Leases and Wells:

(i)     supervision of drilling, completion and production operations;

(ii)    filing of operational reports with appropriate governmental authorities;

(iii)    maintaining Well and Lease records;

(iv)    coordination of production sales and marketing;

(v)    submission of authorization for expenditures ("AFEs"), joint interest billings ("JIBs") and other invoices received from third parties to Buyer and other working interest owners for payment by Buyer and other working interest owners (and for which Operator shall have no liability or payment obligation);

(vi)    division order preparation and maintenance and revenue receipt and distribution;

(vii)    preparation and administration of JIBs; and

(viii)    such other activities as historically performed by Operator in its capacity as operator of the Wells and Operator's and its affiliates ownership of the Leases and Wells, consistent with past practice, or as otherwise reasonably requested by Buyer in connection with the ownership and operation of the Wells and Leases;

and in performing such Services and other activities pursuant to this Agreement shall act hereunder at all times as an independent contractor, in accordance with Prudent Industry Practices, and shall determine the number and selection of any employees or contract workers ("Personnel") to be engaged by Operator or its affiliate(s) to perform the Services, as well as the hours of labor, and the compensation to be paid, all such Personnel, consistent with Operator's past practice. Such Personnel at all times shall be Personnel of Operator or its affiliate(s) (as applicable) and not Personnel of Buyer, *provided* that Buyer agrees to fund the compensation of all such Personnel in accordance with Section 5. Operator shall be entitled to use all Assets described in Section 1.1(b) of the Purchase Agreement in connection with the provision of Services and performance of its obligations under this Agreement.

(b)    Notwithstanding the foregoing, the obligation of Operator to perform the Services from and after the date hereof shall be subject to Operator having available to it (either directly, through its affiliates, or through Buyer, as provided in Section 5(a)) sufficient Personnel and funding to perform the Services and Operator shall have no obligation to procure any materials or third-party services, or to employ any personnel, in connection with the Services without adequate funding from Buyer (whether paid by Buyer directly to the applicable third parties or to Operator).  Nor shall Operator have any obligation to retain the services of any additional or current Personnel in order to provide the Services; *provided* that Operator shall not voluntarily terminate the employment of any employee necessary for the performance of the Services other than for cause (as determined in Operator's sole discretion and consistent with past practices)

2

unless, after giving effect to such termination, Operator shall have available to it (either directly, through its affiliates, or through Buyer) sufficient Personnel to perform the Services.

(c)     Subject to Section 2(b), Operator will perform the Services and perform its obligations under this Agreement in accordance with Prudent Industry Practices and the terms of this Agreement and, subject to the foregoing, consistent with past practice, and shall have no liability to Buyer or any third party arising from its operations or activities hereunder except as result from its own willful misconduct. For purposes of this Agreement, "Prudent Industry Practices" means, at a particular time, any of the practices, methods, standards of care, skill, safety and diligence, as the same may change from time to time, but applied in light of the facts known, that are consistent with the general standards applied or utilized under comparable circumstances by a reasonably prudent operator, in a good and workmanlike manner, with due diligence and dispatch, in accordance with good upstream  industry practice in the areas where the Wells are located.  The term "Prudent Industry Practices" is not intended to be limited to the optimum practices, methods, techniques, standards, codes, specifications and acts to the exclusion of all others, but rather to be acceptable practices, methods, techniques, standards, codes, specifications and acts as applied having due regard for, among other things, the requirements of applicable laws, insurance policies, manufacturer's warranties, and permits.

(d)     Operator shall not (and nothing in this Agreement shall be deemed to authorize Operator to), without the prior written consent of Buyer (i) enter into any contract or agreement on behalf of Buyer, (ii) enter into contract or agreement binding on the Wells or Leases or to or by which the Wells or Leases are bound other than such contracts or agreements that may be terminated, without penalty or other payment, on not more than 30 days' notice by Buyer, (iii) propose the drilling of any new well or, subject to Section 4, any other operation with respect to any Well or Lease, or (iv) abandon or plug any Well except as required by applicable law and after prior written notice to Buyer.

(e)     Notwithstanding the terms of the Purchase Agreement, (i) until the termination of this Agreement, Operator shall retain (in trust for Buyer) and administer  funds received by Operator and its affiliates (in their capacity as operator with respect to the Wells and Leases) as prepayments for items under Operating Agreements and upon termination of this Agreement shall deliver to Buyer (or its designee) all such funds then held by Operator to the extent received under Operating Agreements that constitute Assigned Contracts (as defined in the Purchase Agreement) and (ii) Operator shall prepare such letters-in-lieu of transfer orders with respect to all Wells, in forms reasonably acceptable to Buyer, and deliver such letters-in-lieu as form time to time requested by Buyer.

3.     Unless terminated at a prior date as herein provided, this Agreement shall continue in effect until the earlier of (i) the later of (A) sixty (60) days after the date of this Agreement or (B) such later date as agreed to in writing by Buyer and Operator (the later of (A) and (B), the "End

3

Date"); or (ii) upon written notice by Buyer to Operator of Buyer's termination of this Agreement. If Buyer terminates this Agreement prior to the End Date, the effective date of such termination shall be at the end of the last day of the month in which such notice of termination is delivered to Operator. Upon termination of this Agreement, a final accounting shall be made, and any amounts determined to be owed to Operator by Buyer hereunder shall be paid to Operator by Buyer, and this Agreement shall remain in effect for the purposes of such final accounting until all amounts to be paid by Buyer to Operator under this Agreement shall have been paid.

4.  (a)  Operator shall use good faith efforts to consult with and keep Buyer informed on a regular basis about the Services provided hereunder and shall promptly notify Buyer of any proposal for the drilling of any new well or any operation with respect to any Well or Lease received by Operator, and in any event in accordance with any applicable Operating Agreement. However, nothing herein shall limit Operator's right and authority, without any consultation with Buyer, to make decisions in its capacity as Operator (and not with respect to Buyer's interest in the Wells) as contemplated under or necessary to comply with any applicable Operating Agreement, Order, or Permit or which, according to the custom of the industry or because of emergency conditions, require a decision to be made within a brief period of time or which involve the methods and procedures to be employed by Operator in operations such as, but not limited to, completions, deepening, sidetracking, reworking, or plugging and abandoning, and the like.

(b)  Operator shall make its Personnel available to meet with Buyer and Buyer's representatives as from time to time requested by Buyer (and in any event at least weekly if so requested) to review the Services provided hereunder and discuss the operation of the Wells and Leases,  and Operator shall use incorporate the recommendations of Buyer with respect to Operator's provision of Services hereunder  to the extent not inconsistent with this Agreement.

5.  (a)  In exchange for Operator providing the Services, Buyer shall pay to Operator an amount, not to exceed Five Hundred Thousand Dollars ($500,000.00) for each month in which this Agreement is in effect (prorated for the first and last months based on the number of days from (and including) the date of this Agreement divided by 30), as necessary to fund general and administrative expenses of Operator consistent with, and not in excess of amounts as set forth on, Exhibit B attached hereto ("Operator G&A Expenses") (subject to reduction (on a monthly basis) by (1) the amount set forth on Exhibit C opposite the names of any Personnel engaged by Buyer or its affiliates to assist in providing Services during the term of this Agreement (which Personnel Buyer agrees to make available to Operator to begin work upon their retention by Buyer); or (2) in the case of any such Personnel whose engagement is terminated prior to the termination of this Agreement, the applicable amount set forth on Exhibit C during the period from and after the date such engagement is terminated (prorated on a daily basis for the month in which such termination of employment occurs) through the date this Agreement is terminated).

4

(b)    On or before (1) the Effective Date, and (2) the first day of each subsequent calendar month during the term of this Agreement, Operator shall provide to Buyer an invoice for the amounts described in Section 5(a) anticipated by Operator to be required for the following calendar month (or portion thereof), it being understood that Exhibit B constitutes such invoice for clause (1). Buyer's payment pursuant to Section 5(a) shall be due to Operator within ten (10) business days after Buyer's receipt of such invoice, subject to reduction by the amount of any overpayment for any prior month resulting from the employment or engagement by Buyer or other termination of any Personnel or actual expenses being less than as reflected in such invoice.  Operator shall be entitled to use Buyer Proceeds received by Operator or its affiliates to pay any Operator G&A Expenses.  Amounts due Operator from Buyer hereunder shall be reduced by such Buyer Proceeds so utilized by Operator or otherwise directed by Buyer to be so utilized by Operator. Buyer shall be entitled to defer any payment to Operator hereunder until the date the obligations for any Operator G&A Expenes are due and payable by Operator.  Buyer shall be entitled to a reconciliation of amounts paid by or on account of Buyer hereunder and the use of any Buyer Proceeds by Operator and a refund of any amounts paid by Buyer to Operator in excess of amounts used in accordance with this Agreement.

(c)    To the extent Operator receives the compensation due the operator under each of the Operating Agreements for acting as operator under such Operating Agreement, Buyer shall be entitled to all such amounts and Operator shall hold all such amounts in trust for Buyer and promptly deliver such amounts to Buyer after Operator's receipt thereof.

(d)    Operator shall, to the extent reasonably practicable, cause Buyer to be invoiced directly (or, if Operator is invoiced, Operator shall forward such invoice to Buyer) for any third-party services or materials necessary or required by Operator in connection with the Services (as determined by Operator in its sole discretion exercised in accordance with Prudent Industry Practices) or that may be requested by Buyer for operations with respect to the Wells or Leases. Buyer shall timely pay all such invoices and Buyer shall be entitled to any amounts received from the other working interest owners in the Wells or Leases to the extent such payments constitute reimbursement of amounts already paid by Buyer or assumed by Buyer pursuant to the Purchase Agreement.

6.    Operator shall at all times during the term of this Agreement carry insurance as required under each of the Operating Agreements, specifically naming Buyer as additional named insured on all such insurance outside of any applicable workers compensation policy(ies) and providing Buyer with a certificate of insurance evidencing same.  The premiums for this insurance will be billed to the joint account under the applicable Operating Agreement to the extent permitted, but shall be paid (directly at Operator's request or by reimbursement to Operator) by Buyer (and Buyer shall be entitled to any amounts received from the other working interest owners in the Wells and Leases to the extent such payments constitute reimbursement of amounts already paid or reimbursed by Buyer).

5

7.      Operator shall keep accurate books and records of all accounts, reports, expenditures, operations and transactions relating to its provision of Services and its obligations under this Agreement (and separately as related to each of the Operating Agreements), which books and records shall be available for review by Buyer upon notice and request and Buyer shall (at Buyer's expense) be entitled to copies of all such books and record as Buyer from time requests.

8.      Buyer shall be responsible for the payment of all sums due for actions taken or authorized by Operator in accordance with this Agreement and shall be obligated to perform all reasonable and customary acts committed for by Operator in accordance with this Agreement.

9.      Buyer hereby agrees to DEFEND, INDEMNIFY AND HOLD HARMLESS Operator and its members, partners and affiliates and each of their respective officers, managers, directors, employees and agents (each, an "Operator Indemnified Party") from any and all liabilities, incurred by, imposed upon or rendered against one or more Operator Indemnified Parties, whether based on contract, or tort, or pursuant to any statute, rule or regulation, and regardless of whether the liabilities are foreseeable or unforeseeable, all to the extent that such liabilities are in respect of or arise from claims by a third party relating to any acts or omissions of any Operator Indemnified Parties in connection with acting or omitting to act in providing the Services, PROVIDED THAT BUYER SHALL NOT BE OBLIGATED TO INDEMNIFY OR HOLD HARMLESS OPERATOR INDEMNIFIED PARTIES FROM AND AGAINST ANY CLAIMS TO THE EXTENT THEY RESULT FROM THE GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OF ANY OPERATOR INDEMNIFIED PARTY. THE FOREGOING INDEMNIFICATION OBLIGATIONS IN THIS SECTION 9 SHALL APPLY WHETHER OR NOT SUCH DUTIES, OBLIGATIONS OR LIABILITIES, OR SUCH CLAIMS, ACTIONS, CAUSES OF ACTION, DAMAGES, LOSSES, COSTS OR EXPENSES ARISE OUT OF, ARE ATTRIBUTABLE OR RELATED TO, OR ARE IN CONNECTION WITH THE (I) NEGLIGENCE (INCLUDING SOLE NEGLIGENCE, SIMPLE NEGLIGENCE, CONCURRENT NEGLIGENCE AND ACTIVE OR PASSIVE NEGLIGENCE) OR (II) STRICT LIABILITY OF OPERATOR.

10.     If Operator or its affiliates receive any proceeds ("Buyer Proceeds") to which Buyer is entitled under the Purchase Agreement, including proceeds of or attributable to Assets (as defined in the Purchase Agreement), Operator shall, and shall cause its affiliates to, hold all Buyer Proceeds in trust for the benefit of Buyer and shall promptly, and in any event within five (5) business days after the end of the calendar month in which such Buyer Proceeds were received or as otherwise requested by Buyer, provide Buyer with an accounting of all Buyer Proceeds received (including the utilization of all Buyer Proceeds utilized by Operator in accordance with Section 5(b)) and, subject to Section 5(b), deliver such Buyer Proceeds to Buyer unless otherwise directed in writing by Buyer.

11.     This Agreement:

6

WEIL:\95909898\12\39110.0004

(a)     shall be construed in accordance with the internal laws (but not the laws of conflicts) of the State of Delaware, except to the extent a matter is mandatorily governed by federal United States law or the laws of the State of North Dakota,

(b)     may be executed in multiple counterparts (including by facsimile or pdf or other electronic transmission), all of which taken together shall constitute one and the same original Agreement,

(c)     may not be assigned by any party except with the prior written consent of the other party,

(d)     is for the benefit only of the parties hereto and may not be enforced by any other person or entity (other than the Operator Indemnified Parties, which are intended third party beneficiaries hereof entitled to enforce this Agreement as if a party hereto),

(e)     represents, along with Purchase Agreement and the documents contemplated hereby and thereby, the complete understanding and agreement between the parties hereto with respect to the subject matter hereof and supersedes any prior representations, agreements, arrangements and understandings between the parties, whether oral or written, and

(f)     may be amended only by a written instrument executed by the parties hereto.  No waiver of any rights under this Agreement shall be effective against any party to this Agreement unless set forth in a written instrument executed by such party.

12.     The parties agree that this Agreement was drafted by the parties hereto and the result of negotiation between sophisticated parties (each having received separate legal advice) and no rule of construction shall be applied against any party. In no event will this Agreement be deemed to create a partnership between Buyer or any of its affiliates, on the one hand, and Operator or any of its affiliates, on the other hand, and in no event will any fiduciary or similar duty be deemed owed by Operator or any of its affiliates to Buyer or any of its affiliates.  The Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes which may arise or result from or be connected with, the Agreement, any breach or default under it, or the transactions contemplated by it, and (ii) any and all proceedings related to the foregoing shall be filed and maintained only in the Bankruptcy Court, and Buyer and Operator hereby expressly and irrevocably consent to and subject to the jurisdiction and venue of the Bankruptcy Court.  EACH PARTY HEREBY WAIVES THE RIGHT TO ANY JURY TRIAL IN ANY ACTION, PROCEEDING, OR COUNTERCLAIM BROUGHT BY EITHER PARTY AGAINST THE OTHER WITH RESPECT TO THIS AGREEMENT.

[Remainder of page intentionally left blank.]

7

IN WITNESS WHEREOF, this Agreement has been executed by the following duly authorized representatives of the Parties, to be effective as of the Effective Date.

OPERATOR

Emerald Oil, Inc.

By: _____

     James Muchmore
     General Counsel


BUYER

New Emerald Energy, LLC

By:  New Emerald Energy Holdings, LLC, its sole manager

By: _____
Name:
Title:

*Signature Page to Contract Operating Agreement*

WEIL:\95909898\12\39110.0004

**EXHIBIT A**
to Contract Operating Agreement
by and between New Emerald Energy, LLC and Emerald Oil, Inc.

**<u>Wells</u>**

[Attached]

*Exhibit A to Contract Operating Agreement*

| WELL ID | WELL NAME | OPERATOR | STATUS | PROSPECT | COUNTY | ST | TWP | RNG | SEC 1 | SEC 2 | API Number | BPO GWI | BPO NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10291 | ARSENAL (FED) 1-17-20H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 17 | 20 | 33053044290000 | 0.9005347 | 0.7099407 |
| 10739 | BILLY RAY VALENTINE 1-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | 8 | 33053057750000 | 0.7664731 | 0.6522981 |
| 10736 | BILLY RAY VALENTINE 2-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | 8 | 33053057740000 | 0.7664731 | 0.6522981 |
| 10737 | BILLY RAY VALENTINE 3-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | 8 | 33053056750000 | 0.7664731 | 0.6522981 |
| 10734 | CAMERON FRYE 2-36-25H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 103 | 25 | 36 | 33053057700000 | 1.0000000 | 0.7900000 |
| 10283 | CAPER 1-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053047730000 | 0.6689079 | 0.5252190 |
| 10286 | CAPER 2-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053052320000 | 0.6689077 | 0.5252190 |
| 10290 | CAPER 3-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053052330000 | 0.9983312 | 0.7905243 |
| 10284 | CAPER 4-15-22H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053052340000 | 0.6689077 | 0.5252190 |
| 10292 | CAPER 5-22-15H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053050770000 | 0.6689077 | 0.5252190 |
| 10287 | CAPER 6-22-15H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 15 | 22 | 33053050760000 | 0.6689077 | 0.5252190 |
| 11247 | CINNAMON CREEK 11-5H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 5 | x | 33053024500000 | 1.0000000 | 1.0000000 |
| 11243 | CINNAMON CREEK 12-15H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 15 | x | 33053024130000 | 0.5000000 | 0.5000000 |
| *11244 | CINNAMON CREEK 14-9HR | EMERALD OIL INC | Awaiting TA | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 9 | x | 33053024220000 | 0.5000000 | N/A |
| 11242 | CINNAMON CREEK 22-21H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 21 | x | 33053024410000 | 0.5000000 | 0.5000000 |
| 11246 | CINNAMON CREEK 31-7H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 7 | x | 33053022510000 | 1.0000000 | 1.0000000 |
| 11241 | CINNAMON CREEK 44-27H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 27 | x | 33053023930000 | 1.0000000 | 1.0000000 |
| 11245 | CINNAMON CREEK STATE 12-8H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 102 | 8 | x | 33053024360000 | 0.5000000 | 0.4166667 |
| 10570 | CLARK GRISWOLD FEDERAL 3-17-20 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 17 | 20 | 33053066510000 | 1.0000000 | 0.8462500 |
| 10508 | D ANNUNZIO 3-7-6H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 6 | 7 | 33053058310000 | 0.8300231 | 0.6900471 |
| 10509 | D ANNUNZIO 4-7-6H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 6 | 7 | 33053058300000 | 0.8300231 | 0.6900471 |
| 10510 | D ANNUNZIO 5-7-6H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 6 | 7 | 33053058290000 | 0.8300231 | 0.6900471 |
| 11088 | DAGNY TAGGART 3-21-16H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 16 | 21 | 33053064360000 | 0.7000000 | 0.5723958 |
| 10513 | DEAN WORMER 1-33-28H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 28 | 33 | 33053053650000 | 0.9375000 | 0.7478125 |
| 10514 | DEAN WORMER 2-33-28H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 28 | 33 | 33053053640000 | 0.9906250 | 0.7903125 |
| 10525 | DUDLEY DAWSON 6-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 2 | 11 | 33053060410000 | 0.9634427 | 0.7792896 |
| 10526 | DUDLEY DAWSON 7-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 2 | 11 | 33053060390000 | 0.9313659 | 0.7536281 |
| 10896 | EAST GRIZZLY FED 3-25-13-3H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 104 | 13 | 24 | 33053032550000 | 0.8639312 | 0.7114576 |
| 10897 | EAST GRIZZLY FED 3-25-36-15H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 104 | 25 | 36 | 33053032560000 | 0.9029940 | 0.7401033 |
| 10918 | ERIC STRATTON FEDERAL 5-36-25H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 104 | 25 | 36 | 33053061020000 | 0.7000000 | 0.5792500 |
| 10295 | EXCALIBUR 1-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053052100000 | 0.5808781 | 0.4575785 |
| 10298 | EXCALIBUR 2-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053052090000 | 0.5808781 | 0.4575785 |
| 10300 | EXCALIBUR 3-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053050020000 | 0.5808781 | 0.4575785 |
| 10296 | EXCALIBUR 4-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053050030000 | 0.6352726 | 0.4997719 |
| 10301 | EXCALIBUR 5-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053050040000 | 0.5933781 | 0.4673285 |
| 10299 | EXCALIBUR 6-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053058770000 | 0.9101562 | 0.7269111 |
| 10297 | EXCALIBUR 7-25-36H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 25 | 36 | 33053058760000 | 0.9101562 | 0.7269111 |
| *10631 | KODIAK FEDERAL 12-15 | EMERALD OIL INC | Awaiting PA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 15 | x | 33053025250000 | 0.6544235 | N/A |
| 11231 | FEDERAL 21-14HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 14 | x | 33053024160000 | 1.0000000 | 0.8319042 |
| *10893 | KODIAK FEDERAL 4-11H | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 147 | 105 | 2 | 3 | 33053027090000 | 0.5238422 | N/A |
| 11248 | FLAT TOP BUTTE 22-5H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 101 | 5 | x | 33053023530000 | 1.0000000 | 1.0000000 |
| 11232 | FLAT TOP BUTTE 24-13H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 13 | x | 33053024340000 | 1.0000000 | 1.0000000 |
| *11236 | FLAT TOP BUTTE 31-29HR | EMERALD OIL INC | Awaiting TA | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 29 | x | 33053023920000 | 0.5000000 | N/A |
| 11249 | FLAT TOP BUTTE 31-3H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 145 | 101 | 3 | x | 33053023730000 | 1.0000000 | 1.0000000 |

*Exhibit A to Contract Operating Agreement*

WEIL:\95909898\12\39110.0004

| WELL ID | WELL NAME | OPERATOR | STATUS | PROSPECT | COUNTY | ST | TWP | RNG | SEC 1 | SEC 2 | API Number | BPO GWI | BPO NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *11237 | FLAT TOP BUTTE 41-21H | EMERALD OIL INC | Awaiting TA | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 21 | x | 33053023450000 | 0.5000000 | N/A |
| *11132 | FLAT TOP BUTTE FEDERAL 14-4H | EMERALD OIL INC | TA | LEWIS & CLARK | MCKENZIE | ND | 145 | 101 | 4 | x | 33053023980000 | 0.9775000 | N/A |
| 11238 | FLAT TOP BUTTE FEDERAL 23-19HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 19 | x | 33053024650000 | 0.9387255 | 0.8213848 |
| 11235 | FLAT TOP BUTTE FEDERAL 34-32H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 101 | 32 | x | 33053023830000 | 0.5000000 | 0.4125000 |
| 11107 | GREG MARMALARD FED 3-28-33H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 28 | 33 | 33053064380000 | 0.6973828 | 0.5589025 |
| *10894 | KODIAK GRIZZLY 13-6H | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 147 | 104 | 6 | X | 33053027070000 | 0.6689555 | N/A |
| 10900 | GRIZZLY 147-103-14-22-15-4H3 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 15 | 22 | 33053042000000 | 1.0000000 | 0.8075000 |
| 10901 | GRIZZLY 147-103-16-21-16-1H3 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 16 | 21 | 33053044440000 | 1.0000000 | 0.8177083 |
| *10899 | GRIZZLY 149-104-15-12-1-2H | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 149 | 104 | 1 | 12 | 33053038170000 | 0.4765625 | N/A |
| 10895 | GRIZZLY FEDERAL 1-27H-R | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 105 | 27 | 34 | 33053031470000 | 0.7375000 | 0.6000976 |
| 10758 | HARRY DUNNE 5-26-35H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 140 | 98 | 26 | 35 | 33089008390000 | 0.9287500 | 0.7605007 |
| *10626 | HAUGEN 2-9 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053022770000 | 0.6912463 | N/A |
| *10628 | HAUGEN 3-9 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053025370000 | 0.6912463 | N/A |
| *10623 | HAUGEN COATES 1-4 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 4 | x | 33053010590000 | 0.3984217 | N/A |
| *10624 | HAUGEN COATES 2-4 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 4 | x | 33053025760000 | 0.6050463 | N/A |
| 10625 | HAUGEN COATES 2-5 | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 5 | x | 33053023700000 | 0.9299763 | 0.7862071 |
| 11233 | HAY DRAW 33-9HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 9 | x | 33053023520000 | 1.0000000 | 1.0000000 |
| 10302 | HOT ROD 1-27-26H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 26 | 27 | 33053041050000 | 0.7823670 | 0.6177987 |
| 10304 | HOT ROD 4-27-26H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 26 | 27 | 33053051090000 | 0.7823674 | 0.6177987 |
| *10629 | J W LAW 1 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053006510000 | 0.6187000 | N/A |
| *10627 | J W LAW 2 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 9 | x | 33053023670000 | 0.6187000 | N/A |
| 10898 | JEANIE 25-46-2H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 103 | 25 | 36 | 33053032090000 | 0.4375000 | 0.3645833 |
| 10545 | JOEL GOODSEN 5-32-29H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 29 | 32 | 33053060400000 | 0.8907813 | 0.7066934 |
| 10546 | JOEL GOODSEN 6-32-29H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 29 | 32 | 33053060380000 | 0.8907813 | 0.7066934 |
| 10547 | JOEL GOODSEN 7-32-29H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 29 | 32 | 33053060370000 | 0.8907813 | 0.7066934 |
| 11222 | KIT 11-15H-1522-147101-MB | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 101 | 15 | 22 | 33053049280000 | 1.0000000 | 0.8271818 |
| 10760 | LLOYD CHRISTMAS 1-4-9H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 139 | 97 | 4 | 9 | 33089008300000 | 0.8120115 | 0.6682297 |
| 10761 | LLOYD CHRISTMAS 2-4-9H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 139 | 97 | 4 | 9 | 33089008290000 | 0.8120115 | 0.6682297 |
| 10763 | LLOYD CHRISTMAS 4-4-9H | EMERALD OIL INC | Active | PRONGHORN | STARK | ND | 139 | 97 | 4 | 9 | 33089008350000 | 0.8120115 | 0.6682297 |
| 10766 | MARY SAMSONITE 1-16-21H | EMERALD OIL INC | Active | PRONGHORN | BILLINGS | ND | 141 | 99 | 16 | 21 | 33007018330000 | 0.8265066 | 0.6612053 |
| 10768 | MARY SAMSONITE 3-16-21H | EMERALD OIL INC | Active | PRONGHORN | BILLINGS | ND | 141 | 99 | 16 | 21 | 33007018350000 | 0.8265066 | 0.6612053 |
| 11221 | MOE 24-31H-3031-147102-BTF | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 147 | 102 | 30 | 31 | 33053049290000 | 0.9480099 | 0.8646940 |
| 10271 | MONGOOSE 1-8-5H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 5 | 8 | 33053033390000 | 0.9462723 | 0.7215473 |
| 10557 | NOONAN FEDERAL 3-18-19H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 18 | 19 | 33053065560000 | 1.0000000 | 0.8438282 |
| *10632 | NORTH DAKOTA STATE 4 | EMERALD OIL INC | Awaiting PA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 16 | x | 33053023660000 | 0.5744690 | N/A |
| *10633 | NORTH DAKOTA STATE 6-16 | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 148 | 102 | 16 | x | 33053025320000 | 0.5749500 | N/A |
| *11166 | NYGAARD 1-31 (MCKENZIE COUNTY) | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 149 | 102 | 31 | x | 33053025860000 | 0.4963731 | N/A |
| 11234 | PIERRE CREEK 44-7H | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | x | 7 | 33053022650000 | 1.0000000 | 1.0000000 |
| 11230 | PIERRE CREEK NELSON 44-23HR | EMERALD OIL INC | Active | LEWIS & CLARK | MCKENZIE | ND | 146 | 102 | 23 | x | 33053023910000 | 1.0000000 | 0.8851712 |
| 10281 | PIRATE 1-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053046930000 | 0.6721798 | 0.5223614 |
| 10313 | PIRATE 2-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053053780000 | 0.6721798 | 0.5223614 |
| 10315 | PIRATE 3-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053053790000 | 0.8315548 | 0.6498614 |
| 10282 | PIRATE 4-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053053800000 | 0.6721798 | 0.5223614 |
| 10316 | PIRATE 5-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053052380000 | 0.6721798 | 0.5223614 |
| 10314 | PIRATE 6-2-11H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 2 | 11 | 33053052390000 | 0.6721798 | 0.5223614 |
| 10630 | SHEEP FEDERAL 1A | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 102 | 15 | x | 33053021840000 | 0.7257906 | 0.6090551 |
| 10317 | SLUGGER 1-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053048790000 | 0.6127497 | 0.4972488 |
| 10327 | SLUGGER 3-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055540000 | 0.6127497 | 0.4972488 |
| 10329 | SLUGGER 5-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055500000 | 0.6127498 | 0.4972488 |

2

| WELL ID | WELL NAME | OPERATOR | STATUS | PROSPECT | COUNTY | ST | TWP | RNG | SEC 1 | SEC 2 | API Number | BPO GWI | BPO NRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10325 | SLUGGER 6-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055730000 | 0.9994159 | 0.8093495 |
| 10321 | SLUGGER 7-16-21H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 16 | 21 | 33053055710000 | 0.6505029 | 0.5277306 |
| *11220 | STATE 43-36HR | EMERALD OIL INC | Awaiting TA | LOW RIDER | MCKENZIE | ND | 147 | 103 | 36 | x | 33053022450000 | 1.0000000 | N/A |
| 10318 | TALON 1-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053048800000 | 0.8042723 | 0.6299462 |
| 10328 | TALON 3-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055550000 | 0.7176029 | 0.5980964 |
| 10330 | TALON 5-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055510000 | 0.7176029 | 0.5980964 |
| 10326 | TALON 6-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055740000 | 0.9365201 | 0.7400299 |
| 10322 | TALON 7-9-4H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 4 | 9 | 33053055720000 | 0.7201451 | 0.6003794 |
| 10589 | TY WEBB 1-1-12H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 1 | 12 | 33053053630000 | 0.9834896 | 0.7867917 |
| 10591 | TY WEBB 3-1-12H | EMERALD OIL INC | Active | LOW RIDER | MCKENZIE | ND | 148 | 103 | 1 | 12 | 33053053610000 | 0.9834896 | 0.7867917 |
| 10011 | CROSSBOW 1-7-6H | SLAWSON EXPLORATION COMPANY, INC | Active | LOW RIDER | MCKENZIE | ND | 149 | 102 | 6 | 7 | 33053033420000 | 0.0935962 | 0.0754619 |

3

**EXHIBIT B**
to Contract Operating Agreement
by and between New Emerald Energy, LLC and Emerald Oil, Inc.

|  | Nov-16 |
|---|---:|
| Payroll 11/15 | $ 115,000 |
| Payroll 11/30 | $ 115,000 |
| Employee Insurance- United | $ 21,000 |
| Flight to ND | $ 20,000 |
| Pumpers -Payroll 1 | $ 18,000 |
| Pumpers - Payroll 2 | $ 18,000 |
| FICA | $ 13,000 |
| Res. Consultant - Payroll 1 | $ 6,731 |
| Res. Consultant - Payroll 2 | $ 6,731 |
| Medicare | $ 5,000 |
| Payroll Fee- Amcheck | $ 1,800 |
| Rent | $ 54,000 |
| Insurance- Liability- Lockton | $ 40,000 |
| Insurance- D&O - JLT | $ 30,000 |
| Phone/Internet | $ 6,000 |
| Parking | $ 5,000 |
| Wells Fargo Bank Fees | $ 5,000 |
| Office Expenses | $ 5,000 |
|  |  |
| Total Needed | $ 485,262 |

*Exhibit B to Contract Operating Agreement*

WEIL:\95909898\12\39110.0004

## EXHIBIT C
to Contract Operating Agreement
by and between New Emerald Energy, LLC and Emerald Oil, Inc.

### Personnel Compensation Rates

| Employee | Salary | Cash Bonus 10/31/2016 | Other |
|---|---|---|---|
| Scott Anderson | | $ – | $ – |
| Mitch Ayer | $ – | | $ – |
| Andrea Barrett | $ 2,291.67 | | $ – |
| Travis Biggart | $ 2,083.33 | | $ – |
| Joshua Burleson | $ 3,958.33 | | $ – |
| Kim Cassese | $ 4,125.00 | | $ – |
| Ruth Elder | $ – | | $ – |
| Wes Hudkins | $ – | | $ – |
| James Muchmore | $ 12,500.00 | | $ – |
| Michael Murray | $ – | | $ – |
| Ian Myers | $ 8,333.33 | | $ – |
| Kandace Ortez | $ 3,541.67 | | |
| Rachel Overbey | $ 5,208.33 | | $ – |
| Brittany Rothe | $ 11,458.33 | | $ – |
| McAndrew Rudisill | $ 18,750.00 | | $ – |
| Ricky Sharp | $ 8,125.00 | | $ – |
| Ryan Smith | $ 13,541.67 | | $ – |
| Mitch Thompson | $ – | | $ – |
| Megan Todd | $ – | | $ – |
| Lee Vang | $ 3,750.00 | | $ – |
| Jeremy Weemhoff | $ – | | $ – |
| Hilary Whelan | $ 5,375.00 | | $ – |
| Whitney Wickes | $ 7,291.67 | $ – | $ – |
| Judy Wiesner | $ 4,583.33 | | $ – |
| | $ 114,916.67 | $ – | $ – |

*Exhibit C to Contract Operating Agreement*