**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PATRIOT NATIONAL INC., et al.,1 | Case No. 18-10189 (KG)<br>Jointly Administered |
| Debtors. | **Re:  Docket No. 978** |

**CERTIFICATION OF COUNSEL RE: FIRST INTERIM AND FINAL APPLICATION OF HUGHES HUBBARD & REED LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE DEBTORS FOR THE PERIOD FROM JANUARY 31, 2018 <u>THROUGH JULY 2, 2018</u>**

The undersigned, counsel to Hughes Hubbard & Reed LLP ("<u>Hughes Hubbard</u>") hereby certifies as follows:

1.      On August 16, 2018, Hughes Hubbard, as counsel for the above-captioned debtors and debtors in possession filed the **First Interim and Final Application of Hughes Hubbard & Reed LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Attorneys for the Debtors for the Period from January 31, 2018 through July 2, 2018** [D.I. 416] (the "<u>Application</u>").

2.      On September 6, 2018, Cerberus Business Finance, LLC and Carrier & Technology Solutions LLC (collectively the "<u>Objectors</u>") filed their **Objection of Cerberus Business Finance, LLC and Carrier Technology Solutions, LLC to First Interim and Final**

---

1       The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, were: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC  (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826).  The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**Application of Hughes Hubbard & Reed LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Attorneys for the Debtors for the Period from January 31, 2018 through July 2, 2018** [D.I. 1001] (the "Objection").

3.       On October 1, 2018 and October 2, 2018, the Court held a hearing (the "Hearing") to consider the Application.

4.       At the Hearing, counsel for Hughes Hubbard and counsel for the Objectors advised the Court that they had reached a resolution with respect to the Application.  Following the Hearing, the parties entered into a settlement agreement (the "Settlement Agreement"), which memorialized their resolution.

5.       Hughes Hubbard has prepared a form of order (the "Proposed Order") that reflects the resolution that was agreed to and has received the approval of the Objectors.  The Proposed Order is attached hereto as **Exhibit A**.  The Settlement Agreement is attached as Exhibit 1 to the Proposed Order.

6.       The Settlement Agreement further provides that the Objectors shall file a notice of withdrawal of the Objection with the Court no later than two (2) business days after the submission to the Bankruptcy Court of the form of order approving the Fee Application.

WHEREFORE, Hughes Hubbard respectfully request that, unless the Court has questions or concerns, the Court enter the Proposed Order attached as **Exhibit A** at the Court's earliest convenience.

IMPAC 5961873v.1

Dated:  October 15, 2018
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, Delaware 19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
       rmcneill@potteranderson.com

  -and-

**THEODORA ORINGHER PC**
Eric J. Fromme, Esq.
535 Anton Blvd, Ninth Floor
Costa Mesa, California 92626-7109
Telephone:  (714) 549-6200
Facsimile:  (714) 549-6201
Email:  efromme@tocounsel.com

*Counsel for Hughes Hubbard & Reed LLP*

IMPAC 5961873v.1